APPEAL,JURY,MDL,STAYED,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:04−cv−01639−RJL

In Re FANNIE MAE SECURITIES LITIGATION

Assigned to: Judge Richard J. Leon

Lead case: 1:05−mc−00234−RJL

Member case:

   1:04−cv−01639−RJL

Cases:  1:06−cv−02111−RJL

        1:04−cv−01639−RJL

        1:08−cv−01825−RJL

        1:11−cv−01543−RJL

        1:07−cv−01221−RJL

        1:08−cv−02028−RJL

        1:05−cv−01196−RJL

        1:05−cv−01197−RJL

        1:05−cv−01198−RJL

Case in other court:  08−05014

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/23/2004

Jury Demand: Plaintiff

Nature of Suit: 850

Securities/Commodities

Jurisdiction: Federal Question

**In Re**

**FANNIE MAE SECURITIES LITIGATION**

represented by **Alex Lipman**
JENNER &BLOCK LLP
919 Third Avenue
37th Floor
New York, NY 10022−3908
(212) 891−1605
Fax: (212) 891−1699
*TERMINATED: 05/06/2009*

**Craig A. Cowie**
5236 42nd Street, NW
Washington, DC 20015
(202) 745−0041
Email: ccowie@jenner.com
*TERMINATED: 07/03/2012*

**Ronald L. Marmer**
JENNER &BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611−7603
(312) 923−2688
Fax: (312) 840−7688
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**VINCENT VINCI**                                represented by   **Steven J. Toll**
*Individually and On Behalf of All Others*                       COHEN MILSTEIN SELLERS &TOLL
*Similarly Situated*                                             PLLC
                                                                 1100 New York Avenue, NW
                                                                 Suite 500 West
                                                                 Washington, DC 20005
                                                                 (202) 408−4600
                                                                 Fax: (202) 408−4699
                                                                 Email: stoll@cohenmilstein.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jeff A. Almeida**
                                                                 GRANT &EISENHOFER P.A.
                                                                 1201 North Market Street
                                                                 Wilmington, DE 19801
                                                                 (302) 622−7000
                                                                 Fax: (302) 622−7100
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joshua S. Devore**
                                                                 COHEN MILSTEIN SELLERS &TOLL
                                                                 PLLC
                                                                 1100 New York Avenue, NW
                                                                 Suite 500, West Tower
                                                                 Washington, DC 20005
                                                                 (202) 408−4600
                                                                 Fax: (202) 408−4699
                                                                 Email: jdevore@cohenmilstein.com
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**OHIO PUBLIC EMPLOYEES**                        represented by   **Daniel S. Sommers**
**RETIREMENT SYSTEM**                                            COHEN MILSTEIN SELLERS &TOLL
                                                                 PLLC
                                                                 1100 New York Avenue, NW
                                                                 Suite 500 West
                                                                 Washington, DC 20005
                                                                 (202) 408−4600
                                                                 Fax: (202) 408−4699
                                                                 Email: dsommers@cohenmilstein.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **James R. Cummins**
                                                                 CUMMINS &BROWN LLC
                                                                 312 Walnut Street
                                                                 Suite 1000
                                                                 Cincinnati, OH 45202
                                                                 (513) 241−6400
                                                                 Fax: (513) 241−6464
                                                                 Email: jcummins@cumminsbrownlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua S. Devore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. De Marco**
WAITE, SCHNEIDER, BAYLESS
&CHESLEY CO., LPA
1 West Fourth Street
1513 Fourth &Vine Tower
Cincinnati, OH 45202
(513) 621−0267
Email: demarcoworld@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A. Allen Hobbs**
BERNSTEIN LIEBHARD &LIFSHITZ
LLP
10 East 40th Street
22nd Floor
New York, NY 10016
(212) 779−1414
Fax: (212) 779−3218
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan J. Statman**
STATMAN, HARRIS &EYRICH LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 621−2666
Fax: (513) 621−4896
Email: astatman@statmanharris.com
*TERMINATED: 10/31/2007*

**Emily Kern**
BERNSTEIN LIEBHARD &LIFSHITZ
LLP
10 East 40th Street
New York, NY 10016
(212) 779−1414
Fax: (212) 779−3219
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis P. Karam**
12 Desbrosses Street

New York, NY 10013
(212) 489−3900
Fax: (212) 779−3219
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jean Marie Geoppinger**
WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., L.P.A.
One West Fourth Street
1513 Fourth and Vine Tower
Cincinnati, OH 45202
(513) 621−0267
Fax: (513) 621−0262
Email: jeangeoppinger@wsbclaw.com
*TERMINATED: 05/23/2012*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery P. Harris**
STATMAN, HARRIS &EYRICH LLC
3700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 621−2666
Fax: (513) 621−4896
Email: jharris@statmanharris.com
*TERMINATED: 10/31/2007*

**Jeffrey C. Block**
BERMAN DEVALERIO PEASE
TABACCO BURT &PUCILLO
One Liberty Square
Boston, MA 02109
(617) 542−8300
Fax: (617) 542−1194
Email: jblock@bermanesq.com
*ATTORNEY TO BE NOTICED*

**Jeffrey David Lerner**
BERNSTEIN LIEBHARD &LIFSHITZ
LLP
10 East 40th Street
22nd Floor
New York, NY 10016
(212) 779−1414
Fax: (212) 779−3218
Email: lerner@bernlieb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph C. Merschman**
BERMAN DEVALERIO PEASE
TABACCO BURT &PUCILLO
One Liberty Square
Boston, MA 02109
(617) 542−8300
Fax: (617) 542−1194
*ATTORNEY TO BE NOTICED*

**Julie A. Richmond**
BERMAN DEVALERIO PEASE
TABACCO BURT &PUCILLO
One Liberty Square
Boston, MA 02109
(617) 542−8300
Fax: (617) 542−1194
Email: jrichmond@bermanesq.com
*TERMINATED: 10/03/2007*

**Kathleen M. Donovan−Maher**
BERMAN DEVALERIO PEASE
TABACCO BURT &PUCILLO
One Liberty Square
Boston, MA 02109
(617) 542−8300
Fax: (617) 542−1194
Email: kdonovan−maher@bermanesq.com
*ATTORNEY TO BE NOTICED*

**Louise Malbin Roselle**
Waite, Schneider, Bayless &Chesley, Co.,
L.P.A.
1513 Fourth &Vine Tower
One West Fourth Street
Cincinnati, Oh 45202
(513)621−0267
Fax: (513)381−2375
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew K. Handley**
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS
&URBAN AFFAIRS
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
(202) 319−1000
Fax: (202) 319−1010
Email: matthew_handley@washlaw.org
*TERMINATED: 07/01/2011*

**Melanie S. Corwin**
WAITE, SCHNEIDER, BAYLESS
&CHESLEY, CO., L.P.A.
1513 Fourth &Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621−0267
Fax: (513) 381−2375
Email: mcorwin@wsbclaw.com
*TERMINATED: 07/20/2012*

**Paul Michael De Marco**
Waite, Schneider, Bayless &Chesley, Co.,
L.P.A.
1513 Fourth &Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513)621−0267
Fax: (513)621−0262
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phyllis E Brown**
LAW OFFICES OF PHYLLIS BROWN
119 East Court Street
Cincinnati, OH 45202
(513) 241−0061
Fax: (513) 621−7086
*ATTORNEY TO BE NOTICED*

**Tania T. Taveras**
BERNSTEIN LIEBHARD &LIFSHITZ
LLP
10 East 40th Street
New York, NY 10016
(212) 779−1414
Fax: (212) 779−3219
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven J. Toll**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**STATE TEACHERS RETIREMENT**          represented by   **Daniel S. Sommers**
**SYSTEM OF OHIO**                                      (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**James R. Cummins**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua S. Devore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul M. De Marco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan J. Statman**
(See above for address)
*TERMINATED: 10/31/2007*

**Jean Marie Geoppinger**
(See above for address)
*TERMINATED: 05/23/2012*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffery P. Harris**
(See above for address)
*TERMINATED: 10/31/2007*

**Jeffrey C. Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph C. Merschman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julie A. Richmond**
(See above for address)
*TERMINATED: 10/03/2007*

**Kathleen M. Donovan−Maher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louise Malbin Roselle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew K. Handley**

(See above for address)
*TERMINATED: 07/01/2011*

**Melanie S. Corwin**
(See above for address)
*TERMINATED: 07/20/2012*

**Steven J. Toll**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SASSAN SHAHROKHINIA**                   represented by   **Frank J. Johnson**
*Individually and on behalf of all others*                LAW OFFICE OF FRANK J. JOHNSON
*similarly situated*                                      402 West Broadway
                                                          27th Floor
                                                          San Diego, CA 92101
                                                          (619) 230−0063
                                                          Fax: (619) 230−1839
                                                          Email: frankj@johnsonbottini.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Brett M. Weaver**
                                                          LAW OFFICE OF FRANK J. JOHNSON
                                                          402 West Broadway
                                                          27th Floor
                                                          San Diego, CA 92101
                                                          (619) 230−0063
                                                          Fax: (619) 230−1839
                                                          Email: brett@johnsonbottini.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeff A. Almeida**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert W. Liles**
                                                          LILES PARKER PLLC
                                                          4400 MacArthur Boulevard, NW
                                                          Suite 203
                                                          Washington, DC 20007
                                                          (202) 298−8750
                                                          Fax: (202) 337−5804
                                                          Email: rliles@lilesparker.com
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNE E. FLYNN**                         represented by   **Daniel S. Sommers**
*As Custodian for Michael Saul Garber,*                   (See above for address)
*UTMA−PA, Individually and on behalf of*                  *LEAD ATTORNEY*

*themselves and All Others Simiarly*
*Situated*

*ATTORNEY TO BE NOTICED*

**A. Allen Hobbs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Kern**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis P. Karam**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Lerner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phyllis E Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tania T. Taveras**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT L. GARBER**                    represented by    **Daniel S. Sommers**
*As Custodian for Michael Saul Garber,*                   (See above for address)
*UTMA−PA, Individually and On Behalf*                     *LEAD ATTORNEY*
*of Themselves and All Others Similarly*                  *ATTORNEY TO BE NOTICED*
*Situated*

**A. Allen Hobbs**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Kern**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francis P. Karam**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Lerner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Phyllis E Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tania T. Taveras**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN MANAGED TRUST**          represented by   **Christine M. MacKintosh**
*(CA−06−139)*                                        GRANT &EISENHOFER P.A.
                                                     1201 North Market Street
                                                     Wilmington, DE 19801
                                                     (302) 622−7000

                                                     **Jeff A. Almeida**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Megan D. McIntyre**
                                                     GRANT &EISENHOFER P.A.
                                                     1201 North Market Street
                                                     Wilmington, DE 19801
                                                     (302) 622−7000
                                                     Fax: (302) 622−7100

                                                     **Stuart Miles Grant**
                                                     GRANT &EISENHOFER, P.A.
                                                     123 Justison Street
                                                     Wilmington, DE 19801
                                                     (302) 622−7070
                                                     Fax: (302) 622−7100
                                                     Email: sgrant@gelaw.com
                                                     *TERMINATED: 02/19/2008*

**Plaintiff**

**INSTITUTIONAL FIDUCIARY**          represented by   **Stuart Miles Grant**

**TRUST**
*(CA−06−139)*

(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan D. McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**FRANKLIN INVESTORS**          represented by   **Stuart Miles Grant**
**SECURITIES TRUST**                            (See above for address)
*(CA−06−139)*                                   *TERMINATED: 02/19/2008*
                                                *LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan D. McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**FRANKLIN VALUE INVESTORS**    represented by   **Stuart Miles Grant**
**TRUST**                                       (See above for address)
*(CA−06−139)*                                   *TERMINATED: 02/19/2008*
                                                *LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**FRANKLIN STRATEGIC SERIES**   represented by   **Stuart Miles Grant**
*(CA−06−139)*                                   (See above for address)

*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN CAPITAL GROWTH
FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN TEMPLETON
INVESTMENT FUNDS**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN VARIABLE
INSURANCE PRODUCTS TRUST**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN CUSTODIAN FUNDS,**
**INC.**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN TEMPLETON**
**INTERNATIONAL TRUST**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TEMPLETON MPF INVESTMENT**
**FUNDS**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN FLEX CAP GROWTH**
**CORPORATE CLASS**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN TEMPLETON FUNDS**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan D. McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN TEMPLETON GLOBAL FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan D. McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BISSETT CANADIAN EQUITY FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BISSETT INSTITUTIONAL**
**BALANCED TRUST**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN TEMPLETON U.S.**
**RISING DIVIDENDS FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN WORLD GROWTH**
**CORPORATE CLASS**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN GLOBAL TRUST**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**FRANKLIN MPF U.S. EQUITY FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**LYXOR/TEMPLETON GLOBAL**
**LONG SHORT FUND LIMITED**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**TEMPLETON GLOBAL**
**LONG−SHORT FUND PLC**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

Jeff A. Almeida
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TEMPLETON GLOBAL
LONG−SHORT LTD.**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UNIVERSITY OF HONG KONG
GENERAL ENDOWMENT FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**UNIVERSITY OF HONG KONG
STAFF PROVIDENT FUND**
*(CA−06−139)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVERGREEN EQUITY TRUST**
*(CA−06−82)*

represented by **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*

*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVERGREEN SELECT EQUITY TRUST**
*(CA−06−82)*

represented by   **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVERGREEN VARIABLE ANNUITY TRUST**
*(CA−06−139)*

represented by   **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVERGREEN INTERNATIONAL TRUST**
*(CA−06−82)*

represented by   **Stuart Miles Grant**
(See above for address)
*TERMINATED: 02/19/2008*
*LEAD ATTORNEY*

**Christine M. MacKintosh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeff A. Almeida**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEAD PLAINTIFFS**                    represented by **Christopher D. Stock**
                                       Markovits, Stock &DeMarco LLC
                                       119 East Court Street, Suite 530
                                       Cincinnati, OH 45202
                                       (513) 651−3700
                                       Email: cstock@msdlegal.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **James R. Cummins**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Wilbert B. Markovits**
                                       Markovits, Stock &DeMarco LLC
                                       119 East Court Street, Suite 530
                                       Cincinnati, OH 45202
                                       (513) 651−3700
                                       Email: bmarkovits@msdlegal.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Daniel S. Sommers**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FEDERAL NATIONAL MORTGAGE**          represented by **David W. DeBruin**
**ASSOCIATION**                        JENNER &BLOCK LLP
*Operating as Fannie Mae*              1099 New York Avenue, NW
                                       Suite 900
                                       Washington, DC 20001
                                       (202) 639−6015
                                       Fax: (202) 639−6066
                                       Email: ddebruin@jenner.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Ian Heath Gershengorn**
                                       U.S. DEPARTMENT OF JUSTICE
                                       Civil Division
                                       950 Pennsylvania Avenue, NW
                                       Washington, DC 20530−0001
                                       (202) 514−2331
                                       Fax: (202) 514−8071
                                       Email: ian.gershengorn@usdoj.gov

*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerome Louis Epstein**
JENNER &BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639−6062
Fax: 202−639−6066
Email: jepstein@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig A. Cowie**
(See above for address)
*TERMINATED: 07/03/2012*

**Jeffrey William Kilduff**
O'MELVENY &MYERS, LLP
1625 Eye Street, N.W.
Washington, DC 20006
(202)383−5300
Fax: (202)383−5414
Email: jkilduff@omm.com
*ATTORNEY TO BE NOTICED*

**Larry Paul Ellsworth**
JENNER &BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
(202) 639−6000
Fax: (202) 661−4811
Email: lellsworth@jenner.com
*ATTORNEY TO BE NOTICED*

**Seth Alben Aronson**
O'MELVENY &MYERS, LLP
400 South Hope Street
15th Floor
Los Angeles, CA 90071−2899
(213) 430−7486
*ATTORNEY TO BE NOTICED*

**Michael J. Walsh , Jr.**
O'MELVENY &MYERS, LLP
1625 I Street, NW
Washington, DC 20006
(202) 383−5280
Fax: (202) 383−5414

Email: mwalsh@omm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FRANKLIN RAINES**                    represented by   **Kevin Michael Downey**
WILLIAMS &CONNOLLY, LLP
725 12th Street, N.W.
Washington, DC 20005−5901
(202) 434−5460
Fax: (202) 434−5029
Email: kdowney@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Giscard Romain**
WILLIAMS &CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
(202) 434−5164
Fax: (202) 434−5029
Email: aromain@wc.com
*ATTORNEY TO BE NOTICED*

**Antony K. Haynes**
WILLIAMS &CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
(202) 434−5986
Fax: (202) 434−5029
Email: ahaynes@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel N. Marx**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832−1202
Email: dmarx@foleyhoag.com
*TERMINATED: 07/21/2008*

**Eun Young Choi**
WILLIAMS &CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
(202) 434−5708
Fax: (202) 434−5029
Email: echoi@wc.com
*TERMINATED: 11/01/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ilana T. Buschkin**
WILLIAMS &CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434−5574
Fax: (202) 434−5029
Email: ibuschkin@wc.com
*TERMINATED: 12/19/2007*
*ATTORNEY TO BE NOTICED*

**Jefferey Dee Bailey**
WILLIAMS &CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
(202) 434−5778
Fax: (202) 434−5029
Email: jbailey@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Clabby**
U.S. ATTORNEY'S OFFICE, DISTRICT
OF NEW JERSEY
970 Broad Street
Newark, NJ 07102
(973) 645−2730
Fax: (973) 645−4546
Email: jclabby@wc.com
*TERMINATED: 07/29/2010*
*ATTORNEY TO BE NOTICED*

**Joseph Marshall Terry , Jr.**
WILLIAMS &CONNOLLY
Edward Bennett Williams Building
725 12th Street, NW
Washington, DC 20005
(202) 434−5320
Fax: (202) 434−5029
*ATTORNEY TO BE NOTICED*

**Laura J. Hildner**
WILLIAMS &CONNOLLY LLP
725 Twelfth Street NW
Washington, DC 20005−5901
(202) 434−5242
Fax: (202) 434−5029
*TERMINATED: 08/23/2010*

**Matthew L. Fore**
8030 Wellington Road
Alexandria, VA 22308
703−965−0658

Email: forematt@hotmail.com
*TERMINATED: 07/02/2012*
*ATTORNEY TO BE NOTICED*

**Michelle D. Schwartz**
WILLIAMS &CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005
(202) 434−5338
*ATTORNEY TO BE NOTICED*

**Samuel Bryant Davidoff**
WILLIAMS &CONNOLLY LLP
Edward Bennett Williams Building
725 12th Street, NW
Washington, DC 20005−5901
(202) 434−5648
Email: sdavidoff@wc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**J.TIMOTHY HOWARD**                represented by   **Elizabeth G. Taylor**
*TERMINATED: 10/16/2012*                            ZUCKERMAN SPAEDER, LLP
                                                    1800 M Street, NW
                                                    Washington, DC 20036
                                                    (202) 778−1876
                                                    Fax: (202) 822−8106
                                                    Email: etaylor@zuckerman.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Logan Daniel Smith**
ALEXANDER SMITH, LTD.
3525 Del Mar Height Road
#766
San Diego, CA 92130
(858) 444−0480
Fax: (202) 822−8106
Email: logan@alexandersmithlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Giscard Romain**
(See above for address)

**Caroline Elizabeth Reynolds**
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
(202) 778−1800
Fax: (202) 822−8106

Email: creynolds@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Cory T. Way**
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036−5807
(202) 778−1895
Fax: (202) 822−8106
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward Bernard Horahan , III**
1825 Eye Street, NW
Suite 400
Washington, DC 20006
(202) 587−4755
Fax: (202) 466−2693
Email: edhorahan@verizon.net
*TERMINATED: 01/05/2005*
*ATTORNEY TO BE NOTICED*

**Ellen D. Marcus**
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 778−1800
Fax: (202) 822−8106
Email: emarcus@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Eric Robert Delinsky**
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036−5807
(202) 778−1831
Fax: (202) 822−8106
Email: edelinsky@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Holly Ann Pal**
U.S. SECURITIES &EXCHANGE
COMMISSION
Division of Enforcement
100 F Street, NE
Washington, DC 20549−5720
(202) 551−4883
Fax: (202) 772−9240
Email: PalH@sec.gov
*TERMINATED: 07/17/2008*

**Laura E. Neish**
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
(212) 704−9600
Fax: (212) 704−4256
*ATTORNEY TO BE NOTICED*

**Richard Miles Clark**
ZUCKERMAN SPAEDER
1800 M Street, NW
Suite 1000
Washington, DC 20036
(202) 778−1800
Fax: (202) 822−8106
Email: mclark@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Steven Mark Salky**
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036−5807
(202) 778−1828
Fax: (202) 822−8106
Email: ssalky@zuckerman.com
*ATTORNEY TO BE NOTICED*

**Tammy Gershoni**
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 822−3623
Email: tgershoni@zuckerman.com
*TERMINATED: 08/23/2007*

**Defendant**

**LEANNE G. SPENCER**                  represented by   **David Sidney Krakoff**
*TERMINATED: 11/20/2012*                                BUCKLEYSANDLER LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
(202) 349−7950
Fax: (202) 349−8080
Email: dkrakoff@buckleysandler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam B. Miller**
BUCKLEYSANDLER LLP

1250 24th Street, NW
Suite 700
Washington, DC 20037
(202) 349−7958
Fax: (202) 349−8080
Email: amiller@buckleysandler.com
*ATTORNEY TO BE NOTICED*

**Alex Giscard Romain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher F. Regan**
BUCKLEYSANDLER LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
(202) 349−7970
Fax: (202) 349−8080
Email: cregan@buckleysandler.com
*ATTORNEY TO BE NOTICED*

**Eldad Zvi Malamuth**
MAYER, BROWN, ROWE &MAW
1909 K Street, NW
Washington, DC 20006
(202) 263−3000
*TERMINATED: 06/08/2007*
*ATTORNEY TO BE NOTICED*

**Elizabeth G. Oyer**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER FOR THE STATE OF MD
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
(410) 962−3962
Fax: (410) 962−0872
Email: liz_oyer@fd.org
*ATTORNEY TO BE NOTICED*

**Heather H. Martin**
QUINN EMANUEL URQUHART
&SULLIVAN, LLP
777 6th Street, NW
Suite 1100
Washington, DC 20001
(202) 538−8000
Fax: (202) 538−8001
Email: heathermartin@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Lauren R. Randell**
BUCKLEYSANDLER LLP
1250 24th Street, NW
Suite 700
Washington, DC 20037
(202) 349−7953
Fax: (202) 349−8080
Email: lrandell@buckleysandler.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**KPMG LLP**                          represented by   **Andrew Santo Tulumello**
GIBSON, DUNN &CRUTCHER, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036−5303
(202) 955−8657
Fax: (202) 530−9678
Email: atulumello@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jason Lingo**
King &Spalding
100 N Tryon St.
Suite 3900
Charlotte, NC 28202
704−503−2573
Fax: 704−503−2622
Email: blingo@kslaw.com
*TERMINATED: 06/02/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Tycko**
TYCKO &ZAVAREEI LLP
2000 L Street, NW
Suite 808
Washington, DC 20036
(202) 973−0900
Fax: (202) 973−0950
Email: jtycko@tzlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alex Giscard Romain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Simon Davidson**
MCGUIREWOOD, LLP
901 E. Cary Street
Richmond, VA 23219

27

(804) 775−1059
Fax: (202) 857−1737
Email: cdavidson@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Charles William McIntyre**
MCGUIRE WOODS LLP
Government Regulatory and Criminal
Investigations
2001 K Street, N.W.
Suite 400
Washington, DC 20006
(202) 857−1742
Fax: (202) 828−2967
Email: cmcintyre@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Claudia M. Barrett**
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036−5306
(202) 955−8500
Fax: (202) 530−9619
Email: cbarrett@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Darren William Stanhouse**
MCGUIREWOODS, LLP
434 Fayetteville St
Suite 2600
Raleigh, NC 27601
(919) 755 − 6667
Email: dstanhouse@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Edward Hallett Maginnis**
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202−383−7141
Fax: 202−383−6610
Email: maginnise@howrey.com
*TERMINATED: 12/02/2009*
*ATTORNEY TO BE NOTICED*

**Francis Joseph Warin**
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 887−3609
Fax: (202) 530−9608

Email: fwarin@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**George Howard Brown**
GIBSON DUNN &CRUTCHER, L.L.P.
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849−5300
Fax: (650) 849−5309
Email: gbrown@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry Charles Whitaker**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW
Room 7256
Washington, DC 20530−0001
(202) 514−3180
Email: henry.whitaker@usdoj.gov
*TERMINATED: 07/21/2008*
*ATTORNEY TO BE NOTICED*

**Jonathan C. Dickey**
GIBSON, DUNN &CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351−2399
Fax: (212) 351−6399
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lissa M. Percopo**
GIBSON, DUNN &CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036−5306
(202) 887−3770
Email: lpercopo@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**M. Byron Wilder**
GIBSON, DUNN &CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
(214) 698−3231
Fax: (214) 571−2913
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie L. Katsur**
GIBSON, DUNN &CRUTCHER LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036−5306
(202) 887−3636
Fax: (202) 530−9658
Email: mkatsur@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Michael Francis Flanagan**
GIBSON, DUNN &CRUTCHER, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036−5303
(202) 955−8500
Fax: 202−467−0539
Email: mflanagan@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Monica K. Loseman−Barwind**
GIBSON, DUNN &CRUTCHER, LLP
1801 California Street
Suite 4200
Denver, Co 80202
(303)298−5784
Email: mloseman@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Scott A. Fink**
GIBSON DUNN &CRUTCHER LLP
One Montgomery Street
Suite 3100
San Francisco, CA 94104−4505
(415) 393−8267
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS P. GERRITY**               represented by   **Rachelle M. Barstow**
MORGAN, LEWIS, &BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309−6208
Fax: (212) 309−6001
*TERMINATED: 05/07/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Michael Romano**
MORGAN, LEWIS &BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309−7083

Fax: (212) 309−6001
*TERMINATED: 05/07/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carolyn Marie Welshhans**
DECHERT, LLP
1775 I Street, NW
Washington, DC 20006
(202) 261−3396
Email: carolyn.welshhans@dechert.com
*TERMINATED: 09/14/2007*

**Neil A Steiner**
DECHERT, L.L.P.
30 Rockefeller Plaza
New York, NY 10112
(212) 698−3822
Fax: (212) 698−3599
Email: neil.steiner@dechert.com
*ATTORNEY TO BE NOTICED*

**Patrick D. Conner**
MORGAN, LEWIS &BOCKIUS, LLP
Litigation
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739−5594
Fax: (202) 739−3001
Email: pconner@morganlewis.com
*TERMINATED: 05/07/2007*
*ATTORNEY TO BE NOTICED*

**William K. Dodds**
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698−3557
Fax: (212) 698−3599
*ATTORNEY TO BE NOTICED*

**Defendant**

**ANNE M. MULCAHY**

**Defendant**

**FREDERIC V. MALEK**

**Defendant**

**TAYLOR C. SEGUE, III**

**Defendant**

**WILLIAM R. HARVEY**

**Defendant**

**JOE PICKETT**                          represented by   **James Hamilton**
                                                         BINGHAM MCCUTCHEN LLP
                                                         2020 K Street, NW
                                                         Washington, DC 20006−1806
                                                         (202) 373−6026
                                                         Fax: (202) 373−6473
                                                         Email: james.hamilton@bingham.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David I. Ackerman**
                                                         DENTONS US LLP
                                                         1301 K Street, NW
                                                         Suite 600 East Tower
                                                         Washington, DC 20005
                                                         (202) 408−6400
                                                         Fax: (202) 408−6399
                                                         Email: david.ackerman@dentons.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**VICTOR H. ASHE**

**Defendant**

**STEPHEN B. ASHLEY**                    represented by   **Erica Lynne Salmon**
*(CA−06−82)*                                              PIPER RUDNICK, LLP
                                                         1200 19th Street, NW
                                                         Suite 700
                                                         Washington, DC 20036
                                                         (202) 861−6306
                                                         Email: erica.salmon@dlapiper.com
                                                         *TERMINATED: 02/02/2007*
                                                         *LEAD ATTORNEY*

                                                         **Cristen Sikes Rose**
                                                         DLA PIPER LLP (US)
                                                         500 Eighth Street, NW
                                                         Washington, DC 20004
                                                         (202) 799−4532
                                                         Fax: (202) 799−5000
                                                         Email: cristen.rose@dlapiper.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**MOLLY H. BORDONARO**

**Defendant**

**KENNETH M. DUBERSTEIN**
*(CA−06−82)*

**Defendant**

**JAMIE S. GORELICK**            represented by   **Julia Evans Guttman**
*(CA−06−82)*                                     BAKER BOTTS, LLP
                                                 The Warner Building
                                                 1299 Pennsylvania Avenue, NW
                                                 Washington, DC 20004−2400
                                                 (202) 639−7700
                                                 Fax: (202) 585−1047
                                                 Email: julia.guttman@bakerbotts.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Nicholas Aidan Brady**
                                                 U.S. SECURITIES &EXCHANGE
                                                 COMMISSION
                                                 Division of Enforcement
                                                 100 F Street, NE
                                                 Washington, DC 20549
                                                 (202) 551−4732
                                                 Email: bradyn@sec.gov
                                                 *TERMINATED: 03/26/2008*

**Defendant**

**MANUEL J. JUSTIZ**
*(CA−06−82)*

**Defendant**

**ANN KOROLOGOS**               represented by   **Erica Lynne Salmon**
*(CA−06−82)*                                     (See above for address)
                                                 *TERMINATED: 02/02/2007*
                                                 *LEAD ATTORNEY*

                                                 **Cristen Sikes Rose**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**DONALD B. MARRON**            represented by   **Erica Lynne Salmon**
*(CA−06−82)*                                     (See above for address)
                                                 *TERMINATED: 02/02/2007*
                                                 *LEAD ATTORNEY*

                                                 **Cristen Sikes Rose**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**DANIEL H. MUDD**
*(CA−06−82)*

represented by   **James D. Wareham**
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799−4515
Fax: (202) 799−5515
Email: james.wareham@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H. PATRICK SWYGERT**

**Defendant**

**LESLIE RAHL**

represented by   **Lasagne A. Wilhite**
REED SMITH LLP
1301 K Street, NW
Suite 1100 − East Tower
Washington, DC 20005
(202) 414−9390
Fax: (202) 414−9299
Email: lwilhite@reedsmith.com
*TERMINATED: 04/02/2009*
*LEAD ATTORNEY*

**Lawrence S. Sher**
REED SMITH LLP
1301 K Street, NW
Suite 1100 − East Tower
Washington, DC 20005
(202) 414−9200
Fax: (202) 414−9299
Email: lsher@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel John Healy**
ANDERSON KILL, LLP
1717 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 416−6500
Fax: (202) 416−6555
Email: dhealy@andersonkill.com
*TERMINATED: 03/09/2007*

**Rhonda D. Orin**
ANDERSON KILL, LLP
1717 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

(202) 416−6549
Fax: (202) 416−6555
Email: rorin@andersonkill.com
*TERMINATED: 04/28/2008*

**Defendant**

**RADIAN GROUP INC**                   represented by   **David Smith**
*(CA−06−139)*                                           SCHNADER HARRISON SEGAL
                                                        &LEWIS LLP
                                                        1600 Market Street
                                                        Philadelphia, PA 19103−7286
                                                        (215) 751−2190
                                                        Fax: (215) 751−2205
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Dionna K. Litvin**
                                                        SCHNADER HARRISON SEGAL
                                                        &LEWIS LLP
                                                        1600 Market Street
                                                        Philadelphia, PA 19103−7286
                                                        (215) 751−2590
                                                        Fax: (215) 751−2205
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan S. Liss**
                                                        SCHNADER HARRISON SEGAL
                                                        &LEWIS, LLP
                                                        1600 Market Street
                                                        Philadelphia, PA 19103−7286
                                                        (215) 751−2423
                                                        Fax: (215) 751−2205
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan Michael Stern**
                                                        SCHNADER HARRISON SEGAL
                                                        &LEWIS LLP
                                                        750 9th Street, NW
                                                        Suite 550
                                                        Washington, DC 20001−4534
                                                        (202) 419−4202
                                                        Fax: (202) 419−4252
                                                        Email: jstern@schnader.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**GOLDMAN SACHS**                      represented by   **Daryl Andrew Libow**
                                                        SULLIVAN &CROMWELL, LLP
                                                        1701 Pennsylvania Avenue, NW
                                                        Suite 800
                                                        Washington, DC 20006−5866
                                                        (202) 956−7500

Email: libowd@sullcrom.com
*LEAD ATTORNEY*

**Daniel H.R. Laguardia**
SULLIVAN &CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558−3290
Email: laguardiad@sullcrom.com
*TERMINATED: 03/07/2007*

**Jeremy C. Bates**
SULLIVAN &CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558−4822
*ATTORNEY TO BE NOTICED*

**Michael T. Tomaino**
SULLIVAN &CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558−4715
Email: tomainom@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Patrice A. Rouse**
SULLIVAN &CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558−7934
Email: rousep@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Richard H. Klapper**
SULLIVAN &CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558−3555
Email: klapperr@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**KPMG**                     represented by   **Andrew Santo Tulumello**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Bradley Jason Lingo**
                                              (See above for address)
                                              *TERMINATED: 06/02/2011*
                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brian E. Pumphrey**
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775−7745
Fax: (804) 698−2018
*ATTORNEY TO BE NOTICED*

**Charles William McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine Devey Mehfoud**
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775−7423
Fax: (804) 698−2237
*ATTORNEY TO BE NOTICED*

**Claudia M. Barrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. William Boland**
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775−4374
Fax: (804) 698−2015
*ATTORNEY TO BE NOTICED*

**James Anthony Sherman**
MCGUIREWOODS LLP
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
(202) 828−2889
Fax: (202) 857−1737
*TERMINATED: 08/22/2007*

**Defendant**

**RADIAN GUARANTY INC.**          represented by   **Jonathan Michael Stern**
*(CA−06−139)*                                     (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**David Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dionna K. Litvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan S. Liss**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**OFFICE OF FEDERAL HOUSING**          represented by   **Jane M. Lyons**
**ENTERPRISE OVERSIGHT**                               U.S. ATTORNEY'S OFFICE
                                                       Civil Division
                                                       555 Fourth Street, NW
                                                       Washington, DC 20530
                                                       (202) 252−2540
                                                       Fax: (202) 252−2599
                                                       Email: jane.lyons@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jeremy S. Simon**
                                                       U.S. ATTORNEY'S OFFICE
                                                       555 Fourth Street, NW
                                                       Washington, DC 20530
                                                       (202) 252−2528
                                                       Fax: (202) 252−2599
                                                       Email: jeremy.simon@usdoj.gov
                                                       *TERMINATED: 01/30/2012*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John Cuong Truong**
                                                       U.S. ATTORNEY'S OFFICE
                                                       555 Fourth Street, NW
                                                       Washington, DC 20530
                                                       (202) 252−2524
                                                       Fax: (202) 252−2599
                                                       Email: john.truong@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kenneth A. Adebonojo**
                                                       U.S. ATTORNEY'S OFFICE
                                                       Civil Division
                                                       555 Fourth Street, NW

Washington, DC 20035
(202) 514−7157
Fax: (202) 514−8780
Email: kenneth.adebonojo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. Aronica**
DUANE MORRIS
505 Ninth Street, NW
Suite 1000
Washington, DC 20004
(202) 776−7824
Fax: 202−776−7801
Email: jjaronica@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**DELOITTE &TOUCHE LLP**          represented by  **Scott B. Schreiber**
ARNOLD &PORTER LLP
555 12th Street, NW
Washington, DC 20004
(202) 942−5672
Email: scott.schreiber@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**EXECUTIVE OFFICE OF THE
PRESIDENT**          represented by  **Diane Kelleher**
U.S. DEPARTMENT OF JUSTICE
Civil Division
P.O. Box 883
Washington, DC 20044
(202) 514−4775
Fax: (202) 616−8470
Email: diane.kelleher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl J. Nichols**
WILMER CUTLER PICKERING HALE
&DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663−6226
Email: carl.nichols@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Marcia N. Tiersky**
DEPARTMENT OF JUSTICE
Drug Enforcement Administration

8701 Morrissette Dr.
Springfield, VA 22152
202 353 0907
Fax: (202) 307−8046
Email: marcia.n.tiersky@usdoj.gov
*TERMINATED: 12/05/2008*

**Interested Party**

**OFFICE OF MANAGEMENT AND BUDGET**

represented by **Diane Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl J. Nichols**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcia N. Tiersky**
(See above for address)
*TERMINATED: 12/05/2008*

**Interested Party**

**GRAY COMPANY, LLC**

represented by **Steven John Roman**
DICKSTEIN, SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420−4759
Fax: (202) 420−2201
Email: romans@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**MCSLARROW CONSULTING LLC**

represented by **Steven John Roman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**CLARK, LYTLE &GEDULDIG**

represented by **Steven John Roman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**JOHNSON, MADIGAN, PECK, BOLAND &STEWART, INC.**

represented by **Steven John Roman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**RICCHETTI, INC.**                    represented by **Steven John Roman**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**HAROLD FORD GROUP, LLC**             represented by **Steven John Roman**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**MILLER, HAMILTON, SNIDER**           represented by **Steven John Roman**
**&ODOM**                                       (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**RUST CONSULTING, INC.**              represented by **Jeffrey L. Karlin**
                                                GRAY, PLANT, MOOTY
                                                600 New Hampshire Avenue, NW
                                                Suite 700
                                                Washington, DC 20037
                                                (202) 295−2207
                                                Fax: (202) 295−2257
                                                Email: jeffrey.karlin@gpmlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**OFFICE OF INSPECTOR GENERAL**        represented by **Jane M. Lyons**
**OF THE U.S. DEPARTMENT OF**                    (See above for address)
**HOUSING AND URBAN**                           *LEAD ATTORNEY*
**DEVELOPMENT**                                  *ATTORNEY TO BE NOTICED*

**Interested Party**

**MARKS PANETH &SHRON LLP**, DC        represented by **Kathleen Hall Warin**
                                                WILSON ELSER MOSKOWITZ
                                                EDELMAN &DICKER, LLP
                                                700 11th Street, NW
                                                Suite 400
                                                Washington, DC 20001
                                                (202) 626−9089
                                                Fax: (202) 628−3606
                                                Email: kathleen.warin@wilsonelser.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**MARKS PANETH &SHRON LLP**, DC


V.

**Intervenor Defendant**

**FEDERAL HOUSING FINANCE
AGENCY**

represented by   **David A. Felt**
FEDERAL HOUSING FINANCE
AGENCY
1700 G Street, NW
Washington, DC 20552
(202) 414−3750
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. Aronica**
(See above for address)

**Movant**

**OHIO BUREAU OF WORKERS'
COMPENSATION**

represented by   **Joshua S. Devore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Block**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**CAFCO−LARGE CAP FUNDS, L.P.**

represented by   **Janet K. DeCosta**
JANET K. DECOSTA, P.C.
1825 Eye Street, NW
Suite 400
Washington, DC 20006
(202) 638−3344
Fax: (202) 824−8126
Email: jkdecosta@jkdcpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Charles Smith**
DEHAY &ELLISTON, L.L.P.
36 South Charles Street
Suite 1300
Baltimore, MD 21201
(410) 783−7019
Fax: (410) 783−7221
Email: psmith@dehay.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Oddo**
ROBBINS ARROYO LLP
600 B Street
Suite 1900
San Diego, CA 92101
619−525−3990
Fax: 619−525−3991
Email: soddo@robbinsarroyo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alfred G. Yates , Jr.**
ALFRED G. YATES, JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA
(412) 391−5164
Email: yateslaw@aol.com
*ATTORNEY TO BE NOTICED*

**Barbara L. Yates**
ALFRED G. YATES, JR., P.C.
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA
(412) 391−5164
*ATTORNEY TO BE NOTICED*

**Curtis V. Trinko**
LAW OFFICES OF CURTIS V. TRINKO,
LLP
16 West 46th Street
7th Floor
New York, NY 10036
(212) 490−9550
*ATTORNEY TO BE NOTICED*

**Gerald L. Rutledge**
ALFRED G. YATES JR., PC
429 Forbes Avenue
Suite 519 Allegheny Building
Pittsburgh, PA
(412) 391−5164
*ATTORNEY TO BE NOTICED*

**Movant**

**JEFF PECHAN**                    represented by **Janet K. DeCosta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Patrick Charles Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Oddo**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alfred G. Yates , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barbara L. Yates**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Curtis V. Trinko**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald L. Rutledge**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**COMINVEST ASSET**                    represented by   **Geoffrey J. Greeves**
**MANAGEMENT GMBH**                                     BAILEY LAW PC
                                                        1155 Connecticut Avenue, NW
                                                        Suite 500
                                                        Washington, DC 20036
                                                        (202) 663−9228
                                                        Email: geoffrey.greeves@pillsburylaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Darren J. Check**
                                                        SCHIFFRIN &BARROWAY, LLP
                                                        Three Bala Plaza East
                                                        Suite 400
                                                        Bala Cynwyd, PA 19004
                                                        (610) 667−7706
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Hal M. Hirsch**
                                                        GREENBERG TRAURIG, LLP
                                                        200 Park Avenue
                                                        New York, NY 10166

(212) 801−9200
*ATTORNEY TO BE NOTICED*

**Richard S. Schiffrin**
SCHIFFRIN &BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667−7706
*ATTORNEY TO BE NOTICED*

**Sean M. Handler**
SCHIFFRIN &BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667−7706
Email: shandler@btkmc.com
*ATTORNEY TO BE NOTICED*

**Stuart L. Berman**
SCHIFFRIN &BARROWAY, LLP
Three Bala Palza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667−7706
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **PAUL, WEISS, RIFKIND,** **WHARTON &GARRISON LLP** | represented by | **Robert P. Parker** ROTHWELL FIGG ERNST &MANBECK, PC 607 14th Street, NW Suite 800 Washington, DC 20005 (202) 783−6040 Fax: (202) 783−6031 Email: rparker@rfem.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Aaron Futch**
PAUL, WEISS, RIFKIND, WHARTON
&GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223−7328
Email: afutch@paulweiss.com
*TERMINATED: 01/23/2009*
*ATTORNEY TO BE NOTICED*

**Alex Young K. Oh**

PAUL WEISS RIFKIND WHARTON
&GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223−7334
Fax: (202) 204−7375
Email: aoh@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Eryn Mead Starun**
PAUL, WEISS, RIFKIND, WHARTON
&GARRISON LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036−5694
(202) 223−7300
Fax: (202)
*ATTORNEY TO BE NOTICED*

**Movant**

**SECURITIES AND EXCHANGE        represented by   Kathleen A. Cody**
**COMMISSION**                                    U.S. SECURITIES &EXCHANGE
                                                  COMMISSION
                                                  100 F Street, NE
                                                  Washington, DC 20549−9612
                                                  (202) 551−5126
                                                  Email: codyk@sec.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kenneth A. Adebonojo**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*

**Movant**

**CENTER FOR AUDIT QUALITY        represented by   Joseph Ira Goldstein**
                                                  MURPHY &MCGONIGLE, PC
                                                  555 13th Street, NW
                                                  Suite 410 West
                                                  Washington, DC 20004
                                                  (202) 661−7013
                                                  Fax: (202) 661−7047
                                                  Email: jgoldstein@mmlawus.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Robert P. Howard , Jr.**
                                                  MURPHY &MCGONIGLE, PC
                                                  555 13th Street, NW
                                                  Suite 410 West
                                                  Washington, DC 20004

(202) 661−7015
Fax: (202) 659−4130
Email: robert.howard@mmlawus.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**STATMAN. HARRIS &EYRICH,**          represented by   **Alan J. Statman**
**LLC**                                                (See above for address)
                                                       *TERMINATED: 10/31/2007*

**Movant**

**BERNSTEIN LIEBHARD LLP**            represented by   **Barry E. Cohen**
                                                       CROWELL &MORING LLP
                                                       1001 Pennsylvania Avenue, NW
                                                       Washington, DC 20004−2505
                                                       (202) 624−2997
                                                       Fax: (202) 628−5116
                                                       Email: bcohen@crowell.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Philip Thomas Inglima**
                                                       CROWELL &MORING LLP
                                                       1001 Pennsylvania Avenue, NW
                                                       Washington, DC 20004−2505
                                                       (202) 624−2795
                                                       Fax: (202) 628−5116
                                                       Email: pinglima@crowell.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Movant**

**KHADIJA DUMA**                      represented by   **KHADIJA DUMA**
                                                       P.O. Box 13414
                                                       Silver Spring, MD 20911
                                                       (202) 375−4360
                                                       PRO SE

**Movant**

**SCHERTLER &ONORATO**                represented by   **Danny C. Onorato**
Schertler &Onorato, LLP                                SCHERTLER &ONORATO LLP
575 − 7th Street, NW                                   575 7th Street, N.W.
Suite 300 South                                        Suite 300 South
Washington, DC 20004                                   Washington, DC 20004
202−628−4199                                           (202) 628−4199
                                                       Fax: (202) 628−4177
                                                       Email: donorato@schertlerlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

Robert James Spagnoletti
SCHERTLER &ONORATO LLP
575 7th Street, N.W.
Suite 300 South
Washington, DC 20004
(202) 628−4199
Fax: 202−628−4177
Email: rspagnoletti@schertlerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**RINIS TRAVEL SERVICE, INC.**          represented by   **N. Albert Bacharach , Jr.**
**PROFIT SHARING TRUST U.A.**                            115 Northeast Sixth Avenue
**6−1−1989**                                             Gainesville, FL 32601−6592
                                                         (352) 378−9859
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**KPMG LLP**                            represented by   **Andrew Santo Tulumello**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Bradley Jason Lingo**
                                                         (See above for address)
                                                         *TERMINATED: 06/02/2011*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jonathan K. Tycko**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

                                                         **Claudia M. Barrett**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Francis Joseph Warin**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **George Howard Brown**
                                                         (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Henry Charles Whitaker**
                                                         (See above for address)

*TERMINATED: 07/21/2008*
*ATTORNEY TO BE NOTICED*

**Jonathan C. Dickey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Byron Wilder**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melanie L. Katsur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**FEDERAL NATIONAL MORTGAGE**          represented by   **David W. DeBruin**
**ASSOCIATION**                                         (See above for address)
*Operating as Fannie Mae*                               *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Craig A. Cowie**
(See above for address)
*TERMINATED: 07/03/2012*

**Ian Heath Gershengorn**
(See above for address)
*TERMINATED: 05/04/2009*
*ATTORNEY TO BE NOTICED*

**Jeffrey William Kilduff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerome Louis Epstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth Alben Aronson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Walsh , Jr.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**KPMG LLP**                    represented by   **Andrew Santo Tulumello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jason Lingo**
(See above for address)
*TERMINATED: 06/02/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Simon Davidson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles William McIntyre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claudia M. Barrett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darren William Stanhouse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis Joseph Warin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George Howard Brown**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Henry Charles Whitaker**
(See above for address)
*TERMINATED: 07/21/2008*
*ATTORNEY TO BE NOTICED*

**Jonathan C. Dickey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Byron Wilder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie L. Katsur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Francis Flanagan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**FANNIE MAE SECURITIES**                    represented by    **Alex Lipman**
**LITIGATION**                                                (See above for address)
                                                             *TERMINATED: 05/06/2009*

                                                             **Craig A. Cowie**
                                                             (See above for address)
                                                             *TERMINATED: 07/03/2012*

                                                             **Ronald L. Marmer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/23/2004 | 1 | | COMPLAINT against FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER (Filing fee $ 150) filed by VINCENT VINCI.(jf, ) (Entered 09/29/2004) |
| 09/23/2004 | | | Summons (4) Issued as to FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWAR FRANKLIN RAINES, LEANNE G. SPENCER. (jf, ) (Entered: 09/29/2004) |
| 09/30/2004 | 2 | | NOTICE by VINCENT VINCI *Of Filing of Plaintiff's Certification* (Attachments: # 1 Exhibit A − Certifica Vinci)(Devore, Joshua) (Entered: 09/30/2004) |
| 10/28/2004 | 3 | | MOTION to Consolidate Cases *and Scheduling* by FEDERAL NATIONAL MORTGAGE ASSOCIATION J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER, VINCENT VINCI. (Walsh, Mio (Entered: 10/28/2004) |
| 11/16/2004 | | | Notice of Hearings: Status Conference set for 11/30/2004 11:00 AM in Courtroom 7 before Judge Richard Leon. (whb) (Entered: 11/16/2004) |
| 11/22/2004 | 4 | | MOTION to Consolidate Cases, MOTION Appoint Lead Plaintiff and Lead Counsel and Consolidate Case OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO and OHIO BUREAU OF WORKERS' COMPENSATION. (Attachments: # 1 Memorandum In Supp Motion# 2 Text of Proposed Order Exhibit 1 − Proposed Order# 3 Exhibit 2 − Part 1 of 12 − Declaration In Support of Motion# 4 Exhibit 2 − Part 2 of 12# 5 Exhibit 2 − Part 3 of 12# 6 Exhibit 2 − Part 4 of 12# 7 Ex |

| | | |
|---|---|---|
| | | − Part 5 of 12#_8 Exhibit 2 Part 6 of 12#_9 Exhibit 2 − Part 7 of 12#_10 Exhibit 2 − Part 8 of 12#_11 Exhibit Part 9 of 12#_12 Exhibit 2 − Part 10 of 12#_13 Exhibit 2 − Part 11 of 12#_14 Exhibit 2 − Part 12 of 12)(Dev Joshua) Modified on 11/22/2004 (jf, ). Modified on 11/22/2004 (jf, ). (Entered: 11/22/2004) |
| 11/22/2004 | 5 | MOTION to Consolidate Cases, MOTION To Appoint Lead Plaintiffs and for Approval of Selection of Co and Liason Counsel by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (Attachments: #_1 #_2 #_3 # 4)(DeCosta, Janet) (Entered: 11/22/2004) |
| 11/22/2004 | 6 | MOTION to Consolidate Cases *04−1639; 04−1645; 04−1659; 04−1676; 04−1686; 04−1747; 04−1843;04−1946*, MOTION To be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selectic Lead Counsel and Liaison Counsel by COMINVEST ASSET MANAGEMENT GMBH. (Attachments: #_1 Memo of Law in Support of Motion of Cominvest Asset Management GMBH to Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Couns Declaration of Robert Charrow in Support of Motion of Cominvest Asset Management GMBH to Consolid Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel#_3 Text of Proposed Order Proposed Order Consolidating Actions, Appointing Lead Plain Approving Lead Plaintiff's Selection of Lead Counsel, and Liaison Counsel#_4 Certificate of Service)(Gree Geoffrey) Modified on 11/23/2004 (jf, ). (Entered: 11/23/2004) |
| 11/24/2004 | 7 | MOTION to Postpone Status Conference and Postpone Entry of Scheduling Order by OHIO BUREAU OF WORKERS' COMPENSATION, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #_1 Text of Proposed Order Proposed Order)(Devore, Joshua) (Entered: 11/24/2004) |
| 11/24/2004 | 8 | MEMORANDUM from OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO AND OHIO BUREAU OF WORKERS COMPENSATION in Suppo Their Motion to Postpone Status Conference and Postpone Entry of Scheduling Order (Link #7 on Docket S (Devore, Joshua) (Entered: 11/24/2004) |
| 11/24/2004 | | MINUTE ORDER denying 7 Motion to Postpone November 30, 2004 Status Conference. Signed by Judge Richard J. Leon on 11/24/04. (lcrjl1, ) (Entered: 11/24/2004) |
| 11/29/2004 | 9 | MOTION for Admission Pro Hac Vice of Stanley M. Chesley by OHIO BUREAU OF WORKERS' COMPENSATION, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #_1 Certification of Stanley M. Chesley#_2 Text of Pro Order Proposed Order)(Devore, Joshua) (Entered: 11/29/2004) |
| 11/29/2004 | 10 | MOTION Pro Hac Vice Admission *for Darren J. Check* by COMINVEST ASSET MANAGEMENT GME (Attachments: #_1 Declaration of Darren J. Check#_2 Text of Proposed Order)(Greeves, Geoffrey) (Entered 11/29/2004) |
| 11/29/2004 | 11 | MOTION Pro Hac Vice Admission *for Richard S. Schiffrin* by COMINVEST ASSET MANAGEMENT G (Attachments: #_1 Declaration of Richard S. Schiffrin#_2 Text of Proposed Order)(Greeves, Geoffrey) (Ente 11/29/2004) |
| 11/29/2004 | 12 | MOTION Pro Hac Vice Admission *Stuart L. Berman* by COMINVEST ASSET MANAGEMENT GMBH. (Attachments: #_1 Declaration of Stuart L. Berman#_2 Text of Proposed Order)(Greeves, Geoffrey) (Entere 11/29/2004) |
| 11/29/2004 | 13 | NOTICE *of Filing With the Judicial Panel on Multidistrict Litigation the Motion of Federal National Mort, Association (Fannie Mae) to Transfer and Consolidate for Pretrial Proceedings and Accompanying Memorandum* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: #_1 Exhibit)(Wals Michael) (Entered: 11/29/2004) |
| 11/29/2004 | 14 | MOTION for Leave to Appear Pro Hac Vice by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #_1 Declaration#_2 Text of Proposed Order)(Walsh, Michael) (Entered: 11/29/2004) |

| 11/30/2004 | 15 | | STANDING ORDER . Signed by Judge Richard J. Leon on 11/30/04. (NM, ) (Entered: 11/30/2004) |
| 11/30/2004 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 11/30/2004. P to submit joint consolidation proposal by 12/10/04, Replies due 12/14/04. Motion Hearing set for 12/16/200 11:00 AM in Courtroom 7 before Judge Richard J. Leon. Status Conference set for 12/16/2004 10:30 AM i Courtroom 7 before Judge Richard J. Leon. (Court Reporter Pattie Gels.) (whb) (Entered: 11/30/2004) |
| 12/01/2004 | 16 | | NOTICE of Appearance by Edward Bernard Horahan III on behalf of J.TIMOTHY HOWARD (Horahan, Edward) (Entered: 12/01/2004) |
| 12/01/2004 | 17 | | NOTICE *of Filing with the Judicial Panel on Multidistrict Litigation the Motion to Transfer and Consolida Pretrial Proceedings and Accompanying Memorandum* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Exhibit)(Walsh, Michael) (Entered: 12/01/2004) |
| 12/06/2004 | 18 | | MOTION for Admission Pro Hac Vice of Alfred G. Yates, Jr. by CAFCO−LARGE CAP FUNDS, L.P., JE PECHAN. (Attachments: # 1 # 2)(DeCosta, Janet) (Entered: 12/06/2004) |
| 12/07/2004 | 19 | | MOTION for Admission Pro Hac Vice of Jeffrey C. Block by OHIO BUREAU OF WORKERS' COMPENSATION, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certification of Jeffrey C. Block# 2 Text of Propos Order # 3 Certificate of Service)(Devore, Joshua) (Entered: 12/07/2004) |
| 12/08/2004 | 20 | | MOTION for Leave to Appear Pro Hac Vice *Hal M. Hirsch* by COMINVEST ASSET MANAGEMENT G (Attachments: # 1 Declaration of Hal M. Hirsch# 2 Text of Proposed Order)(Greeves, Geoffrey) (Entered: 12/08/2004) |
| 12/10/2004 | 21 | | STIPULATION *for Order of Consolidation* by CAFCO−LARGE CAP FUNDS, L.P., COMINVEST ASSE MANAGEMENT GMBH, FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWA OHIO BUREAU OF WORKERS' COMPENSATION, OHIO PUBLIC EMPLOYEES RETIREMENT SY JEFF PECHAN, FRANKLIN RAINES, LEANNE G. SPENCER, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, VINCENT VINCI. (Devore, Joshua) (Entered: 12/10/2004) |
| 12/10/2004 | 22 | | Memorandum in opposition to motion re 4 *and in Further Support of the Motion of Cafco Pechan Movants Consolidation, Appointment as Lead Plaintiff, and for Approval of Selection of Co−Lead and Liaison Couns* filed by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (DeCosta, Janet) (Entered: 12/10/2004) |
| 12/10/2004 | 23 | | Memorandum in opposition to motion re 6 *and in Further Support of the Motion of Cafco Pechan Movants Consolidation, Appointment as Lead Plaintiff, and for Approval of Selection of Co−Lead and Liaison Coun* filed by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (DeCosta, Janet) Modified on 12/14/2004 ( (Entered: 12/10/2004) |
| 12/10/2004 | 24 | | Memorandum in opposition to motion re 5 *and in Further Support of Motion for Appointment as Lead Plai and Approval of Selection of Lead Counsel* filed by OHIO BUREAU OF WORKERS' COMPENSATION, PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OI (Attachments: # 1 Block Declaration (part 1 of 24)# 2 Block Declaration (Part 2 of 24)# 3 Block Declaratio 3 of 24)# 4 Block Declaration (Part 4 of 24)# 5 Block Declaration (Part 5 of 24)# 6 Block Declaration (Part 24)# 7 Block Declaration (Part 7 of 24)# 8 Block Declaration (Part 8 of 24)# 9 Block Declaration (Part 9 of 10 Block Declaration (Part 10 of 24)# 11 Block Declaration (Part 11 of 24)# 12 Block Declaration (Part 12 24)# 13 Block Declaration (Part 13 of 24)# 14 Block Declaration (Part 14 of 24)# 15 Block Declaration (Pa of 24)# 16 Block Declaration (Part 16 of 24)# 17 Block Declaration (Part 17 of 24)# 18 Block Declaration 18 of 24)# 19 Block Declaration (Part 19 of 24)# 20 Block Declaration (Part 20 of 24)# 21 Block Declaratio (Part 21 of 24)# 22 Block Declaration (Part 22 of 24)# 23 Block Declaration (Part 23 of 24)# 24 Block Declaration (Part 24 of 24)# 25 Torchio Declaration# 26 Text of Proposed Order # 27 Certificate of Service)(Devore, Joshua) (Entered: 12/10/2004) |
| 12/10/2004 | 25 | | |

| | | |
|---|---|---|
| | | Memorandum in opposition to motion re _6 and in Further Support of Motion for Appointment as Lead Plai_ _and Approval of Selection of Lead Counsel_ filed by OHIO BUREAU OF WORKERS' COMPENSATION, PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF O (Attachments: #_1 Block Declaration (Part 1 of 24)#_2 Block Declaration (Part 2 of 24)#_3 Block Declaratio 3 of 24)#_4 Block Declaration (Part 4 of 24)#_5 Block Declaration (Part 5 of 24)#_6 Block Declaration (Part 24)#_7 Block Declaration (Part 7 of 24)#_8 Block Declaration (Part 8 of 24)#_9 Block Declaration (Part 9 of _10 Block Declaration (Part 10 of 24)#_11 Block Declaration (Part 11 of 24)#_12 Block Declaration (part 12 24)#_13 Block Declaration (Part 13 of 24)#_14 Block Declaration (Part 14 of 24)#_15 Block Declaration (Pa of 24)#_16 Block Declaration (Part 16 of 24)#_17 Block Declaration (Part 17 of 24)#_18 Block Declaration 18 of 24)#_19 Block Declaration (Part 19 of 24)#_20 Block Declaration (Part 20 of 24)#_21 Block Declaratio (Part 21 of 24)#_22 Block Declaration (Part 22 of 24)#_23 Block Declaration (Part 23 of 24)#_24 Block Declaration (Part 24 of 24)#_25 Torchio Declaration#_26 Text of Proposed Order #_27 Certificate of Service)(Devore, Joshua) (Entered: 12/10/2004) |
| 12/10/2004 | _26_ | ENTERED IN ERROR..... MOTION to Consolidate Cases, MOTION Consolidate Actions, to be appointed plaintiff and for approval of lead plaintiff's selection of lead counsel and liaison counsel, and in opposition competing lead plaintiff motions re _5 MOTION to Consolidate Cases MOTION To Appoint Lead Plaintiffs for Approval of Selection of Co−Lead and Liason Counsel, _4 MOTION to Consolidate Cases MOTION Ap Lead Plaintiff and Lead Counsel and Consolidate Cases MOTION Appoint Lead Plaintiff and Lead Counse Consolidate Cases MOTION Appoint Lead Plaintiff and Lead Counsel and Consolidate Cases MOTION A Lead Plaintiff and Lead Counsel and Consolidate Cases by COMINVEST ASSET MANAGEMENT GMB (Attachments: #_1 Affidavit Declaration of Robert P. Charrow#_2 Exhibit Ex A Pt 1 to Charrow Decl#_3 Ex A Pt 2 to Charrow Decl#_4 Exhibit Ex B to Charrow Decl#_5 Exhibit Ex C to Charrow Decl#_6 Exhibit to Charrow Decl#_7 Exhibit Ex E to Charrow Decl#_8 Exhibit Ex F to Charrow Decl#_9 Exhibit Ex G to Ch Decl#_10 Exhibit Ex H to Charrow Decl#_11 Exhibit Ex I to Charrow Decl#_12 Exhibit Ex J to Charrow De Exhibit Ex K to Charrow Decl#_14 Exhibit Ex L to Charrow Decl#_15 Exhibit Ex M to Charrow Decl)(Gre Geoffrey) Modified on 12/13/2004 (nmw, ). (Entered: 12/10/2004) |
| 12/13/2004 | | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 26 was entered in error and counsel was instructed to refile said pleading. (nmw, ) (Entered: 12/13/2004) |
| 12/13/2004 | _27_ | Memorandum in opposition to motion re _4 , _5 _Memorandum of Law in Further Support of Cominvest's Mot_ _Consolidate Actions, to be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead_ _Counsel and Liaison Counsel, and in Opposition to Competing Lead Plaintiff Motions_ filed by COMINVES ASSET MANAGEMENT GMBH. (Attachments: #_1 Affidavit Declaration of Bob Charrow#_2 Exhibit A, Pt _3 Exhibit A, Pt. 2#_4 Exhibit B#_5 Exhibit C#_6 Exhibit D#_7 Exhibit E#_8 Exhibit F#_9 Exhibit G#_10 Exhi _11 Exhibit I#_12 Exhibit J#_13 Exhibit K#_14 Exhibit L#_15 Exhibit M)(Greeves, Geoffrey) (Entered: 12/13 |
| 12/13/2004 | _28_ | MOTION for Admission Pro Hac Vice of Curtis V. Trinko by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (Attachments: #_1 Text of Proposed Order #_2 Declaration#_3 Certificate of Service)(DeCosta, J (Entered: 12/13/2004) |
| 12/14/2004 | _29_ | NOTICE _of Filing_ by OHIO BUREAU OF WORKERS' COMPENSATION, OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #_1 E Copy of New York Dismissals)(Devore, Joshua) (Entered: 12/14/2004) |
| 12/14/2004 | _30_ | NOTICE _of Withdrawal of Ohio Bureau of Workers' Compensation's Request for Appointment as Lead Pla_ by OHIO BUREAU OF WORKERS' COMPENSATION (Devore, Joshua) (Entered: 12/14/2004) |
| 12/14/2004 | _31_ | REPLY to opposition to motion re _4 and in Further Support of OHIO PUBLIC EMPLOYEES RETIREMEN_ _SYSTEM'S and STATE TEACHERS RETIREMENT SYSTEM OF OHIO's Motion for Appointment as Lead_ _Plaintiffs and for Approval of Selection of Lead Counsel_ filed by OHIO PUBLIC EMPLOYEES RETIREM SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #_1 Declaration of Je Block and Exhibit A to Declaration#_2 Exhibit B to Declaration#_3 Certificate of Service)(Devore, Joshua) |

| | | | |
|---|---|---|---|
| | | | (Entered: 12/14/2004) |
| 12/14/2004 | 32 | | REPLY to opposition to motion re 5 *and in Further Support of Cafco Pechan's Motion to Consolidate, for Appointment of Lead Plaintiff and for Approval of Lead and Liaison Counsel* filed by CAFCO−LARGE CA FUNDS, L.P., JEFF PECHAN. (DeCosta, Janet) Modified on 12/15/2004 (cp, ). (Entered: 12/14/2004) |
| 12/14/2004 | 33 | | ENTERED IN ERROR.....REPLY to opposition to motion re 6 *and in Further Support of Cafco Pechan's Mot to Consolidate, for Appointment of Lead Plaintiff and for Approval of Lead and Liaison Counsel* filed by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (DeCosta, Janet) Modified on 12/15/2004 (cp, ). (E 12/14/2004) |
| 12/14/2004 | 34 | | REPLY to opposition to motion re 6 *and in Further Support of Cominvest Asset Management GmbH's Mot Consolidate Actions, to be Appointed Lead Plaintiff, and for Approval of Lead Plaintiff's Selection of Lead Counsel and Liaison Counsel* filed by COMINVEST ASSET MANAGEMENT GMBH. (Attachments: # 1 Affidavit Charrow Decl.# 2 Exhibit A to Charrow Decl.# 3 Exhibit B to Charrow Decl.# 4 Exhibit C to Cha Decl.# 5 Exhibit D to Charrow Decl.# 6 Exhibit E to Charrow Decl.)(Greeves, Geoffrey) (Entered: 12/14/2 |
| 12/14/2004 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 33 was Entered in Error as it is a duplicate docket entry no. 32. (cp, ) (Entered: 12/15/2004) |
| 12/15/2004 | 35 | | MOTION for Leave to Appear Pro Hac Vice of Sean M. Handler by COMINVEST ASSET MANAGEME GMBH. (Attachments: # 1 Affidavit Declaration of Sean Handler# 2 Text of Proposed Order)(Greeves, Ge (Entered: 12/15/2004) |
| 12/16/2004 | | | MINUTE ORDER approving 21 Stipulated Order of Consolidation. Flynn, et al. v. Fannie Mae, et al. (Case 1:04−cv−01843) is hereby consolidated into this action for all purposes through final judgment. Signed by Richard J. Leon on 12/16/04. (lcrjl1, ) (Entered: 12/16/2004) |
| 12/17/2004 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Motion Hearing held on 12/17/2004 re 4 MOTION Appoint Lead Plaintiff and Lead Counsel filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO BUREAU OF WORKERS' COMPENSATION. Status Conference set for 1/14/2005 02:30 PM in Courtroom 7 before Judge Richard J (Court Reporter Patty Gels.) (whb) (Entered: 12/17/2004) |
| 12/17/2004 | 36 | | MOTION for Admission Pro Hac Vice of Julie A. Richmond by OHIO PUBLIC EMPLOYEES RETIREM SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certification of Ju Richmond# 2 Text of Proposed Order # 3 Certificate of Service)(Toll, Steven) (Entered: 12/17/2004) |
| 12/17/2004 | 37 | | MOTION for Admission Pro Hac Vice of Kathleen M. Donovan−Maher by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certification of Kathleen M. Donovan−Maher# 2 Text of Proposed Order # 3 Certificate of Service)(Toll, S (Entered: 12/17/2004) |
| 12/20/2004 | 38 | | MOTION for Admission Pro Hac Vice of Melanie C. Corwin by OHIO PUBLIC EMPLOYEES RETIREM SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certification of M Corwin# 2 Text of Proposed Order # 3 Certificate of Service)(Toll, Steven) (Entered: 12/20/2004) |
| 12/21/2004 | 39 | | SURREPLY to re 4 MOTION to Consolidate Cases MOTION Appoint Lead Plaintiff and Lead Counsel an Consolidate Cases MOTION Appoint Lead Plaintiff and Lead Counsel and Consolidate Cases MOTION A Lead Plaintiff and Lead Counsel and Consolidate Cases MOTION Appoint Lead Plaintiff and Lead Couns Consolidate Cases filed by COMINVEST ASSET MANAGEMENT GMBH. (Attachments: # 1 Appendix 1# 2 Appendix A, Part 2# 3 Appendix A, Part 3)(Greeves, Geoffrey) (Entered: 12/21/2004) |
| 12/29/2004 | 40 | | MOTION to Strike 39 Surreply, *or alternatively, Motion for Leave to File Responsive Memorandum* by OH PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OH (Attachments: # 1 Proposed Sur−reply# 2 Proposed Order −− Motion to Strike# 3 Proposed Order −− Moti |

| | | |
|---|---|---|
| | | Leave to File Sur−reply# 4 Certificate of Service)(Toll, Steven) (Entered: 12/29/2004) |
| 12/30/2004 | 41 | NOTICE of Appearance by Steven Mark Salky on behalf of J.TIMOTHY HOWARD (Salky, Steven) (Ente... 12/30/2004) |
| 01/04/2005 | 42 | NOTICE of Appearance by James R. Cummins on behalf of OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Certificate of Service)(Burgess, Joe) (Entered: 01/04/2005) |
| 01/05/2005 | 43 | NOTICE *of Withdrawal of Appearance of Counsel* by J.TIMOTHY HOWARD (Horahan, Edward) (Entere... 01/05/2005) |
| 01/06/2005 | 44 | NOTICE OF TRANSCRIPT of Status Hearing held on 11/30/04 before Judge Richard J. Leon. Court Repo... Patty Artrip Gels. The public may view document in the Clerk's Office between the hours of 9:00 a.m. and... p.m., Monday through Friday. (rje, ) (Entered: 01/07/2005) |
| 01/06/2005 | 45 | NOTICE OF TRANSCRIPT of Motion Hearing held on 12/16/04 before Judge Richard J. Leon. Court Rep... Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. a... 4:00 p.m., Monday through Friday. (rje, ) (Entered: 01/07/2005) |
| 01/07/2005 | 46 | NOTICE *of Recent Decision* by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN (Attachments: # 1... Certificate of Service# 2 Exhibit A)(DeCosta, Janet) (Entered: 01/07/2005) |
| 01/11/2005 | 47 | NOTICE *of Filing with the Judicial Panel on Multidistrict Litigation a Notice of Tag−Along Action* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1)(Walsh, Michael) (Entered: 01/11/2005) |
| 01/11/2005 | 48 | NOTICE *of Filing with the Judicial Panel on Multidistrict Litigation a Notice of Tag−Along Action* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Exhibit)(Walsh, Michael) (Ente... 01/11/2005) |
| 01/11/2005 | 49 | NOTICE *of Filing with the Judicial Panel on Multidistrict Litigation a Reply in Support of Fannie Mae's M... to Transfer and Coordinate for Pretrial Proceedings* by FEDERAL NATIONAL MORTGAGE ASSOCIA... (Attachments: # 1 Exhibit)(Walsh, Michael) (Entered: 01/11/2005) |
| 01/11/2005 | 50 | MOTION for Admission Pro Hac Vice of Barbara L. Yates by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (Attachments: # 1 Declaration of Barbara L. Yates# 2 Certificate of Service# 3 Text of Proposed... Order)(DeCosta, Janet) (Entered: 01/11/2005) |
| 01/11/2005 | 51 | MOTION for Admission Pro Hac Vice of Gerald L. Rutledge by CAFCO−LARGE CAP FUNDS, L.P., JE... PECHAN. (Attachments: # 1 Declaration of Gerald L. Rutledge# 2 Certificate of Service# 3 Text of Propos... Order)(DeCosta, Janet) (Entered: 01/11/2005) |
| 01/13/2005 | 52 | MEMORANDUM OPINION AND ORDER. Signed by Judge Richard J. Leon on 1/13/05. (whb) (Entered... 01/13/2005) |
| 01/13/2005 | 53 | NOTICE *of Filing with The Judicial Panel on Multi−District Litigation a Motion to Dismiss and Opposition... Fannie Mae's Motion to Transfer and Coordinate for Pretrial Proceedings* by OHIO PUBLIC EMPLOYEE... RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 M... Motion and Opposition (Part 1 of 5)# 2 MDL Motion and Opposition (Part 2 of 5)# 3 MDL Motion and... Opposition (Part 3 of 5)# 4 MDL Motion and Opposition (Part 4 of 5)# 5 MDL Motion and Opposition (Pa... 5)# 6 Certificate of Service)(Toll, Steven) (Entered: 01/13/2005) |
| 01/27/2005 | 54 | MOTION For Partial Lift of PSLRA Discovery Stay for Limited Discovery by OHIO PUBLIC EMPLOYE... RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1... Memorandum in Support of Motion# 2 Exhibit A to Memorandum (FirstEnergy Case Order)# 3 Proposed... Order)(Toll, Steven) (Entered: 01/27/2005) |

| 02/04/2005 | 55 | | NOTICE *of Filing Proposed Stipulated Case Management Order* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 Text of Proposed Order)(Cummins, James) (Entered: 02/04/20 |
| 02/09/2005 | | | Notice of Hearings: Status Conference set for 2/14/2005 11:00 AM in Courtroom 7 before Judge Richard J. (whb) (Entered: 02/09/2005) |
| 02/10/2005 | 56 | | Memorandum in opposition to motion re 54 *Motion for Partial Lift of PSLRA Discovery Stay for Limited Discovery* filed by FANNIE MAE SECURITIES LITIGATION. (Walsh, Michael) (Entered: 02/10/2005) |
| 02/10/2005 | 57 | | AFFIDAVIT re 56 Memorandum in Opposition *to Motion for Partial Lift of PSLRA Discovery Stay for Lim Discovery* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 02/10/2 |
| 02/10/2005 | 58 | | AFFIDAVIT re 56 Memorandum in Opposition *to Motion for Partial Lift of PSLRA Discovery Stay for Lim Discovery* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit FNMA 8 9−22−04 2 Exhibit Moody's PR, 12−23−04 3 Exhibit Fitch Web Page)(Walsh, Michael) (Entered: 02/10 |
| 02/11/2005 | 59 | | NOTICE *of Filing, in SD Ohio, Motion to Stay All Proceedings Pending Transfer Decision by the Judicial on Multidistrict Litigation and Filing of Opposition to Motion for Entry of Coordination Order* by FEDERA NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Motion to Stay All Proceedings Pending Tr Decision By JPML 2 Memo in Support of Motion to Stay 3 Motion to Stay − Proposed Order 4 Motion Stay − Ex. A 5 Opposition to Motion for Entry of Coordination Order 6 Opposition to Motion for Entry Coordination Order − Proposed Order 7 Opposition to Motion for Entry of Coordination Order − Ex. 1 8 Opposition to Motion for Entry of Coordination Order − Ex. 2)(Walsh, Michael) (Entered: 02/11/2005) |
| 02/11/2005 | 60 | | NOTICE *of Filing Revised Proposed Stipulated Case Management Order* by OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM (Attachments: # 1 Exhibit Proposed Stipulated Case Management Order)(Cumm James) (Entered: 02/11/2005) |
| 02/14/2005 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 2/14/2005. Sta Conference set for 3/14/2005 11:00 AM in Courtroom 7 before Judge Richard J. Leon. (Court Reporter Pat Gels.) (whb) (Entered: 02/14/2005) |
| 02/14/2005 | 61 | | STIPULATED CASE MANAGEMENT ORDER NO. 1 . Signed by Judge Richard J. Leon on 2/14/05. (wh (Entered: 02/14/2005) |
| 02/24/2005 | 62 | | MEMORANDUM OPINION AND ORDER RE: MOTION For Partial Lift of PSLRA Discovery Stay for Limited Discovery by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Signed by Judge Richard J. Leon on 2/24/05. (whb) (Entered: 02/24/ |
| 02/26/2005 | | | MINUTE ORDER granting Motions for Admission pro hac vice of the following counsel: Seth A. Aronson Stuart L. Berman, Jeffrey C. Block, Darren J. Check, Stanley M. Chesley, Melanie C. Corwin, Kathleen M Donovan−Maher, Sean M. Handler, Hal M. Hirsch, Julie A. Richmond, Gerald L. Rutledge, Richard S. Sch Curtis V. Trinko, Alfred G. Yates, Jr., and Barbara L. Yates. Signed by Judge Richard J. Leon on 02/25/20 (lcrjl1, ) (Entered: 02/26/2005) |
| 02/28/2005 | 63 | | NOTICE *of Recent Developments* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit A)(Cummins, James) (Entere 02/28/2005) |
| 03/04/2005 | 64 | | CONSOLIDATED COMPLAINT against FANNIE MAE SECURITIES LITIGATION, FRANKLIN RAII J.TIMOTHY HOWARD, LEANNE G. SPENCERfiled by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Complaint−Part 2 Exhibit A−Part 1 3 Exhibit A−Part 2 4 Exhibit A−Part 3 5 Exhibit A−Part 4 6 Exhibit A−Part 5)(nmw (Entered: 03/04/2005) |
| 03/08/2005 | 65 | | TRANSCRIPT of Status Hearing held on January 14, 2005 before Judge Richard J. Leon. Court Reporter: |

| | | | |
|---|---|---|---|
| | | | A. Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p Monday through Friday. (jf, ) (Entered: 03/09/2005) |
| 03/08/2005 | 66 | | TRANSCRIPT of Status Conference held on February 14, 2005 before Judge Richard J. Leon. Court Repor Patty A. Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and p.m, Monday through Friday. (jf, ) (Entered: 03/09/2005) |
| 03/11/2005 | | | Notice of Rescheduled Hearings: Status Conference Re−set for 3/22/2005 02:00 PM in Courtroom 7 before Richard J. Leon. (whb) (Entered: 03/11/2005) |
| 03/21/2005 | 67 | | NOTICE *of JPML Filing* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHER RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Notice of Coordination Dev Part 1# 2 Notice of Coordination Dev Part 2)(Cummins, James) (Entered: 03/21/2005) |
| 03/22/2005 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 3/22/2005. Sta Conference set for 5/10/2005 02:30 PM in Courtroom 7 before Judge Richard J. Leon. (Court Reporter Patt Gels.) (whb) (Entered: 03/23/2005) |
| 03/31/2005 | 68 | | NOTICE *of Filing with the Judicial Panel on Multidistrict Litigation a Notice of Tag−Along Action* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Notice of Tag−Along Action, P Notice of Tag−Along Action, Pt. 2)(Walsh, Michael) (Entered: 03/31/2005) |
| 04/08/2005 | 69 | | NOTICE *of Filing Revised Stipulated Case Management Order No. 1* by FEDERAL NATIONAL MORTG ASSOCIATION (Attachments: # 1 Text of Proposed Order Revised Stipulated Case Management Order N 1)(Walsh, Michael) (Entered: 04/08/2005) |
| 04/15/2005 | 70 | | MOTION for Reconsideration of Consolidation Order filed in CA−05−620 on 04/07/05 by SASSAN SHAHROKHINIA. (Attachments: # 1 Text of Proposed Order)(jf, ) (Entered: 04/18/2005) |
| 04/19/2005 | 71 | | REVISED STIPULATED CASE MANAGEMENT ORDER NO. 1 . Signed by Judge Richard J. Leon on 4/15/05. (whb) (Entered: 04/19/2005) |
| 04/26/2005 | 72 | | RESPONSE to *Shahrokhinia's Application For Relief* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 04/26/2005) |
| 05/03/2005 | 73 | | MOTION to Dismiss by LEANNE G. SPENCER. (Malamuth, Eldad) (Entered: 05/03/2005) |
| 05/03/2005 | 74 | | MEMORANDUM re 73 MOTION to Dismiss filed by LEANNE G. SPENCER, by LEANNE G. SPENCE (Malamuth, Eldad) (Entered: 05/03/2005) |
| 05/03/2005 | 75 | | Joint MOTION to Dismiss *Consolidated Class Action Complaint* by FRANKLIN RAINES, J.TIMOTHY HOWARD. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J Part 1# 11 Exhibit J Part 2# 12 Exhibit J Part 3# 13 Exhi 14 Exhibit L# 15 Exhibit M# 16 Exhibit N# 17 Exhibit O# 18 Exhibit P# 19 Exhibit Q# 20 Text of Propose Order)(Salky, Steven) (Entered: 05/03/2005) |
| 05/03/2005 | 76 | | RESPONSE to *Shahrokhinia's Application For Relief* filed by OHIO PUBLIC EMPLOYEES RETIREME SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Declaration in Su of Response# 2 Exhibit A to Declaration# 3 Proposed Order# 4 Certificate of Service)(Toll, Steven) (Entere 05/03/2005) |
| 05/03/2005 | 77 | | MOTION to Dismiss *Consolidated Complaint* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Memorandum in Support# 2 Text of Proposed Order)(Walsh, Michael) (Entered: 05/03/2 |
| 05/03/2005 | 78 | | MOTION Request for Judicial Notice re 77 MOTION to Dismiss *Consolidated Complaint* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 05/03/2005) |

| 05/03/2005 | 79 | AFFIDAVIT re 77 MOTION to Dismiss *Consolidated Complaint* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Errata Exhibit 4# 4 Errata Exhibit 5# 5 Errata Exhibit 6# 6 Exhibit Exhibit 7# 7 Exhibit Exhibit 8# 8 Exhibit Exhibit 18# 9 Exhibit Exhibit 10# Exhibit Exhibit 20# 11 Exhibit Exhibit 21# 12 Exhibit Exhibit 22# 13 Exhibit Exhibit 23# 14 Exhibit Exhibit 15 Exhibit Exhibit 27# 16 Exhibit Exhibit 28# 17 Exhibit Exhibit 29# 18 Exhibit Exhibit 30# 19 Exhibit Exhibit 16# 20 Exhibit Exhibit 17# 21 Exhibit Exhibit 12 pt 1# 22 Exhibit Exhibit 12 pt 2# 23 Exhibit Exhibit 12 pt Exhibit Exhibit 25 pt 1# 25 Exhibit Exhibit 25 pt 2# 26 Exhibit Exhibit 13 pt 1# 27 Errata Exhibit 13 pt 2# Exhibit Exhibit 19# 29 Exhibit Exhibit 11# 30 Exhibit Exhibit 15# 31 Exhibit Exhibit 3)(Walsh, Michael) (Entered: 05/03/2005) |
| 05/03/2005 | 80 | AFFIDAVIT re 77 MOTION to Dismiss *Consolidated Complaint Part 2 of 2* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Errata Exhibit 26# 2 Exhibit Exhibit 14 pt 1# 3 Exhibit 14 pt 2# 4 Exhibit Exhibit 14 pt 3# 5 Exhibit Exhibit 14 pt 4# 6 Exhibit Exhibit 9 pt 1# 7 Exhibit Exhibit 9 Exhibit Exhibit 9 pt 3# 9 Exhibit Exhibit 9 pt 4)(Walsh, Michael) (Entered: 05/04/2005) |
| 05/10/2005 | 81 | REPLY *to Lead Plaintiff's Memorandum in Opposition to Sassan Shahrokhinia's Application for Relief from Order of Consolidation* filed by SASSAN SHAHROKHINIA. (Attachments: # 1 Declaration of Frank J. Johnson)(Liles, Robert) (Entered: 05/10/2005) |
| 05/10/2005 |  | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 5/10/2005. Status Conference set for 7/25/2005 03:30 PM in Courtroom 7 before Judge Richard J. Leon. (Court Reporter Catherine Crump−Miller Reporter.) (whb) (Entered: 05/11/2005) |
| 05/11/2005 |  | MINUTE ORDER denying 40 MOTION to Strike 39 Surreply, or alternatively, Motion for Leave to File Responsive Memorandum. Signed by Judge Richard J. Leon on 05/11/2005. (lcrjl1, ) (Entered: 05/11/2005 |
| 05/17/2005 | 82 | TRANSCRIPT of Motions Hearing held on May 10, 2005 before Judge Richard J. Leon. Court Reporter: Catherine B. Crump (MILLER). The public may view the document in the Clerk's Office between the hour 9:00 a.m. and 4:00 p.m, Monday through Friday. (jf, ) (Entered: 05/18/2005) |
| 05/20/2005 | 83 | MOTION for Appointment as Lead Plantiff and Approval of Selection of Counsel in Option Traders' Class by SASSAN SHAHROKHINIA. (Attachments: # 1 Declaration of Sassan Shahrokhinia in Support of Moti Lead Plaintiff# 2 Declaration of Frank J Johnson in Support of Motion for Lead Plaintiff# 3 Text of Propose re Motion for Lead Plantiff)(Liles, Robert) (Entered: 05/20/2005) |
| 06/14/2005 | 84 | Memorandum in opposition to motion re 78 *Request for Judicial notice* filed by OHIO PUBLIC EMPLOYE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cummins, James) (Entered: 06/14/2005) |
| 06/14/2005 | 85 | Memorandum in opposition to motion re 73 *to Dismiss of Defendant Leanne Spencer* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cummins, James) (Entered: 06/14/2005) |
| 06/14/2005 | 86 | Memorandum in opposition to motion re 77 *to Dismiss of Defendant Fannie Mae* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit A − Supplement to Agreement# 2 Exhibit B − Declaration of Jeannine Scarsciotti)(Cummins, James) (Entered: 06/14/2005) |
| 06/14/2005 | 87 | Memorandum in opposition to motion re 75 *to Dismiss of Defendants Raines and Howard* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cummins, James) (Entered: 06/14/2005) |
| 06/14/2005 | 88 | Memorandum in opposition to motion re 75 *to Dismiss of Defendants Raines and Howard − Corrected* filed OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO. (Cummins, James) (Entered: 06/14/2005) |

| 06/14/2005 | 89 | | NOTICE of Appearance by Eric R. Delinsky on behalf of J.TIMOTHY HOWARD (Delinsky, Eric) (Entered: 06/14/2005) |
| 06/15/2005 | 90 | | NOTICE of Appearance by Ellen D. Marcus on behalf of J.TIMOTHY HOWARD (Marcus, Ellen) (Entered: 06/15/2005) |
| 06/17/2005 | | | ALL PLEADINGS PURSUANT TO THE TRANSFER ORDER FROM THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILED 5/17/05 SHALL BE FILED AND DOCKETED TO THE MDL CASE NO. 05−234 (ks, ) (Entered: 07/12/2005) |
| 07/12/2005 | 91 | | NOTICE of Change of Address by Ellen D. Marcus (Marcus, Ellen) (Entered: 07/12/2005) |
| 07/12/2005 | 92 | | NOTICE of Appearance by Michelle D. Schwartz on behalf of FRANKLIN RAINES (Schwartz, Michelle) (Entered: 07/12/2005) |
| 07/14/2005 | 93 | | REPLY to opposition to motion re 75 *dismissal of consolidated complaint* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit)(Delinsky, Eric) (Entered: 07/14/2005) |
| 07/14/2005 | 94 | | REPLY to opposition to motion re 73 *to Dismiss* filed by LEANNE G. SPENCER. (Attachments: # 1 Exhibit 2 Exhibit B)(Malamuth, Eldad) (Entered: 07/14/2005) |
| 07/14/2005 | 95 | | REPLY to opposition to motion re 77 *Dismiss Consolidated Complaint* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 07/14/2005) |
| 07/14/2005 | 96 | | REPLY to opposition to motion re 78 *Request for Judicial Notice* filed by FEDERAL NATIONAL MORT ASSOCIATION. (Walsh, Michael) (Entered: 07/14/2005) |
| 07/18/2005 | | | Notice of Rescheduled Hearings: Status Conference set for 7/25/2005 04:30 PM in Courtroom 7 before Jud Richard J. Leon. (whb) (Entered: 07/18/2005) |
| 07/18/2005 | 97 | | MOTION for Admission Pro Hac Vice of Alan J. Statman by OHIO PUBLIC EMPLOYEES RETIREMEN SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certification in S of Motion# 2 Proposed Order# 3 Certificate of Service)(Handley, Matthew) (Entered: 07/18/2005) |
| 07/18/2005 | 98 | | MOTION for Admission Pro Hac Vice of Jeffery P. Harris by OHIO PUBLIC EMPLOYEES RETIREMEN SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certification in S of Motion# 2 Proposed Order# 3 Certificate of Service)(Handley, Matthew) (Entered: 07/18/2005) |
| 07/20/2005 | 99 | | NOTICE of Appearance by Joseph Marshall Terry, Jr on behalf of FRANKLIN RAINES (Terry, Joseph) (Entered: 07/20/2005) |
| 07/21/2005 | | | Notice of Rescheduled Hearings: Status Conference set for 7/25/05 is Rescheduled to 9/16/2005 02:00 PM Courtroom 7 before Judge Richard J. Leon. (whb) (Entered: 07/21/2005) |
| 08/04/2005 | | | MINUTE ORDER granting 98 MOTION for Admission Pro Hac Vice of Jeffery P. Harris. Signed by Judge Richard J. Leon on 8/4/05. (lcrjl1, ) (Entered: 08/04/2005) |
| 08/04/2005 | | | MINUTE ORDER granting 97 MOTION for Admission Pro Hac Vice of Alan J. Statman. Signed by Judge Richard J. Leon on 8/4/05. (lcrjl1, ) (Entered: 08/04/2005) |
| 08/25/2005 | 100 | | TRANSCRIPT of Proceedings held on 3/22/05 before Judge Richard J. Leon. Court Reporter: Patty Artrip The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Mon through Friday. (td, ) (Entered: 08/26/2005) |
| 09/16/2005 | | | Minute Entry for proceedings held before Richard J. Leon : Status Conference held on 9/16/2005. Motion H set for 11/9/2005 01:30 PM in Courtroom 7 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (wh (Entered: 09/16/2005) |

| | | | |
|---|---|---|---|
| 09/26/2005 | 101 | | SUPPLEMENTAL MEMORANDUM to re 70 MOTION for Reconsideration filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Tob Steven) (Entered: 09/26/2005) |
| 09/27/2005 | 102 | | RESPONSE to *Lead Plaintiff's Supplemental Briefing* filed by SASSAN SHAHROKHINIA. (Liles, Robert (Entered: 09/27/2005) |
| 10/03/2005 | 103 | | SUPPLEMENTAL MEMORANDUM to re 70 MOTION for Reconsideration *Opposing Shahrokhinia's Application for Relief* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 10/03/2005) |
| 10/04/2005 | 104 | | RESPONSE to *Fannie Mae's Supplemental Briefing* filed by SASSAN SHAHROKHINIA. (Liles, Robert (Entered: 10/04/2005) |
| 10/17/2005 | | | MINUTE ORDER denying 70 Motion for Reconsideration/Application for Relief from Stipulated Order of Consolidation. Relying in part upon lead plaintiff's representation of a future amendment of the consolidate complaint, post motion to dismiss, to include option traders, the Application for Relief is DENIED. Signed Judge Richard J. Leon on 10/17/05. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL(lcrjl1, ) (Entered: 10/17/2005) |
| 10/17/2005 | | | MINUTE ORDER denying as moot 83 MOTION for Appointment as Lead Plantiff and Approval of Select Counsel in Option Traders' Class Action. Signed by Judge Richard J. Leon on 10/17/05. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL(lcrjl1, ) (Entered: 10/17/2005) |
| 11/07/2005 | 105 | | ERRATA − *Exhibit 2 to the Declaration of Robert M. Stern [D.E. 79]* by FEDERAL NATIONAL MORT ASSOCIATION. (Attachments: # 1 Exhibit 2 Pt. 1# 2 Exhibit 2 Pt. 2# 3 Exhibit 2 Pt. 3# 4 Exhibit 2 Pt. 4)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL(Walsh, Michael) (Entered: 11/07/2005) |
| 11/10/2005 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Motion Hearing held on 11/10/2005: re 7 MOTION to Dismiss filed by LEANNE G. SPENCER, 75 Joint MOTION to Dismiss *Consolidated Class Complaint* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, 77 MOTION to Dismiss *Consolidated Complaint* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION−ALL MOTIONS TAKEN UN ADVISEMENT. Parties may file supplemental briefs by 11/23/05. (Court Reporter Patty Gels.) Associated 1:04−cv−01639−RJL,1:04−cv−01843−RJL(whb, ) (Entered: 11/10/2005) |
| 11/23/2005 | 106 | | SUPPLEMENTAL MEMORANDUM to re 73 MOTION to Dismiss *the Consolidated Complaint* filed by LEANNE G. SPENCER. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Malamuth, Eldad) (Entered: 11/23/2005) |
| 11/23/2005 | 107 | | MOTION to Dismiss *The Consolidated Complaint* by FRANKLIN RAINES. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Schwartz, Michelle (Entered: 11/23/2005) |
| 11/23/2005 | 108 | | SUPPLEMENTAL MEMORANDUM to *in Opposition to Defendants' Motions to Dismiss* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF O (Attachments: # 1 Affidavit Declaration of Julie Richmond# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exh 6 Exhibit E# 7 Exhibit F)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Cummins, James) (Entered: 11/23/2005) |
| 11/23/2005 | 109 | | SUPPLEMENTAL MEMORANDUM to *Motion to Dismiss Consolidated Complaint* filed by J.TIMOTHY HOWARD. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Delinsky, Eric) (Er 11/23/2005) |

| 11/23/2005 | <u>110</u> | | SUPPLEMENTAL MEMORANDUM to re <u>77</u> MOTION to Dismiss *Consolidated Complaint* filed by FED NATIONAL MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Walsh, Michael) (Entered: 11/23/2005) |
| 12/09/2005 | <u>111</u> | | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by J.TIMOTHY HOWARD Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Marcus, Ellen) (En 12/09/2005) |
| 12/14/2005 | <u>112</u> | | ENTERED IN ERROR......MOTION to Dismiss *Consolidated Complaint* by FRANKLIN RAINES. (Attachments: # <u>1</u> # <u>2</u> # <u>3</u> # <u>4</u> # <u>5</u> # <u>6</u> # <u>7</u> # <u>8</u> # <u>9</u> # <u>10</u> # <u>11</u> # <u>12</u> # <u>13</u> # <u>14</u> # <u>15</u> # <u>16</u> # <u>17</u>)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Schwartz, Michelle Modified on 12/14/2005 (lc, ). (Entered: 12/14/2005) |
| 12/14/2005 | | | NOTICE OF CORRECTED DOCKET ENTRY: re <u>112</u> MOTION to Dismiss *Consolidated Complaint* was entered in error in the wrong case. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(lc, ) (Entered: 12/14/2005) |
| 12/14/2005 | <u>113</u> | | MOTION to Strike <u>111</u> NOTIFICATION OF SUPPLEMENTAL AUTHORITY by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # <u>1</u> Proposed Order# <u>2</u> Certificate of Service)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Handley, Matthew (Entered: 12/14/2005) |
| 02/01/2006 | <u>114</u> | | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # <u>1</u> Exhibit A# <u>2</u> Cert of Service)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Handley, Matthew (Entered: 02/01/2006) |
| 02/10/2006 | <u>115</u> | | ORDER Re: Defendants' motions to dismiss. Status Conference set for 2/23/2006 11:00 AM in Courtroom before Judge Richard J. Leon.. Signed by Judge Richard J. Leon on 2/9/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(whb) (Entered: 02/10/2006) |
| 02/17/2006 | <u>116</u> | | MOTION to Continue *Status Conference* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, ST TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # <u>1</u> Exhibit 1 − Proposed Order)Associati Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Cummins, J (Entered: 02/17/2006) |
| 02/17/2006 | | | MINUTE ORDER granting <u>116</u> Motion to Continue Status Conference. It is further ORDERED that the sta conference is rescheduled for March 17, 2006 at 11:30am in Courtroom #14. This status conference will be in conjunction with a status conference in the Fannie Mae Derivative Litigation 04−cv−1639. Signed by Ju Richard J. Leon on 2/17/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(lcrjl1) (Entered: 02/17/2006) |
| 02/27/2006 | <u>117</u> | | RESPONSE to *Evergreen and Franklin Templeton's Applications for Relief* filed by FEDERAL NATIONA MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Walsh, Michael) (Entered: 02/27/2006) |
| 02/27/2006 | <u>118</u> | | RESPONSE to *Evergreen and Franklin Templeton's Objections to Consolidation* filed by LEANNE G. SPENCER. Associated Cases: |

| | | |
|---|---|---|
| | | 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Malamuth, Eldad) (Entered: 02/27/2006) |
| 03/01/2006 | 119 | RESPONSE to *The Evergreen And Franklin Plaintiffs' Objections To Consolidation* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit A−C)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Devore, Joshua) (Entered: 03/01/2006) |
| 03/01/2006 | 120 | NOTICE of Certificate of Service to The Evergreen and Franklin Plaintiffs' Objections to Consolidation filed OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Devore, Joshua) Modified on 3/2/2006 (jf, ). (Entered: 03/01/2006) |
| 03/10/2006 | 121 | REPLY in Support of Objection to Consolidation filed by SASSAN SHAHROKHINIA, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, VIN VINCI, ANNE E. FLYNN, ROBERT L. GARBER. (Attachments: # 1 Certificate of Service)Associated Ca 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(nmw, ) (Entered: 03/13/2006) |
| 03/15/2006 | 122 | MEET AND CONFER STATEMENT on Rule 26(f) Conference by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, FEDERAL NATIO MORTGAGE ASSOCIATION, FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Cummins, James) Modified on 3/16/2006 (jf, ). (Entered: 03/15/2006) |
| 03/16/2006 | 123 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Alex G. Romain. :Address− Williams &Co LLP, 725 Twelfth Street, N.W., Washington, D.C. 20008. Phone No. − 202−434−5164. Fax No. − 202−434 by FRANKLIN RAINES. (Attachments: # 1 Exhibit A)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Schwartz, Michelle (Entered: 03/16/2006) |
| 03/16/2006 | 124 | NOTICE *of Motion for Leave to File a Supplemental Reply Brief Regarding Evergreen and Franklin Temp Objections to Consolidation* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Motion for Leave# 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Walsh, Michael) (Entered: 03/16/2006) |
| 03/16/2006 | 125 | ENTERED IN ERROR.....SUPPLEMENTAL MEMORANDUM to *Reply Regarding Evergreen and Fran Templeton's Objections to Consolidation* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL( Michael) Modified on 3/17/2006 (jf, ). (Entered: 03/16/2006) |
| 03/17/2006 | 126 | MOTION for Leave to File *a Supplemental Reply Brief Regarding Evergreen and Franklin Templeton Plai Objections to Consolidation* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # Supplemental Reply# 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Walsh, Michael) (Entered: 03/17/2006) |
| 03/17/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 125 Supplemental Memorandum, was e in error as a premature filing. Counsel was instructed to file a Motion with exhibits Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(jf, ) (Entered: 03/17/2006) |

| 03/17/2006 | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 3/17/2006. Status Conference set for 4/28/2006 11:00 AM in Courtroom 14 before Judge Richard J. Leon. (Court Reporter Pa Gels.) Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(whb ) (Entered: 03/17/2006) |
| --- | --- | --- |
| 03/21/2006 | | MINUTE ORDER granting 123 Motion for Leave to Appear Pro Hac Vice as to Alex G. Romain, and gran 126 Motion for Leave to File Supplemental Reply Brief Regarding Objections to Consolidation. Signed by Richard J. Leon on 3/21/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(lcrjl1) (Entered: 03/21/2006) |
| 03/21/2006 | 127 | SUPPLEMENTAL MEMORANDUM to *Request of Opt Out Cases for Relief from Consolidation Order* fi OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Cummins, James) (Entered: 03/21/2006) |
| 03/21/2006 | 128 | SUPPLEMENTAL MEMORANDUM to *Reply In Further Response to the Evergreen and Franklin Temple Plaintiffs' Objections to Consolidation* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL( Michael) (Entered: 03/21/2006) |
| 03/21/2006 | 129 | RESPONSE filed by EVERGREEN EQUITY TRUST and FRANKLIN MANAGED TRUST to 128 SUPPLEMENTAL MEMORANDUM to Reply In Further Response to the Evergreen and Franklin Temple Plaintiffs' Objections to Consolidation filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Certificate of Service)Associated C 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(nmw, ) (Entered: 03/22/2006) |
| 04/06/2006 | 130 | TRANSCRIPT of Status Hearing held on March 17, 2006 before Judge Richard J. Leon. Court Reporter: P Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m Monday through Friday. (jf, ) (Entered: 04/07/2006) |
| 04/13/2006 | 131 | MOTION to Compel by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Text of Proposed Order Proposed Order)Associate Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Jeffr (Entered: 04/13/2006) |
| 04/13/2006 | 132 | ADDITIONAL ATTACHMENT *CERTIFICATE OF SERVICE* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 131 MOTION to Co filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OF OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Jeffrey) (En 04/13/2006) |
| 04/13/2006 | 133 | ADDITIONAL ATTACHMENT *Supplemental Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 131 MOTION to Co filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OF OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Jeffrey) (En 04/13/2006) |
| 04/17/2006 | 135 | AMENDED CONSOLIDATED CLASS ACTION COMPLAINT against FEDERAL NATIONAL MORT ASSOCIATION, FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER filed by SASS |

| | | |
|---|---|---|
| | | SHAHROKHINIA, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, VINCENT VINCI, ANNE E. FLYNN, ROBERT L. GARBER.Assoc Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(nmw, ) (Ent 04/21/2006) |
| 04/20/2006 | <u>134</u> | Consent MOTION for Protective Order by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #<u>1</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Walsh, Michael) (Entered: 04/20/2006) |
| 04/21/2006 | <u>136</u> | STIPULATED CASE MANAGEMENT ORDER NO. 2 . Signed by Judge Richard J. Leon on 4/20/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL( (Entered: 04/21/2006) |
| 04/24/2006 | <u>137</u> | STIPULATED PRETRIAL PROTECTIVE ORDER . Signed by Judge Richard J. Leon on 4/20/06. Associ Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(whb) (Enter 04/24/2006) |
| 04/25/2006 | <u>138</u> | MOTION to Quash in part lead plaintiffs' nonparty subpoena to Paul, Weiss, Rifkind, Wharton, &Garrison by KPMG LLP. (Attachments: #<u>1</u> Exhibit 1)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(jf, ) (Entered: 04/26/2006) |
| 04/25/2006 | 139 | Memorandum in opposition to re<u>131</u> MOTION to Compel filed by KPMG LLP. (to view document, click #<u>138</u> ) Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(jf, ) (Entered: 04/26/2006) |
| 04/26/2006 | <u>140</u> | Joint MOTION to Correct Clerical Docket Errors by OHIO PUBLIC EMPLOYEES RETIREMENT SYST STATE TEACHERS RETIREMENT SYSTEM OF OHIO, FEDERAL NATIONAL MORTGAGE ASSOCIATION, FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments Exhibit A#<u>2</u> Exhibit B#<u>3</u> Exhibit C#<u>4</u> Exhibit D#<u>5</u> Exhibit E#<u>6</u> Exhibit F#<u>7</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Handley, Matthew (Entered: 04/26/2006) |
| 04/27/2006 | <u>141</u> | REPLY to *(Lead Plaintiffs Reply Memorandum in Further Support of Motion to Compel Non−Party Witne KPMG, LLP To Comply With Subpoena In Accordance With Fed. R. Civ. P. 45)* <u>131</u> *filed by OHIO PUBLI EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Associate Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Je Modified on 4/28/2006 (jf, ). (Entered: 04/27/2006)* |
| 04/27/2006 | <u>142</u> | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO <u>141</u> Response to any document, filed OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Jeffrey) (Er 04/27/2006) |
| 04/27/2006 | <u>143</u> | Consent MOTION for Extension of Time to *File Motion to Dismiss* by FEDERAL NATIONAL MORTGA ASSOCIATION. (Attachments: #<u>1</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Walsh, Michael) (Entered: 04/27/2006) |
| 04/28/2006 | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 4/28/2006. Me |

| | | | |
|---|---|---|---|
| | | | Hearing set for 5/26/2006 11:30 AM in Courtroom 14 before Judge Richard J. Leon. (Court Reporter Patty Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL( (Entered: 04/28/2006) |
| 05/05/2006 | 144 | | Memorandum in opposition to re 138 MOTION to Quash filed by OHIO PUBLIC EMPLOYEES RETIRE SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Jeffrey) (Er 05/05/2006) |
| 05/05/2006 | 145 | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 144 Memorandum in Opposition file OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(Block, Jeffrey) (En 05/05/2006) |
| 05/12/2006 | 146 | | SUPPLEMENTAL MEMORANDUM to re 131 MOTION to Compel *KPMG* filed by J.TIMOTHY HOWA Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL( Steven) (Entered: 05/12/2006) |
| 05/12/2006 | 147 | | NOTICE of Voluntary Dismissal of Victor H. Ashe and Molly H. Bordonaro (Attachments: # 1 Certificate Service)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−RJL(nmw, ) (Entered: 05/15/2006) |
| 05/12/2006 | 148 | | TRANSCRIPT of Proceedings held on April 28, 2006 before Judge Richard J. Leon. Court Reporter: Patty Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m Monday through Friday. (jf, ) (Entered: 05/15/2006) |
| 05/12/2006 | 157 | | NOTICE of Voluntary Dismissal of Victor H. Ashe and H. Bordonaro (Attachments: # 1 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 05/16/2006) |
| 05/15/2006 | 149 | | REPLY to opposition to motion re 138 MOTION to Quash filed by KPMG LLP. (Attachments: # 1 Exhibit Weiss subpoena# 2 Exhibit Paul Weiss objections)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Tulumello, Andrew) (Entered: 05/15/2006) |
| 05/15/2006 | 150 | | MOTION to Dismiss *Evergreen and Franklin Complaints* by FRANKLIN RAINES. (Attachments: # 1 Tex Proposed Order # 2 Exhibit A)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Schwartz, Michelle) (Entered: 05/15/2006) |
| 05/15/2006 | 151 | | MOTION to Dismiss *Evergreen and Franklin Complaints* by J.TIMOTHY HOWARD. (Attachments: # 1 Proposed Order # 2 Exhibit 1# 3 Exhibit 2)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (Entered: 05/15/2006) |
| 05/15/2006 | 152 | | MOTION to Dismiss *Evergreen and Franklin Complaints* by LEANNE G. SPENCER. (Attachments: # 1 Memorandum in Support)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Malamuth, Eldad) (Entered: 05/15/2006) |
| 05/15/2006 | 153 | | ENTERED IN ERROR.....MOTION to Dismiss *Evergreen and Franklin Complaints* by FEDERAL NATIO MORTGAGE ASSOCIATION. (Attachments: # 1 Memorandum In Support# 2 Text of Proposed Order)Associated Cases: |

| | | | |
|---|---|---|---|
| | | | 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) Modified on 5/16/2006 (jf, ). (Entered: 05/15/ |
| 05/15/2006 | 154 | | MOTION Request for Judicial Notice re 153 MOTION to Dismiss *Evergreen and Franklin Complaints* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 05/15/2006) |
| 05/15/2006 | 155 | | ENTERED IN ERROR.....MOTION to Dismiss *Evergreen and Franklin Complaints* by FEDERAL NATIO MORTGAGE ASSOCIATION. (Attachments: # 1 Memorandum In Support# 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) Modified on 5/16/2006 (jf, ). (Entered: 05/15/ |
| 05/15/2006 | 156 | | ENTERED IN ERROR.....AFFIDAVIT re 155 MOTION to Dismiss *Evergreen and Franklin Complaints*, MOTION to Dismiss *Evergreen and Franklin Complaints* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) Modified on 5/16/2006 (jf, ). (Entered: 05/15/ |
| 05/16/2006 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. re 155 MOTION to Dismiss *Evergreen a Franklin Complaints, 156 Affidavit,, 153 MOTION to Dismiss Evergreen and Franklin Complaints was en error and counsel was instructed to refile said pleading as to correct party(s). Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−0118 1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 05/16/2006)* |
| 05/16/2006 | 158 | | MOTION to Dismiss by THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. MALEK, TAYI C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARI DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. (Attachments: # 1 Declaration of Robert Stern# 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 05/16/2006) |
| 05/16/2006 | 159 | | MOTION to Dismiss by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Decla of Robert M. Stern# 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 05/16/2006) |
| 05/16/2006 | 160 | | NOTICE *of filing exhibits to Declaration of Robert M. Stern with Office of the Clerk* by FEDERAL NATIO MORTGAGE ASSOCIATION re 159 MOTION to Dismiss,, 158 MOTION to Dismiss Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 05/16/2006) |
| 05/16/2006 | 161 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Christine M. Mackintosh. :Address− Grant &Eisenhofer P.A., 1201 North Market Street, Wilmington, DE 19801. Phone No. − 302−622−7000. Fax No 302−622−7100 by EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGR VARIABLE ANNUITY TRUST, EVERGREEN INTERNATIONAL TRUST. (Attachments: # 1 Affidavi Stuart M. Grant# 2 Affidavit of Christine M. Mackintosh# 3 Text of Proposed Order # 4 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL(Grant, Stuart) (Entered: 05/16/2006 |
| 05/16/2006 | 162 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Christine M. Mackintosh. :Address− Grant &Eisenhofer P.A., 1201 North Market Street, Wilmington, DE 19801. Phone No. − 302−622−7000. Fax No 302−622−7100 by FRANKLIN MANAGED TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL |

| | | | |
|---|---|---|---|
| | | | GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETO INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GRO CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN BISSETT CANADIAN EQUITY FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLI TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLAS FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBA LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND. (Attachments: #_1 Affidavit of Stuart M. _2 Affidavit of Christine M. Mackintosh#_3 Text of Proposed Order #_4 Certificate of Service)Associated Ca 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Entered: 05/16/2006) |
| 05/17/2006 | <u>163</u> | | MOTION to Certify Class by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHE RETIREMENT SYSTEM OF OHIO. (Attachments: #_1 Text of Proposed Order Proposed Order)Associate Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 05/17/2006) |
| 05/17/2006 | <u>164</u> | | ADDITIONAL ATTACHMENT *CERTIFICATE OF SERVICE* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO <u>163</u> MOTION to Ce Class filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREM SYSTEM OF OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 05/17/2006) |
| 05/18/2006 | <u>165</u> | | ERRATA *Proposed Order* by FEDERAL NATIONAL MORTGAGE ASSOCIATION <u>159</u> MOTION to D filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION,. (Attachments: #_1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 05/18/2006) |
| 05/18/2006 | <u>166</u> | | MOTION to Certify Class by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHE RETIREMENT SYSTEM OF OHIO. (Attachments: #_1 Exhibit "A" to Memorandum#_2 Exhibit "B" to Memorandum#_3 Text of Proposed Order Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 05/18/2006) |
| 05/18/2006 | <u>167</u> | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO <u>166</u> MOTION to Certify Class filed OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 05/18/2006) |
| 05/23/2006 | | | MINUTE ORDER granting <u>161</u> and <u>162</u> Motions for Leave to Appear Pro Hac Vice as to Christine M. Mackintosh. Signed by Judge Richard J. Leon on 5/23/06. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 05/23/2006) |
| 05/25/2006 | | | MINUTE ORDER granting nunc pro tunc <u>143</u> MOTION for Extension of Time to File Motion to Dismiss. further Ordered that defendants are to file their motions to dismiss by May 15, 2006, plaintiffs are to file the responses to defendants' motions to dismiss by June 30, 2006, and that defendants' replies are to be filed by 28, 2006. Signed by Judge Richard J. Leon on 5/25/06. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 05/25/2006) |

| | | |
|---|---|---|
| 05/26/2006 | | MINUTE ORDER DENYING new Plaintiffs' Application for Relief from Consolidation. It is further Order Evergreen Equity Trust, et al. v. Federal National Mortgage Association, et al., Civil Action No. 06−0082, Franklin Managed Trust, et al. v. Federal National Mortgage Association, et al., Civil Action No. 06−0139, remain consolidated with In re Fannie Mae Securities Litigation, Consolidated Civil Action No. 04−1639, In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation, MDL 1668, pursuant to the Stipulated Consolidation Order for pretrial purposes and possibly through final judgment. However, the Court will determine, at a later date, the most efficient way to try common factual issues if th actions reach trial. Signed by Judge Richard J. Leon on 5/26/06. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 05/26/2006) |
| 05/26/2006 | | MINUTE ORDER DENYING AS MOOT 19 Plaintiffs' Motion to Lift the PSLRA Discovery Stay in Everg Equity Trust, et al. v. Federal National Mortgage Association, et al., Civil Action No. 06−0082, due to the stipulated agreement between plaintiffs and the fifteen newly named director defendants and three non−par directors and DENYING 27 Plaintiffs' Motion to Lift the PSLRA Discovery Stay in Franklin Managed Tru al. v. Federal National Mortgage Association, et al., Civil Action No. 06−0139, as it pertains to KPMG and DENYING AS MOOT the part of the motion pertaining to the newly named director defendants due to the Stipulated Agreement between plaintiffs and the fifteen newly named director defendants and the three non directors. Signed by Judge Richard J. Leon on 5/26/06. Signed by Judge Richard J. Leon on 5/26/06. Assoc Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 05/26/2006) |
| 05/26/2006 | <u>168</u> | NOTICE OF RELATED CASE by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Case related t No. 06−0959. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 05/26/2006) |
| 05/26/2006 | | Minute Entry for proceedings held before Judge Richard J. Leon : Motion Hearing held on 5/26/2006 re <u>13</u> MOTION to Compel filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHI RETIREMENT SYSTEM OF OHIO,, <u>138</u> MOTION to Quash filed by KPMG LLP, −Taken Under Advise Status Conference set for 7/28/2006 10:00 AM in Courtroom 14 before Judge Richard J. Leon. (Court Repo Patty Gels.) Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb, ) (Entered: 05/26/2006) |
| 06/16/2006 | <u>169</u> | MOTION to Dismiss *the Amended Consolidated Class Action Complaint* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #<u>1</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 06/16/2006) |
| 06/16/2006 | <u>170</u> | MEMORANDUM re <u>169</u> MOTION to Dismiss *the Amended Consolidated Class Action Complaint* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #<u>1</u> Affidavit Stern Declaration#<u>2</u> Exhibit 1#<u>3</u> Exhibit 2#<u>4</u> Exhibit 3#<u>5</u> E 4#<u>6</u> Exhibit 5 Pt. 1#<u>7</u> Exhibit 5 Pt. 2#<u>8</u> Exhibit 6)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 06/16/2006) |
| 06/20/2006 | 171 | TRANSCRIPT of Status Hearing held on May 26, 2006 before Judge Richard J. Leon. Court Reporter: Patt Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−R. (Entered: 06/21/2006) |
| 06/28/2006 | <u>172</u> | Consent MOTION for Protective Order by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STA TEACHERS RETIREMENT SYSTEM OF OHIO, FEDERAL NATIONAL MORTGAGE ASSOCIATIO THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. MALEK, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. M |

| | | | |
|---|---|---|---|
| | | | H. PATRICK SWYGERT, LESLIE RAHL. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 06/28/2006) |
| 06/29/2006 | 173 | | Consent MOTION for Extension of Time to File Response/Reply as to 169 MOTION to Dismiss *the Amen Consolidated Class Action Complaint* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STAT TEACHERS RETIREMENT SYSTEM OF OHIO. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 06/29/2006) |
| 06/29/2006 | 174 | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 173 Consent MOTION for Extension Time to File Response/Reply as to 169 MOTION to Dismiss *the Amended Consolidated Class Action Com* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OF OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 06/29/2006) |
| 06/30/2006 | 175 | | MOTION to Dismiss *Amended Consolidated Class Action Complaint* by LEANNE G. SPENCER. (Attachm # 1 Memorandum in Support)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Malamuth, Eldad) (Entered: 06/30/2006) |
| 06/30/2006 | 176 | | MOTION to Dismiss *Amended Consolidated Class Action Complaint* by FRANKLIN RAINES. (Attachme 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Schwartz, Michelle) (Entered: 06/30/2006) |
| 06/30/2006 | 177 | | MOTION to Dismiss *Amended Consolidated Class Action Complaint* by J.TIMOTHY HOWARD. (Attach # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (Entered: 06/30/2006) |
| 07/06/2006 | 178 | | AMENDED STIPULATED PRETRIAL PROTECTIVE ORDER: setting forth procedures for handling confidential material. Signed by Judge Richard J. Leon on 7/2/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Entered: 07/06/2006) |
| 07/08/2006 | | | MINUTE ORDER granting nunc pro tunc 173 Motion for Extension of Time to File Response to 169 MOT to Dismiss the Amended Consolidated Class Action Complaint. It is further Ordered that Lead plaintiffs' Response is due by 7/21/2006 and Fannie Mae's Reply is due by 8/25/2006. Signed by Judge Richard J. Le 7/8/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1, ) (Entered: 07/08/2006) |
| 07/11/2006 | 179 | | Consent MOTION for Extension of Time to File Response/Reply by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, FRANKLIN RAIN J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: # 1)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/11/2006) |
| 07/11/2006 | 180 | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO, FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER 179 Consent MOTION for Extension of Time to File Response/Reply by FRANKLIN RAINES,, J.TIMOTHY HOWARD,, LEANNE G. SPENCER,, OHIO PUBLIC EMPLOY |

| | | | |
|---|---|---|---|
| | | | RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OF OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/11/2006) |
| 07/12/2006 | | | Summons (1) Issued as to RADIAN GROUP INC. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 07/12/2006) |
| 07/14/2006 | 181 | | Consent MOTION for Extension of Time to *Move to Dismiss* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 07/14/2006) |
| 07/16/2006 | | | MINUTE ORDER granting nunc pro tunc 179 Motion for Extension of Time to File Responses/Replies to 176 177 , defendants Raines, Howard and Spencer's Motions to Dismiss the Amended Consolidated Class A Complaint. It is further Ordered that Responses are due by 7/21/2006 and Replies are due by 8/25/2006. Sig by Judge Richard J. Leon on 7/16/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 07/16/2006) |
| 07/18/2006 | 182 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RADIAN GROUP INC serv 7/17/2006, answer due 8/7/2006 Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(nmw, ) (Entered: 07/19/2006) |
| 07/20/2006 | 183 | | NOTICE of Appearance by Jonathan Michael Stern on behalf of RADIAN GROUP INC Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 07/20/2006) |
| 07/20/2006 | 184 | | Corporate Disclosure Statement by RADIAN GROUP INC. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 07/20/2006) |
| 07/20/2006 | 185 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− David Smith, Dionna Litvin, Jonathan S. Li :Address− 1600 Market Street, Philadelphia, PA 19103. Phone No. − 215−751−2000. Fax No. − 215−751− by RADIAN GROUP INC. (Attachments: # 1 Text of Proposed Order # 2 Affidavit Declaration of David S 3 Affidavit Declaration of Dionna Litvin# 4 Affidavit Declaration of Jonathan S. Liss)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 07/20/2006) |
| 07/20/2006 | 186 | | Consent MOTION for Extension of Time to File *Motions to Dismiss* by RADIAN GROUP INC. (Attachme 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 07/20/2006) |
| 07/20/2006 | 187 | | Consent MOTION to Set Aside *Current Motion to Dismiss Briefing Schedule* by OHIO PUBLIC EMPLOY RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/20/2006) |
| 07/20/2006 | 188 | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 187 Consent MOTION to Set Aside *Current Motion to Dismiss Briefing Schedule* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYST STATE TEACHERS RETIREMENT SYSTEM OF OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R |

| | | | |
|---|---|---|---|
| | | | 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/20/2006) |
| 07/25/2006 | 189 | | MOTION to Amend/Correct *Leave to File Second Amended Complaint* by FRANKLIN MANAGED TRU FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKL STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTM FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUN INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORP( CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, EVERGREEN INTERNATIONAL TRUST. (Attachments: #1 Exhibit A − Evergreen Second Amended Complaint#2 Exhibit B Franklin − Second Amended Complaint)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Entered: 07/25/2006) |
| 07/25/2006 | 190 | | Memorandum in opposition to re 169 MOTION to Dismiss *the Amended Consolidated Class Action Compi* 176 MOTION to Dismiss *Amended Consolidated Class Action Complaint,* 177 MOTION to Dismiss *Amen Consolidated Class Action Complaint,* 175 MOTION to Dismiss *Amended Consolidated Class Action Com* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/25/2006) |
| 07/25/2006 | 191 | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 190 Memorandum in Opposition,, fil OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/25/2006) |
| 07/26/2006 | 192 | | NOTICE *of Filing of "Exhibit A"* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 190 Memorandum in Opposition,, (Attachments: #1 A)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/26/2006) |
| 07/26/2006 | 193 | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 192 Notice (Other), Notice (Other) f OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/26/2006) |
| 07/26/2006 | 194 | | RESPONSE to *Motion of Evergreen and Franklin Plaintiffs for Leave to File Second Amended Complaint* filed by RADIAN GROUP INC. Associated Cases: *1:04−cv−01639−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan). (Entered: 07/26/2006)* |
| 07/26/2006 | 195 | | MOTION to Compel *Production of Documents by OFHEO* by J.TIMOTHY HOWARD. (Attachments: #1 of Proposed Order #2 Exhibit #3 Exhibit)Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R 1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (Entered: 07/26/2006) |
| 07/28/2006 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER denying 131 Lead Plaintiff's Motion to Compel Non−Party Witness KPMG, LLP to Co... with Subpoena in Accordance with Fed. R. Civ. P. 45, and granting 138 Non−Party Witness KPMG LLP's to Quash in Part Lead Plaintiffs' Nonparty Subpoena to Paul, Weiss, Rifkind, Wharton &Garrison LLP. Sig... Judge Richard J. Leon on 7/28/06. Associated Cases: 1:04−cv−01639−RJL,1:04−cv−01783−RJL,1:04−cv−01843−RJL,1:05−cv−00620−RJL,1:05−cv−01198−R... 1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 07/28/2006) |
| 07/28/2006 | 196 | | Consent MOTION for Extension of Time to *Briefing on KPMG's Motion to Dismiss in the Franklin Mana...* *Trust Action* by FRANKLIN MANAGED TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETO... INTERNATIONAL TRUST, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPLETON U.S. R... DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL T... FRANKLIN MPF U.S. EQUITY FUND. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Entered: 07/28/2006) |
| 07/28/2006 | 197 | | NOTICE of Appearance by Robert P. Parker on behalf of PAUL, WEISS, RIFKIND, WHARTON &GARI... LLP Associated Cases: 1:04−cv−01198−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(nmw, ) (Entered: 07/31/2006) |
| 07/28/2006 | 199 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Alex Young K. Oh and Eryn Mead Starun. :Address− Paul, Weiss, Rifkind, Wharton &Garrison LLP, 1615 L Street NW, Suite 1300, Washington DC 20036−5694. Phone No. − (202) 223−7300. by PAUL, WEISS, RIFKIND, WHARTON &GARRISON LL... (Attachments: # 1 Oh Declaration# 2 Starun Declaration# 3 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(nmw, ) (Entered: 07/31/2006) |
| 07/28/2006 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 7/28/2006. Sta... Conference set for 9/29/2006 03:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Pa... Gels.) Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb, ) (Entered... 08/14/2006) |
| 07/31/2006 | 198 | | Consent MOTION for Extension of Time to *Briefing of Fannie Mae's and Individual Defendants' Motions* *Dismiss in the Evergreen and Franklin Actions* by FRANKLIN MANAGED TRUST, FRANKLIN INVES... SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANK... VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN... TEMPLETON INTERNATIONAL TRUST, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPL... U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLI... GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, EVERGREEN EQUITY TRUST, EVERGRE... SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, EVERGREEN INTERNATI... TRUST. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Ent... 07/31/2006) |
| 08/01/2006 | 200 | | TRANSCRIPT of Motion Hearing held on November 9, 2005 before Judge Richard J. Leon. Court Reporte... Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. a... 4:00 p.m, Monday through Friday. (jf, ) (Entered: 08/02/2006) |
| 08/02/2006 | | | MINUTE ORDER granting 185 Motion for Leave to Appear Pro Hac Vice for David Smith, Dionna Litvin... |

| | | |
|---|---|---|
| | | Jonathan S. Liss. Signed by Judge Richard J. Leon on 8/2/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/02/2006) |
| 08/02/2006 | | MINUTE ORDER granting 186 Consent MOTION for Extension of Time to File Motion to Dismiss. It is FURTHER ORDERED that Defendant Radian Group Inc. file its motion to dismiss on or before September 2006, that Plaintiffs file their responses to Defendant Radian Group Inc.'s motion to dismiss on or before O 6, 2006, and Defendant Radian Group Inc. file its replies on or before October 27, 2006. Signed by Judge R J. Leon on 8/2/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/02/2006) |
| 08/02/2006 | | MINUTE ORDER granting 181 Consent MOTION for Extension of Time to Move to Dismiss. It is FURTH ORDERED that Defendants are to file motions to dismiss on or before August 14, 2006, Plaintiffs are to fil responses to Defendants' motions to dismiss on or before September 28, 2006, and Defendants are to file re on or before October 18, 2006. Signed by Judge Richard J. Leon on 8/2/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/02/2006) |
| 08/02/2006 | | MINUTE ORDER granting 187 Consent MOTION to Set Aside Current Motion to Dismiss Briefing Sched is FURTHER ORDERED that the briefing schedule for the Motions to Dismiss the Amended Complaint fil Defendants set forth in the July 11, 2006 Consent Motion is hereby set aside; that Lead Plaintiffs shall file t Second Amended Class Action Complaint on or before September 15, 2006; and that Defendants shall file response to such Second Amended Class Action Complaint within forty−five days of its filing. If Defendan any motions to dismiss the Second Amended Class Action Complaint, Lead Plaintiffs shall file their memo in opposition to those motions to dismiss within forty−five days after the filing of such motions, and Defen shall file any reply briefs within twenty−eight days after the filing of Lead Plaintiffs' memoranda in opposit Signed by Judge Richard J. Leon on 8/2/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/02/2006) |
| 08/03/2006 | 201 | NOTICE of Change of Address by Jeffery P. Harris Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Harris, Jeffery) (En 08/03/2006) |
| 08/06/2006 | | MINUTE ORDER granting 196 Consent MOTION for Extension of Time for Briefing on KPMG's Motion Dismiss in the Franklin Managed Trust Action. It is hereby ORDERED that plaintiffs shall file a response t KPMG's motion to dismiss on or before 9/6/06, and KPMG shall file a reply on or before 10/6/06. Signed b Judge Richard J. Leon on 8/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/06/2006) |
| 08/06/2006 | | MINUTE ORDER granting 199 MOTION for Leave to Appear Pro Hac Vice for Alex Young K. Oh and E Mead Starun. Signed by Judge Richard J. Leon on 8/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/06/2006) |
| 08/07/2006 | | MINUTE ORDER granting 198 Consent MOTION for Extension of Time for Briefing of Fannie Mae's and Individual Defendants' Motions to Dismiss in the Evergreen and Franklin Actions. It is hereby ORDERED the time for Defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korol Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, and Rahl to file motions to dism the Evergreen and Franklin complaints is extended to October 6, 2006 and these Defendants' time to file rep extended to October 26, 2006. Signed by Judge Richard J. Leon on 8/7/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: |

| | | |
|---|---|---|
| | | 08/07/2006) |
| 08/09/2006 | | MINUTE ORDER vacting the MINUTE Order of 8/7/06 and granting 198 Consent MOTION for Extension Time for Briefing of Fannie Mae's and Individual Defendants' Motions to Dismiss in the Evergreen and Fra Actions. It is hereby ORDERED that Defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harve Howard, Justiz, Korologos, Malek, Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, and shall file motions to dismiss the Evergreen and Franklin complaints on or before August 17, 2006; Plaintiff file responses to these Defendants' motions to dismiss on or before October 6, 2006; and these Defendants s file replies on or before October 26, 2006. . Signed by Judge Richard J. Leon on 8/9/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1, ) (Entered: 08/09/2006) |
| 08/09/2006 | 202 | Unopposed MOTION for Leave to File *Second Amended Complaint* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 E − Article# 2 Exhibit 2 − Part 1 Second Amended Complaint# 3 Exhibit 2 − Part 2 Second Amended Compl Errata 2 − Part 3 Second Amended Complaint# 5 Errata 3 − Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, James) (Entered: 08/09/2006) |
| 08/09/2006 | 203 | MOTION for Extension of Time to File Response/Reply as to 195 MOTION to Compel *Production of Doc by OFHEO* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(nmw, ) (Entered: 08/10/2006) |
| 08/11/2006 | | MINUTE ORDER granting 202 Unopposed MOTION for Leave to File Second Amended Complaint. Sign Judge Richard J. Leon on 8/11/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/11/2006) |
| 08/14/2006 | 204 | SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT against SASSAN SHAHROKHINIA, FEDERAL NATIONAL MORTGAGE ASSOCIATION, KPMG LLP, FRANKLIN RAINES, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. MALEK, TAYLOR C. SEGU WILLIAM R. HARVEY, JOE PICKETT, VICTOR H. ASHE, STEPHEN B. ASHLEY, WILLIAM H. BORDONARO, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAH J.TIMOTHY HOWARD, RADIAN GROUP INC, LEANNE G. SPENCER filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(nmw, ) Modified o 8/14/2006 (nmw, ). (Entered: 08/14/2006) |
| 08/16/2006 | | Summons (2) Issued as to GOLDMAN SACHS, KPMG as to 204 . Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 08/16/2006) |
| 08/16/2006 | 205 | NOTICE of Appearance by Holly Ann Pal on behalf of J.TIMOTHY HOWARD Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Pal, Holly) (Entere 08/16/2006) |
| 08/16/2006 | 206 | NOTICE of Appearance by Tammy Gershoni on behalf of J.TIMOTHY HOWARD Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Gershoni, Tammy) (Entered: 08/16/2006) |
| 08/17/2006 | 207 | NOTICE of Appearance by Christopher F. Regan on behalf of LEANNE G. SPENCER Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Regan, Christophe |

| | | |
|---|---|---|
| | | (Entered: 08/17/2006) |
| 08/17/2006 | 208 | MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* by FRANKLIN RAINES. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Schwartz, Michelle) (Entered: 08/17/2006) |
| 08/17/2006 | 209 | MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* by THOMAS P. GERRITY, A M. MULCAHY, FREDERIC V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICK STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, A KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAH (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Hamilton, James) (Entered: 08/17/2006) |
| 08/17/2006 | 210 | MOTION for Extension of Time to *Respond to Timothy Howard's Motion to Compel* by OFFICE OF FED HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 08/17/2006) |
| 08/17/2006 | 211 | NOTICE of Appearance by David I. Ackerman on behalf of JOE PICKETT Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Ackerman, David) (Entered: 08/17/2006) |
| 08/17/2006 | 212 | MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* by LEANNE G. SPENCER. (Attachments: # 1 Memorandum in Support)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Regan, Christophe (Entered: 08/17/2006) |
| 08/17/2006 | 213 | MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 08/17/2006) |
| 08/17/2006 | 214 | MOTION Joint Request for Judicial Notice In Support of Motions to Dismiss the Evergreen and Franklin S Amended Complaints by FEDERAL NATIONAL MORTGAGE ASSOCIATION, THOMAS P. GERRIT ANNE M. MULCAHY, FREDERIC V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JO PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 08/17/2006) |
| 08/17/2006 | 215 | AFFIDAVIT re 213 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* by FEDE NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhi Pt. 1# 5 Exhibit Ex. Pt. 2# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 08/17/2006) |
| 08/17/2006 | 216 | MOTION to Dismiss *Evergreen &Franklin Second Amended Complaints* by J.TIMOTHY HOWARD. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En 08/17/2006) |
| 08/18/2006 | | MINUTE ORDER granting 189 MOTION for Leave to File Second Amended Complaint. Signed by Judge |

| | | |
|---|---|---|
| | | Richard J. Leon on 8/18/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/18/2006) |
| 08/18/2006 | | MINUTE ORDER granting 203 MOTION for Extension of Time to File Response/Reply as to 195 MOTIO Compel Production of Documents by OFHEO. It is hereby ORDERED that the Office of Federal Housing Enterprise Oversight shall file its reponse to defendant J. Timothy Howard's Motion to Compel by 8/18/200 Signed by Judge Richard J. Leon on 8/18/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/18/2006) |
| 08/18/2006 | 217 | Consent MOTION Entry of Agreed Case Management Order *No. 3* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 E 1 — Case Management Order No. 3)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, James) (Entered: 08/18/2006) |
| 08/18/2006 | 224 | SECOND AMENDED COMPLAINT against all defendants filed by EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, EVERGREE INTERNATIONAL TRUST.Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 08/30/2006) |
| 08/18/2006 | 225 | SECOND AMENDED COMPLAINT against all defendants filed by FRANKLIN MANAGED TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKL STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTM FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUN INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPO CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND.Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 08/30/2006) |
| 08/21/2006 | 218 | NOTICE of Appearance by Daniel N. Marx on behalf of FRANKLIN RAINES Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 08/21/2006) |
| 08/21/2006 | 219 | MOTION to Compel *Office of Federal Housing Enterprise Oversight* by FRANKLIN RAINES. (Attachme 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# Exhibit G# 9 Exhibit H# 10 Exhibit I)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 08/21/2006) |
| 08/22/2006 | 220 | TRANSCRIPT of Status Hearing held on July 2, 2006 before Judge Richard J. Leon. Court Reporter: Patty Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−R. (Entered: 08/23/2006) |
| 08/23/2006 | 221 | MOTION for Extension of Time to *Respond to Two Motions to Compel (Dkt. Nos. 195 and 219)* by OFFIC FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 08/23/2006) |
| 08/24/2006 | 222 | |

| | | |
|---|---|---|
| | | Memorandum in opposition to re 221 MOTION for Extension of Time to *Respond to Two Motions to Comp* *(Dkt. Nos. 195 and 219)* filed by J.TIMOTHY HOWARD. (Attachments: # 1 Text of Proposed Order)Asso Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, E (Entered: 08/24/2006) |
| 08/28/2006 | | MINUTE ORDER granting 221 MOTION for Extension of Time to Respond to Two Motions to Compel. I hereby ORDERED that the Office of Federal Housing Enterprise Oversight shall file a single response to b J. Timothy Howard's Motion to Compel 195 and Mr. Franklin Raines's Motion to Compel 219 by September 2006. Signed by Judge Richard J. Leon on 8/28/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 08/28/2006) |
| 08/28/2006 | 223 | Consent MOTION for Order *setting briefing schedule for KPMG LLP's motion to dismiss the Second Ame* *Consolidated Class Action Complaint* by KPMG LLP. (Attachments: # 1 Text of Proposed Order)Associate Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Warin, Francis) (Entered: 08/28/2006) |
| 09/06/2006 | 226 | NOTICE *of Filing Opposition to KPMG's Motion to Dismiss in CA No. 06−cv−139* by FRANKLIN MANA TRUST, INSTITUTIONAL FIDUCIARY TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN TEMPLE INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, TEMPLETON M INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPLETON U.S. F DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL T FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMIT TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Ent 09/06/2006) |
| 09/06/2006 | 227 | MOTION to Dismiss by RADIAN GUARANTY INC. (Attachments: # 1 Text of Proposed Order)Associat Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonat Modified on 9/7/2006 (jf, ). (Entered: 09/06/2006) |
| 09/07/2006 | 228 | Consent MOTION for Extension of Time to *File Motion to Dismiss Second Consolidated Class Action Con* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 09/07/2006) |
| 09/08/2006 | 229 | CERTIFICATE of Counsel re 227 MOTION to Dismiss *by Radian Guaranty Inc., not (Service on non−EC* *parties)* by Jonathan Michael Stern on behalf of RADIAN GUARANTY INC. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 09/08/2006) |
| 09/08/2006 | 230 | MOTION for Extension of Time to *Respond to Motions to Compel* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 09/08/2006) |
| 09/10/2006 | | MINUTE ORDER granting 228 Consent MOTION for Extension of Time to File Motion to Dismiss Secon Consolidated Class Action Complaint. It is hereby ORDERED that defendants shall file motions to dismiss September 25, 2006, plaintiffs shall file responses by October 16, 2006, and defendants shall file any replie November 6, 2006. Signed by Judge Richard J. Leon on 9/10/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: |

| | | |
|---|---|---|
| | | 09/10/2006) |
| 09/12/2006 | <u>231</u> | MOTION for Extension of Time to *Respond to Motions to Compel* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 09/12/2006) |
| 09/13/2006 | <u>232</u> | Memorandum in opposition to re <u>219</u> MOTION to Compel *Office of Federal Housing Enterprise Oversigh* MOTION to Compel *Production of Documents by OFHEO* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # <u>1</u> Exhibit Reid Declaration anx Exhs.)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 09/13/2006) |
| 09/14/2006 | <u>233</u> | Consent MOTION for Extension of Time to File Response/Reply to *232 Third−Party OFHEO's Memoran Opposition to Motions to Compel Filed by Defendants J. Timothy Howard and Franklin Raines and Motion Quash* by FRANKLIN RAINES. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Romain, Alex) (En 09/14/2006) |
| 09/14/2006 | | MINUTE ORDER granting nunc pro tunc <u>231</u> MOTION for Extension of Time to Respond to Motions to Compel. Signed by Judge Richard J. Leon on 9/14/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 09/14/2006) |
| 09/15/2006 | <u>234</u> | Consent MOTION to Continue *Status Conference* by FEDERAL NATIONAL MORTGAGE ASSOCIATI (Attachments: # <u>1</u>)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 09/15/2006) |
| 09/19/2006 | | MINUTE ORDER granting nunc pro tunc <u>230</u> MOTION for Extension of Time to Respond to Motions to Compel. Signed by Judge Richard J. Leon on 9/19/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 09/19/2006) |
| 09/19/2006 | | MINUTE ORDER granting <u>233</u> Consent MOTION for Extension of Time to File Response/Reply to *232* Third−Party OFHEO's Memorandum in Opposition to Motions to Compel Filed by Defendants J. Timothy Howard and Franklin Raines and Motion to Quash. It is hereby ORDERED that Mr. Raines shall file a repl 9/27/2006. Signed by Judge Richard J. Leon on 9/19/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 09/19/2006) |
| 09/19/2006 | | MINUTE ORDER granting <u>234</u> Consent MOTION to Continue Status Conference. It is hereby ORDERED the status conference set for 9/29/06 at 3:30 p.m. is rescheduled for 10/20/06 at 11 a.m. Signed by Judge Ri J. Leon on 9/19/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 09/19/2006) |
| 09/20/2006 | <u>235</u> | NOTICE of Appearance by Henry Charles Whitaker on behalf of KPMG LLP Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 09/20/2006) |
| 09/20/2006 | <u>236</u> | REPLY to opposition to motion re <u>195</u> MOTION to Compel *Production of Documents by OFHEO* filed by J.TIMOTHY HOWARD. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (E 09/20/2006) |
| 09/21/2006 | <u>237</u> | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Matthew L. Fore on behalf of FRANKLIN RAINES Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Fore, Matthew) (E 09/21/2006) |
| 09/22/2006 | 238 | | Consent MOTION for Extension of Time to *File Motions to Dismiss the Second Amended Consolidated Cl Action Complaint* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #1)Associate Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Mic (Entered: 09/22/2006) |
| 09/26/2006 | 241 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Richard H. Klapper, Michael T. Tomaino, J Daniel H.R. Laguardia, Jeremy C. Bates &Patrice A. Rouse. :Address− Sullivan &Cromwell, 125 Broad St New York, NY, 10004. Phone No. − (212) 558−3555. by GOLDMAN SACHS. (jf, ) (Entered: 09/29/2006) |
| 09/27/2006 | 239 | | REPLY to opposition to motion re 219 MOTION to Compel *Office of Federal Housing Enterprise Oversig* by FRANKLIN RAINES. (Attachments: #1 Exhibit A#2 Exhibit B#3 Exhibit C#4 Exhibit D#5 Exhibit Exhibit F#7 Exhibit G#8 Exhibit H#9 Exhibit I#10 Exhibit J)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 09/27/2006) |
| 09/28/2006 | 240 | | MOTION to Dismiss *Second Amended Class Action Complaint* by KPMG LLP. (Attachments: #1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 09/28/2006) |
| 09/29/2006 | 242 | | NOTICE of Appearance by Aaron Futch on behalf of PAUL, WEISS, RIFKIND, WHARTON &GARRIS( LLP Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Futch, Aaron) (Ent 09/29/2006) |
| 09/29/2006 | | | MINUTE ORDER granting 238 Consent MOTION for Extension of Time to File Motions to Dismiss the S Amended Consolidated Class Action Complaint. It is hereby ORDERED that defendants shall file any mot dismiss by October 31, 2006, plaintiffs shall file oppositions by October 31, 2006, and defendants shall file by November 21, 2006. Signed by Judge Richard J. Leon on 9/26/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 09/29/2006) |
| 09/29/2006 | 243 | | MOTION for Extension of Time to File Response/Reply by OFFICE OF FEDERAL HOUSING ENTERPRI OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 09/29/2006) |
| 09/29/2006 | | | Set/Reset Deadlines: Defendant's dispositive Motions to dismiss due by 10/10/2006. Plaintitff's response to Dispositive Motions due by 10/31/2006. Defendant's reply to Dispositive Motions due by 11/21/2006. Asso Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Enter 09/29/2006) |
| 10/03/2006 | 244 | | Consent MOTION for Extension of Time to File Response/Reply as to 212 MOTION to Dismiss *Evergree Franklin Second Amended Complaints*, 159 MOTION to Dismiss, 208 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints*, 209 MOTION to Dismiss *Evergreen and Franklin Second Amende Complaints*, 216 MOTION to Dismiss *Evergreen &Franklin Second Amended Complaints and Extend Pag Limits for Briefing* by FRANKLIN MANAGED TRUST, FRANKLIN INVESTORS SECURITIES TRUST FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETO INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GRO |

| | | |
|---|---|---|
| | | CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPO CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOW FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, EVERGREEN EQUITY TRUST EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, EVERGREE INTERNATIONAL TRUST. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Ent 10/03/2006) |
| 10/03/2006 | | MINUTE ORDER vacating Minute Order of September 29, 2006 and granting 238 Consent MOTION for Extension of Time to File Motions to Dismiss the Second Amended Consolidated Class Action Complaint. hereby ORDERED that all defendants shall file any motions to dismiss by October 10, 2006, all plaintiffs s file oppositions to the motions of by October 31, 2006, and all defendants shall file replies by November 21 Signed by Judge Richard J. Leon on 10/3/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1, ) (Entered: 10/03/2006) |
| 10/03/2006 | | MINUTE ORDER granting 243 MOTION for Extension of Time to File Response/Reply. It is hereby ORD that the Office of Federal Housing Enterprise Oversight shall file a single reply to both Mr. J. Timothy How and Mr. Franklin Raines' Oppositions to the Motion to Quash by 10/10/2006. Signed by Judge Richard J. L 10/3/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/03/2006) |
| 10/04/2006 | 245 | Consent MOTION for Extension of Time to File Response/Reply *in support of KPMG LLP's motion to dis the amended Franklin−Templeton complaint* by KPMG LLP. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 10/04/2006) |
| 10/05/2006 | 246 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− John E. Clabby. :Address− Williams &Con LLP, 725 12th St., NW, Washington, DC 20005. Phone No. − (202) 434−5738. Fax No. − (202) 434−5029 FRANKLIN RAINES. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 10/05/2006) |
| 10/06/2006 | | MINUTE ORDER granting 244 Consent MOTION for Extension of Time to File Response/Reply as to 21 MOTION to Dismiss Evergreen and Franklin Second Amended Complaints, 159 MOTION to Dismiss, 208 MOTION to Dismiss Evergreen and Franklin Second Amended Complaints, 209 MOTION to Dismiss Eve and Franklin Second Amended Complaints, 216 MOTION to Dismiss Evergreen &Franklin Second Amend Complaints and Extend Page Limits for Briefing. It is hereby ORDERED that plaintiffs in the Evergreen an Franklin actions may file a single omnibus brief of up to 100 pages in length in response to the motions to d by defendants Fannie Mae, Ashley, Duberstein, Gerrity, Gorelick, Harvey, Howard, Justiz, Korologos, Mal Marron, Mudd, Mulcahy, Pickett, Segue, Spencer, Swygert, Raines, Rahl, and Radian Group. It is further ORDERED that plaintiffs shall file responses to those motions by 10/13/2006. It is further ORDERED that defendants shall file replies by 11/7/2006. Signed by Judge Richard J. Leon on 10/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/06/2006) |
| 10/06/2006 | | MINUTE ORDER granting 246 MOTION for Leave to Appear Pro Hac Vice by Attorney John E. Clabby. by Judge Richard J. Leon on 10/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/06/2006) |
| 10/10/2006 | <u>247</u> | | Consent MOTION for Extension of Time to File *Answers to Second Amended Complaint* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # <u>1</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 10/10/2006) |
| 10/10/2006 | <u>248</u> | | REPLY *to Messrs. Howard's and Raines' Oppositions (Dkt. Nos. 236 &239)to OFHEO's Motion to Quash No. 232)* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 10/10/2006) |
| 10/11/2006 | | | MINUTE ORDER granting <u>245</u> Consent MOTION for Extension of Time to File Reply in support of KPM LLP's motion to dismiss the amended Franklin−Templeton complaint. It is hereby ORDERED that KPMG file its reply in support of its motion to dimiss the amended Franklin−Templeton complaint by October 27, Signed by Judge Richard J. Leon on 10/11/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/11/2006) |
| 10/12/2006 | <u>249</u> | | ADDITIONAL ATTACHMENT *[Proposed] Order* by FEDERAL NATIONAL MORTGAGE ASSOCIA <u>140</u> Joint MOTION to Correct Clerical Docket Errors filed by FRANKLIN RAINES,, FEDERAL NATION MORTGAGE ASSOCIATION,, J.TIMOTHY HOWARD,, LEANNE G. SPENCER,, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OF OHIO,. (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B Pt. 1# <u>3</u> Exhibit B Pt. 2# <u>4</u> Exhibit C Pt. 1# <u>5</u> Exhibit C Pt. 2)Ass Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Mic (Entered: 10/12/2006) |
| 10/13/2006 | <u>250</u> | | Memorandum in opposition to re <u>227</u> MOTION to Dismiss *by Radian Guaranty Inc., not*, <u>212</u> MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints*, <u>208</u> MOTION to Dismiss *Evergreen and F Second Amended Complaints*, <u>209</u> MOTION to Dismiss *Evergreen and Franklin Second Amended Compla* <u>213</u> MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints*, <u>216</u> MOTION to Dismiss *Evergreen &Franklin Second Amended Complaints* filed by FRANKLIN MANAGED TRUST, FRANKLI INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEG SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC. FRANKLIN TEMPLETON INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRAN TEMPLETON GLOBAL FUND, BISSETT CANADIAN EQUITY FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WOR GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUN LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−S FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENER. ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TR EVERGREEN INTERNATIONAL TRUST. (Attachments: # <u>1</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Ent 10/13/2006) |
| 10/13/2006 | <u>251</u> | | Memorandum in opposition to re <u>214</u> MOTION Joint Request for Judicial Notice In Support of Motions to Dismiss the Evergreen and Franklin Second Amended Complaints filed by FRANKLIN MANAGED TRU FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKL STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTM FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUN INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUN |

| | | |
|---|---|---|
| | | FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRAN[...] TEMPLETON GLOBAL FUND, BISSETT CANADIAN EQUITY FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WOR[...] GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUN[...] LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−S[...] FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERA[...] ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, EVERGREEN [...] EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TR[...] EVERGREEN INTERNATIONAL TRUST. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Grant, Stuart) (Ent[...] 10/13/2006) |
| 10/13/2006 | | MINUTE ORDER granting 241 MOTION for Leave to Appear Pro Hac Vice by Attorneys Richard H. Kla[...] Michael T. Tomaino, Jr., Daniel H.R. Laguardia, Jeremy C. Bates &Patrice A. Rouse Vice. Signed by Judg[...] Richard J. Leon on 10/13/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/13/2006) |
| 10/13/2006 | | MINUTE ORDER granting nunc pro tunc 210 MOTION for Extension of Time to Respond to Timothy Ho[...] Motion to Compel. Signed by Judge Richard J. Leon on 10/13/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/13/2006) |
| 10/13/2006 | | MINUTE ORDER denying as moot 223 MOTION for Extension of Time to Respond to Timothy Howard's [...] Motion to Compel. Signed by Judge Richard J. Leon on 10/13/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/13/2006) |
| 10/13/2006 | | MINUTE ORDER denying as moot 140 Joint MOTION to Correct Clerical Docket Errors. Signed by Judg[...] Richard J. Leon on 10/13/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/13/2006) |
| 10/13/2006 | | MINUTE ORDER denying as moot 150 Motion to Dismiss, denying 151 Motion to Dismiss, denying 152 [...] to Dismiss, denying 154 Motion, denying 158 Motion to Dismiss, denying 159 Motion to Dismiss. Signed [...] Judge Richard J. Leon on 10/13/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/13/2006) |
| 10/13/2006 | | MINUTE ORDER denying as moot 169 Motion to Dismiss, denying 175 Motion to Dismiss, denying 176 [...] to Dismiss, denying 177 Motion to Dismiss. Signed by Judge Richard J. Leon on 10/13/06. Associated Cas[...] 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/13/2006) |
| 10/14/2006 | | MINUTE ORDER granting 247 Consent MOTION for Extension of Time to File Answers to Second Ame[...] Complaint. It is hereby ORDERED that Fannie Mae will file its opposition to plaintiffs' motion for class certification by December 8, 2006; individual defendants will file oppositions to plaintiffs' motion for class certification by December 22, 2006; Fannie Mae will answer Second Amended Complaint by January 8, 20[...] individual defendants will provide plaintiffs with affirmative defenses by January 15, 2007; plaintiffs will f[...] reply in support of motion for class certification by January 26, 2007; and individual defendants shall answ[...] Second Amended Complaint by March 8, 2007. Signed by Judge Richard J. Leon on 10/14/06. Associated [...] 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/14/2006) |
| 10/17/2006 | 252 | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Patrice A. Rouse on behalf of GOLDMAN SACHS Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) (En 10/17/2006) |
| 10/17/2006 | 253 | | NOTICE of Appearance by Jeremy C. Bates on behalf of GOLDMAN SACHS Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Bates, Jeremy) (En 10/17/2006) |
| 10/17/2006 | 254 | | NOTICE of Appearance by Daniel H.R. Laguardia on behalf of GOLDMAN SACHS Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Laguardia, Daniel) (Entered: 10/17/2006) |
| 10/17/2006 | 255 | | NOTICE of Appearance by Michael T. Tomaino on behalf of GOLDMAN SACHS Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Tomaino, Michael (Entered: 10/17/2006) |
| 10/17/2006 | 256 | | Consent MOTION for Order *Setting a Briefing Schedule for Goldman, Sachs &Co.'s Motion to Dismiss the Second Amended Consolidated Class Action Complaint* by GOLDMAN SACHS. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) (En 10/17/2006) |
| 10/17/2006 | | | MINUTE ORDER denying as moot 134 Consent MOTION for Protective Order. Signed by Judge Richard Leon on 10/17/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/17/2006) |
| 10/17/2006 | | | MINUTE ORDER denying as moot 217 Consent MOTION for Entry of Stipulated Case Management Order 3. It is hereby ORDERED that parties submit a revised Stipulated Case Management Order incorporating re scheduling orders and other agreements by 10/19/06. Signed by Judge Richard J. Leon on 10/17/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Ente 10/17/2006) |
| 10/18/2006 | 257 | | NOTICE of Appearance by Richard H. Klapper on behalf of GOLDMAN SACHS Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Klapper, Richard) (Entered: 10/18/2006) |
| 10/19/2006 | 258 | | MOTION to Compel *Paul Weiss* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 1 Exhibit L)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, James) (Entered: 10/19/2006) |
| 10/20/2006 | | | MINUTE ORDER granting 256 Consent MOTION for Order Setting a Briefing Schedule for Goldman, Sac &Co.'s Motion to Dismiss the Second Amended Consolidated Class Action Complaint. It is hereby ORDER that Goldman Sachs will file its motion to dismiss by 11/13/06, lead plaintiffs will file their oppositions by 12/22/06, and Goldman Sachs will file its reply by 1/19/07. Signed by Judge Richard J. Leon on 10/20/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL( (Entered: 10/20/2006) |
| 10/20/2006 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 10/20/2006. Hearing set for 11/21/2006 02:30 PM in Courtroom 18 before Judge Richard J. Leon. Status Conference se 11/3/2006 03:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) Associat Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Enter |

| | | | |
|---|---|---|---|
| | | | 10/23/2006) |
| 10/23/2006 | <u>259</u> | | Memorandum in opposition to re <u>240</u> MOTION to Dismiss *Second Amended Class Action Complaint* filed OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO. (Attachments: #<u>1</u> Exhibit A#<u>2</u> Exhibit A Part 2#<u>3</u> Exhibit B)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (En 10/23/2006) |
| 10/23/2006 | <u>260</u> | | ADDITIONAL ATTACHMENT *Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO <u>259</u> Memorandum in Opposition, file OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OHIO,. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Block, Jeffrey) (En 10/23/2006) |
| 10/23/2006 | <u>261</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Ilana T. Buschkin. :Address− Williams &Connolly LLP, 725 Twelfth St., NW, Washington, DC 20005. Phone No. − (202) 434−5574. Fax No. − ( 434−5029 by FRANKLIN RAINES. (Attachments: #<u>1</u> Text of Proposed Order #<u>2</u> Exhibit A)Associated C 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 10/23/2006) |
| 10/25/2006 | | | MINUTE ORDER granting <u>261</u> MOTION for Leave to Appear Pro Hac Vice by Attorney Ilana T. Buschki Signed by Judge Richard J. Leon on 10/25/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/25/2006) |
| 10/27/2006 | <u>262</u> | | Consent MOTION for Order *to set a briefing schedule for motions to compel production of documents* by I WEISS, RIFKIND, WHARTON &GARRISON LLP. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Futch, Aaron) (Ent 10/27/2006) |
| 10/30/2006 | <u>263</u> | | Consent MOTION To Commence Motions Hearing At Earlier Time On Friday, November 3, 2006 by FRANKLIN RAINES. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 10/30/2006) |
| 10/30/2006 | | | MINUTE ORDER granting <u>263</u> Consent MOTION To Commence Motions Hearing At Earlier Time On Fr November 3, 2006. Signed by Judge Richard J. Leon on 10/30/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/30/2006) |
| 10/30/2006 | | | Notice of Rescheduled Hearings: Hearing on Motion to Compel set for 11/3/06 at 3:30 PM is RESCHEDU for 11/3/06 at 2:30 PM in Courtroom 18 before Judge Richard J. Leon.Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 10/30/2006) |
| 10/31/2006 | <u>264</u> | | Consent MOTION Entry of Revised CMO 3 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #<u>1</u> Exhibit 1 −Proposed CMO 3)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, James) (Entered: 10/31/2006) |
| 10/31/2006 | <u>265</u> | | NOTICE of Appearance by Patrick D. Conner on behalf of THOMAS P. GERRITY Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Conner, Patrick) (Entered: 10/31/2006) |

| 11/01/2006 | <u>266</u> | | NOTICE *of Filing Reply in Support of KPMG LLP's Motion to Dismiss in CA No. 06−cv−00139* by KPMG Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Tulumello, Andrew (Entered: 11/01/2006) |
| 11/01/2006 | <u>267</u> | | Consent MOTION for Hearing *Rescheduling* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, James) (Entered: 11/01/2006) |
| 11/01/2006 | | | MINUTE ORDER granting <u>262</u> Consent MOTION for Order to set a briefing schedule for motions to comp production of documents. It is hereby ORDERED that defendant Howard may file and serve a motion to co production of documents by Paul, Weiss, Rifkind, Wharton &Garrison LLP by 11/3/06; Paul, Weiss, Rifkin Wharton &Garrison LLP may file and serve its opposition(s) to the motions of both lead plaintiffs and defe Howard by 12/4/06; and lead plaintiffs and defendant Howard may file and serve this respective replies by 12/18/06. Signed by Judge Richard J. Leon on 11/1/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1, ) (Entered: 11/01/2006) |
| 11/02/2006 | <u>268</u> | | REVISED STIPULATED CASE MANAGEMENT ORDER NO. 3 . Signed by Judge Richard J. Leon on 11/1/06. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Entere 11/02/2006) |
| 11/03/2006 | <u>269</u> | | MOTION for Admission Pro Hac Vice *of Joseph C. Merschman* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #<u>1</u> Certification in Support of Motion#<u>2</u> Proposed Order#<u>3</u> Certificate of Service)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Toll, Steven) (Ente 11/03/2006) |
| 11/03/2006 | <u>270</u> | | MOTION to Compel *Paul Weiss* by J.TIMOTHY HOWARD. (Attachments: #<u>1</u> Text of Proposed Order # Exhibit 1#<u>3</u> Exhibit 2#<u>4</u> Exhibit 3#<u>5</u> Exhibit 4#<u>6</u> Exhibit 5#<u>7</u> Exhibit 6#<u>8</u> Exhibit 7#<u>9</u> Exhibit 8#<u>10</u> Ex 9#<u>11</u> Exhibit 10)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En 11/03/2006) |
| 11/03/2006 | <u>271</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Rachelle M. Barstow. :Address− Morgan, L &Bockius LLP, 101 Park Avenue, New York, New York 10178. Phone No. − 212−309−6208. Fax No. − 212−309−6001 by THOMAS P. GERRITY. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Conner, Patrick) (Entered: 11/03/2006) |
| 11/03/2006 | <u>272</u> | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Robert Micheal Romano. :Address− Morga Lewis &Bockius. Phone No. − 212−309−7083. Fax No. − 212−309−6001 by THOMAS P. GERRITY. Ass Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Conner, Patrick) (Entered: 11/03/2006) |
| 11/03/2006 | <u>273</u> | | NOTICE *of Filing of Exhibits Under Seal* by J.TIMOTHY HOWARD Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En 11/03/2006) |
| 11/06/2006 | <u>274</u> | | LCvR 7.1 − CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FEDE NATIONAL MORTGAGE ASSOCIATION Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 11/06/2006) |
| 11/06/2006 | | | MINUTE ORDER granting<u>271</u> MOTION for Leave to Appear Pro Hac Vice by Attorney Rachelle M. Bar Signed by Judge Richard J. Leon on 11/6/06. Associated Cases: |

| | | | |
|---|---|---|---|
| | | | 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 11/06/2006) |
| 11/06/2006 | | | MINUTE ORDER granting 272 MOTION for Leave to Appear Pro Hac Vice by Attorney Robert Micheal Romano. Signed by Judge Richard J. Leon on 11/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 11/06/2006) |
| 11/06/2006 | | | MINUTE ORDER granting 269 MOTION for Admission Pro Hac Vice of Joseph C. Merschman. Signed b Judge Richard J. Leon on 11/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 11/06/2006) |
| 11/06/2006 | | | MINUTE ORDER granting 267 Consent MOTION for Hearing Rescheduling. Signed by Judge Richard J. on 11/6/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 11/06/2006) |
| 11/06/2006 | | | NOTICE OF RESCHEDULED HEARING: The hearing on the Motion to Dismiss set for 11/21/06 is RESCHEDULED for 11/20/06 at 3:00 PM in Courtroom 18 before Judge Richard J. Leon. Associated Case 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 11/06/2006) |
| 11/07/2006 | 275 | | ORDER granting 195 MOTION to Compel Production of Documents by OFHEO by J.TIMOTHY HOWA Signed by Judge Richard J. Leon on 11/6/06. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Entered: 11/07/2006) |
| 11/07/2006 | 276 | | REPLY to opposition to motion re 212 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed by LEANNE G. SPENCER. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Regan, Christophe (Entered: 11/07/2006) |
| 11/07/2006 | 277 | | REPLY to opposition to motion re 209 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed by THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. MALEK, TAYLOR SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERS JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H MUDD, H. PATRICK SWYGERT, LESLIE RAHL. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Hamilton, James) (Entered: 11/07/2006) |
| 11/07/2006 | 278 | | REPLY to opposition to motion re 227 MOTION to Dismiss *by Radian Guaranty Inc., not* filed by RADIA GUARANTY INC.. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 11/07/2006) |
| 11/07/2006 | 279 | | REPLY to opposition to motion re 216 MOTION to Dismiss *Evergreen &Franklin Second Amended Comp* filed by J.TIMOTHY HOWARD. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En 11/07/2006) |
| 11/07/2006 | 280 | | REPLY to opposition to motion re 213 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 11/07/2006) |
| 11/07/2006 | 281 | | |

| | | |
|---|---|---|
| | | REPLY to opposition to motion re 208 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed by FRANKLIN RAINES. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Schwartz, Michelle) (Entered: 11/07/2006) |
| 11/07/2006 | 282 | REPLY to opposition to motion re 214 MOTION Joint Request for Judicial Notice In Support of Motions to Dismiss the Evergreen and Franklin Second Amended Complaints filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 11/07/2006) |
| 11/08/2006 | 283 | NOTICE *of Service by mail to non−ECF participants* by RADIAN GUARANTY INC. re 278 Reply to opposition to Motion Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 11/08/2006) |
| 11/08/2006 | 284 | REPLY to opposition to motion re 240 MOTION to Dismiss *Second Amended Class Action Complaint* filed by KPMG LLP. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 11/08/2006) |
| 11/09/2006 | 285 | MOTION to Dismiss *the Franklin−Templeton Plaintiffs' Second Amended Complaint 225 by KPMG LLP. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Tulumello, Andrew) . (Entered: 11/09/2006)* |
| 11/13/2006 | 286 | NOTICE of Appearance by Cristen E. Sikes on behalf of STEPHEN B. ASHLEY, ANN KOROLOGOS, DONALD B. MARRON Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Sikes, Cristen) (Entered: 11/13/2006) |
| 11/13/2006 | 287 | LCvR 7.1 − CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests *and Fed. R. P. 7.1 Disclosure Statement* by GOLDMAN SACHS Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) (Entered: 11/13/2006) |
| 11/13/2006 | 288 | NOTICE *of Defendant Franklin D. Raines's First Priority Requests for Document Production to the Office Federal Housing Enterprise Oversight* by FRANKLIN RAINES re 275 Order on Motion to Compel (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Entered: 11/13/2006) |
| 11/13/2006 | 289 | MOTION to Dismiss *the Second Amended Consolidated Class Action Complaint* by GOLDMAN SACHS. (Attachments: # 1 # 2)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) (Entered: 11/13/2006) |
| 11/13/2006 | 290 | NOTICE *of First Prioritized List of Requests to OFHEO* by J.TIMOTHY HOWARD re 275 Order on Motion Compel (Attachments: # 1 Exhibit)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (Entered: 11/13/2006) |
| 11/14/2006 | 291 | NOTICE of Appearance by Daniel John Healy on behalf of LESLIE RAHL Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Healy, Daniel) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/14/2006) |
| 11/14/2006 | <u>292</u> | | NOTICE of Appearance by Rhonda D. Orin on behalf of LESLIE RAHL Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Orin, Rhonda) (En (Entered: 11/14/2006) |
| 11/15/2006 | <u>293</u> | | NOTICE *of Withdrawal of Appearance of Counsel Christian J. Mixter* by THOMAS P. GERRITY Associa Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Conner, Pat (Entered: 11/15/2006) |
| 11/17/2006 | <u>294</u> | | NOTICE *of Supplemental Submission re Notice of Defendant Franklin D. Raines's First Priority Requests Document Production to the Office of Federal Housing Enterprise Oversight* by FRANKLIN RAINES re <u>2</u> Notice (Other), Notice (Other) (Attachments: #<u>1</u> Exhibit A#<u>2</u> Exhibit B)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (En (Entered: 11/17/2006) |
| 11/17/2006 | <u>295</u> | | Consent MOTION for Order *Establishing Expert Discovery and Deposition Protocol* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #<u>1</u> Exhibit A − Proposed Protocol)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL(Cummins, James) (Entered: 11/17/2006) |
| 11/17/2006 | <u>296</u> | | MOTION for Order *Establishing Expert Discovery and Deposition Protocol* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. MALE TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DONALD B. MAR DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. (Attachments: #<u>1</u> Exhibit A#<u>2</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 11/17/2006) |
| 11/20/2006 | <u>297</u> | | RESPONSE to [ 296 ] Motion for Order Establishing Expert Discovery and Deposition Protocol (Statemen Goldman, Sachs &Co. Concerning Deposition Protocol) filed by GOLDMAN SACHS. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) . (Entered: 11/20/2006) |
| 11/20/2006 | <u>298</u> | | ADDITIONAL ATTACHMENT *Exhibit B* by THOMAS P. GERRITY, ANNE M. MULCAHY, FREDER MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DON B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL <u>296</u> MOTION for Order *Establishing Expert Discovery and Deposition Protocol* filed by ANNE M. MULCAHY,, FEDERAL NATIONAL MORTGAGE ASSOCIATION,, DONALD B. MARRON,, KENNETH M. DUBERSTEIN,, PATRICK SWYGERT,, FREDERIC V. MALEK,, DANIEL H. MUDD,, STEPHEN B. ASHLEY,, THOM GERRITY,, ANN KOROLOGOS,, LESLIE RAHL,, WILLIAM R. HARVEY,, TAYLOR C. SEGUE, III, JAMIE S. GORELICK,, MANUEL J. JUSTIZ,, JOE PICKETT,. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 11/20/2006) |
| 11/20/2006 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Motion Hearing held on 11/20/2006 re <u>2</u> MOTION to Dismiss *the Second Amended Consolidated Class Action Complaint* filed by GOLDMAN SAC <u>285</u> MOTION to Dismiss *the Franklin−Templeton Plaintiffs' Second Amended Complaint* filed by KPMG LLP,−−TAKEN UNDER ADVISMENT. Status Conference set for 12/11/2006 03:00 PM in Courtroom 18 Judge Richard J. Leon. (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL(whb, ) (Entered: 11/21/2006) |

| 11/29/2006 | <u>299</u> | | Consent MOTION for Leave to File Excess Pages *in Fannie Mae's Memorandum of Law In Opposition to* *Plaintiffs' Motion for Class Certification* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #<u>1</u> Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 11/29/2006) |
| 12/04/2006 | | | MINUTE ORDER granting <u>299</u> Consent Motion for Leave to File Excess Pages. It is hereby ORDERED th Fannie Mae shall file a memorandum of law opposing lead plaintiffs' May 17, 2006 motion for class certifica that does not exceed fifty−five pages in length. Signed by Judge Richard J. Leon on 12/4/06. Associated Ca 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 12/04/2006) |
| 12/04/2006 | <u>300</u> | | Consent MOTION for Extension of Time to File Response/Reply *to Motions to Compel Production of Doc* by PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Futch, Aaron) (Ent 12/04/2006) |
| 12/05/2006 | <u>301</u> | | Consent MOTION for Extension of Time to File *Oppositions to Lead Plaintiffs' Motion for Class Certifica* FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #<u>1</u> Text of Proposed Order)Assoc Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Mic (Entered: 12/05/2006) |
| 12/07/2006 | | | MINUTE ORDER granting <u>301</u> Consent MOTION for Extension of Time to File Oppositions to Lead Plai Motion for Class Certification. It is hereby ORDERED that plaintiffs' motion for class certification shall be by January 8, 2007; the individual defendants shall file oppositions by January 23, 2007; and lead plaintiffs file replies by February 22, 2007. Signed by Judge Richard J. Leon on 12/7/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 12/07/2006) |
| 12/07/2006 | | | MINUTE ORDER granting <u>300</u> Consent Motion for Extension of Time to File Response. It is hereby ORD that Paul, Weiss file its opposition to the motions to compel filed by Lead Plaintiffs and Defendant Howard 12/18/2006. Signed by Judge Richard J. Leon on 12/7/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 12/07/2006) |
| 12/07/2006 | 302 | | TRANSCRIPT of Status Hearing held on October 20, 2006 before Judge Richard J. Leon. Court Reporter: Atrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:0 Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−R. (Entered: 12/08/2006) |
| 12/07/2006 | 303 | | TRANSCRIPT of Motion Hearing held on November 3, 2006 before Judge Richard J. Leon. Court Reporte Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. a 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 12/08/2006) |
| 12/07/2006 | 304 | | TRANSCRIPT of Motion Hearing held on November 20, 2006 before Judge Richard J. Leon. Court Report Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. a 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(jf, ) (Entered: 12/08/2006) |
| 12/08/2006 | <u>305</u> | | Supplemental MOTION for Order *Establishing Expert Discovery and Deposition Protocol* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERI MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DON |

|  |  |  |  |
|---|---|---|---|
|  |  |  | B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. (Attachments: #_1_ Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 12/08/2006) |
| 12/08/2006 | _306_ |  | Memorandum in opposition to re _305_ Supplemental MOTION for Order *Establishing Expert Discovery and Deposition Protocol* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: #_1_ Exhibit A#_2_ Exhibit B)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Krakoff, David) (E 12/08/2006) |
| 12/11/2006 | _307_ |  | Consent MOTION for Order *Establishing Expert Discovery and Deposition Protocol* by FEDERAL NATIO MORTGAGE ASSOCIATION. (Attachments: #_1_ Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 12/11/2006) |
| 12/11/2006 |  |  | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 12/11/2006. M Hearing set for 1/25/2007 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Associated Cases: 1:04−cv−01639−RJL,1:98−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Enter 12/13/2006) |
| 12/12/2006 | _308_ |  | NOTICE *of Defendant Franklin D. Raines's Second Priority Requests for Document Production to the Offi Federal Housing Enterprise Oversight* by FRANKLIN RAINES re _275_ Order on Motion to Compel Assoc Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Romain, Al (Entered: 12/12/2006) |
| 12/12/2006 | _309_ |  | NOTICE OF RELATED CASE by KPMG LLP. Case related to Case No. 1:06cv02111. (Attachments: #_1_ of related case form#_2_ Notice of removal−−D.D.C#_3_ Notice of removal−−Super Ct)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 12/12/2006) |
| 12/12/2006 | _310_ |  | NOTICE *of Second Prioritized List of Document Requests to OFHEO* by J.TIMOTHY HOWARD re _275_ C on Motion to Compel Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (E 12/12/2006) |
| 12/13/2006 | _311_ |  | ORDER establishing expert discovery and deposition protocol. Signed by Judge Richard J. Leon on 12/1 Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL( (Entered: 12/13/2006) |
| 12/15/2006 | _312_ |  | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jean M. Geoppinger. :Address− 1513 Fourt &Vine Tower, One West Fourth Street, Cincinnati, Ohio 45202. Phone No. − 513−621−0267. Fax No. − 513−621−0262 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #_1_ Affidavit Certification of Jean M. Geoppinger#_2_ Proposed Order Granting Motion for Admission Pro Hac Vice)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, James) (Entered: 12/15/2006) |
| 12/20/2006 |  |  | MINUTE ORDER granting _312_ MOTION for Leave to Appear Pro Hac Vice for Attorney Jean M. Geoppi Signed by Judge Richard J. Leon on 12/20/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 12/20/2006) |
| 12/21/2006 | _313_ |  | MOTION to Compel *Compliance with the Amended Stipulated Pretrial Protective Order* by FRANKLIN RAINES. (Attachments: #_1_ Exhibit 1#_2_ Exhibit 2#_3_ Exhibit 3#_4_ Exhibit 4#_5_ Exhibit 5#_6_ Exhibit 6#_7_ I |

| | | | |
|---|---|---|---|
| | | | 7#_8_ Exhibit 8#_9_ Exhibit 9#_10_ Exhibit 10#_11_ Exhibit 11#_12_ Exhibit 12#_13_ Exhibit 13#_14_ Exhibit 14#_1_ Exhibit 15#_16_ Exhibit 16#_17_ Exhibit 17#_18_ Exhibit 18#_19_ Text of Proposed Order Proposed Order)Asso Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Clabby, Joh (Entered: 12/21/2006) |
| 12/21/2006 | 314 | | NOTICE of Filing of Exhibits Under Seal by FRANKLIN RAINES re 313 MOTION to Compel *Compliance the Amended Stipulated Pretrial Protective Order* Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Clabby, John) (Ent 12/21/2006) |
| 12/21/2006 | 315 | | Memorandum in opposition to re 289 MOTION to Dismiss *the Second Amended Consolidated Class Action Complaint by Goldman Sachs* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: #_1_ Exhibit A Enron Decision)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Cummins, J (Entered: 12/21/2006) |
| 12/21/2006 | 318 | | TRANSCRIPT of Status Hearing held on December 11, 2006 before Judge Richard J. Leon. Court Reporte Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−R (Entered: 12/26/2006) |
| 12/22/2006 | 316 | | MOTION for Order to Show Cause *Why OFHEO Should Not Be Held in Contempt of the Court's Novemb 2006 Order* by FRANKLIN RAINES. (Attachments: #_1_ Text of Proposed Order #_2_ Exhibit 1#_3_ Exhibit 2 Exhibit 3#_5_ Exhibit 4#_6_ Exhibit 5)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Marx, Daniel) (Ent 12/22/2006) |
| 12/22/2006 | 317 | | MOTION for Extension of Time to File Response/Reply as to 316 MOTION for Order to Show Cause *Why OFHEO Should Not Be Held in Contempt of the Court's November 6, 2006 Order*, 313 MOTION to Compe *Compliance with the Amended Stipulated Pretrial Protective Order* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 12/22/2006) |
| 12/28/2006 | | | MINUTE ORDER granting 317 Motion for Extension of Time to File Response/Reply. It is hereby ORDE that OFHEO shall file its response to defendant Raines' Motion to Compel 313 and Motion to Show Cause 1/19/07. Signed by Judge Richard J. Leon on 12/28/06. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 12/28/2006) |
| 01/05/2007 | 319 | | Consent MOTION for Extension of Time to File Answer re 204 Amended Complaint,,, by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #_1_ Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 01/05/2007) |
| 01/08/2007 | 320 | | MOTION to Quash *in part Subpoenas Issued to Paul, Weiss, Rifkind, Wharton &Garrison LLP* by KPMG (Attachments: #_1_ Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 01/08/2007) |
| 01/08/2007 | 321 | | Memorandum in opposition to re 258 MOTION to Compel *Paul Weiss*, 270 MOTION to Compel *Paul We* filed by KPMG LLP. (Attachments: #_1_ Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 01/08/2007) |
| 01/08/2007 | 322 | | Memorandum in opposition to re 163 MOTION to Certify Class filed by FEDERAL NATIONAL MORTG ASSOCIATION. (Attachments: #_1_ Text of Proposed Order #_2_ Affidavit of Robert M. Stern#_3_ Exhibit N |

| | | |
|---|---|---|
| | | Filing Exhibits to Declaration of Robert M. Stern# 4 Affidavit of Dr. Frederick C. Dunbar# 5 Exhibit to Declaration of Dr. Frederick C. Dunbar)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 01/08/2007) |
| 01/11/2007 | 323 | Memorandum in opposition to re 320 MOTION to Quash *in part Subpoenas Issued to Paul, Weiss, Rifkind, Wharton &Garrison LLP* filed by J.TIMOTHY HOWARD. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Salky, Steven) (Entered: 01/11/2007) |
| 01/11/2007 | 324 | MOTION to Amend/Correct *the Court's Nov. 6, 2006 Order* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Affidavit Declaration of David Felt)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Entered: 01/11/2007) |
| 01/12/2007 | 325 | NOTICE *of Defendant Franklin D. Raines's Third Priority Requests for Document Production to the Office Federal Housing Enterprise Oversight* by FRANKLIN RAINES re 275 Order on Motion to Compel Assoc Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Romain, Al (Entered: 01/12/2007) |
| 01/12/2007 | 326 | NOTICE *of Third Prioritized List of Document Requests to OFHEO* by J.TIMOTHY HOWARD re 275 Or Motion to Compel Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En 01/12/2007) |
| 01/16/2007 | 327 | Memorandum in opposition to re 324 MOTION to Amend/Correct *the Court's Nov. 6, 2006 Order* filed by FRANKLIN RAINES. (Attachments: # 1 Exhibit Ex. A# 2 Exhibit Ex. B# 3 Exhibit Ex. C# 4 Exhibit Ex. Exhibit Ex. E (Filed Under Seal)# 6 Exhibit Ex. F# 7 Exhibit Ex. G# 8 Exhibit Ex. H# 9 Exhibit Ex. I# 10 Ex. J)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Romain, Alex) (En 01/16/2007) |
| 01/16/2007 | 328 | NOTICE *of Filing of an Exhibit Under Seal* by FRANKLIN RAINES re 327 Memorandum in Opposition, Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Romain, Alex) (En 01/16/2007) |
| 01/16/2007 | 329 | Memorandum in opposition to re 324 MOTION to Amend/Correct *the Court's Nov. 6, 2006 Order* filed by J.TIMOTHY HOWARD. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En 01/16/2007) |
| 01/16/2007 | 330 | ANSWER to Amended Complaint by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Related document: 204 Amended Complaint,,, filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM,, STATE TEACHERS RETIREMENT SYSTEM OF OHIO,.Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 01/16/2007) |
| 01/17/2007 | 331 | REPLY to opposition to motion re 289 MOTION to Dismiss *the Second Amended Consolidated Class Actio Complaint* filed by GOLDMAN SACHS. (Attachments: # 1 Exhibit A# 2 Exhibit B)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) (En 01/17/2007) |
| 01/18/2007 | 332 | NOTICE of Appearance by Richard Miles Clark on behalf of J.TIMOTHY HOWARD Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Clark, Richard) (E |

| | | |
|---|---|---|
| | | 01/18/2007) |
| 01/19/2007 | | MINUTE ORDER granting 319 Consent MOTION for Extension of Time to File Answer re 204 Amended Complaint. It is hereby ORDERED that Fannie Mae shall file its answer to lead plaintiffs' Second Amended Consolidated Complaint by 1/16/07; individual defendants shall provide a list of affirmative defenses to pla no later than 1/23/07; and individual defendants shall file their answers by March 16, 2007. Signed by Judg Richard J. Leon on 1/19/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 01/19/2007) |
| 01/19/2007 | 333 | Memorandum in opposition to re 316 MOTION for Order to Show Cause *Why OFHEO Should Not Be Hel Contempt of the Court's November 6, 2006 Order* filed by OFFICE OF FEDERAL HOUSING ENTERPRI OVERSIGHT. (Attachments: # 1 Exhibit Gov. Exh. A# 2 Exhibit Gov. Exh. B# 3 Exhibit Gov. Exh. B# 4 I Gov. Exh. D)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 01/19/2007) |
| 01/19/2007 | 334 | Memorandum in opposition to re 313 MOTION to Compel *Compliance with the Amended Stipulated Pretr Protective Order* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments Exhibit Gov. Exh. A# 2 Exhibit Gov. Exh. B# 3 Exhibit Gov. Exh. C# 4 Exhibit Gov. Exh. D# 5 Exhibit G Exh. E)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 01/19/2007) |
| 01/22/2007 | 335 | REPLY to opposition to motion re 320 MOTION to Quash *in part Subpoenas Issued to Paul, Weiss, Rifkin Wharton &Garrison LLP* filed by KPMG LLP. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Whitaker, Henry) (Entered: 01/22/2007) |
| 01/22/2007 | 336 | NOTICE of Appearance by Melanie L. Katsur on behalf of KPMG LLP Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Katsur, Melanie) (Entered: 01/22/2007) |
| 01/23/2007 | 337 | Memorandum in opposition to re 166 MOTION to Certify Class filed by FRANKLIN RAINES. (Attachme 1 Exhibit Notice Regarding Bulky Exhibit Attachment)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Clabby, John) (Ent 01/23/2007) |
| 01/23/2007 | 338 | Memorandum in opposition to re 166 MOTION to Certify Class filed by J.TIMOTHY HOWARD. Associa Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Clark, Rich (Entered: 01/23/2007) |
| 01/23/2007 | 339 | Memorandum in opposition to re 166 MOTION to Certify Class filed by LEANNE G. SPENCER. Associa Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Regan, Christopher) (Entered: 01/23/2007) |
| 01/24/2007 | | MINUTE ORDER denying 240 MOTION to Dismiss Second Amended Class Action Complaint by KPMG Signed by Judge Richard J. Leon on 1/24/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 01/24/2007) |
| 01/24/2007 | | MINUTE ORDER denying 285 MOTION to Dismiss the Franklin−Templeton Plaintiffs' Second Amended Complaint 225 by KPMG LLP. Signed by Judge Richard J. Leon on 1/24/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 01/24/2007) |
| 01/25/2007 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Richard J. Leon : Motion Hearing held on 1/25/2007 re 32_ MOTION to Amend/Correct *the Court's Nov. 6, 2006 Order* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT,−and Granted. Motion Hearing set for 2/16/2007 03:00 PM and 3/1/07 @ 2:3 in Courtroom 18 before Judge Richard J. Leon. Interested parties may file a brief on production issues by 2 OFHEO's response due by 2/9/07.(Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Entered: 01/26/2007) |
| 01/29/2007 | 340 | | NOTICE of Appearance by Adam B. Miller on behalf of LEANNE G. SPENCER Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Miller, Adam) (En 01/29/2007) |
| 01/31/2007 | 341 | | MOTION for Hearing *to Reschedule the Feb. 16th Hearing* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (Ent 01/31/2007) |
| 02/02/2007 | 342 | | Consent MOTION for Extension of Time to *File Motions Regarding the Adequacy of OFHEO's Privilege L* FRANKLIN RAINES. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Romain, Alex) (En 02/02/2007) |
| 02/05/2007 | | | MINUTE ORDER granting 342 Consent MOTION for Extension of Time to File Motions Regarding the Adequacy of OFHEO's Privilege Log. It is hereby ORDERED that all parties submit additional briefing on adequacy of OFHEO's revised privilege log by 2/9/07; and OFHEO shall file an omnibus opposition by 2/1 Signed by Judge Richard J. Leon on 2/5/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/05/2007) |
| 02/05/2007 | | | MINUTE ORDER granting 341 MOTION for Hearing to Reschedule the Feb. 16th Hearing. Signed by Jud Richard J. Leon on 2/5/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/05/2007) |
| 02/05/2007 | | | NOTICE OF RESCHEDULED STATUS CONFERENCE: The status conference set for 2/16/07 has been RESCHEDULED for 3/2/07 at 4:00 PM in Courtroom 18 before Judge Richard J. Leon.Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/05/2007) |
| 02/05/2007 | 343 | | NOTICE of Appearance by Nicholas Aidan Brady on behalf of JAMIE S. GORELICK Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Brady, Nicholas) (Entered: 02/05/2007) |
| 02/07/2007 | 344 | | Consent MOTION for Extension of Time to *File Answers to Second Amended Complaints* by KPMG LLP. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Katsur, Melanie) (Entered: 02/07/2007) |
| 02/08/2007 | 347 | | TRANSCRIPT of Motion Hearing held on January 25, 2007 before Judge Richard J. Leon. Court Reporter: Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lc, ) (Entered: 02/09/2007) |
| 02/09/2007 | 345 | | MOTION to Withdraw 313 MOTION to Compel *Compliance with the Amended Stipulated Pretrial Protec Order* by FRANKLIN RAINES. (Attachments: # 1 Exhibit Ex. 1)Associated Cases: |

| | | | |
|---|---|---|---|
| | | | 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Buschkin, Ilana) (Entered: 02/09/2007) |
| 02/09/2007 | 346 | | MOTION to Withdraw 316 MOTION for Order to Show Cause *Why OFHEO Should Not Be Held in Conte... the Court's November 6, 2006 Order* by FRANKLIN RAINES. (Attachments: # 1 Exhibit Ex. 1)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Buschkin, I... (Entered: 02/09/2007) |
| 02/09/2007 | 348 | | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by GOLDMAN SACHS (Attachments: # 1 Exhib... A)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) (En... 02/09/2007) |
| 02/12/2007 | | | MINUTE ORDER granting 344 Consent MOTION for Extension of Time to File Answers to Second Am... Complaints. It is hereby ORDERED that KPMG LLP shall file its answers and affirmative defenses to lead plaintiffs' Second Amended Consolidated Class Action Complaint and to the Franklin Templeton plaintiffs' Second Amended Complaint by April 16, 2007. Signed by Judge Richard J. Leon on 2/12/07. Associated C... 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/12/2007) |
| 02/12/2007 | 349 | | NOTICE *of Fourth Priority Requests for Document Production to the Office of Federal Housing Enterprise... Oversight* by FRANKLIN RAINES re 275 Order on Motion to Compel Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Buschkin, Ilana) (Entered: 02/12/2007) |
| 02/12/2007 | 350 | | NOTICE *of Fourth Prioritized List of Document Requests to OFHEO* by J.TIMOTHY HOWARD re 275 O... on Motion to Compel Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Delinsky, Eric) (En... 02/12/2007) |
| 02/13/2007 | | | MINUTE ORDER granting 345 MOTION to Withdraw 313 MOTION to Compel Compliance with the Am... Stipulated Pretrial Protective Order. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/13/2007) |
| 02/13/2007 | | | MINUTE ORDER granting 346 MOTION to Withdraw 316 MOTION for Order to Show Cause Why OFH... Should Not Be Held in Contempt of the Court's November 6, 2006 Order. Signed by Judge Richard J. Leon... 2/13/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/13/2007) |
| 02/13/2007 | 351 | | ENTERED IN ERROR.....NOTICE of Appearance by Claudia M. Osorio on behalf of KPMG LLP, KPMG... Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Osorio, Claudia) Modified on 2/14/2007 (jf, ). (Entered: 02/13/2007) |
| 02/14/2007 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 351 Notice of Appearance was entered i... error. Defendant KPMG is not a party in member cases. Associated Cases: 1:05−cv−01198−RJL # 73 ,1:06−cv−00082−RJL # 110 (jf, ) (Entered: 02/14/2007) |
| 02/15/2007 | 352 | | RESPONSE to *Goldman Sach's 348 Notice of Supplemental Authority* filed by OHIO PUBLIC EMPLOYEE... RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Corwin, Melanie). (Entered: 02/15/2007) |
| 02/16/2007 | 353 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Extension of Time to File Response/Reply *in Support of Class Certification* by OHIO PUBL... EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Asso... Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Corwin, M... (Entered: 02/16/2007) |
| 02/16/2007 | 354 | | MOTION for Hearing re 163 MOTION to Certify Class by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 02/16/2007) |
| 02/16/2007 | 355 | | ERRATA by FEDERAL NATIONAL MORTGAGE ASSOCIATION 354 MOTION for Hearing re 163 MOTION to Certify Class filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION,. (Attachments... Corrected Motion for Hearing# 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Walsh, Michael) (Entered: 02/16/2007) |
| 02/19/2007 | | | MINUTE ORDER granting 353 Motion for Extension of Time to File Response/Reply. It is hereby ORDE... that lead plaintiffs shall file their reply brief in support of the motion for class certification by 3/12/07. Sign... Judge Richard J. Leon on 2/19/07. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Entered: 02/19/2007) |
| 02/22/2007 | 356 | | REPLY *to Lead Plaintiffs'* 352 *Response to Goldman, Sachs &Co.'s Notice of Supplemental Authority* filed GOLDMAN SACHS. (Attachments: # 1 Declaration of Patrice A. Rouse# 2 Exhibit A)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Rouse, Patrice) M... on 2/23/2007 (jf, ). (Entered: 02/22/2007) |
| 02/28/2007 | 357 | | ERRATA −− *Director Defendants' Memorandum of Law in Support of Motion to Dismiss Evergreen and Franklin Second Amended Complaints* by THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V... MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DON... B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL 209 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed by ANNE M. MULCAHY,, DONALD B. MARRON,, KENNETH M. DUBERSTEIN,, H. PATRICK SWYGERT,, FREDERIC V. MALEK,, DANI... MUDD,, STEPHEN B. ASHLEY,, THOMAS P. GERRITY,, ANN KOROLOGOS,, LESLIE RAHL,, WIL... R. HARVEY,, TAYLOR C. SEGUE, III, JAMIE S. GORELICK,, MANUEL J. JUSTIZ,, JOE PICKETT,. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Ackerman, David) (Entered: 02/28/2007) |
| 03/01/2007 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Motion Hearing held on 3/1/2007 re 213 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed by FEDERAL NATION... MORTGAGE ASSOCIATION, 227 MOTION to Dismiss *by Radian Guaranty Inc., not* filed by RADIAN GUARANTY INC., 212 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed ... LEANNE G. SPENCER, 208 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* ... FRANKLIN RAINES, 214 MOTION Joint Request for Judicial Notice In Support of Motions to Dismiss th... Evergreen and Franklin Second Amended Complaints filed by ANNE M. MULCAHY, FEDERAL NATIO... MORTGAGE ASSOCIATION,, DONALD B. MARRON, KENNETH M. DUBERSTEIN, H. PATRICK SWYGERT, FREDERIC V. MALEK, DANIEL H. MUDD, STEPHEN B. ASHLEY, THOMAS P. GERR... ANN KOROLOGOS, LESLIE RAHL, WILLIAM R. HARVEY, TAYLOR C. SEGUE, III, JAMIE S. GORELICK, MANUEL J. JUSTIZ, JOE PICKETT, 209 MOTION to Dismiss *Evergreen and Franklin Sec... Amended Complaints* filed by ANNE M. MULCAHY, DONALD B. MARRON, KENNETH M. DUBERS... H. PATRICK SWYGERT,, FREDERIC V. MALEK, DANIEL H. MUDD, STEPHEN B. ASHLEY, THO... P. GERRITY,, ANN KOROLOGOS,, LESLIE RAHL,, WILLIAM R. HARVEY, TAYLOR C. SEGUE, III... |

| | | | |
|---|---|---|---|
| | | | JAMIE S. GORELICK, MANUEL J. JUSTIZ, JOE PICKETT, 216 MOTION to Dismiss *Evergreen & Fran Second Amended Complaints* filed by J.TIMOTHY HOWARD,. −TAKEN UNDER ADVISMENT. Status Conference set for 3/2/2007 03:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patt Gels.) Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Entered: 03/02/2007) |
| 03/02/2007 | 358 | | NOTICE *of consolidation motion in Fannie Mae v. KPMG LLP, No. 06cv02111 (RJL)* by KPMG LLP (Attachments: # 1 Exhibit)Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00139−RJL(Tulumello, Andre (Entered: 03/02/2007) |
| 03/02/2007 | | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 3/2/2007. Stat Conference set for 4/26/2007 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Pa Gels.) Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(whb) (Entered: 03/02/2007) |
| 03/02/2007 | | | MINUTE ORDER denying 354 Motion for Hearing. Signed by Judge Richard J. Leon on 3/2/07. Associate Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(lcrjl1) (Ent 03/02/2007) |
| 03/07/2007 | 359 | | TRANSCRIPT of Motion Hearing held on March 01, 2007 before Judge Richard J. Leon. Court Reporter: I Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−R. (Entered: 03/07/2007) |
| 03/07/2007 | 360 | | TRANSCRIPT of Status Hearing held on March 02, 2007 before Judge Richard J. Leon. Court Reporter: Pa Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL,1:06−cv−00082−RJL,1:06−cv−00139−R. (Entered: 03/07/2007) |
| 03/08/2007 | 361 | | NOTICE of Change of Address by Robert W. Liles Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Liles, Robert) (Ent 03/08/2007) |
| 03/09/2007 | 362 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to LESLIE RAHL. Attorney Daniel John Healy terminated. Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Healy, Daniel) (En 03/09/2007) |
| 03/09/2007 | 363 | | MOTION for Extension of Time to *Comply with Court Order* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Affidavit David Felt Decl.# 2 Exhibit OFHEO's Assessment)Associated Cases: 1:04−cv−01639−RJL,1:05−cv−01198−RJL,1:06−cv−00082−RJL,1:06−cv−00139−RJL(Truong, John) (En 03/09/2007) |
| 03/12/2007 | 364 | | WITHDRAWAL of Motion by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACH RETIREMENT SYSTEM OF OHIO re 258 MOTION to Compel *Paul Weiss* filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM *Without Prejudice*. (Corwin, Melanie) (Entered: 03/12/2007) |
| 03/12/2007 | 365 | | REPLY to 322 Memorandum in Opposition re 163 MOTION to certify class, filed by FEDERAL NATION MORTGAGE ASSOCIATION by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Block, Jeffrey) Modified on 3/13/2007 (tg, ). (Entered: 03/12/2007) |

| 03/12/2007 | 366 | | REPLY to 337 Memorandum in Opposition re 166 MOTION to certify class, filed by FRANKLIN RAINE OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO. (Block, Jeffrey) Modified on 3/13/2007 (tg, ). (Entered: 03/12/2007) |
| 03/12/2007 | 367 | | AFFIDAVIT re 365 Memorandum, 366 Memorandum *Declaration of Jeffrey C. Block* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit C Part 1# 2 Exhibit C−2)(Block, Jeffrey) (Entered: 03/12/2007) |
| 03/12/2007 | 368 | | AFFIDAVIT re 365 Memorandum, 366 Memorandum *Declaration of Michael J. Barclay* by OHIO PUBLI EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Blc Jeffrey) (Entered: 03/12/2007) |
| 03/13/2007 | 369 | | ADDITIONAL ATTACHMENT *COMPENDIUM OF UNREPORTED CASES IN SUPPORT OF LEAD PLAINTIFFS REPLY MEMORANDUM OF LAW TO THE OPPOSITIONS TO CLASS CERTIFICATION F BY DEFENDANTS FANNIE MAE, TIMOTHY HOWARD, LEANNE SPENCER AND FRANKLIN RAINES* OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO 365 Memorandum filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBL EMPLOYEES RETIREMENT SYSTEM, 366 Memorandum filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit Errata 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8)(Block, Jeffrey) (Ent 03/13/2007) |
| 03/13/2007 | | | MINUTE ORDER granting 363 MOTION for Extension of Time to Comply with Court Order. It is hereby ORDERED that OFHEO shall complete its reasonable search and produce all non−privileged paper docum responsive to defendants' subpoenas by 4/16/07 and shall complete the privilege log for the hard copy and electronic documents that have been produced by 4/30/07. Signed by Judge Richard J. Leon on 3/13/07. (lc (Entered: 03/13/2007) |
| 03/13/2007 | 370 | | Consent MOTION for Extension of Time to File Answer re 204 Amended Complaint,,, by LEANNE G. SPENCER (Attachments: # 1 Text of Proposed Order)(Miller, Adam) (Entered: 03/13/2007) |
| 03/14/2007 | 371 | | MOTION for Clarification *of the Court's March 13, 2007 Order re Deadlines for Compliance with Certain Subpoenas Duces Tecum to the Office of Federal Housing Enterprise Oversight* by FRANKLIN RAINES (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5 Exhibit 6# 8 Exhibit 7)(Marx, Daniel) (Entered: 03/14/2007) |
| 03/14/2007 | 372 | | SUPPLEMENTAL MEMORANDUM to re (85 in 1:06−cv−00139−RJL, 69 in 1:06−cv−00082−RJL) MOT to Dismiss *by Radian Guaranty Inc., not* filed by RADIAN GUARANTY INC., RADIAN GUARANTY IN Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 03/14/2007) |
| 03/15/2007 | 373 | | Memorandum in opposition to re 371 MOTION for Clarification *of the Court's March 13, 2007 Order re Deadlines for Compliance with Certain Subpoenas Duces Tecum to the Office of Federal Housing Enterpri Oversight* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Truong, John) (Ente 03/15/2007) |
| 03/15/2007 | 374 | | MEMORANDUM re 213 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed FEDERAL NATIONAL MORTGAGE ASSOCIATION by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 03/15/2007) |
| 03/15/2007 | 375 | | MEMORANDUM re 209 MOTION to Dismiss *Evergreen and Franklin Second Amended Complaints* filed LESLIE RAHL, KENNETH M. DUBERSTEIN, MANUEL J. JUSTIZ, THOMAS P. GERRITY, JOE PIC FREDERIC V. MALEK, STEPHEN B. ASHLEY, ANN KOROLOGOS, TAYLOR C. SEGUE, III, H. PATRICK SWYGERT, JAMIE S. GORELICK, ANNE M. MULCAHY, DANIEL H. MUDD, DONALD MARRON, WILLIAM R. HARVEY by THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERIC V. |

| | | |
|---|---|---|
| | | MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DON B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. (Attachments: #_1_ Exhibit Exhibit A)(Hamilton, James) (Entered: 03/15/2007) |
| 03/15/2007 | 376 | SUPPLEMENTAL MEMORANDUM to re (155 in 1:04−cv−01639−RJL, 49 in 1:06−cv−00139−RJL, 39 i 1:06−cv−00082−RJL) MOTION to Dismiss *Evergreen and Franklin Complaints*, (158 in 1:04−cv−01639− MOTION to Dismiss, (33 in 1:06−cv−00082−RJL, 151 in 1:04−cv−01639−RJL, 43 in 1:06−cv−00139−RJ MOTION to Dismiss *Evergreen and Franklin Complaints*, (152 in 1:04−cv−01639−RJL) MOTION to Dism *Evergreen and Franklin Complaints*, (150 in 1:04−cv−01639−RJL, 41 in 1:06−cv−00139−RJL, 31 in 1:06−cv−00082−RJL) MOTION to Dismiss *Evergreen and Franklin Complaints*, (159 in 1:04−cv−01639− MOTION to Dismiss *The Evergreen Plaintiffs' and Franklin Plaintiffs' Supplemental Submission in Oppos the Motions to Dismiss by Fannie Mae, The Director Defendants, Radian Guaranty, and Defendants Howa Raines and Spencer* filed by EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, EVERGREEN INTERNATIONAL TRUST, EVERGRE INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST EVERGREEN VARIABLE ANNUITY TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRAN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH F FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCT TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRU TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, BISSETT CANADIA EQUITY FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLIN TEMPLETON U.S. R DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL T. FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMIT TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY TRUST (Attachments: #_1_ Declaration of Megan D. McIntyre in Support of The Evergreen Plaintiffs' and Franklin Plaintiffs' Supplemental Submission in Opposition to the Motions to Dismiss by Fannie Mae, The Director Defendants, Radian Guaranty and Defs Howard, Raines &Spencer#_2_ Exhibit Exhibit A#_3_ Exhibit B#_4_ Ex Exhibit C Part 1#_5_ Exhibit Exhibit 2 Part 2#_6_ Exhibit Exhibit C Part 3#_7_ Exhibit Exhibit D)Associated C 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 03/15/2007) |
| 03/15/2007 | | MINUTE ORDER granting _370_ Motion for Extension of Time to Answer. It is hereby ORDERED that def Raines, Howard, and Spencer shall file their answers to lead plaintiffs' second amended consolidated class a complaint by 3/23/07. Signed by Judge Judge Richard J. Leon on 3/15/07. (lcrjl1) (Entered: 03/15/2007) |
| 03/16/2007 | 377 | NOTICE *of Filing Opposition to Consolidation Motion* by FEDERAL NATIONAL MORTGAGE ASSOCIATION re _358_ Notice (Other) (Attachments: #_1_ Exhibit)(Walsh, Michael) (Entered: 03/16/2007) |
| 03/19/2007 | 378 | REPLY to opposition to motion re _371_ MOTION for Clarification *of the Court's March 13, 2007 Order re Deadlines for Compliance with Certain Subpoenas Duces Tecum to the Office of Federal Housing Enterpri Oversight* filed by FRANKLIN RAINES. (Marx, Daniel) (Entered: 03/19/2007) |
| 03/20/2007 | 379 | NOTICE *of Service* by RADIAN GUARANTY INC., RADIAN GUARANTY INC. re (372 in 1:04−cv−01639−RJL, 114 in 1:06−cv−00082−RJL, 140 in 1:06−cv−00139−RJL) Supplemental Memorand Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stern, Jonathan) (En 03/20/2007) |
| 03/20/2007 | | Set/Reset Deadlines: Answer due by 3/23/2007. (whb) (Entered: 03/20/2007) |
| 03/20/2007 | 380 | NOTICE *of Additional Authority* by GOLDMAN SACHS (Attachments: #_1_ Exhibit A − Part 1#_2_ Exhibit Part 2)(Rouse, Patrice) (Entered: 03/20/2007) |

| 03/23/2007 | 381 | | ANSWER to Amended Complaint with Jury Demand by J.TIMOTHY HOWARD. Related document: 204 Amended Complaint,,, filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM.(Gershoni, Tammy) (Entered: 03/23/2007) |
| 03/23/2007 | 382 | | ANSWER to Amended Complaint by FRANKLIN RAINES. Related document: 204 Amended Complaint, by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM.(Clabby, John) (Entered: 03/23/2007) |
| 03/23/2007 | 383 | | ANSWER to Amended Complaint by LEANNE G. SPENCER. Related document: 204 Amended Complaint filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM.(Miller, Adam) (Entered: 03/23/2007) |
| 03/26/2007 | 384 | | NOTICE *of filing of KPMG's reply memorandum supporting consolidation* by KPMG LLP (Attachments: # Exhibit KPMG reply memorandum in support of consolidation motion)Associated Cases: 1:04−cv−01639− 1:06−cv−00139−RJL(Tulumello, Andrew) (Entered: 03/26/2007) |
| 03/27/2007 | 385 | | RESPONSE to *Goldman's Second Notice of Supplemental Authority 380 filed by OHIO PUBLIC EMPLOY RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cummins, James). (Ent 03/27/2007)* |
| 03/27/2007 | 386 | | SUPPLEMENTAL MEMORANDUM to re 371 MOTION for Clarification *of the Court's March 13, 2007 re Deadlines for Compliance with Certain Subpoenas Duces Tecum to the Office of Federal Housing Enter Oversight* filed by FRANKLIN RAINES. (Marx, Daniel) (Entered: 03/27/2007) |
| 03/28/2007 | 387 | | REPLY *to Lead Plaintiffs' Response to Goldman, Sachs &Co.'s Second Notice of Supplemental Authority 3 filed by GOLDMAN SACHS. (Rouse, Patrice) . (Entered: 03/28/2007)* |
| 04/04/2007 | 388 | | RESPONSE to *Defendant Raines's Supplemental Memorandum (Dkt. No. 386 )* filed by OFFICE OF FEDE HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Exhibit # 2 Exhibit)(Truong, John) Modified 4/16/2007 (nmw, ). (Entered: 04/04/2007) |
| 04/06/2007 | 389 | | MOTION for Leave to File *Second Supplemental Brief re: Motion to Dismiss* by RADIAN GUARANTY I (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 04/06/2007) |
| 04/11/2007 | | | MINUTE ORDER denying 389 MOTION for Leave to File Second Supplemental Brief re: Motion to Dism Signed by Judge Richard J. Leon on 4/11/07. (lcrjl1) (Entered: 04/11/2007) |
| 04/16/2007 | 390 | | Consent MOTION for Extension of Time to File Answer *to Franklin Plaintiffs' Second Amended Complain* KPMG LLP Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(Osorio, Claudia) (Entered: 04/16/2007) |
| 04/16/2007 | 391 | | *KPMG LLP's* ANSWER to Amended Complaint *(Second Amended Consolidated Class Action Complaint)*, CROSSCLAIM against FEDERAL NATIONAL MORTGAGE ASSOCIATION by KPMG LLP. Related document: 204 Amended Complaint,,, filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, PUBLIC EMPLOYEES RETIREMENT SYSTEM.(Osorio, Claudia) (Entered: 04/16/2007) |
| 04/17/2007 | | | MINUTE ORDER granting 390 Consent MOTION for Extension of Time to File Answer to Franklin Plain Second Amended Complaint. It is hereby ORDERED that KPMG LLP shall file its answers and affirmativ defenses by April 26, 2007. Signed by Judge Richard J. Leon on 4/17/07. (lcrjl1) (Entered: 04/17/2007) |
| 04/23/2007 | 392 | | MOTION to Compel *Production of Documents by Fannie Mae* by J.TIMOTHY HOWARD (Attachments: Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(I Holly) (Entered: 04/23/2007) |
| 04/24/2007 | 393 | | RESPONSE to 358 KPMG's Motion to Consolidate Malpractice Action with Securities Action − Lead Plai Support Coordinated Discovery filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE |

| | | |
|---|---|---|
| | | TEACHERS RETIREMENT SYSTEM OF OHIO. (Cummins, James) . (Entered: 04/24/2007) |
| 04/25/2007 | 394 | SUPPLEMENTAL MEMORANDUM to *OFHEO Response 388 filed by OFFICE OF FEDERAL HOUSIN* *ENTERPRISE OVERSIGHT. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Truong, John)* *Modified on 4/26/2007 (jf, ). (Entered: 04/25/2007)* |
| 04/26/2007 | 395 | NOTICE of Appearance by Carolyn Marie Welshhans on behalf of THOMAS P. GERRITY Associated Ca 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(Welshhans, Carolyn) (Entered: 04/26/2007) |
| 04/26/2007 | 396 | First MOTION for Leave to Appear Pro Hac Vice :Attorney Name− William K. Dodds, :Firm− Dechert LL :Address− 30 Rockefeller Plaza, New York, NY 10112. Phone No. − 212−698−3500. Fax No. − 212−698− by THOMAS P. GERRITY Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(Welshhans, Ca (Entered: 04/26/2007) |
| 04/26/2007 | | MINUTE ORDER granting 396 MOTION for Leave to Appear Pro Hac Vice by Attorney William K. Dod Signed by Judge Richard J. Leon on 4/26/07. (lcrjl1) (Entered: 04/26/2007) |
| 04/26/2007 | | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 4/26/2007. M Hearing set for 6/21/2007 10:00 AM in Courtroom 18 before Judge Richard J. Leon.,Status Conference set 6/8/2007 10:30 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) Associate Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 04/27/2007) |
| 04/27/2007 | 397 | First MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Neil A. Steiner, :Firm− Dechert LLP, :Address− 30 Rockefeller Plaza, New York, NY 10112. Phone No. − 212−698−3500. Fax No. − 212−698− by THOMAS P. GERRITY Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(Welshhans, Ca (Entered: 04/27/2007) |
| 04/27/2007 | | MINUTE ORDER granting 397 MOTION for Leave to Appear Pro Hac Vice by Attorney Neil A. Steiner. by Judge Richard J. Leon on 4/27/07. (lcrjl1) (Entered: 04/27/2007) |
| 05/03/2007 | 398 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jeff A. Almeida, :Firm− Grant &Eisenhofe :Address− 1201 N. Market Street, Wilmington, DE. Phone No. − 302−622−7000. Fax No. − 302−622−710 EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, FRANKLIN INVESTORS SECURIT TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIA INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETO INTERNATIONAL TRUST, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPLETON U.S. F DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL T FRANKLIN MPF U.S. EQUITY FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIA TRUST (Attachments: # 1 Exhibit Certification of Jeff A. Almeida# 2 Text of Proposed Order)Associated 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 05/03/2007) |
| 05/07/2007 | | MINUTE ORDER granting 398 MOTION for Leave to Appear Pro Hac Vice for Attorney Jeff A. Almeida Signed by Judge Richard J. Leon on 5/7/07. (lcrjl1) (Entered: 05/07/2007) |
| 05/07/2007 | 399 | Consent MOTION for Order *Setting a Briefing Schedule for KPMG LLP's Opposition to Lead Plaintiffs' M for Class Certification* by KPMG LLP (Attachments: # 1 Text of Proposed Order)(Tulumello, Andrew) (En 05/07/2007) |
| 05/07/2007 | 400 | NOTICE OF WITHDRAWAL OF APPEARANCE as to THOMAS P. GERRITY. Attorney Patrick D. Co terminated. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Conner, Patrick) (Entered: 05/07/2007) |
| 05/07/2007 | 401 | |

| | | |
|---|---|---|
| | | NOTICE OF WITHDRAWAL OF APPEARANCE as to THOMAS P. GERRITY. Attorney Rachelle M. B[...] terminated. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Conner, Patrick) (Entered: 05/07/2007) |
| 05/07/2007 | 402 | NOTICE OF WITHDRAWAL OF APPEARANCE as to THOMAS P. GERRITY. Attorney Robert Micha[...] Romano terminated. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Conner, Patrick) (Entered: 05/07/2007) |
| 05/07/2007 | 403 | Memorandum in opposition to re 392 MOTION to Compel *Production of Documents by Fannie Mae* filed [...] FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order # 2 Ex[...] 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Walsh, Michael) (Entered: 05/07/2007) |
| 05/08/2007 | 404 | MEMORANDUM AND OPINION. Signed by Judge Richard J. Leon on 5/8/07. (whb) (Entered: 05/08/20[...] |
| 05/08/2007 | 405 | ORDER granting 289 MOTION to Dismiss by GOLDMAN SACHS. Signed by Judge Richard J. Leon on [...] (whb) (Entered: 05/08/2007) |
| 05/09/2007 | 406 | NOTICE of Appearance by Jerome Louis Epstein on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION (Epstein, Jerome) (Entered: 05/09/2007) |
| 05/09/2007 | 407 | NOTICE of Appearance by Ian Heath Gershengorn on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION (Gershengorn, Ian) (Entered: 05/09/2007) |
| 05/09/2007 | | MINUTE ORDER granting 399 Consent MOTION for Order Setting a Briefing Schedule for KPMG LLP's [...] Opposition to Lead Plaintiffs' Motion for Class Certification. It is hereby ORDERED that KPMG's oppositi[...] plaintiffs' motion for class certification shall be filed by May 25, 2007, and lead plaintiffs' reply shall be fil[...] June 15, 2007. Signed by Judge Richard J. Leon on 5/9/07. (lcrjl1) (Entered: 05/09/2007) |
| 05/10/2007 | 408 | MOTION to Dismiss *Cross−Claims* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Gershen[...] Ian) (Entered: 05/10/2007) |
| 05/14/2007 | 409 | ENTERED IN ERROR.....NOTICE of Appearance by James R. Cummins on behalf of OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Cu[...] James) Modified on 5/15/2007 (jf, ). (Entered: 05/14/2007) |
| 05/15/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 409 Notice of Appearance was entered i[...] and counsel was instructed to refile said pleading.Document not in accordance with LCvR 83.2. (jf, ) (Ente[...] 05/15/2007) |
| 05/17/2007 | 410 | REPLY to opposition to motion re 392 MOTION to Compel *Production of Documents by Fannie Mae* filed [...] J.TIMOTHY HOWARD. (Attachments: # 1 Exhibit F)(Pal, Holly) (Entered: 05/17/2007) |
| 05/18/2007 | 411 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Phyllis E. Brown, :Firm− Law Offices of Ph[...] Brown, :Address− 119 East Court Street, Cincinnati, OH 45202. Phone No. − 513−241−0061. Fax No. − 513−621−7086 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 # 2 # 3)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Sommers, Daniel) (Entered: 05/18/2007) |
| 05/18/2007 | | Notice of Rescheduled Hearings: Status Conference set for 6/8/07 is Rescheduled to 6/5/2007 10:30 AM in [...] Courtroom 18 before Judge Richard J. Leon. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(whb) (Entered: 05/18/2007) |
| 05/18/2007 | | MINUTE ORDER granting 392 MOTION to Compel Production of Documents by Fannie Mae. It is hereb[...] ORDERED that Fannie Mae shall produce the documents specified in Howard's January 9, 2007 subpoena[...] May 28, 2007. Signed by Judge Richard J. Leon on 5/18/07. (lcrjl1) (Entered: 05/18/2007) |
| 05/21/2007 | 412 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to *File Opposition* by KPMG LLP (Attachments: #_1_ Text of Proposed Order)(Tulumello, Andrew) (Entered: 05/21/2007) |
| 05/22/2007 | | MINUTE ORDER granting _412_ Unopposed MOTION for Extension of Time to File Opposition. It is hereb ORDERED that KPMG LLP shall file its opposition to Fannie Mae's Motion to Dismiss KPMG's Cross−Cl by June 4, 2007. Signed by Judge Richard J. Leon on 5/22/07. (lcrjl1) (Entered: 05/22/2007) |
| 05/22/2007 | | MINUTE ORDER granting _411_ MOTION for Leave to Appear Pro Hac Vice by Attorney Phyllis E. Brown Signed by Judge Richard J. Leon on 5/22/07. (lcrjl1) (Entered: 05/22/2007) |
| 05/25/2007 | _413_ | MOTION Clarification, Or, In The Alternative, Reconsideration, Of Order Granting Defendant J. Timothy Howard's Motion To Compel Production Of Documents re Order on Motion to Compel, by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Walsh, Michael) (Entered: 05/25/2007) |
| 05/25/2007 | _414_ | MEMORANDUM re: _413_ MOTION Clarification, Or, In The Alternative, Reconsideration, Of Order Gran Defendant J. Timothy Howard's Motion To Compel Production Of Documents re Order on Motion to Comp OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: #_1_ Exhibit #_2_ Exhibit)(Truong, John) Modified on 5/29/2007 (jf, ). (Entered: 05/25/2007) |
| 05/25/2007 | _415_ | Memorandum in opposition to re _163_ MOTION to Certify Class filed by KPMG LLP. (Attachments: #_1_ Te Proposed Order #_2_ Exhibit A)(Tulumello, Andrew) (Entered: 05/25/2007) |
| 05/25/2007 | _416_ | MOTION to Intervene, MOTION for Protective Order by SECURITIES AND EXCHANGE COMMISSIO (Attachments: #_1_ Certificate of Service#_2_ Text of Proposed Order #_3_ Declaration of Charles E. Cain#_4_ E Subpoena to OFHEO#_5_ Subpoena to James B. Lockhart III#_6_ Subpoena to OFHEO #_7_ Subpoena to OFH Declaration of Nancy M. Morris)(jf, ) (Entered: 05/29/2007) |
| 05/29/2007 | _417_ | MOTION to Compel *Lead Plaintiffs' Motion to Compel Production of Documents from Third−Party Deloi &Touche USA LLP* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #_1_ Memorandum of Law#_2_ Block Declaration#_3_ Exh A−D to Block Decl#_4_ Block Decl E−N to Block Decl#_5_ ASmith Declaration#_6_ Exhibit A−B to Smith Decl#_ of Proposed Order #_8_ Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 05/29/2007) |
| 05/29/2007 | _418_ | NOTIFICATION OF SUPPLEMENTAL AUTHORITY by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: #_1_ Exhibit A)(Walsh, Michael) (Entered: 05/29/2007) |
| 05/29/2007 | 419 | TRANSCRIPT of Status Conference held on April 26, 2007 before Judge Richard J. Leon. Court Reporter: Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−R ) (Entered: 05/30/2007) |
| 05/31/2007 | | NOTICE OF RESCHEDULED HEARING: The Status Conference set for 6/5/07 has been RESCHEDULE 6/13/07 at 3:00 PM in Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 05/31/2007) |
| 06/01/2007 | _420_ | Memorandum in opposition to re _413_ MOTION Clarification, Or, In The Alternative, Reconsideration, Of Granting Defendant J. Timothy Howard's Motion To Compel Production Of Documents re Order on Motio Compel, filed by J.TIMOTHY HOWARD. (Attachments: #_1_ Exhibit 1#_2_ Exhibit 2#_3_ Text of Proposed Order)(Clark, Richard) (Entered: 06/01/2007) |
| 06/04/2007 | _421_ | MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoenas* by OFFICE OF FEDERAL HOUS ENTERPRISE OVERSIGHT (Attachments: #_1_ Text of Proposed Order #_2_ Exhibit Index of Exhibits#_3_ E Gov. Ex. 2#_4_ Exhibit Gov. Ex. 1#_5_ Exhibit Gov. Ex. 3#_6_ Exhibit Gov. Ex. 4#_7_ Exhibit Gov. Ex. 5#_8_ Exhi Gov. Ex. 6#_9_ Exhibit Gov. Ex. 7#_10_ Exhibit Gov. Ex. 8#_11_ Exhibit Gov. Ex. 9#_12_ Exhibit Gov. Ex. 10# Exhibit Gov. Ex 11#_14_ Exhibit Gov. Ex. 12)(Truong, John) (Entered: 06/04/2007) |

| 06/04/2007 | 422 | | Memorandum in opposition re 408 MOTION to Dismiss *Cross−Claims* filed by KPMG LLP. (Attachme 1 Text of Proposed Order)(Tulumello, Andrew) (Entered: 06/04/2007) |
| 06/05/2007 | 423 | | NOTICE of Appearance by Caroline E. Reid on behalf of J.TIMOTHY HOWARD (Reid, Caroline) (Enter 06/05/2007) |
| 06/07/2007 | 424 | | STIPULATION re (158 in 1:06−cv−00139−RJL) MOTION to Compel *Stipulation Extending Time for Third−Party Witness Deloitte &Touche USA LLP to Respond to Lead Plaintiffs' Motion to Compel the Pro of Documents* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIRE SYSTEM OF OHIO. (Attachments: # 1 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 06/07/2007) |
| 06/08/2007 | 425 | | Memorandum in opposition re 416 MOTION to Intervene MOTION for Protective Order filed by FRAN RAINES. (Attachments: # 1 Text of Proposed Order)(Clabby, John) (Entered: 06/08/2007) |
| 06/08/2007 | 426 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to LEANNE G. SPENCER. Attorney Eldad Zvi Ma terminated. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Miller, A (Entered: 06/08/2007) |
| 06/08/2007 | 427 | | REPLY to opposition to motion re 413 MOTION Clarification, Or, In The Alternative, Reconsideration, O Granting Defendant J. Timothy Howard's Motion To Compel Production Of Documents re Order on Motio Compel, filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 06/08/2007) |
| 06/11/2007 | 428 | | Memorandum in opposition re 416 MOTION to Intervene MOTION for Protective Order *by the Securiti Exchange Commission* filed by J.TIMOTHY HOWARD. (Pal, Holly) (Entered: 06/11/2007) |
| 06/11/2007 | 429 | | Memorandum in opposition re 416 MOTION to Intervene MOTION for Protective Order filed by LEAN SPENCER. (Attachments: # 1 Exhibit A)(Miller, Adam) (Entered: 06/11/2007) |
| 06/11/2007 | 430 | | REPLY re 413 *In Support of Non−OFHEO's Memorandum Supporting Fannie Mae's Motion for Clarification/Reconsideration* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Truong, John) Modified on 6/12/2007 (nmw, ). (Entered: 06/11/2007) |
| 06/13/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 6/13/2007.Motio Hearing set for 7/3/2007 10:00 AM in Courtroom 18 before Judge Richard J. Leon.,Status Conference/Mot hearing set for 7/27/2007 10:30 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 06/1 |
| 06/14/2007 | 431 | | NOTICE of Appearance by David W. DeBruin on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(DeBruin, David) (Entered: 06/14/2007) |
| 06/14/2007 | 432 | | Unopposed MOTION for Extension of Time to File Response/Reply as to (77 in 1:05−cv−01198−RJL, 417 1:04−cv−01639−RJL, 123 in 1:06−cv−00082−RJL, 158 in 1:06−cv−00139−RJL) MOTION to Compel *the Production of Documents from Third−Party Deloitte &Touche USA LLP* by OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 T Proposed Order # 2 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 06/14/2007) |
| 06/14/2007 | 433 | | REPLY to opposition to motion re 408 MOTION to Dismiss *Cross−Claims* filed by FEDERAL NATION/ MORTGAGE ASSOCIATION. (DeBruin, David) (Entered: 06/14/2007) |
| 06/14/2007 | | | MINUTE ORDER granting 432 Motion for Extension of Time to File Response/Reply. It is hereby ORDEI that third−party Deloitte &Touche USA shall respond to lead plaintiff' motion to compel the production of documents by July 6, 2007. Signed by Judge Richard J. Leon on 6/14/07. (lcrjl1) (Entered: 06/14/2007) |

| | | | |
|---|---|---|---|
| 06/14/2007 | 434 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Scott A. Fink, :Firm− Gibson, Dunn &Crut LLP, :Address− One Montgomery St., Suite 3100, San Francisco, CA 94104−4505. Phone No. − (415) 393 Fax No. − (415) 986−5309 by KPMG LLP (Attachments: # 1 Exhibit Declaration# 2 Text of Proposed Order)(Tulumello, Andrew) (Entered: 06/14/2007) |
| 06/15/2007 | 435 | | Unopposed MOTION for Extension of Time to File Response/Reply *in Support of Motion to Intervene and Protective Order* by SECURITIES AND EXCHANGE COMMISSION Associated Cases: 1:04−cv−01639 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Cody, Kathleen) (Entered: 06/15/2007) |
| 06/15/2007 | 436 | | REPLY to opposition to motion re 166 MOTION to Certify Class *by KPMG* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cor Melanie) (Entered: 06/15/2007) |
| 06/15/2007 | 437 | | AFFIDAVIT re 436 Reply to opposition to Motion *for Class Certification by KPMG* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit A to Declaration# 2 Exhibit B to Declaration# 3 Exhibit C to Declaration# 4 Exh to Declaration)(Corwin, Melanie) (Entered: 06/15/2007) |
| 06/15/2007 | 438 | | RESPONSE 418 to Defendant Fannie Mae's Notice of Supplemental Authority filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Asso Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Block, Jef (Entered: 06/15/2007) |
| 06/15/2007 | 439 | | RESPONSE re 418 NOTICE OF SUPPLEMENTAL AUTHORITY filed by OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certificate of Service)Associated Cases: 1:04−cv−01198−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(Block, Jeffrey) . (Entered: 06/15/2007) |
| 06/18/2007 | 440 | | Memorandum in opposition re 421 MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoen* filed by FRANKLIN RAINES. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2# 4 Ex 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9)(Marx, Daniel) (Entered: 06/18/2007) |
| 06/18/2007 | 441 | | Memorandum in opposition re 421 MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoen* filed by J.TIMOTHY HOWARD. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1)(Clark, Richard) (Entered: 06/18/2007) |
| 06/19/2007 | | | MINUTE ORDER granting 434 Motion for Leave to Appear Pro Hac Vice for Attorney Scott Fink. Signed Richard J. Leon on 6/18/07. (lcrjl1) (Entered: 06/19/2007) |
| 06/19/2007 | | | MINUTE ORDER granting 435 Motion for Extension of Time to File Response/Reply re 416 MOTION to Intervene MOTION for Protective Order. It is hereby ORDERED that the Securities and Exchange Commi shall file its reply by June 22, 2007. Signed by Richard J. Leon on 6/18/07. (lcrjl1) (Entered: 06/19/2007) |
| 06/19/2007 | 442 | | REPLY re 418 NOTICE OF SUPPLEMENTAL AUTHORITY filed by FEDERAL NATIONAL MORTG ASSOCIATION. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Walsh, Michael) (Entered: 06/19/2007) |
| 06/20/2007 | 443 | | Consent MOTION Allocate Time for Class Certification Argument by FEDERAL NATIONAL MORTGA ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 06/20/2007) |
| 06/20/2007 | 444 | | NOTICE of Appearance by Elizabeth G. Oyer on behalf of LEANNE G. SPENCER (Oyer, Elizabeth) (Ent 06/20/2007) |
| 06/20/2007 | 445 | | WITHDRAWN PURSUANT TO MINUTE ORDER FILED 8/6/2007..... MOTION to Compel *Production Documents from the Office of Federal Housing Enterprise Oversight* by FRANKLIN RAINES (Attachmen |

| | | |
|---|---|---|
| | | Text of Proposed Order # 2 Exhibit Ex. 1# 3 Exhibit Ex. 2# 4 Exhibit Ex. 3# 5 Exhibit Ex. 4# 6 Exhibit Ex. 6# 8 Exhibit Ex. 7# 9 Exhibit Ex. 8# 10 Exhibit Ex. 9# 11 Exhibit Ex. 10# 12 Exhibit Ex. 11# Exhibit Ex. 12# 14 Exhibit Ex. 13# 15 Exhibit Ex. 14)(Buschkin, Ilana) Modified on 8/7/2007 (nmw, ). (Entered 06/20/2007) |
| 06/20/2007 | 446 | MEMORANDUM re 445 MOTION to Compel *Production of Documents from the Office of Federal Housing Enterprise Oversight* filed by FRANKLIN RAINES by J.TIMOTHY HOWARD. (Clark, Richard) (Entered 06/20/2007) |
| 06/20/2007 | 447 | MEMORANDUM re 445 MOTION to Compel *Production of Documents from the Office of Federal Housing Enterprise Oversight* filed by FRANKLIN RAINES by LEANNE G. SPENCER. (Attachments: # 1 Exhibit A)(Miller, Adam) (Entered: 06/20/2007) |
| 06/21/2007 | | Minute Entry. Proceedings held before Judge Richard J. Leon : Motion Hearing held on 6/21/2007 re (166 1:04−cv−01639−RJL) MOTION to Certify Class filed by STATE TEACHERS RETIREMENT SYSTEM OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM −Taken Under Advisment. (Court Reporter Patty Gel.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered 06/21/2007) |
| 06/25/2007 | 448 | Unopposed MOTION to Withdraw *Without Prejudice Its Pending Motions to Intervene and for a Protective Order* by SECURITIES AND EXCHANGE COMMISSION (Attachments: # 1 Text of Proposed Order)(C Kathleen) (Entered: 06/25/2007) |
| 06/25/2007 | | MINUTE ORDER denying as moot 416 Motion to Intervene; denying as moot 416 Motion for Protective and granting 448 Motion to Withdraw. Signed by Judge Richard J. Leon on 6/25/07. (lcrjl1) (Entered: 06/25/2007) |
| 06/25/2007 | 449 | ENTERED IN ERROR.....NOTICE of Appearance by Susan Phan on behalf of all parties Associated Cases 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Phan, Susan) Mo on 6/25/2007 (jf, ). (Entered: 06/25/2007) |
| 06/25/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 449 Notice of Appearance was entered i and counsel was instructed to refile said pleading with a Motion to Intervene. (jf, ) (Entered: 06/25/2007) Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL (Entered: 06/25/2007) |
| 06/25/2007 | 450 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Laura J. Hildner, :Firm− Williams &Conno LLP, :Address− 725 Twelfth St., NW, Washington DC, 20005. Phone No. − (202) 434−5242. Fax No. − (2 434−5029 by FRANKLIN RAINES (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B) Daniel) (Entered: 06/25/2007) |
| 06/26/2007 | 451 | Unopposed MOTION for Extension of Time to *File Answer to Fannie Mae Complaint and Jury Demand i 1:06cv02111* by KPMG LLP (Tulumello, Andrew) (Entered: 06/26/2007) |
| 06/26/2007 | 452 | ENTERED IN ERROR.....MOTION to Continue *July 3, 2007 Hearing* by OFFICE OF FEDERAL HOUSI ENTERPRISE OVERSIGHT (Attachments: # 1 Exhibit Gov. Ex. 1−2)(Truong, John) Modified on 6/27/20 ). (Entered: 06/26/2007) |
| 06/26/2007 | 453 | MOTION to Continue *July 3, 2007 Hearing (Corrected Version)* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachments: # 1 Exhibit Gov. Ex. 1−2)(Truong, John) (Entered: 06/26/2007) |
| 06/27/2007 | 454 | Memorandum in opposition to re 453 MOTION to Continue *July 3, 2007 Hearing (Corrected Version)* file FRANKLIN RAINES. (Attachments: # 1 Text of Proposed Order)(Marx, Daniel) (Entered: 06/27/2007) |
| 06/27/2007 | | MINUTE ORDER granting 450 MOTION for Leave to Appear Pro Hac Vice for Attorney Laura J. Hildner Signed by Judge Richard J. Leon on 6/27/07. (lcrjl1) (Entered: 06/27/2007) |

| 06/27/2007 | | | MINUTE ORDER denying 408 Motion to Dismiss Defendant KPMG's Cross−Claims. Signed by Judge Ri[c] J. Leon on 6/26/07. (lcrjl1) (Entered: 06/27/2007) |
|---|---|---|---|
| 06/27/2007 | 455 | | Memorandum in opposition to re 453 MOTION to Continue *July 3, 2007 Hearing (Corrected Version)* file[d] J.TIMOTHY HOWARD. (Attachments: # 1 Text of Proposed Order)(Clark, Richard) (Entered: 06/27/200[7] |
| 06/27/2007 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 452 MOTION to Continue July 3, 2007 H[e] by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, was entered in error and refiled as # with corrected document.(jf, ) (Entered: 06/27/2007) |
| 06/27/2007 | | | MINUTE ORDER granting 453 MOTION to Continue July 3, 2007 Hearing. Signed by Judge Richard J. L[ ] 6/27/07. (lcrjl1) (Entered: 06/27/2007) |
| 06/27/2007 | | | NOTICE OF RESCHEDULED MOTION HEARING: The Motions Hearing set for 7/3/07 is RESCHEDU[ ] for 7/19/07 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 06/27/2007) |
| 06/28/2007 | 456 | | REPLY to opposition to motion re 421 MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoe[ ]* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Exhibit # 2 E[ ] # 3 Exhibit)(Truong, John) (Entered: 06/28/2007) |
| 06/29/2007 | 457 | | Consent MOTION for Leave to File *Second Supplemental Brief In Support Of Motion To Dismiss Evergree[ ] Franklin Second Amended Complaints* by JOE PICKETT (Attachments: # 1 Exhibit Director Defendants' S[ ] Supplemental Brief In Support of Motion to Dismiss Evergreen and Franklin Second Amended Complaints[ ] Text of Proposed Order Proposed Order On Motion For Leave To File Second Supplemental Brief)Associa[ ] Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Hamilton[ ] James) (Entered: 06/29/2007) |
| 06/29/2007 | 458 | | Consent MOTION for Leave to File *A Brief in Response To The Director Defendants' Proposed Second Supplemental Brief In Support Of Their Motion to Dismiss* by EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE [ ] ANNUITY TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTOR[ ] TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, [ ] TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS[ ] FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPL[ ] U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN[ ] GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, TEMPLETON GLOBAL LONG−SHORT FU[ ] PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN [ ] MANAGED TRUST (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 06/29/2007) |
| 07/02/2007 | | | MINUTE ORDER granting 457 MOTION for Leave to File Second Supplemental Brief In Support Of Mot[ ] Dismiss Evergreen and Franklin Second Amended Complaints; and granting 458 MOTION for Leave to Fi[ ] Brief in Response To The Director Defendants' Proposed Second Supplemental Brief In Support Of Their M[ ] to Dismiss. Signed by Judge Richard J. Leon on 7/2/07. (lcrjl1) (Entered: 07/02/2007) |
| 07/03/2007 | 459 | | MOTION Challenging OFHEO's Improper Confidentiality Designations by FRANKLIN RAINES (Attach[ ] # 1 Text of Proposed Order # 2 Exhibit Notice of Filing under Seal)(Marx, Daniel) (Entered: 07/03/2007) |
| 07/03/2007 | 460 | | Memorandum in opposition to re 421 MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoen[ ]* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT [ ] SYSTEM OF OHIO. (Corwin, Melanie) (Entered: 07/03/2007) |
| 07/03/2007 | 461 | | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>445</u> MOTION to Compel *Produ<br>Documents from the Office of Federal Housing Enterprise Oversight* by OFFICE OF FEDERAL HOUSIN<br>ENTERPRISE OVERSIGHT (Truong, John) (Entered: 07/03/2007) |
| 07/05/2007 | <u>462</u> | Unopposed MOTION for Extension of Time to *file its answer to KPMGs Cross−Claims Against Fannie M*<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION (Epstein, Jerome) (Entered: 07/05/2007) |
| 07/05/2007 | | MINUTE ORDER granting <u>461</u> Unopposed MOTION for Extension of Time to File Response/Reply as to<br>MOTION to Compel Production of Documents from the Office of Federal Housing Enterprise Oversight. I<br>hereby ORDERED that OFHEO shall file its Opposition to Raines' Motion to Compel by July 10, 2007. Sig<br>by Judge Richard J. Leon on 7/5/07. (lcrjl1) (Entered: 07/05/2007) |
| 07/06/2007 | <u>463</u> | Memorandum in opposition re re ( <u>77</u> in 1:05−cv−01198−RJL, 417 in 1:04−cv−01639−RJL, <u>123</u> in<br>1:06−cv−00082−RJL, <u>158</u> in 1:06−cv−00139−RJL) MOTION to Compel : *Non−Party Deloitte &Touche L<br>Opposition to Motion to Compel* filed by DELOITTE &TOUCHE LLP (Attachments: #<u>1</u> Exhibit Ex. A−<br>Woodlock Decl.#<u>2</u> Exhibit Ex B− Puri Decl#<u>3</u> Exhibit Ex. C: 6/14/07 letter#<u>4</u> Exhibit Ex D: 4−03−07 let<br>Exhibit Ex. E− 4/9/07 letter#<u>6</u> Exhibit Ex. F: 4/18/07 letter#<u>7</u> Exhibit certificate of service)Associated Cas<br>1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Schreiber, Scott)<br>Modified on 7/9/07 (jf, ). (Entered: 07/06/2007) |
| 07/09/2007 | | MINUTE ORDER granting <u>462</u> Unopposed MOTION for Extension of Time to file its answer to KPMGs<br>Cross−Claims Against Fannie Mae. It is hereby ORDERED that Fannie Mae shall file its answer to KPMG<br>Cross−Claims by July 23, 2007. Signed by Judge Richard J. Leon on 7/9/07. (lcrjl1) (Entered: 07/09/2007) |
| 07/09/2007 | <u>464</u> | ERRATA by DELOITTE &TOUCHE LLP (173 in 1:06−cv−00139−RJL) Memorandum in Opposition,, fil<br>DELOITTE &TOUCHE LLP, FANNIE MAE SECURITIES LITIGATION. Associated Cases:<br>1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Schreiber, Scott)<br>(Entered: 07/09/2007) |
| 07/09/2007 | <u>465</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Ronald L. Marmer, :Firm− Jenner and Bloc<br>:Address− 330 N. Wabash Ave. Suite 4400 Chicago, Illinois 60611−7603. Phone No. − (312) 923−2688. F<br>− (312) 840−7688 by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: #<u>1</u> Declarati<br>Ronald L. Marmer#<u>2</u> Text of Proposed Order)(Epstein, Jerome) (Entered: 07/09/2007) |
| 07/09/2007 | 468 | TRANSCRIPT of Status Hearing held on June 13, 2007 before Judge Richard J. Leon. Court Reporter: Patt<br>Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:<br>Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−R<br>) (Entered: 07/10/2007) |
| 07/09/2007 | 469 | TRANSCRIPT of Motion Hearing held on June 21, 2007 before Judge Richard J. Leon. Court Reporter: Pa<br>Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:<br>Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−R<br>) (Entered: 07/10/2007) |
| 07/10/2007 | 466 | ENTERED IN ERROR.....SUPPLEMENTAL MEMORANDUM to re (171 in 1:06−cv−00139−RJL) MOT<br>for Leave to File *Joint Memorandum of Law in Response to the Director Defendants' Second Supplementa<br>in Support of Their Motion to Dismiss The Evergreen and Franklin Second Amended Complaints* filed by<br>EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT<br>EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, FRANKLIN INVESTORS SECURITI<br>TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN<br>CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIAB<br>INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETO<br>INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GRO<br>CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN<br>FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPO |

| | | |
|---|---|---|
| | | CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOW FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN MANAGED TRUS INSTITUTIONAL FIDUCIARY TRUST. (Attachments: #1 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) M on 7/11/2007 (jf, ). (Entered: 07/10/2007) |
| 07/10/2007 | 467 | Unopposed MOTION for Extension of Time to *File Opposition to Motions to Compel* by OFFICE OF FED HOUSING ENTERPRISE OVERSIGHT (Truong, John) (Entered: 07/10/2007) |
| 07/11/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. re (136 in 1:06−cv−00082−RJL, 176 in 1:06−cv−00139−RJL, 88 in 1:05−cv−01198−RJL, 466 in 1:04−cv−01639−RJL) Supplemental Memorandu entered in error and counsel was instructed to refile said pleading under the correct category. Associated Ca 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(jf, ) (Entered: 07/11/2007) |
| 07/11/2007 | 470 | RESPONSE re (171 in 1:06−cv−00139−RJL) MOTION for Leave to File, (170 in 1:06−cv−00139−RJL) MOTION for Leave to File */JOINT MEMORANDUM OF LAW IN RESPONSE TO THE DIRECTOR DEFENDANTS SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS TH EVERGREEN AND FRANKLIN SECOND AMENDED COMPLAINTS* filed by EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST EVERGREEN VARIABLE ANNUITY TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRAN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH F FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUC TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRU TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPL U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SH FUND LIMITED, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERS OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY TRUST. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJ 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 07/11/2007) |
| 07/11/2007 | | MINUTE ORDER granting 465 MOTION for Leave to Appear Pro Hac Vice for Attorney Ronald L. Marn Signed by Judge Richard J. Leon on 7/11/07. (lcrjl1) (Entered: 07/11/2007) |
| 07/11/2007 | 471 | Memorandum in opposition to re 445 MOTION to Compel *Production of Documents from the Office of Fe Housing Enterprise Oversight* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: #1 Exhibit #2 Exhibit #3 Exhibit #4 Exhibit #5 Exhibit #6 Exhibit #7 Exhibit #8 Exhibi Exhibit #10 Exhibit #11 Exhibit #12 Exhibit)(Truong, John) (Entered: 07/11/2007) |
| 07/13/2007 | 472 | ENTERED IN ERROR.....REPLY re (173 in 1:06−cv−00139−RJL) Memorandum in Opposition,, *Lead Pla Reply to Third−Party Deloitte &Touche LLP USA's Response in Opposition to Lead Plaintiffs' Motion to C* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJ 1:06−cv−00139−RJL(Block, Jeffrey) Modified on 7/13/2007 (tg, ). (Entered: 07/13/2007) |
| 07/13/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 472 Reply to Document, was entered in error at the req counsel. Counsel will refile said pleading. (tg, ) (Entered: 07/13/2007) |
| 07/13/2007 | 473 | REPLY to opposition to motion re (123 in 1:06−cv−00082−RJL) MOTION to Compel filed by OHIO PUB EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. |

| | | |
|---|---|---|
| | | (Attachments: #_1_ Affidavit Declaration of Jeffrey C. Block#_2_ Exhibit A &B#_3_ Affidavit Declaration of A Smith#_4_ Text of Proposed Order #_5_ Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Block, Jeffrey) (Entered: 07/13/2007) |
| 07/13/2007 | | MINUTE ORDER granting nunc pro tunc _467_ Unopposed MOTION for Extension of Time to File Opposi Motions to Compel. Signed by Judge Richard J. Leon on 7/13/07. (lcrjl1) (Entered: 07/13/2007) |
| 07/13/2007 | _474_ | REPLY to opposition to motion re _421_ MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoe* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Truong, John) (Entered: 07/13 |
| 07/16/2007 | _475_ | Memorandum in opposition to re _459_ MOTION Challenging OFHEO's Improper Confidentiality Designati filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: #_1_ Affidavit)(Tr John) (Entered: 07/16/2007) |
| 07/18/2007 | _476_ | NOTICE *of Individual Defendants' Proposed Agenda for the July 19, 2007 Hearing Regarding OFHEO's Discovery* by FRANKLIN RAINES (Marx, Daniel) (Entered: 07/18/2007) |
| 07/19/2007 | | Minute Entry. Proceedings held before Judge Richard J. Leon : Motion Hearing held on 7/19/2007 re (421 1:04−cv−01639−RJL) MOTION to Quash *Subpoenas or, in the alternative, to Stay Subpoenas* filed by OFF OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, (459 in 1:04−cv−01639−RJL) MOTION Challen OFHEO's Improper Confidentiality Designations filed by FRANKLIN RAINES, (445 in 1:04−cv−1 MOTION to Compel *Production of Documents from the Office of Federal Housing Enterprise Oversight* fi FRANKLIN RAINES −−All motions taken under advisment. (Court Reporter Patty Gels.) Associated Case 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 07/19/2007) |
| 07/23/2007 | 477 | TRANSCRIPT of Motion Hearing held on July 19, 2007 before Judge Richard J. Leon. Court Reporter: Pa Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139− ) (Entered: 07/23/2007) |
| 07/23/2007 | _478_ | ANSWER to Crossclaim by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Related document:_3_ Answer to Amended Complaint,, Crossclaim, filed by KPMG LLP.(Epstein, Jerome) (Entered: 07/23/2007 |
| 07/27/2007 | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 7/27/2007.Moti Hearing (Discovery Dispute) set for 8/30/2007 02:30 PM in Courtroom 18 before Judge Richard J. Leon., S Conference set for 9/28/2007 04:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Pa Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered 07/27/2007) |
| 07/30/2007 | | MINUTE ORDER finding as moot _417_ MOTION to Compel Lead Plaintiffs' Motion to Compel Production Documents from Third−Party Deloitte &Touche USA LLP. Signed by Judge Richard J. Leon on 7/30/07. ( (Entered: 07/30/2007) |
| 07/30/2007 | | MINUTE ORDER denying _459_ MOTION Challenging OFHEO's Improper Confidentiality Designations. S by Judge Richard J. Leon on 7/19/07. (lcrjl1) (Entered: 07/30/2007) |
| 07/30/2007 | _479_ | MOTION for Leave to File *Second Supplemental Memorandum in Support of Motion to Dismiss* by RADIA GUARANTY INC., RADIAN GUARANTY INC. (Attachments: #_1_ Second Supplemental Memorandum# Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 07/30/2007) |
| 07/30/2007 | _480_ | NOTICE OF SUPPLEMENTAL AUTHORITY by FRANKLIN MANAGED TRUST, FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEG SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC. FRANKLIN TEMPLETON INTERNATIONAL TRUST, FRANKLIN FLEX CAP GROWTH CORPORA |

| | | |
|---|---|---|
| | | CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLAS FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERS OF HONG KONG STAFF PROVIDENT FUND, EVERGREEN EQUITY TRUST, EVERGREEN SELEC EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, EVERGREEN INTERNATIONAL TI EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST, FRANKLIN INVESTORS SECURITI TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIA INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETO INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GRO CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPO CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, TEMPLETON GLOBA LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERS OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN MANAGED TRUST (Attachments: # 1 Exl (In re Worldcom Opinion)# 2 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 07/30/2007) |
| 07/31/2007 | 481 | MEMORANDUM AND OPINION. Signed by Judge Richard J. Leon on 7/31/07. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 07/31/2007) |
| 07/31/2007 | 482 | ORDERED that defendants' motions to dismiss (#208, 209, 212, 213, and 227) are granted. Defendant Howard's motion to dismiss (#216) is Granted in part and Denied in part, Defendants' joint request for Judicial Notice i Granted. Signed by Judge Richard J. Leon on 7/31/07. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 07/31/2007) |
| 08/01/2007 | 483 | Consent MOTION to Withdraw 445 MOTION to Compel *Production of Documents from the Office of Fed Housing Enterprise Oversight* by FRANKLIN RAINES (Attachments: # 1 Text of Proposed Order)(Clabby John) (Entered: 08/01/2007) |
| 08/02/2007 | 484 | Consent MOTION to Enter Second Amended Stipulated Pretrial Protective Order by FEDERAL NATION. MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 08/02/2007) |
| 08/03/2007 | 485 | MOTION to Amend/Correct 52 Memorandum &Opinion *Approving Counsel for Lead Plaintiffs* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OI (Attachments: # 1 Text of Proposed Order)(Cummins, James) (Entered: 08/03/2007) |
| 08/03/2007 | 486 | MOTION to Withdraw as Attorney *for Lead Plaintiffs by Barrett &Weber filed* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 T Proposed Order)(Cummins, James) (Entered: 08/03/2007) |
| 08/03/2007 | 487 | ENTERED IN ERROR.....MOTION to Amend/Correct 52 Memorandum &Opinion *Approving Counsel for Plaintiffs [485]− Exhibit A* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHE RETIREMENT SYSTEM OF OHIO (Cummins, James) Modified on 8/3/2007 (lc, ). (Entered: 08/03/2007 |
| 08/03/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: 487 was entered in error and counsel was instructed to ref pleading with an Errata as the main document, electronically attaching the Exhibit to the Errata and linking filing to [485]. (lc, ) (Entered: 08/03/2007) |
| 08/03/2007 | 488 | ERRATA *to Add Exhibit to Motion of Lead Plaintiffs to Amend January 13, 2005 Order Approving Lead Plaintiffs' Counsel* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM 485 MOTION to Amend/C 52 Memorandum &Opinion *Approving Counsel for Lead Plaintiffs* filed by STATE TEACHERS RETIREN |

| | | |
|---|---|---|
| | | SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit Professional Profile of Bernstein Liebhard &Lifshitz, LLP)(Cummins, James) (Entered: 08/03/2007) |
| 08/06/2007 | 489 | SECOND AMENDED STIPULATED PRETRIAL PROTECTIVE ORDER setting forth procedures for ha confidential material; allowing designated material to be filed under seal. Signed by Judge Richard J. Leon 08/05/07. SEE ORDER FOR FULL DETAILS. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198− 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(tb, ) (Entered: 08/06/2007) |
| 08/06/2007 | | MINUTE ORDER granting 483 Defendant Raines's Consent Motion to Withdraw His Motion to Compel Production of Documents from the Office of Federal Housing Enterprise Oversight. It is hereby ORDERED the 445 Defendant Raines's Motion to Compel Production of Documents from the Office of Federal Housin Enterprise Oversight is withdrawn without prejudice to Mr. Raines's right to re−file at a later date. Signed b Judge Richard J. Leon on 8/6/07. (lcrjl1) (Entered: 08/06/2007) |
| 08/06/2007 | | MINUTE ORDER granting 485 Lead Plaintiffs' Motion to Amend January 13, 2005 Order Approving Lea Plaintiffs' Counsel. It is hereby ORDERED that the January 13, 2005 Order approving Lead Plaintiffs' Cou amended to substitute William A.K. Titelman and the law firm of Bernstein Liebhard &Lifshitz, LLP as Co Counsel to Lead PLaintiffs in this securities class action, to replace Berman DeValerio Pease Tabacco Burt &Pucillo as Co−Lead Counsel. Stanley M. Chesley and Waite, Schneider, Bayless &Chesley Co., L.P.A. sh remain as Lead Counsel to Lead Plaintiffs in this securities class action. Signed by Judge Richard J. Leon o 8/6/07. (lcrjl1) (Entered: 08/06/2007) |
| 08/06/2007 | 490 | NOTICE of Appearance by Charles William McIntyre on behalf of KPMG LLP Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(McIntyre, Charle (Entered: 08/06/2007) |
| 08/06/2007 | 491 | NOTICE of Appearance by Charles Simon Davidson on behalf of KPMG LLP Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Davidson, Charle (Entered: 08/06/2007) |
| 08/06/2007 | 492 | NOTICE of Appearance by Darren William Stanhouse on behalf of KPMG LLP Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stanhouse, Darre (Entered: 08/06/2007) |
| 08/07/2007 | 493 | TRANSCRIPT of Proceedings held on July 27, 2007 Status Hearing before Judge Richard J. Leon. Court Reporter: Patty A. Gels. The public may view the document in the Clerk's Office between the hours of 9:00 and 4:00 p.m, Monday through Friday. Associated Cases: 06−82, 06−139. (tg, ) (Entered: 08/07/2007) |
| 08/08/2007 | 494 | SECOND AMENDED STIPULATED PRETRIAL PROTECTIVE ORDER setting forth procedures for ha confidential material; allowing designated material to be filed under seal. Signed by Judge Richard J. Leon 8/8/2007. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(alr) (Entered: 08/08/2007) |
| 08/10/2007 | 495 | WITHDRAWN PURSUANT TO MINUTE ORDER FILED 8/22/2007..... MOTION for Leave to Appear Hac Vice :Attorney Name− Darren W. Stanhouse, :Firm− McGuireWoods LLP, :Address− 1050 Connecti Avenue, N.W., Suite 1200, Washington, D.C. 20036. Phone No. − 202−857−1704. Fax No. − 202−828−29 KPMG LLP (Attachments: # 1 Affidavit Declaration of J. William Boland# 2 Affidavit Declaration of Bria Pumphrey# 3 Affidavit Declaration of Christine D. Mehfoud# 4 Affidavit Declaration of James Anthony Sherman# 5 Text of Proposed Order Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stanhouse, Darren) Modified on 8/23/20 (nmw, ). (Entered: 08/10/2007) |
| 08/14/2007 | 496 | MOTION for Reconsideration re (481 in 1:04−cv−01639−RJL) Memorandum &Opinion *Of The Franklin Plaintiffs' Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard And Spencer* by FRANKL INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATE |

| | | |
|---|---|---|
| | | SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANK WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQU FUND, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY TRUST (Attachments: #_1 Text of Proposed Order #_2 Certificate of Service)Associated Cases: 1:04−cv−01639−RJ 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 08/14/2007) |
| 08/14/2007 | 497 | MOTION for Reconsideration re (482 in 1:04−cv−01639−RJL) Order, /Evergreen Plaintiffs' Motion for (I) Reconsideration Of The Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Raines, How And Spencer, and (II) Modification of the Court's Order Dated July 31, 2007 To Include The Entry Of Fina Judgment Pursuant To Federal Rule Of Civil Procedure Rule 54(b) On The Evergreen Plaintiffs' State Law Claims by EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST (Attachments: #_1 Text of Pro Order (#1)#_2 Text of Proposed Order (#2)#_3 Certificate of Service)Associated Cases: 1:04−cv−01639−RJ 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 08/14/2007) |
| 08/15/2007 | 498 | MOTION to Withdraw (495 in 1:04−cv−01639−RJL, 152 in 1:06−cv−00082−RJL, 193 in 1:06−cv−00139 98 in 1:05−cv−01198−RJL) MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Darren W. Star :Firm− McGuireWoods LLP, :Address− 1050 Connecticut Avenue, N.W., Suite 1200, Washington, D.C. 20 Phone No. − 202−857−1704. Fax No. − 202−828−2995 by KPMG LLP Associated Cases: 1:04−cv−01639 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stanhouse, Darren) (Entered: 08/15/200 |
| 08/17/2007 | | MINUTE ORDER granting 495 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that J. William Boland, Brian E. Pumphrey, Christine D. Mehfoud, and James A. Sherman are admitted to the Bar Court, pro hac vice, for the purpose of representing defendant KPMG LLP. Signed by Judge Richard J. Leo 8/17/07. (lcrjl1) (Entered: 08/17/2007) |
| 08/21/2007 | 499 | MOTION To Hold The Office Of Federal Housing Enterprise Oversight In Contempt by FRANKLIN RAI (Attachments: #_1 Text of Proposed Order #_2 Exhibit 1#_3 Exhibit 2#_4 Exhibit 3#_5 Exhibit 4#_6 Exhibit 5 Exhibit 6#_8 Exhibit 7#_9 Exhibit 8#_10 Exhibit 9)(Romain, Alex) (Entered: 08/21/2007) |
| 08/21/2007 | 500 | MOTION Joinder in re 499 MOTION To Hold The Office Of Federal Housing Enterprise Oversight In Cor by J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachments: #_1 Text of Proposed Order #_2 Exhib Exhibit 2#_4 Exhibit 3#_5 Exhibit 4#_6 Exhibit 5#_7 Exhibit 6#_8 Exhibit 7#_9 Exhibit 8#_10 Exhibit 9#_11 E 10#_12 Exhibit 11#_13 Exhibit 12#_14 Exhibit 13#_15 Exhibit 14#_16 Exhibit 15#_17 Exhibit 16)(Oyer, Eliz (Entered: 08/21/2007) |
| 08/22/2007 | | MINUTE ORDER granting 498 Motion to Withdraw 495 Motion for Leave to Appear Pro Hac Vice as to J A. Sherman. It is hereby ORDERED that the motion for leave to appear pro hac vice as to the admission of A. Sherman is withdrawn. Signed by Judge Richard J. Leon on 8/22/07. (lcrjl1) (Entered: 08/22/2007) |
| 08/22/2007 | 501 | Memorandum in opposition to re (195 in 1:06−cv−00139−RJL) MOTION for Reconsideration and Rule 54 Certification requested by Evergreen Plaintiffs filed by RADIAN GROUP INC, RADIAN GROUP INC. (Attachments: #_1 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Stern, Jonathan) (Entered: 08/22/2007) |
| 08/23/2007 | 502 | NOTICE OF WITHDRAWAL OF APPEARANCE as to J.TIMOTHY HOWARD. Attorney Tammy Gersh terminated. (Gershoni, Tammy) (Entered: 08/23/2007) |
| 08/27/2007 | 503 | |

| | | |
|---|---|---|
| | | MOTION for Extension of Time to *Respond to Discovery Motions and Reschedule Aug. 30, 2007 Hearing* OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Truong, John) (Entered: 08/27/2007) |
| 08/28/2007 | 504 | Memorandum in opposition to re 503 MOTION for Extension of Time to *Respond to Discovery Motions and Reschedule Aug. 30, 2007 Hearing* filed by J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachment Text of Proposed Order)(Reid, Caroline) (Entered: 08/28/2007) |
| 08/28/2007 | 505 | Memorandum in opposition to re 496 MOTION for Reconsideration re (481 in 1:04−cv−01639−RJL) Memorandum &Opinion *Of The Franklin Plaintiffs' Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard And Spencer* MOTION for Reconsideration re (481 in 1:04−cv−01639−RJL) Memorandum &Opinion *Of The Franklin Plaintiffs' Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard Spencer* MOTION for Reconsideration re (481 in 1:04−cv−01639−RJL) Memorandum &Opinion *Of The Franklin Plaintiffs' Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard And Spencer* MOTION for Reconsideration re (481 in 1:04−cv−01639−RJL) Memorandum &Opinion *Of The Franklin Plaintiffs' Section 18 Claim As Against Defendants Fannie Mae, Raines, Howard And Spencer*, 497 MOTION for Reconsideration re (482 in 1:04−cv−01639−RJL) Order, /*Evergreen Plaintiffs' Motion for (I) Reconsideration Of The Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Raines, Howard, And Spencer, and (II) Modification* MOTION for Reconsideration re (482 in 1:04−cv−01639−RJL) Order, /*Evergreen Plaintiffs' Motion for (I) Reconsideration Of The Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Raines, Howard, And Spencer, and (II) Modification* MOTION for Reconsideration re (482 in 1:04−cv−01639−RJL) Order, /*Evergreen Plaintiffs' Motion for (I) Reconsideration Of The Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Raines, Howard, And Spencer, and (II) Modification* MOTION for Reconsideration re (482 in 1:04−cv−01639−RJL) Order, /*Evergreen Plaintiffs' Motion for (I) Reconsideration Of The Dismissal Of Their Section 18 Claim Against Defendants Fannie Mae, Raines, Howard, And Spencer, and (II) Modification* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(W Michael) (Entered: 08/28/2007) |
| 08/28/2007 | 506 | Memorandum in opposition to re (195 in 1:06−cv−00139−RJL, 497 in 1:04−cv−01639−RJL, 100 in 1:05−cv−01198−RJL, 154 in 1:06−cv−00082−RJL) MOTION for Reconsideration filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, THOMAS P. GERRITY, ANNE M. MULCAHY, FREDERI MALEK, TAYLOR C. SEGUE, III, WILLIAM R. HARVEY, JOE PICKETT, STEPHEN B. ASHLEY, KENNETH M. DUBERSTEIN, JAMIE S. GORELICK, MANUEL J. JUSTIZ, ANN KOROLOGOS, DON B. MARRON, DANIEL H. MUDD, H. PATRICK SWYGERT, LESLIE RAHL. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Brady, Nicholas) (Entered: 08/28/2007) |
| 08/28/2007 | 507 | NOTICE *of Name Change* by LEANNE G. SPENCER (Miller, Adam) (Entered: 08/28/2007) |
| 08/29/2007 | | Set Deadlines/Hearings: Motion hearing set for 8/30/2007 is rescheduled to 9/19/2007 at 3:00 pm in Courtr 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 08/29/2007) |
| 08/29/2007 | | Set/Reset Deadlines: OFHEO shall file a response to Defendants' Motion to Hold OFHEO in Contempt on before September 11, 2007. Reply memoranda are due on or before September 17, 2007. (lcrjl1) (Entered: 08/29/2007) |
| 08/30/2007 | | MINUTE ORDER granting in part and denying in part 503 Motion for Extension of Time. It is hereby ORDERED that the motion to continue the August 30, 2007 hearing is granted in part and denied in part; the hearing originally scheduled for August 30, 2007 at 3:30 pm is continued to September 19, 2007 at 3:00 pm hereby ORDERED that the motion to extend the deadline for OFHEO to respond to Defendants Motion to OFHEO in Contempt is granted in part and denied in part; OFHEOs response is now due on or before Septe 11, 2007 and defendants replies are now due on or before September 17, 2007. Signed by Judge Richard J. on 8/29/07. (lcrjl1) (Entered: 08/30/2007) |

| | | |
|---|---|---|
| 08/30/2007 | <u>508</u> | Consent MOTION for Extension of Time to File Response/Reply as to (195 in 1:06−cv−00139−RJL, 497 i 1:04−cv−01639−RJL, 100 in 1:05−cv−01198−RJL, 154 in 1:06−cv−00082−RJL) MOTION for Reconsider by EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST (Attachments: # <u>1</u> Text of Proposed Or Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 08/30/2007) |
| 08/31/2007 | <u>509</u> | Consent MOTION for Extension of Time to File Answer *to Franklin and Evergreen Plaintiffs' Complaints* FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # <u>1</u> Text of Proposed Order)(Walsh Michael) (Entered: 08/31/2007) |
| 09/04/2007 | | MINUTE ORDER granting <u>508</u> Motion for Extension of Time to File Response/Reply. It is hereby ORDE that the Consent Motion for Extension of Time is GRANTED and that the Evergreen Plaintiffs shall file the reply to Radian Guaranty Inc.'s Memorandum of Law in Opposition to the Evergreen Plaintiffs' Motion for of a Final Judgment Under Rule 54(b) on or before September 7, 2007. Signed by Judge Richard J. Leon o 9/4/07. (lcrjl1) (Entered: 09/04/2007) |
| 09/07/2007 | <u>510</u> | REPLY to opposition to motion re (195 in 1:06−cv−00139−RJL) MOTION for Reconsideration */Reply Memorandum In Further Support Of The Evergreen Plaintiffs' Motion For Entry Of A Final Judgment Una Rule 54(b) On The Dismissal Of Their State Law Claims* filed by EVERGREEN INTERNATIONAL TRUS EVERGREEN EQUITY TRUST, EVERGREEN SELECT EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 09/07/2007) |
| 09/07/2007 | <u>511</u> | REPLY to opposition to motion re (194 in 1:06−cv−00139−RJL) MOTION for Reconsideration */Reply Memorandum In Further Support Of Their Motion For Reconsideration Of The Dismissal Of Their Section Claim Against Fannie Mae, Raines, Howard and Spencer* filed by FRANKLIN INVESTORS SECURITIE TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIA INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GRO CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUN BISSETT CANADIAN EQUITY FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLI TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLAS FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBA LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY TRUST. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 09/07/2007) |
| 09/11/2007 | <u>512</u> | Memorandum in opposition to re <u>500</u> MOTION Joinder in re <u>499</u> MOTION To Hold The Office Of Federa Housing Enterprise Oversight In Contempt MOTION Joinder in re <u>499</u> MOTION To Hold The Office Of F Housing Enterprise Oversight In Contempt, <u>499</u> MOTION To Hold The Office Of Federal Housing Enterp Oversight In Contempt filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attac # <u>1</u> Exhibit # <u>2</u> Exhibit # <u>3</u> Exhibit # <u>4</u> Exhibit # <u>5</u> Exhibit # <u>6</u> Exhibit # <u>7</u> Exhibit # <u>8</u> Exhibit)(Truong, Joh (Entered: 09/11/2007) |
| 09/11/2007 | <u>513</u> | MOTION for Protective Order by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Truo John) (Entered: 09/11/2007) |
| 09/12/2007 | <u>514</u> | MOTION to Quash Subpoenas Duces Tecum by EXECUTIVE OFFICE OF THE PRESIDENT, OFFICE C MANAGEMENT AND BUDGET (Attachments: # <u>1</u> Text of Proposed Order # <u>2</u> Index to Exhibits# <u>3</u> Exh <u>4</u> Exhibit B# <u>5</u> Exhibit C# <u>6</u> Exhibit D# <u>7</u> Exhibit E# <u>8</u> Exhibit F# <u>9</u> Exhibit G)(nmw, ) (Entered: 09/13/20 |

| 09/14/2007 | 515 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to THOMAS P. GERRITY. Attorney Carolyn Marie Welshhans terminated. (Welshhans, Carolyn) (Entered: 09/14/2007) |
| 09/14/2007 | 516 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Laura E. Neish, :Firm− Zuckerman Spaeder :Address− 1540 Broadway, Suite #1604, New York, NY 10036−4039. Phone No. − 212−704−9600. Fax N 212−704−4256 by J.TIMOTHY HOWARD (Attachments: # 1 Declaration of Laura E. Neish# 2 Text of Pr Order)(Pal, Holly) (Entered: 09/14/2007) |
| 09/17/2007 | 517 | | REPLY to opposition to motion re 500 MOTION Joinder in re 499 MOTION To Hold The Office Of Fede Housing Enterprise Oversight In Contempt MOTION Joinder in re 499 MOTION To Hold The Office Of F Housing Enterprise Oversight In Contempt filed by J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Oy Elizabeth) (Entered: 09/17/2007) |
| 09/17/2007 | 518 | | REPLY to opposition to motion re 499 MOTION To Hold The Office Of Federal Housing Enterprise Over Contempt filed by FRANKLIN RAINES. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Marx, Daniel) (Entered: 09/17/2007) |
| 09/18/2007 | 519 | | MOTION to Vacate *and Reschedule Sept. 19, 2007 Hearing* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Truong, John) (Entered: 09/18/2007) |
| 09/18/2007 | 520 | | Memorandum in opposition to re 519 MOTION to Vacate *and Reschedule Sept. 19, 2007 Hearing* filed by FRANKLIN RAINES. (Attachments: # 1 Text of Proposed Order)(Marx, Daniel) (Entered: 09/18/2007) |
| 09/18/2007 | 521 | | Memorandum in opposition to re 519 MOTION to Vacate *and Reschedule Sept. 19, 2007 Hearing* filed by J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: # 1 Text of Proposed Order)(Reid, Carol (Entered: 09/18/2007) |
| 09/19/2007 | | | MINUTE ORDER denying 519 OFHEO'S Motion to Reschedule the September 19, 2007 Hearing. It is her ORDERED that OFHEO's motion to reschedule the 9/19/2007 hearing is DENIED, and that the parties sha appear for the hearing on 9/19/2007 at 3:00 p.m. in Courtroom 18 as scheduled.Signed by Judge Richard J. on 9/19/07. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(lcrjl1) (Entered: 09/19/2007) |
| 09/19/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status/Motion hearing held on 9/19/2007.M Hearing set for 9/26/2007 10:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 09/20 |
| 09/21/2007 | 522 | | Consent MOTION for Extension of Time to File Response/Reply as to 514 MOTION to Quash by FRANK RAINES (Attachments: # 1 Text of Proposed Order)(Clabby, John) (Entered: 09/21/2007) |
| 09/24/2007 | | | MINUTE ORDER granting 509 Consent Motion to Extend Time for Defendants to Answer Plaintiffs' Com It is hereby ORDERED that the motion is GRANTED and that defendants Fannie Mae, Franklin D. Raines Timothy Howard and Leanne G. Spencer shall answer plaintiffs' complaints on or before 45 days following date of this Court's resolution of plaintiffs' pending motions for reconsideration. Signed by Judge Richard J on 9/24/07. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(lcrjl1) (E 09/24/2007) |
| 09/24/2007 | | | MINUTE ORDER granting 522 Defendant Franklin D. Raines's Consent Motion for an Extension of Time. hereby ORDERED that the motion is GRANTED and that Mr. Raines's time to file an opposition to 514 the Executive Office of the President's and Office of Management and Budget's Motion to Quash Subpoenas D Tecum is extended to October 10, 2007. Signed by Judge Richard J. Leon on 9/24/07. (lcrjl1) (Entered: 09/24/2007) |
| 09/24/2007 | 523 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Laura E. Neish, :Firm− Zuckerman Spaeder :Address− 1540 Broadway, Suite #1604, New York, NY 10036−4039. Phone No. − 212−704−9600. Fax N 212−704−4256 by J.TIMOTHY HOWARD (Attachments: # 1 Declaration of Laura E. Neish# 2 Text of Pr |

| | | | |
|---|---|---|---|
| | | | Order)(Pal, Holly) (Entered: 09/24/2007) |
| 09/24/2007 | | | MINUTE ORDER granting (486) Motion to Withdraw as Attorney. It is hereby ORDERED that C. Francis Barrett's and Barrett &Weber L.P.A.'s motion to withdraw as of counsel for Lead Plaintiffs in this action is GRANTED. Signed by Judge Richard J. Leon on 9/24/07. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(lcrjl1) (Entered: 09/24/2007) |
| 09/25/2007 | 524 | | TRANSCRIPT of Status Hearing held on September 19, 2007 before Judge Richard J. Leon. Court Reporter Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. a 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(jf, ) (Entered: 09/26/2007) |
| 09/26/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Evidentiary Hearing held on 9/26/2007. Witnesses: Kennis Thaxton, Kelly Kuchta.Evidentiary Hearing continued to 9/27/2007 10:30 AM in Courtr 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 09/27/2007) |
| 09/27/2007 | | | Notice of Rescheduled Status Hearings: Status Conference set for 9/28/07 is Rescheduled to 10/3/2007 03: in Courtroom 18 before Judge Richard J. Leon. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−R 1:06−cv−00139−RJL(whb) (Entered: 09/27/2007) |
| 09/27/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Case called for Evidentiary hearing, Status Conference held on 9/27/2007. Stipulated Order to be filed. (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 09/27/2007) |
| 09/27/2007 | 525 | | STIPULATED ORDER. Signed by Judge Richard J. Leon on 9/27/07. Associated Cases: 1:04−cv−01639−R 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 09/27/2007) |
| 09/28/2007 | | | MINUTE ORDER granting (523) Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that I E. Neish may appear pro hac vice on behalf of J. Timothy Howard in the above−captioned matter. Signed b Judge Richard J. Leon on 9/28/07. (lcrjl1) (Entered: 09/28/2007) |
| 10/02/2007 | 526 | | Joint MOTION Entry of Case Management Order No. 4 *by Fannie Mae and* by OHIO PUBLIC EMPLOYI RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 T Proposed Order)(Cummins, James) (Entered: 10/02/2007) |
| 10/02/2007 | 527 | | NOTICE of Appearance by Marcia N. Tiersky on behalf of EXECUTIVE OFFICE OF THE PRESIDENT, OFFICE OF MANAGEMENT AND BUDGET (Tiersky, Marcia) (Entered: 10/02/2007) |
| 10/03/2007 | | | MINUTE ORDER denying 513 Motion for Protective Order. As per the hearing on September 19, 2007, th motion was DENIED in open court. Signed by Judge Richard J. Leon on 10/3/07. (lcrjl1) (Entered: 10/03/2 |
| 10/03/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 10/3/2007.Status Conference set for 11/30/2007 02:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter L Hand.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entere 10/03/2007) |
| 10/10/2007 | 528 | | TRANSCRIPT of Evidentiary Hearing held on September 26, 2007 before Judge Richard J. Leon. Court Reporter: Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9 a.m. and 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(jf, ) (Entered: 10/10/2007) |
| 10/10/2007 | 529 | | TRANSCRIPT of Evidentiary Hearing held on September 27, 2007 before Judge Richard J. Leon. Court Reporter: Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9 a.m. and 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(jf, ) (Entered: 10/10/2007) |

| 10/10/2007 | 530 | | Memorandum in opposition to re 514 MOTION to Quash *and in Support of Cross−Motion to Compel* filed FRANKLIN RAINES. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 22 Exhibit 22# 23 Exhibit 23)(Clabby, John) (Entered: 10/10/2007) |
| 10/10/2007 | 531 | | Cross MOTION to Compel *Production of Documents in Response to His Subpoenas Duces Tecum Served Executive Office of the President and Office of Management and Budget* by FRANKLIN RAINES (Attachm # 1 Text of Proposed Order)(Clabby, John) (Entered: 10/10/2007) |
| 10/16/2007 | 532 | | Consent MOTION for Extension of Time to File Response/Reply *to Defendant Franklin Raines's Opposition Motion to Quash Subpoena Duces Tecum and Cross−Motion to Compel* by EXECUTIVE OFFICE OF TH PRESIDENT, OFFICE OF MANAGEMENT AND BUDGET (Attachments: # 1 Text of Proposed Order)(Kelleher, Diane) (Entered: 10/16/2007) |
| 10/17/2007 | 533 | | Joint MOTION Entry of Case Management Order No. 4 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Text of Proposed Order)(Cummins, James) (Entered: 10/17/2007) |
| 10/18/2007 | 534 | | NOTICE *of Appearance of Heather H. Martin* by LEANNE G. SPENCER (Miller, Adam) (Entered: 10/18/... |
| 10/18/2007 | 535 | | MEMORANDUM re 533 Joint MOTION Entry of Case Management Order No. 4 filed by STATE TEACH RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM by J.TIMO HOWARD. (Reid, Caroline) (Entered: 10/18/2007) |
| 10/19/2007 | 536 | | STIPULATED CASE MANAGEMENT ORDER NO 4. Signed by Judge Richard J. Leon on 1017/07. Ass Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(whb) (Entered: 10/19/2007) |
| 10/24/2007 | 537 | | NOTICE of Appearance by Michael Francis Flanagan on behalf of KPMG LLP (Flanagan, Michael) (Enter 10/24/2007) |
| 10/24/2007 | 538 | | MOTION for Reconsideration *of KPMG LLP's Motion To Dismiss The Second Amended Complaint* by KP LLP (Attachments: # 1 Text of Proposed Order)(Tulumello, Andrew) (Entered: 10/24/2007) |
| 10/24/2007 | | | MINUTE ORDER granting 532 Executive Office of the President's and Office of Management and Budget Consent Motion for an Extension of Time. It is hereby ORDERED that the motion is GRANTED and that t Executive Office of the President and the Office of Management and Budget shall file their reply in suppor their motion to quash subpoena duces tecum and their opposition to Mr. Raines's cross−motion to compel before 11/7/2007. Signed by Judge Richard J. Leon on 10/24/07. (lcrjl1) (Entered: 10/24/2007) |
| 10/26/2007 | 539 | | NOTICE of Change of Address by Cristen E. Sikes Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Sikes, Cristen) (Entered: 10/26/2007) |
| 10/30/2007 | 540 | | MOTION to Withdraw as Attorney *of Counsel for Lead Plaintiffs by Statman Harris* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Text of Proposed Order)(Cummins, James) (Entered: 10/30/2007) |
| 10/31/2007 | | | MINUTE ORDER denying 421 Non−Party OFHEO'S Motion to Quash Raines' and Howards' Subpoenas, Protective Order or, Alternatively, to Stay Compliance with Those Subpoenas. Is is hereby ORDERED that OFHEO's motion is DENIED. Signed by Judge Richard J. Leon on 10/31/2007. (lcrjl1) (Entered: 10/31/20... |
| 10/31/2007 | | | MINUTE ORDER denying (496) Motion for Reconsideration; denying (497) Motion for Reconsideration i 1:04−cv−01639−RJL; denying (99) Motion for Reconsideration; denying (100) Motion for Reconsideration case 1:05−cv−01198−RJL; denying (153) Motion for Reconsideration; denying (154) Motion for Reconside in case 1:06−cv−00082−RJL; denying (194) Motion for Reconsideration; denying (195) Motion for Reconsideration in case 1:06−cv−00139−RJL. It is hereby ORDERED that Franklin Plaintiffs' and Evergre |

| | | |
|---|---|---|
| | | Plaintiffs' motions for reconsideration are DENIED. Signed by Judge Richard J. Leon on 10/31/2007. Asso<br>Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(lcrjl1) (Ent<br>10/31/2007) |
| 10/31/2007 | | MINUTE ORDER granting 540 Motion to Withdraw as Of Counsel for Lead Plaintiffs. It is hereby ORDE<br>that the motion is GRANTED. Signed by Judge Richard J. Leon on 10/31/2007. (lcrjl1) (Entered: 10/31/200 |
| 11/05/2007 | | Notice of Hearings: Status Conference set for 12/3/2007 04:00 PM in Courtroom 18 before Judge Richard J<br>Leon. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered:<br>11/05/2007) |
| 11/07/2007 | 541 | REPLY to opposition to motion re 514 MOTION to Quash *Subpoenas Duces Tecum* filed by EXECUTIVE<br>OFFICE OF THE PRESIDENT, OFFICE OF MANAGEMENT AND BUDGET. (Attachments: # 1 Exhibit<br>2 Exhibit Two# 3 Exhibit Three)(Tiersky, Marcia) (Entered: 11/07/2007) |
| 11/07/2007 | 543 | Memorandum in opposition to re 531 Cross MOTION to Compel *Production of Documents in Response to*<br>*Subpoenas Duces Tecum Served on the Executive Office of the President and Office of Management and Bu*<br>filed by EXECUTIVE OFFICE OF THE PRESIDENT, OFFICE OF MANAGEMENT AND BUDGET. (S<br>Docket Entry 541 to view document). (nmw, ) (Entered: 11/08/2007) |
| 11/08/2007 | 542 | Consent MOTION for Extension of Time to File Response/Reply *to Reply Memorandum in Further Suppo*<br>*the Executive Office of the President's and Office of Management and Budget's Motion to Quash Subpoena*<br>*Duces Tecum and in Opposition to Defendant Franklin D. Raines's Cross−Motion to Compel the Productio*<br>*Documents (Dkt. No. 541)* by FRANKLIN RAINES (Attachments: # 1)(Clabby, John) (Entered: 11/08/200 |
| 11/08/2007 | 544 | Memorandum in opposition to re 538 MOTION for Reconsideration *of KPMG LLP's Motion To Dismiss T*<br>*Second Amended Complaint* filed by FRANKLIN MANAGED TRUST, FRANKLIN INVESTORS<br>SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKLIN STRATEGIC SERIES,<br>FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANK<br>VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN<br>TEMPLETON INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN F<br>CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON<br>GLOBAL FUND, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD<br>GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQUITY FUN<br>LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−SI<br>FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERA<br>ENDOWMENT FUND. (Attachments: # 1 Text of Proposed Order)(Grant, Stuart) (Entered: 11/08/2007) |
| 11/09/2007 | 545 | ORDER denying (413) MOTION Clarification, Or, In The Alternative, Reconsideration, Of Order Granting<br>Defendant J. Timothy Howard's Motion To Compel Production Of Documents re Order on Motion to Comp<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION in case 1:04−cv−01639−RJL. Signed by Judge Ri<br>J. Leon on 11/7/07. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(w<br>(Entered: 11/09/2007) |
| 11/20/2007 | | STATUS CONFERENCE: The status conference scheduled for 12/3/2007 at 4:00 pm will be limited to an<br>regarding document production issues raised in docket numbers 499 and 500.Signed by Judge Richard J. L<br>11/20/2007. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL,<br>1:06−cv−00139−RJL(lcrjl1) (Entered: 11/20/2007) |
| 11/21/2007 | 546 | STATUS REPORT *Lead Plaintiffs' Suggestion for Status Conference Scheduling* by OHIO PUBLIC<br>EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cu<br>James) (Entered: 11/21/2007) |
| 11/21/2007 | 547 | SCHEDULING ORDER:. Signed by Judge Richard J. Leon on 11/21/07. Associated Cases:<br>1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 11/21/2007) |

| 11/21/2007 | | | MINUTE ORDER granting 542 Defendant Franklin D. Raines's Consent Motion for an Extension of Time. hereby ORDERED that the motion is GRANTED and that Mr. Raines's time to file a reply memorandum ir support of his Cross−Motion to Compel Production of Documents in Response to His Subpoenas Duces Te Served on the Executive Office of the President and Office of Management and Budget 531 is extended to 11/27/2007. Signed by Judge Richard J. Leon on 11/21/2007. (lcrjl1) (Entered: 11/21/2007) |
| 11/27/2007 | 548 | | REPLY re 531 Cross MOTION to Compel *Production of Documents in Response to His Subpoenas Duces Served on the Executive Office of the President and Office of Management and Budget and in Opposition to Memorandum in Further Support of the Executive Office of the Presidents and Office of Management and Budgets Motion to Quash Subpoenas Duces Tecum and in Opposition to Defendant Franklin Rainess Cross−Motion to Compel the Production of Documents (Dkt. Nos. 541 &543)* filed by FRANKLIN RAINE (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# Exhibit 8# 9 Exhibit 9)(Clabby, John) (Entered: 11/27/2007) |
| 11/29/2007 | 549 | | STATUS REPORT *of OFHEO's Production and Request For Forbearance of Interim Deadline* by OFFIC FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Truong, John) (Entered: 11/29/2007) |
| 11/30/2007 | 550 | | MOTION for Reconsideration *based on Tellabs* by KPMG LLP (Attachments: # 1 Text of Proposed Order)(Tulumello, Andrew) (Entered: 11/30/2007) |
| 11/30/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 11/30/2007.Statu Conference set for 1/25/2008 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Pa Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered 11/30/2007) |
| 12/03/2007 | 551 | | RESPONSE re 549 Status Report filed by FRANKLIN RAINES. (Marx, Daniel) (Entered: 12/03/2007) |
| 12/03/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 12/3/2007.Status Conference set for 1/7/2008 10:30 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Pat Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered 12/04/2007) |
| 12/04/2007 | 552 | | Consent MOTION for Extension of Time to File Response/Reply as to 550 MOTION for Reconsideration *on Tellabs* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREME SYSTEM OF OHIO (Attachments: # 1 Text of Proposed Order)(Cummins, James) (Entered: 12/04/2007) |
| 12/05/2007 | 553 | | Consent MOTION for Protective Order *(Third Amended)* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 12/05/2007) |
| 12/06/2007 | | | MINUTE ORDER granting 552 Consent Motion for Extension of Time for Breifing with Respect to Defen KPMG's Motion for Reconsideration. It is hereby ORDERED that the consent motion for extension of time the opposition and reply briefs in connection with 550 Defendant KPMG's Motion for Reconsideration of KPMG's Motion ot Dismiss the Second Amended Class Action Complaint and Second Amended Franklin−Templeton Complaint is GRANTED and that plaintiffs' briefs in opposition will be due on or befo 1/4/2008 and KPMG's reply brief will be due on or before 1/18/2008. Signed by Judge Richard J. Leon on 12/6/2007. (lcrjl1) (Entered: 12/06/2007) |
| 12/06/2007 | 554 | | NOTICE of Appearance by Kenneth Adebonojo on behalf of OFFICE OF FEDERAL HOUSING ENTERI OVERSIGHT Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(Adebonojo, Kenneth) Modified on 12/6/2007 (lc, ). (Entered: 12/06/2007) |
| 12/07/2007 | 555 | | NOTICE *of Appearance by Carl Nichols* by EXECUTIVE OFFICE OF THE PRESIDENT, OFFICE OF MANAGEMENT AND BUDGET (Tiersky, Marcia) (Entered: 12/07/2007) |
| 12/12/2007 | 556 | | THIRD AMENDED STIPULATED PRETRIAL PROTECTIVE ORDER. Signed by Judge Richard J. Leo 12/8/07. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Enter |

| | | | |
|---|---|---|---|
| | | | 12/12/2007) |
| 12/12/2007 | <u>557</u> | | Consent MOTION for Extension of Time to File Answer *to Franklin and Evergreen Plaintiffs' Complaints* LEANNE G. SPENCER (Attachments: #<u>1</u> Text of Proposed Order)(Miller, Adam) (Entered: 12/12/2007) |
| 12/14/2007 | | | MINUTE ORDER granting <u>557</u> Consent Motion for Extension of Time to Answer Complaints. It is hereby ORDERED that the motion is GRANTED and that defendants Franklin D. Raines, J. Timothy Howard and Leanne G. Spencer shall file their answers to the complaints in the Franklin (06−139) and Evergreen (06−8 actions no later than 1/16/2008. Signed by Judge Richard J. Leon on 12/14/2007. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(lcrjl1) (Entered: 12/14/2007) |
| 12/18/2007 | <u>558</u> | | MOTION for Sanctions *Against the Office of Federal Housing Enterprise Oversight* by FRANKLIN RAIN J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachments: #<u>1</u> Exhibit A#<u>2</u> Exhibit B)(Marx, Danie (Entered: 12/18/2007) |
| 12/18/2007 | | | Status Conference set for 12/20/2007 03:30 PM in Courtroom 18 before Judge Richard J. Leon to address document production issues raised in motions #499, #500 and #558.Signed by Judge Richard J. Leon on 12/18/2007. (lcrjl1) (Entered: 12/18/2007) |
| 12/18/2007 | <u>559</u> | | Consent MOTION to Reschedule December 20, 2007 Oral Argument by EXECUTIVE OFFICE OF THE PRESIDENT, OFFICE OF MANAGEMENT AND BUDGET (Kelleher, Diane) (Entered: 12/18/2007) |
| 12/19/2007 | | | MINUTE ORDER denying <u>559</u> Consent Motion to Reschedule December 20, 2007 Hearing. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 12/19/2007. (lcrjl1) (Entered: 12/19/2007) |
| 12/19/2007 | <u>560</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRANKLIN RAINES. Attorney Ilana T. Buschki terminated. (Buschkin, Ilana) (Entered: 12/19/2007) |
| 12/19/2007 | <u>561</u> | | STATUS REPORT by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # Exhibit A#<u>2</u> Exhibit B)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−R 1:06−cv−00139−RJL(Adebonojo, Kenneth) (Entered: 12/19/2007) |
| 12/20/2007 | | | Minute Entry. Proceedings held before Judge Richard J. Leon : Motion Hearing held on 12/20/2007 re (514 1:04−cv−01639−RJL) MOTION to Quash filed by EXECUTIVE OFFICE OF THE PRESIDENT−GRANT (531 in 1:04−cv−01639−RJL) Cross MOTION to Compel *Production of Documents in Response to His Subpoenas Duces Tecum Served on the Executive Office of the President and Office of Management and Bu* filed by FRANKLIN RAINES−DENIED. (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639− 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 12/21/2007) |
| 12/21/2007 | 562 | | TRANSCRIPT of Status Hearing held on October 3, 2007 before Judge Leon. Court Reporter: Lisa M. Har public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(jf, ) (Entered: 12/26/2007) |
| 01/03/2008 | <u>563</u> | | WITHDRAWN PURSUANT TO ORDER FILED 1/9/2008..... MOTION to Compel *Production From Nor Deloitte &Touche LLP* by KPMG (Attachments: #<u>1</u> Exhibit A#<u>2</u> Exhibit B#<u>3</u> Exhibit C#<u>4</u> Exhibit D#<u>5</u> E#<u>6</u> Exhibit F#<u>7</u> Exhibit G#<u>8</u> Exhibit H#<u>9</u> Exhibit I#<u>10</u> Exhibit J#<u>11</u> Exhibit K#<u>12</u> Exhibit L#<u>13</u> Exhi <u>14</u> Exhibit N#<u>15</u> Exhibit O#<u>16</u> Exhibit P#<u>17</u> Exhibit Q#<u>18</u> Exhibit R#<u>19</u> Exhibit S#<u>20</u> Exhibit T#<u>21</u> E U#<u>22</u> Exhibit V#<u>23</u> Exhibit W#<u>24</u> Exhibit X#<u>25</u> Exhibit Y#<u>26</u> Exhibit Z#<u>27</u> Exhibit AA#<u>28</u> Exhibit B Text of Proposed Order Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(McIntyre, Charles) Modified on 1/10/2008 (nmw, ). (Entered: 01/03/2008) |
| 01/03/2008 | <u>564</u> | | Consent MOTION for Extension of Time to *Answer Franklin and Evergreen Plaintiffs' Complaints* by FED NATIONAL MORTGAGE ASSOCIATION (Attachments: #<u>1</u> Text of Proposed Order)(Walsh, Michael) |

| | | |
|---|---|---|
| | | (Entered: 01/03/2008) |
| 01/03/2008 | 565 | Memorandum in opposition to re 558 MOTION for Sanctions *Against the Office of Federal Housing Enter, Oversight* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Truong, John) (Ente 01/03/2008) |
| 01/04/2008 | 566 | Memorandum in opposition to re 550 MOTION for Reconsideration *based on Tellabs (FILED BY THE FRANKLIN PLAINTIFFS)* filed by FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY T FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVESTORS TRUST, FRANKL STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTM FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUN INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUN FRANKLIN FLEX CAP GROWTH CORPORATE CLASS, FRANKLIN TEMPLETON FUNDS, FRANKL TEMPLETON GLOBAL FUND, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANK WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN MPF U.S. EQU FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETON GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY OF HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDENT FUN (Attachments: # 1 Text of Proposed Order)(Grant, Stuart) (Entered: 01/04/2008) |
| 01/04/2008 | 567 | NOTICE *of Filing Under Seal of Memorandum in Opposition to the Motion of Defendant KPMG for Reconsideration of KPMG's Motion to Dismiss Lead Plaintiffs' Second Amended Class Action Complaint b* OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO re 550 MOTION for Reconsideration *based on Tellabs* (Sommers, Daniel) (Entered: 01/04/2008) |
| 01/04/2008 | 570 | Memorandum in opposition to 550 MOTION for Reconsideration *based on Tellabs* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (tg, (FILED UNDER SEAL) (Entered: 01/07/2008) |
| 01/07/2008 | 568 | ENTERED IN ERROR.....MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 1/7/08. Asso Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) Modified on 1/7/2008 (wh Modified on 1/8/2008 (nmw, ). (Entered: 01/07/2008) |
| 01/07/2008 | 569 | Unopposed MOTION to Withdraw (214 in 1:06−cv−00139−RJL) MOTION to Compel *Production of Doc From NonParty DeLoitte &Touche LLP* by KPMG (Attachments: # 1 Text of Proposed Order Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(McIntyre, Charles) (Entered: 01/07/2008) |
| 01/07/2008 | 571 | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 1/7/08. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 01/07/2008) |
| 01/07/2008 | 572 | ORDER GRANTING in part: re (163 in 1:04−cv−01639−RJL) MOTION to Certify Class filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTE Signed by Judge Richard J. Leon on 1/7/08. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(whb) (Entered: 01/07/2008) |
| 01/07/2008 | | Minute Entry. Proceedings held before Judge Richard J. Leon : Status Conference held on 1/7/2008.Eviden Hearing set for 1/15/2008 10:30 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 01/07 |
| 01/07/2008 | | MINUTE ORDER granting 564 Consent Motion to Extend Time for Defendants to Answer Plaintiffs' Com It is hereby ORDERED that the motion is GRANTED and that defendant Fannie Mae shall have up to and including 3/3/2008 to answer plaintiffs' complaints and defendants Raines, Howard and Spencer shall have and including 3/17/2008 to answer plaintiffs' complaints. Signed by Judge Richard J. Leon on 1/7/2008. (lc (Entered: 01/07/2008) |

| 01/08/2008 | 573 | NOTICE *of Amended Certificate of Service* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, TEACHERS RETIREMENT SYSTEM OF OHIO re 570 Memorandum in Opposition (Sommers, Daniel) (Entered: 01/08/2008) |
|---|---|---|
| 01/09/2008 | | MINUTE ORDER granting 569 KPMG's Unopposed Motion to Withdraw Its Motion to Compel Production Documents from Nonparty Deloitte &Touche LLP. It is hereby ORDERED that the motion to withdraw is GRANTED and that 563 KPMG's motion to compel nonparty Deloitte &Touche to respond to KPMG's sub duces tecum is WITHDRAWN without prejudice to KPMG's right to re−file on a later date. Signed by Judg Richard J. Leon on 1/9/2008. (lcrjl1) (Entered: 01/09/2008) |
| 01/09/2008 | 574 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Alex Lipman, :Firm− Jenner &Block LLP, :Address− 919 Third Avenue, 37th Floor, New York, New York 10022−3908. Phone No. − (212) 891−160 No. − (212) 891−1699 by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Decla of Alex Lipman# 2 Text of Proposed Order)(Epstein, Jerome) (Entered: 01/09/2008) |
| 01/11/2008 | | MINUTE ORDER granting 574 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED and that Alex Lipman shall be admitted pro hac vice to represent plaintiff Fannie Mae in this c Signed by Judge Richard J. Leon on 1/11/2008. (lcrjl1) (Entered: 01/11/2008) |
| 01/11/2008 | 575 | SUPPLEMENTAL MEMORANDUM to re 558 MOTION for Sanctions *Against the Office of Federal Hou Enterprise Oversight and Proposal re OFHEO's Discovery* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2)(Marx, Daniel) (Entered: 01/11/2008) |
| 01/11/2008 | 576 | SUPPLEMENTAL MEMORANDUM to re: 558 575 *OFHEO's Opposition to Defendants' Request for San and In Support of OFHEO's Motion for Forebearance* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(Truong, Johni Modified on 1/14/2008 (nmw, ). (Entered: 01/11/2008) |
| 01/14/2008 | 577 | RESPONSE re: 575 *To Individual Defendants' Proposal Re Discovery (Dkt. No. 575)* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Truong, John) Modified on 1/15/2008 (nmw, ). (Ent 01/14/2008) |
| 01/15/2008 | 578 | Consent MOTION for Extension of Time to File Response/Reply *In Support Of Motion For Reconsideratio KPMG's Motions To Dismiss Second Amended Class Action Complaint And Second Amended Franklin−Templeton Complaint* by KPMG LLP (Tulumello, Andrew) (Entered: 01/15/2008) |
| 01/15/2008 | | Notice of Rescheduled Hearings: Evidentiary Hearing set for 1/15/08 is Rescheduled to 1/16/2008 10:00 A Courtroom 18 before Judge Richard J. Leon. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJl 1:06−cv−00139−RJL(whb) (Entered: 01/15/2008) |
| 01/16/2008 | | Minute Entry. Proceedings held before Judge Richard J. Leon: Evidentiary Hearing held on 1/16/2008, ( St Conference set for 1/22/2008 09:30 AM in Courtroom 18 before Judge Richard J. Leon, for ruling.). (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL (Entered: 01/17/2008) |
| 01/17/2008 | 579 | TRANSCRIPT of Proceedings held on December 3, 2007 before Judge Richard J. Leon. Court Reporter: Pa Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−I ) (Entered: 01/18/2008) |
| 01/18/2008 | | MINUTE ORDER granting 578 Consent Motion for Extension of Time. It is hereby ORDERED that KPM motion is GRANTED and that KPMG shall have up to and including 1/25/2008 to file its reply memorandu support of its motion for reconsideration of KPMG's motions to dismiss second amended class action comp and second amended Franklin−Templeton complaint. Signed by Judge Richard J. Leon on 1/18/2008. (lcrjl (Entered: 01/18/2008) |

| 01/21/2008 | | | Status Conference set for 1/22/2008 at 9:30 AM in Courtroom 18 before Judge Richard J. Leon is RESCHEDULED to 1/22/2008 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon.Signed by Judge Richard J. Leon on 1/21/2008. (lcrjl1) (Entered: 01/21/2008) |
|---|---|---|---|
| 01/22/2008 | 580 | | ORDER: re 500 MOTION Joinder in re 499 MOTION To Hold The Office Of Federal Housing Enterprise Oversight In Contempt MOTION Joinder in re 499 MOTION To Hold The Office Of Federal Housing Enterprise Oversight In Contempt filed by J.TIMOTHY HOWARD, LEANNE G. SPENCER, 561 Status Report filed OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, 499 MOTION To Hold The Office Of Federal Housing Enterprise Oversight In Contempt filed by FRANKLIN RAINES, 558 MOTION for Sanctions *Against the Office of Federal Housing Enterprise Oversight* filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER, ( Status Conference set for 3/3/2008 03:00 PM in Courtroom 18 before Judge Richard J. Leon.). Signed by Judge Richard J. Leon on 1/22/08. (whb) (Entered: 01/22/2008) |
| 01/22/2008 | | | Minute Entry. Proceedings held before Judge Richard J. Leon: Status Conference held on 1/22/2008. Oral rendered in open court. (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 01/23/2008) |
| 01/24/2008 | 581 | | MOTION for Order to Show Cause *Concerning KPMG's Violation of Discovery Deadlines, and Request for Expedited Briefing* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, #_ of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(Epstein, Jerome) (Entered 01/24/2008) |
| 01/24/2008 | 582 | | REPLY to opposition to motion re 550 MOTION for Reconsideration *based on Tellabs* filed by KPMG LLP (Tulumello, Andrew) (Entered: 01/24/2008) |
| 01/25/2008 | | | Scheduling Minute Order: Status Conference set for 1/25/2008 at 2:30 PM is RESCHEDULED to 1/25/2008 3:30 PM in Courtroom 18 before Judge Richard J. Leon.Signed by Judge Richard J. Leon on 1/25/2008. (lc (Entered: 01/25/2008) |
| 01/25/2008 | | | Notice of Rescheduled Hearings: Status Conference set for 1/25/08 is Rescheduled to 2/1/2008 03:00 PM in Courtroom 18 before Judge Richard J. Leon. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL 1:06−cv−00139−RJL(whb) (Entered: 01/25/2008) |
| 01/25/2008 | | | Minute Entry. Proceedings held before Judge Richard J. Leon: Status Conference held on 1/25/2008. (Court Reporter Patty Gels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL (Entered: 01/28/2008) |
| 01/30/2008 | 583 | | NOTICE OF APPEAL by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. Fee Status: N Paid. Parties have been notified. (Truong, John) (Entered: 01/30/2008) |
| 01/30/2008 | 584 | | MOTION to Stay *the Court's Jan. 22, 2008 Order Pending Appeal* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachments: # 1 Exhibit)(Truong,John) (Entered: 01/30/2008) |
| 01/31/2008 | 585 | | MOTION to Compel *Production of Documents by Fannie Mae* by OHIO PUBLIC EMPLOYEES RETIRE SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit A, # 2 Exhibit # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Corwin, Melanie) (Entered: 01/31/2008) |
| 01/31/2008 | 586 | | Unopposed MOTION To Enter Order of Voluntary Dismissal of Evergreen Equity Trust, et al. v. Fannie M al. by EVERGREEN INTERNATIONAL TRUST, EVERGREEN EQUITY TRUST, EVERGREEN SELE EQUITY TRUST, EVERGREEN VARIABLE ANNUITY TRUST (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL(Grant, Stuart) (Entered: 01/31/2008) |
| 01/31/2008 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 583 Notice of Appeal (tg, ) (Entered: 01/31/2008) |

| 02/01/2008 | | | Minute Entry. Proceedings held before Judge Richard J. Leon: Status Conference held on 2/1/2008, ( In Ch Conference set for 2/12/2008 02:00 PM in Chambers before Judge Richard J. Leon, Motion Hearing set fo 2/12/2008 03:00 PM in Courtroom 18 before Judge Richard J. Leon., Status Conference set for 3/5/2008 03 PM in Courtroom 18 before Judge Richard J. Leon.). (Court Reporter PattyGels.) Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 02/04/2008) |
| 02/01/2008 | | | USCA Case Number 08−5014 for 583 Notice of Appeal filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (jf) (Entered: 02/04/2008) |
| 02/05/2008 | 587 | | TRANSCRIPT of Status Hearing held on February 01, 2008 before Judge Richard J. Leon. Court Reporter: Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−I ) (Entered: 02/05/2008) |
| 02/05/2008 | 588 | | TRANSCRIPT of Evidentiary Hearing held on January 16, 2008 before Judge Richard J. Leon. Court Repo Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. a 4:00 p.m, Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(jf, ) (Entered: 02/05/2008) |
| 02/05/2008 | 589 | | TRANSCRIPT of Ruling held on January 22, 2008 before Judge Richard J. Leon. Court Reporter: Patty Ar Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−I ) (Entered: 02/05/2008) |
| 02/05/2008 | 590 | | TRANSCRIPT of Status Hearing held on January 25, 2008 before Judge Richard J. Leon. Court Reporter: I Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−I ) (Entered: 02/05/2008) |
| 02/06/2008 | 591 | | NOTICE *of Lead Plaintiffs' Request for Emergency Conference With Court* by OHIO PUBLIC EMPLOYE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 E 1 − Letter from Fannie Mae Counsel, # 2 Exhibit 2 − Letter from Stanley Chesley)(Corwin, Melanie) (Ente 02/06/2008) |
| 02/06/2008 | | | Status Conference re: 591 set for 2/8/2008 03:00 PM in Chambers before Judge Richard J. Leon.Signed by Richard J. Leon on 2/6/2008. (lcrjl1) (Entered: 02/06/2008) |
| 02/06/2008 | 592 | | MOTION to Compel *Production of Documents from Fannie Mae* by KPMG (Attachments: # 1 Exhibit Exh # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhi 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit Exhibi 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N, # 15 Exhibit Exhibit O, # 16 Exhibit Exhibit P, # 17 Errata Exhibit Q, # 18 Exhibit Exhibit R, # 19 Exhibit Exhibit S, # 20 Exhibit Exhibit T, # 2 Exhibit Exhibit U, # 22 Text of Proposed Order Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(McIntyre, Charles) (Entered: 02/06/200 |
| 02/06/2008 | 593 | | RESPONSE re 591 Notice (Other), Notice (Other) *Case Status Report* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Walsh, Michae (Entered: 02/06/2008) |
| 02/07/2008 | 594 | | Unopposed MOTION To Enter Order of Voluntary Dismissal Without Prejudice of Franklin Managed Trus v. Fannie Mae, et al. by FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VALUE INVEST TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCTS TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRUST, TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS |

| | | |
|---|---|---|
| | | FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN M U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETO GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY ( HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDE FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY TRUST (Attachments: #_1 Te Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(Grant, Stuart) (Entered: 02/07/2008) |
| 02/07/2008 | 595 | NOTICE OF SUPPLEMENTAL AUTHORITY by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTE STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #_1 Exhibit A, #_2 Exhibit B (FIL UNDER SEAL))(Sommers, Daniel) (Entered: 02/07/2008) |
| 02/07/2008 | 596 | NOTICE of Filing of Exhibit Under Seal by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STA TEACHERS RETIREMENT SYSTEM OF OHIO re 595 NOTICE OF SUPPLEMENTAL AUTHORITY (Sommers, Daniel) (Entered: 02/07/2008) |
| 02/07/2008 | 597 | NOTICE Re: Privilege Logs by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachm #_1 Exhibit Gov. A)(Truong, John) (Entered: 02/07/2008) |
| 02/07/2008 | 598 | REPLY re 591 Notice (Other), Notice (Other) concerning Lead Plaintiffs' request for emergency conference by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTE OHIO. (Cummins, James) (Entered: 02/07/2008) |
| 02/07/2008 | | Status Conference set for 2/8/2008 3:00 PM is rescheduled to 2/8/2008 2:30 PM in Chambers before Judge Richard J. Leon.Signed by Judge Richard J. Leon on 2/7/2008. (lcrjl1) (Entered: 02/07/2008) |
| 02/12/2008 | 599 | Unopposed MOTION To Enter Order of Voluntary Dismissal Without Prejudice of Franklin Managed Trus al. v. Fannie Mae, et. al. (Amended) by FRANKLIN INVESTORS SECURITIES TRUST, FRANKLIN VA INVESTORS TRUST, FRANKLIN STRATEGIC SERIES, FRANKLIN CAPITAL GROWTH FUND, FRANKLIN TEMPLETON INVESTMENT FUNDS, FRANKLIN VARIABLE INSURANCE PRODUCT TRUST, FRANKLIN CUSTODIAN FUNDS, INC., FRANKLIN TEMPLETON INTERNATIONAL TRU TEMPLETON MPF INVESTMENT FUNDS, FRANKLIN FLEX CAP GROWTH CORPORATE CLASS FRANKLIN TEMPLETON FUNDS, FRANKLIN TEMPLETON GLOBAL FUND, BISSETT INSTITUTIONAL BALANCED TRUST, FRANKLIN TEMPLETON U.S. RISING DIVIDENDS FUND, FRANKLIN WORLD GROWTH CORPORATE CLASS, FRANKLIN GLOBAL TRUST, FRANKLIN M U.S. EQUITY FUND, LYXOR/TEMPLETON GLOBAL LONG SHORT FUND LIMITED, TEMPLETO GLOBAL LONG−SHORT FUND PLC, TEMPLETON GLOBAL LONG−SHORT LTD., UNIVERSITY ( HONG KONG GENERAL ENDOWMENT FUND, UNIVERSITY OF HONG KONG STAFF PROVIDE FUND, FRANKLIN MANAGED TRUST, INSTITUTIONAL FIDUCIARY TRUST (Attachments: #_1 Te Proposed Order, #_2 Certificate of Service)Associated Cases: 1:04−cv−01639−RJL, 1:06−cv−00139−RJL(( Stuart) (Entered: 02/12/2008) |
| 02/12/2008 | 600 | Amended Stipulation and ORDER of voluntary dismissal without prejudice of Franklin Managed Trust, et a Fannie Mae, et al (CV06−139), approved and Signed by Judge Richard J. Leon on 2/12/08. Associated Cas 1:04−cv−01639−RJL, 1:06−cv−00082−RJL, 1:06−cv−00139−RJL(whb) (Entered: 02/12/2008) |
| 02/12/2008 | | Minute Entry for proceedings held before Judge Richard J. Leon: Motion Hearing held on 2/12/2008 re 550 MOTION for Reconsideration based on Tellabs filed by KPMG LLP−TAKEN UNDER ADVISMENT. (C Reporter Patty Gels.) (whb) (Entered: 02/13/2008) |
| 02/15/2008 | 601 | Consent MOTION for Extension of Time to File Response/Reply as to 585 MOTION to Compel Production Documents by Fannie Mae by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: #_1 ) Proposed Order)(Walsh, Michael) (Entered: 02/15/2008) |

| 02/15/2008 | 602 | | Unopposed MOTION for Leave to File *Amended Cross−Claims* by KPMG LLP (Tulumello, Andrew) (Ent 02/15/2008) |
| 02/15/2008 | 603 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jonathan C. Dickey, :Firm− Gibson, Dunn &Crutcher LLP, :Address− 200 Park Avenue, New York, NY 10166. Phone No. − 212−351−2399. Fax No 212−351−6399 by KPMG LLP (Attachments: # 1 Declaration Declaration of Jonathan C. Dickey, # 2 Text Proposed Order Proposed Order)(Tulumello, Andrew) (Entered: 02/15/2008) |
| 02/15/2008 | 604 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− M. Byron Wilder, :Firm− Gibson, Dunn &Crutcher LLP, :Address− 2100 McKinney Avenue, Suite 1100, Dallas, TX 75201. Phone No. − 214−698 Fax No. − 214−571−2913 by KPMG LLP (Attachments: # 1 Declaration Declaration of M. Byron Wilder, Text of Proposed Order Proposed Order)(Tulumello, Andrew) (Entered: 02/15/2008) |
| 02/19/2008 | 605 | | Consent MOTION to Set Briefing Schedule on KPMG's Motion to Compel by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 02/19/2008) |
| 02/20/2008 | 606 | | Memorandum in opposition to re 592 MOTION to Compel *Production of Documents from Fannie Mae*, 58 MOTION to Compel *Production of Documents by Fannie Mae* filed by FEDERAL NATIONAL MORTGA ASSOCIATION. (Attachments: # 1 Notice of Filing Under Seal, # 2 Exhibit B, # 3 Text of Proposed Order)(Walsh, Michael) (Entered: 02/20/2008) |
| 02/25/2008 | | | MINUTE ORDER granting 605 Consent Motion To Set Briefing Schedule on KPMG's Motion to Compel. hereby ORDERED that the motion is GRANTED and that Fannie Mae shall file an omnibus opposition to Plaintiffs' Motion to Compel Production of Documents by Fannie Mae and KPMG LLP's Motion to Compe Production of Documents from Fannie Mae on 2/20/2008 and KPMG shall file its reply on 2/29/2008. Sign Judge Richard J. Leon on 2/25/2008. (lcrjl1) (Entered: 02/25/2008) |
| 02/25/2008 | | | MINUTE ORDER granting 601 Consent Motion To Extend Time To Respond to Lead Plaintiffs' Motion to Compel. It is hereby ORDERED that the motion is GRANTED and that Fannie Mae's opposition is due on 2/20/2008 and Lead Plaintiffs' reply is due on 2/29/2008. Replies due by 2/29/2008. Responses due by 2/20/2008.Signed by Judge Richard J. Leon on 2/25/2008. (lcrjl1) (Entered: 02/25/2008) |
| 02/25/2008 | | | MINUTE ORDER granting 604 Motion for Admission Pro Hac Vice of M. Byron Wilder. It is hereby ORDERED that the motion is GRANTED and that M. Byron Wilder be, and hereby is, admitted pro hac vi this case. Signed by Judge Richard J. Leon on 2/25/2008. (lcrjl1) (Entered: 02/25/2008) |
| 02/25/2008 | | | MINUTE ORDER granting 603 Motion for Admission Pro Hac Vice of Jonathan C. Dickey. It is hereby ORDERED that the motion is GRANTED and that Jonathan C. Dickey be, and hereby is, admitted pro hac this case. Signed by Judge Richard J. Leon on 2/25/2008. (lcrjl1) (Entered: 02/25/2008) |
| 02/25/2008 | | | MINUTE ORDER granting 602 KPMG LLP's Unopposed Motion for Leave To File Amended Cross−Clai Against Fannie Mae. It is hereby ORDERED that the motion is GRANTED and that the amended cross−cla attached as Exhibit A to KPMG's motion are deemed filed. Signed by Judge Richard J. Leon on 2/25/2008. (Entered: 02/25/2008) |
| 02/25/2008 | 622 | | Amended CROSSCLAIM against FANNIE MAE SECURITIES LITIGATION filed by KPMG LLP.(td, ) Modified on 3/18/2008 (td, ). (Entered: 03/18/2008) |
| 02/26/2008 | 607 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Samuel B. Davidoff, :Firm− Williams &Co LLP, :Address− 725 Twelfth Street, NW, Washington, DC 20005. Phone No. − 202−434−5000. Fax No. − 202−434−5029 by FRANKLIN RAINES (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Romai Alex) (Entered: 02/26/2008) |
| 02/27/2008 | | | Notice of Rescheduled Hearings: Status Conference set for 3/3/08 is Rescheduled to 3/5/2008 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (whb) (Entered: 02/27/2008) |

| 02/28/2008 | 608 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jeffrey Lerner, :Firm− Bernstein Liebhard &Lifshitz, LLP, :Address− 10 East 40th Street, 22nd Floor, New York, New York 10016. Phone No. − 212−779−1414. Fax No. − 212−779−3218 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 Certification, # 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Sommers, Daniel) (Entered: 02/28/2008) |
| 02/28/2008 | 609 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Tania T. Taveras, :Firm− Bernstein Liebhard &Lifshitz, LLP, :Address− 10 East 40th Street, 22nd Floor, New York, NY 10016. Phone No. − 212−779− Fax No. − 212−779−3219 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 Certification, # 2 Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Sommers, Daniel) (Entered: 02/28/2008) |
| 02/28/2008 | 610 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Francis P. Karam, :Firm− Bernstein Liebha &Lifshitz, LLP, :Address− 10 East 40th Street, New York, NY 10016. Phone No. − 212−779−1414. Fax N 212−779−3219 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 Certificatio Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Sommers, Daniel) (Entered: 02/28/2008) |
| 02/28/2008 | 611 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− A. Allen Hobbs, :Firm− Bernstein Liebhard &Lifshitz, LLP, :Address− 10 East 40th Street, New York, NY 10016. Phone No. − 212−779−1414. Fax N 212−779−3218 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 Certificatio Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Sommers, Daniel) (Entered: 02/28/2008) |
| 02/28/2008 | 612 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Emily Kern, :Firm− Bernstein Liebhard &L LLP, :Address− 10 East 40th Street, New York, NY 10016. Phone No. − 212−779−1414. Fax No. − 212−779−3219 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM (Attachments: # 1 Certificatio Text of Proposed Order)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Sommers, Daniel) (Entered: 02/28/2008) |
| 02/29/2008 | 613 | | REPLY to opposition to motion re 592 MOTION to Compel *Production of Documents from Fannie Mae ( under Seal* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Notice of Under Seal)(Sommers, Daniel) (Entered: 02/29/2008) |
| 02/29/2008 | 614 | | MOTION to Stay *the Malpractice Case and/or Separate the Malpractice Case* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 E 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Cummins, James) (Entered: 02/29/2008) |
| 02/29/2008 | 615 | | REPLY to opposition to motion re (112 in 1:05−cv−01198−RJL) MOTION to Compel *Production of Docu from Fannie Mae* filed by KPMG LLP. (Attachments: # 1 Supplement Notice of Filing Under Seal, # 2 Exh Exhibit V, # 3 Exhibit Exhibit W, # 4 Exhibit Exhibit X (Filed Under Seal), # 5 Exhibit Exhibit Y, # 6 Exhib Exhibit Z)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(McIntyre, Charles) (Entered: 02/29/2008) |
| 02/29/2008 | 616 | | TRANSCRIPT of Motion Hearing held on February 12, 2008 before Judge Richard J. Leon. Court Reporte Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4: Monday through Friday. (jf, ) (Entered: 03/03/2008) |
| 03/03/2008 | | | MINUTE ORDER granting 612 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED and that Emily Kern be admitted pro hac vice in this action. Signed by Judge Richard J. Leon on 3/3/3008. (lcrjl1) (Entered: 03/03/2008) |
| 03/03/2008 | | | MINUTE ORDER granting 611 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED and that A. Allen Hobbs be admitted pro hac vice. Signed by Judge Richard J. Leon on 3/3/200 (lcrjl1) (Entered: 03/03/2008) |

| 03/03/2008 | | | MINUTE ORDER granting 610 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED and that Francis P. Karam be admitted pro hac vice. Signed by Judge Richard J. Leon on 3/3/2( (lcrjl1) (Entered: 03/03/2008) |
|---|---|---|---|
| 03/03/2008 | | | MINUTE ORDER granting 609 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED and that Tania T. Taveras be admitted pro hac vice. Signed by Judge Richard J. Leon on 3/3/2( (lcrjl1) (Entered: 03/03/2008) |
| 03/03/2008 | | | MINUTE ORDER granting 608 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED and that Jeffrey Lerner be admitted pro hac vice. Signed by Judge Richard J. Leon on 3/3/2008 (lcrjl1) (Entered: 03/03/2008) |
| 03/04/2008 | 617 | | NOTICE *of Production of Privilege Logs* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSI( (Attachments: #1 Exhibit A, #2 Exhibit B)Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Adebonojo, Kenneth) (Entered: 03/04/2008) |
| 03/05/2008 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 3/5/2008, ( M( Hearing set for 3/28/2008 02:30 PM in Courtroom 18 before Judge Richard J. Leon., Status Conference set 4/18/2008 10:30 AM in Courtroom 18 before Judge Richard J. Leon.). (Court Reporter Patty Gels.) (whb) (Entered: 03/06/2008) |
| 03/10/2008 | | | Set/Reset Hearings: Status Conference re: OFHEO discovery set for 3/10/2008 03:30 PM in Chambers bef( Judge Richard J. Leon. (lcrjl1) (Entered: 03/10/2008) |
| 03/10/2008 | | | Set/Reset Hearings: Status Conference re: OFHEO discovery set for 3/18/2008 03:00 PM in Chambers bef( Judge Richard J. Leon. (lcrjl1) (Entered: 03/10/2008) |
| 03/11/2008 | | | Set/Reset Hearings: Motion Hearing set for 3/28/2008 2:30 PM is RESCHEDULED TO 3/28/2008 10:30 A Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 03/11/2008) |
| 03/11/2008 | 618 | | Consent MOTION for Extension of Time to *file answer or other response to Fannie Mae's Amended Comp* by KPMG LLP (Tulumello, Andrew) (Entered: 03/11/2008) |
| 03/14/2008 | | | Set/Reset Hearings: Status Conference set for 4/18/2008 10:30 AM is rescheduled to 4/25/2008 02:30 PM i Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 03/14/2008) |
| 03/14/2008 | 619 | | Memorandum in opposition to re 614 MOTION to Stay *the Malpractice Case and/or Separate the Malprac* *Case* filed by KPMG LLP. (Tulumello, Andrew) (Entered: 03/14/2008) |
| 03/14/2008 | 620 | | Memorandum in opposition to re 614 MOTION to Stay *the Malpractice Case and/or Separate the Malprac* *Case* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: #1 Text of Propose( Order)(Walsh, Michael) (Entered: 03/14/2008) |
| 03/17/2008 | | | MINUTE ORDER granting 618 Consent Motion for Extension of Time to file answer or other response to I Mae's Amended Complaint. It is hereby ORDERED that the motion is GRANTED; and it is further ORDE that KPMG LLP shall file its answer or otherwise respond to Fannie Mae's amended complaint on or before 4/10/2008. Signed by Judge Richard J. Leon on 3/17/2008. (lcrjl1) (Entered: 03/17/2008) |
| 03/17/2008 | 621 | | NOTICE of Appearance by Lauren R. Randell on behalf of LEANNE G. SPENCER (Randell, Lauren) (En 03/17/2008) |
| 03/18/2008 | 623 | | ANSWER to Complaint by FEDERAL NATIONAL MORTGAGE ASSOCIATION. Related document: 6: Crossclaim filed by KPMG LLP.(Epstein, Jerome) (Entered: 03/18/2008) |
| 03/18/2008 | | | Set/Reset Hearings: Status Conference re: OFHEO discovery set for 3/27/2008 11:30 AM in Chambers bef( Judge Richard J. Leon. (lcrjl1) (Entered: 03/18/2008) |

| | | |
|---|---|---|
| 03/19/2008 | <u>624</u> | REPLY to opposition to motion re <u>614</u> MOTION to Stay *the Malpractice Case and/or Separate the Malpra... Case* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREME... SYSTEM OF OHIO. (Attachments: #<u>1</u> Exhibit A, #<u>2</u> Exhibit B, #<u>3</u> Exhibit C, #<u>4</u> Exhibit D, #<u>5</u> Exhibit Exhibit F, #<u>7</u> Exhibit G, #<u>8</u> Exhibit H)(Cummins, James) (Entered: 03/19/2008) |
| 03/26/2008 | <u>625</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to JAMIE S. GORELICK. Attorney Nicholas Aidan terminated. Associated Cases: 1:04−cv−01639−RJL, 1:05−cv−01198−RJL(Brady, Nicholas) (Entered: 03/26/2008) |
| 03/28/2008 | | Minute Entry for proceedings held before Judge Richard J. Leon: Motion Hearing held on 3/28/2008 re <u>585</u> MOTION to Compel *Production of Documents by Fannie Mae* filed by STATE TEACHERS RETIREMEN... SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, <u>592</u> MOTION to Compel *Production of Documents from Fannie Mae* filed by KPMG, <u>614</u> MOTION to Stay *the Malpractice Case a Separate the Malpractice Case* filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM−−All motions TAKEN UNDER ADVISEMENT., ( In Chambers Conference set for 4/25/2008 01:30 PM in Chambers before Judge Richard J. Leon.). (Court Rep... Patty Gels.) (whb) (Entered: 03/31/2008) |
| 03/28/2008 | 626 | TRANSCRIPT of Status Hearing held on March 05, 2008 before Judge Richard J. Leon. Court Reporter: P... Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m... Monday through Friday. (jf) (Entered: 03/31/2008) |
| 04/02/2008 | <u>627</u> | Unopposed MOTION for Leave to File *Supplemental Memorandum Regarding March 28, 2008 Hearing* by KPMG (Attachments: #<u>1</u> Exhibit Exhibit A, #<u>2</u> Exhibit Exhibit B, #<u>3</u> Exhibit Exhibit C, #<u>4</u> Exhibit Exhi... #<u>5</u> Exhibit Exhibit E, #<u>6</u> Exhibit Exhibit F, #<u>7</u> Text of Proposed Order Proposed Order)(McIntyre, Charle... (Entered: 04/02/2008) |
| 04/02/2008 | <u>628</u> | ERRATA *Exhibit A* by KPMG <u>627</u> Unopposed MOTION for Leave to File *Supplemental Memorandum Regarding March 28, 2008 Hearing* filed by KPMG. (Attachments: #<u>1</u> Exhibit Exhibit A)(McIntyre, Char... (Entered: 04/02/2008) |
| 04/09/2008 | | MINUTE ORDER granting <u>627</u> Unopposed Motion for Leave to File Supplemental Memorandum Regardi... March 28, 2008 Hearing. It is hereby ORDERED that KPMG's motion for leave to file supplemental memorandum is GRANTED. Signed by Judge Richard J. Leon on 4/9/2008. (lcrjl1) (Entered: 04/09/2008) |
| 04/09/2008 | <u>630</u> | SUPPLEMENTAL MEMORANDUM regarding March 28, 2008 Hearing filed by KPMG. (Attachments: #... Exhibit)(jf, ) (Entered: 04/18/2008) |
| 04/11/2008 | <u>629</u> | MOTION for Leave to File *Response to KPMG's Supplemental Memorandum Regarding March 28, 2008 Hearing* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: #<u>1</u> Text of Proposed O... <u>2</u> Response)(Walsh, Michael) (Entered: 04/11/2008) |
| 04/17/2008 | | MINUTE ORDER granting <u>629</u> Motion for Leave to File Response to KPMG's Supplemental Memorandu... Regarding March 28, 2008 Hearing. It is hereby ORDERED that Fannie Mae's motion for leave to file is GRANTED. Signed by Judge Richard J. Leon on 4/17/2008. (lcrjl1) (Entered: 04/17/2008) |
| 04/17/2008 | <u>631</u> | RESPONSE to <u>630</u> SUPPLEMENTAL MEMORANDUM regarding March 28, 2008 Hearing filed by FEI... NATIONAL MORTGAGE ASSOCIATION. (jf, ) (Entered: 04/18/2008) |
| 04/21/2008 | <u>632</u> | NOTICE of Appearance by Craig A. Cowie on behalf of FANNIE MAE SECURITIES LITIGATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION (Cowie, Craig) (Entered: 04/21/2008) |
| 04/21/2008 | 634 | TRANSCRIPT of Proceedings held on March 28, 2008 before Judge Richard J. Leon. Court Reporter: Patty Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:... Monday through Friday. (td, ) (Entered: 04/22/2008) |

| 04/22/2008 | 633 | | MOTION for Leave to File *Amicus Curiae Brief* by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachments: # 1 OFHEO's Amicus Brief)(Truong, John) (Entered: 04/22/2008) |
| 04/24/2008 | 635 | | Unopposed MOTION approval of form and manner of notice of class certification by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit 1 − Notice to Class, # 2 Exhibit 2 − Summary Notice, # 3 Text of Proposed Order Exhibit 3)(Cummins, James) (Entered: 04/24/2008) |
| 04/24/2008 | | | MINUTE ORDER granting 633 Motion for Leave to File Amicus Curiae Brief. It is hereby ORDERED tha OFHEO's motion for leave to file an amicus curiae brief is GRANTED. Signed by Judge Richard J. Leon o 4/24/2008. (lcrjl1) (Entered: 04/24/2008) |
| 04/24/2008 | 636 | | AMICUS BRIEF by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (jf, ) (Entered: 04/25/2008) |
| 04/25/2008 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 4/25/2008, (St Conference set for 5/28/2008. 03:30 PM in Courtroom 18 before Judge Richard J. Leon., In Chambers Con set for 5/28/2008 04:30 PM in Chambers before Judge Richard J. Leon.). (Court Reporter Patty Gels.) (whb (Entered: 04/25/2008) |
| 04/28/2008 | 637 | | NOTICE OF SUBSTITUTION OF COUNSEL by Lasagne A. Wilhite on behalf of LESLIE RAHL Substit for attorney Rhonda D. Orin (Wilhite, Lasagne) (Entered: 04/28/2008) |
| 04/29/2008 | | | MINUTE ORDER granting 607 Motion for Leave to Appear Pro Hac Vice by Samuel Bryant Davidoff. Sig by Judge Richard J. Leon on 4/29/2008. (lcrjl1) (Entered: 04/29/2008) |
| 05/01/2008 | 638 | | Consent MOTION for Entry of Stipulated Case Management Order No. 5 by OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 T Proposed Order)(Cummins, James) (Entered: 05/01/2008) |
| 05/02/2008 | 639 | | REPLY *to OFHEO's Amicus Brief* filed by KPMG LLP. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit E B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E)(McIntyre, Charles) (Entered: 05/02/ |
| 05/07/2008 | 640 | | STIPULATED CASE MANAGEMENT ORDER NO. 5. Signed by Judge Richard J. Leon on 5/2/08. (mpt (Entered: 05/08/2008) |
| 05/13/2008 | 641 | | TRANSCRIPT of Status Hearing held on April 25, 2008 before Judge Richard J. Leon. Court Reporter: Pat Artrip Gels. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:x Monday through Friday. (jf, ) (Entered: 05/14/2008) |
| 05/14/2008 | | | MINUTE ORDER denying 585 Lead Plaintiffs' Motion to Compel Production of Documents by Fannie Ma denying 592 KPMG LLP's Motion to Compel Production of Documents from Fannie Mae. The Court finds Fannie Mae's involuntary production of documents to OFHEO did not constitute a waiver of the privileges Mae has asserted over those documents. Signed by Judge Richard J. Leon on 5/14/2008. (lcrjl1) (Entered: 05/14/2008) |
| 05/23/2008 | 642 | | NOTICE of Change of Address by Craig A. Cowie (Cowie, Craig) (Entered: 05/23/2008) |
| 05/23/2008 | 643 | | NOTICE of Change of Address by David W. DeBruin (DeBruin, David) (Entered: 05/23/2008) |
| 05/23/2008 | 644 | | NOTICE of Change of Address by Ian Heath Gershengorn (Gershengorn, Ian) (Entered: 05/23/2008) |
| 05/23/2008 | 645 | | NOTICE of Change of Address by Jerome Louis Epstein (Epstein, Jerome) (Entered: 05/23/2008) |
| 05/27/2008 | 646 | | Consent MOTION Postpone May 28, 2008 Status Conference by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 05/27/2008) |
| 05/28/2008 | | | |

| | | |
|---|---|---|
| | | MINUTE ORDER denying 646 Consent Motion to Postpone May 28, 2008 Status Conference. Signed by J. Richard J. Leon on 5/28/2008. (lcrjl1) (Entered: 05/28/2008) |
| 05/28/2008 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 5/28/2008, Fur Status Conference set for 7/10/2008 02:30 PM in Courtroom 18 before Judge Richard J. Leon.). (Court Rep Patty Gels.) (mpt, ) (Entered: 05/29/2008) |
| 05/29/2008 | 647 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jane M. Ricci, :Firm− Zuckerman Spaeder :Address− 1800 M Street NW. Phone No. − 202−778−1800. Fax No. − 202−822−8106 by J.TIMOTHY HOWARD (Attachments: # 1 Declaration Declaration of Jane M. Ricci, # 2 Text of Proposed Order)(Reid, Caroline) (Entered: 05/29/2008) |
| 05/30/2008 | 648 | Consent MOTION to Enter Amended Order Establishing Expert Discovery and Deposition Protocol by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh Michael) (Entered: 05/30/2008) |
| 06/03/2008 | 649 | AMENDED ORDER ESTABLISHING EXPERT DISCOVERY AND DEPOSITION PROTOCOL. Signe Judge Richard J. Leon on 6/2/08. (lin, ) (Entered: 06/03/2008) |
| 06/20/2008 | 650 | NOTICE of Appearance by Edward Hallett Maginnis on behalf of KPMG LLP (Maginnis, Edward) (Entere 06/20/2008) |
| 06/23/2008 | 651 | MOTION to Enforce *Deposition Subpoena on Deborah House and For Permission to Attend June 26 In−Chambers Conference with OFHEO and the Individual Defendants* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 E 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Cummins, James) (Entered: 06/23/2008) |
| 06/23/2008 | | Set/Reset Hearings: Status Conference re: OFHEO discovery set for 6/26/2008 is RESCHEDULED to 7/2/ 03:30 PM in Chambers before Judge Richard J. Leon. (lcrjl1) (Entered: 06/23/2008) |
| 06/23/2008 | 652 | RESPONSE re 651 MOTION to Enforce *Deposition Subpoena on Deborah House and For Permission to June 26 In−Chambers Conference with OFHEO and the Individual Defendants* filed by FEDERAL NATIO MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 06/23/2008) |
| 06/24/2008 | 653 | NOTICE of Appearance by Jonathan K. Tycko on behalf of KPMG LLP (Tycko, Jonathan) (Entered: 06/24 |
| 06/25/2008 | 654 | Memorandum in opposition to re 651 MOTION to Enforce *Deposition Subpoena on Deborah House and F Permission to Attend June 26 In−Chambers Conference with OFHEO and the Individual Defendants* filed FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: # 1 Exhibit A, # Exhibit B, # 3 Text of Proposed Order)(Miller, Adam) (Entered: 06/25/2008) |
| 06/26/2008 | 655 | NOTICE *of Appearance of Bradley J. Lingo* by KPMG LLP (Herring, Justin) (Entered: 06/26/2008) |
| 06/27/2008 | 656 | ORDER granting 635 Motion for order directing dissemination of the notice of pendency of class action to class. ATTACHMENTS (EXHIBITS) (2) Signed by Judge Richard J. Leon on 6/24/08. (lin, ) (Entered: 06/27/2008) |
| 06/27/2008 | 657 | REPLY to opposition to motion re 651 MOTION to Enforce *Deposition Subpoena on Deborah House and Permission to Attend June 26 In−Chambers Conference with OFHEO and the Individual Defendants* filed OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO. (Attachments: # 1 Exhibit 1 − January 2008 Transcript, # 2 Exhibit 2 − May 2008 Transcript)(Cumm James) (Entered: 06/27/2008) |
| 07/01/2008 | | MINUTE ORDER granting in part and denying in part 651 Motion to Enforce Deposition Subpoena on De House and For Permission to Attend June 26 In−Chambers Conference with OFHEO and the Individual |

| | | |
|---|---|---|
| | | Defendants. It is hereby ORDERED that the deposition of Deborah House will go forward on July 14, 2008, subject to being reopened with the agreement of all parties or leave of Court for good cause shown. It is fur ORDERED that Lead Plaintiffs' request to attend the July 2 chambers status conference is DENIED. Signed Judge Richard J. Leon on 7/1/2008. (lcrjl1) (Entered: 07/01/2008) |
| 07/02/2008 | | Set/Reset Hearings: Status Conference set for 7/10/2008 2:30 PM is RESCHEDULED to 7/17/2008 11:00 Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 07/02/2008) |
| 07/10/2008 | 658 | Consent MOTION to Continue *Reschedule Status Hearing on 7/17/08* by KPMG (Tulumello, Andrew) (En 07/10/2008) |
| 07/11/2008 | | MINUTE ORDER denying 658 Motion to Continue Status Hearing on 7/17/08. Signed by Judge Richard J. on 7/11/2008. (lcrjl1) (Entered: 07/11/2008) |
| 07/14/2008 | 659 | Mail Returned as Undeliverable. Order granting Motion 635 . Mail sent to Richard Schiffrin. (kc) (Entered: 07/14/2008) |
| 07/14/2008 | 660 | Mail Returned as Undeliverable. Order Granting Motion 635 . Mail sent to Stuart Berman. (kc) (Entered: 07/14/2008) |
| 07/14/2008 | 661 | Mail Returned as Undeliverable. Order granting motion 635 . Mail sent to Darren Check. (kc) (Entered: 07/14/2008) |
| 07/16/2008 | 662 | STATUS REPORT *on Discovery−Related Issues* by KPMG LLP. (Osorio, Claudia) (Entered: 07/16/2008) |
| 07/17/2008 | | MINUTE ORDER denying 550 Motion for Reconsideration based on Tellabs by KPMG LLP. Signed by Ju Richard J. Leon on 7/17/2008. (lcrjl1) (Entered: 07/17/2008) |
| 07/17/2008 | 663 | NOTICE OF WITHDRAWAL OF APPEARANCE as to J.TIMOTHY HOWARD. Attorney Holly Ann Pa terminated. (Pal, Holly) (Entered: 07/17/2008) |
| 07/17/2008 | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 7/17/2008. Sta Conference set for 7/30/2008 at 3:30 PM in Judge Leon's Conference Room. Status Conference set for 9/4/ 3:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (kc) (Entered: 07/18/ |
| 07/18/2008 | 664 | ORDER granting Motion 586 Stipulation and Voluntary Dismissal. Signed by Judge Richard J. Leon on 2/ (Originally filed in 06cv82). (kc) (Entered: 07/18/2008) |
| 07/21/2008 | | Set/Reset Hearings: Status Conference re: OFHEO discovery set for 7/22/2008 04:00 PM in Courtroom 18 Judge Richard J. Leon. (lcrjl1) (Entered: 07/21/2008) |
| 07/21/2008 | 665 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRANKLIN RAINES. Attorney Daniel N. Marx terminated. (Marx, Daniel) (Entered: 07/21/2008) |
| 07/21/2008 | 666 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KPMG LLP. Attorney Henry Charles Whitaker terminated. (nmw, ) (Entered: 07/22/2008) |
| 08/14/2008 | 667 | MOTION for Extension of Time to File *Motions to Compel or Motions Regarding Privilege Logs* by FEDE NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 08/14/2008) |
| 09/03/2008 | | MINUTE ORDER granting nunc pro tunc 667 MOTION for Extension of Time to File Motions to Compel Motions Regarding Privilege Logs. It is hereby ORDERED that the motion is GRANTED. Fannie Mae and KPMG shall file any motions to compel concerning the scope of productions in response to their requests o objections to the requests issued by them by September 30, 2008. Fannie Mae and KPMG shall file motion respect to the privilege logs provided between and among Fannie Mae and KPMG in response to document requests issued by Fannie Mae or KPMG by September 15, 2008. Signed by Judge Richard J. Leon on |

| Date | No. | Description |
|---|---|---|
| | | 09/03/2008. (lcrjl1, ) (Entered: 09/03/2008) |
| 09/04/2008 | | Set/Reset Deadlines. Fannie Mae and KMPG Motions to compel concerning scope of production due by 9/30/2008. Fannie Mae and KMPG Motions with respect to Privilege logs due by 9/15/2008. (kc) (Entered: 09/04/2008) |
| 09/04/2008 | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 9/4/2008. Status Conference set for 10/21/2008 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Gels.) (kc) (Entered: 09/04/2008) |
| 09/04/2008 | 668 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− George H. Brown, :Firm− Gibson, Dunn &Crutcher LLP, :Address− 1881 Page Mill Road, Palo Alto, CA 94304. Phone No. − 650−849−5300. Fax − 650−849−5039 by KPMG LLP (Attachments: # 1 Declaration Declaration of George Brown)(Osorio, Claud (Entered: 09/04/2008) |
| 09/08/2008 | 669 | MOTION to Stay *All Proceedings Pursuant to 12 U.S.C. § 4617* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 09/08/2008) |
| 09/08/2008 | 670 | NOTICE OF SUPPLEMENTAL AUTHORITY by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Exhibit A)(Walsh, Michael) (Entered: 09/08/2008) |
| 09/08/2008 | | MINUTE ORDER granting 668 Motion for Admission Pro Hac Vice of George H. Brown. It is hereby ORDERED that the motion is GRANTED. Signed by Judge Richard J. Leon on 09/08/2008. (lcrjl1) (Entered 09/08/2008) |
| 09/08/2008 | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 9/8/2008. Status Conference set for 10/17/2008 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. Court grants Federal National Mortgage Association's Motion 669 to stay and stays case until 10/23/08. Status Conference set for 11/7/2008 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (kc) (Entered: 09/09/2008) |
| 09/16/2008 | 671 | NOTICE *of Filing − FHFA Request for Stay of all Proceedings Pursuant to 12 U.S.C. § 4617* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 FHFA Request for Stay)(Walsh, Michael) (Entered: 09/16/2008) |
| 09/19/2008 | 672 | Consent MOTION for Order *Granting Stay of All Proceedings Pursuant to 12 U.S.C. § 4617* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 09/19/2008) |
| 09/22/2008 | 673 | ORDER granting Motion 672 for Stay of All Proceedings Pursuant to 12 U.S.C. 4617. Signed by Judge Richard Leon on 9/22/08. (kc) (Entered: 09/22/2008) |
| 10/07/2008 | | Set/Reset Hearings. Status Conference originally set for 10/17/2008 is RESCHEDULED for 10/20/2008 at PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 10/07/2008) |
| 10/17/2008 | 676 | MOTION to Intervene by FEDERAL HOUSING FINANCE AGENCY (Attachments: # 1 Text of Propose Order, # 2 Motion for Additional Stay of All Proceedings, # 3 Pollard Declaration)(nmw, ) (Entered: 10/20 |
| 10/18/2008 | 674 | Memorandum in opposition to re 669 MOTION to Stay *All Proceedings Pursuant to 12 U.S.C. § 4617 Mot Additional Stay filed by Conservator* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, ST TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit 1 − Motion for Additional St Exhibit 2 − Pollard Declaration)(Corwin, Melanie) (Entered: 10/18/2008) |
| 10/20/2008 | 675 | NOTICE of Appearance by Jane M. Lyons on behalf of OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Lyons, Jane) (Entered: 10/20/2008) |
| 10/20/2008 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 10/20/2008. St... Conference set for 01/9/2009 at 02:00 PM in Courtroom 18 before Judge Richard J. Leon. Case stayed until 01/6/2009. Depositions to reconvene 01/21/2009. Court vacates Status Conference date of 11/7/2008. (Cou... Reporter Patty Gels.) (kc) (Entered: 10/20/2008) |
| 10/20/2008 | 677 | | NOTICE of Appearance by Jeremy S. Simon on behalf of OFFICE OF FEDERAL HOUSING ENTERPRI... OVERSIGHT (Simon, Jeremy) (Entered: 10/20/2008) |
| 11/05/2008 | | | MINUTE ORDER granting 676 MOTION to Intervene by FEDERAL HOUSING FINANCE AGENCY. It hereby ORDERED that the Federal Housing Finance Agency shall be permitted to intervene in this matter a... conservator for defendant Fannie Mae. Signed by Judge Richard J. Leon on 11/5/2008. (lcrjl1) (Entered: 11/05/2008) |
| 11/20/2008 | 678 | | NOTICE *of Firm Name Change* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Certificate of Service)(Toll, Steven) (Entered: 11/20/2008) |
| 11/25/2008 | 679 | | NOTICE *of Filing of Proof of Mailing and Publication of Court−Ordered Notice of Pendency of Class Act...* OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO (Attachments: # 1 Exhibit 1 − GCG Declaration, # 2 Exhibit 1A − Summary Notice, # 3 Exhibit 1B Notice Mailed, # 4 Exhibit 1C − Timely Exclusion Requests, # 5 Exhibit 1D − Untimely Exclusion Requests)(Corwin, Melanie) (Entered: 11/25/2008) |
| 12/05/2008 | 680 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to EXECUTIVE OFFICE OF THE PRESIDENT, O... OF MANAGEMENT AND BUDGET. Attorney Marcia N. Tiersky terminated. (Tiersky, Marcia) (Entered... 12/05/2008) |
| 12/23/2008 | 681 | | NOTICE of Change of Address by Aaron Futch (Futch, Aaron) (Entered: 12/23/2008) |
| 01/08/2009 | 682 | | NOTICE *Regarding OFHEO Appeal* by FRANKLIN RAINES (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Romain, Alex) (Entered: 01/08/2009) |
| 01/09/2009 | | | Set/Reset Deadlines/Hearings: Status Conference originally set for 1/9/2009 at 2:00PM is RESCHEDULE... 1/9/2009 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 01/09/2009) |
| 01/09/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 1/9/2009. Statu... Conference set for 1/23/2009 at 10:00 AM in Chambers for counsel as stated on the record before Judge Ri... J. Leon. (Court Reporter Patty Gels.) (kc) (Entered: 01/09/2009) |
| 01/13/2009 | 683 | | OBJECTIONS to Document Subpoena by GRAY COMPANY, LLC. (nmw, ) (Entered: 01/14/2009) |
| 01/13/2009 | 684 | | OBJECTIONS to Document Subpoena by MCSLARROW CONSULTING LLC. (nmw, ) (Entered: 01/14/... |
| 01/13/2009 | 685 | | OBJECTIONS to Document Subpoena by CLARK, LYTLE &GEDULDIG. (nmw, ) (Entered: 01/14/2009 |
| 01/13/2009 | 686 | | OBJECTIONS to Document Subpoena by JOHNSON, MADIGAN, PECK, BOLAND &STEWART, INC... ) (Entered: 01/14/2009) |
| 01/13/2009 | 687 | | OBJECTIONS to Document Subpoena by RICCHETTI, INC.. (nmw, ) (Entered: 01/14/2009) |
| 01/13/2009 | 688 | | OBJECTIONS to Document Subpoena by HAROLD FORD GROUP, LLC. (nmw, ) (Entered: 01/14/2009) |
| 01/16/2009 | 689 | | STATUS REPORT by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Adebonojo, Ke... (Entered: 01/16/2009) |
| 01/21/2009 | 690 | | MOTION for Order *Granting Access To OFHEO Documents Made Available To Other Defendants Under ... Court's Contempt Order* by KPMG LLP (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhi... 4 Exhibit 3)(Tulumello, Andrew) (Entered: 01/21/2009) |

| 01/22/2009 | 691 | | MOTION for Order *Granting Access To OFHEO Documents Made Available To Other Defendants Under Court's Contempt Order* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhib 4 Text of Proposed Order, # 5 Certificate of Service)(Sommers, Daniel) (Entered: 01/22/2009) |
| 01/23/2009 | 692 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to PAUL, WEISS, RIFKIND, WHARTON &GARF LLP. Attorney Aaron Futch terminated. (Futch, Aaron) (Entered: 01/23/2009) |
| 01/26/2009 | | | Set/Reset Hearings: Status Hearing regarding OFHEO Discovery set for 1/28/2009 04:00 PM in Courtroom before Judge Richard J. Leon. (lcrjl1) (Entered: 01/26/2009) |
| 01/28/2009 | | | Set/Reset Hearings: Status Hearing regarding OFHEO Discovery set for 1/28/2009 04:00 PM is CANCELE moot. (lcrjl1) (Entered: 01/28/2009) |
| 01/28/2009 | | | Set/Reset Hearings: In Chambers Discovery Conference set for 2/4/2009 04:00 PM before Judge Richard J. (lcrjl1) (Entered: 01/28/2009) |
| 02/02/2009 | 693 | | NOTICE *of Change of Firm Name and Office Address* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Block, Jeffrey) (Entered: 02/02/200 |
| 02/04/2009 | | | Set/Reset Hearings: In Chambers Conference regarding discovery dispute between OFHEO and individual defendants set for 2/17/2009 02:00 PM before Judge Richard J. Leon. (lcrjl1) (Entered: 02/04/2009) |
| 02/04/2009 | | | Set/Reset Hearings: Omnibus Status Conference set for 2/20/2009 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 02/04/2009) |
| 02/04/2009 | | | Set/Reset Deadlines: OFHEO shall file its response(s) to 690 691 Motions for Order Granting Access To O Documents Made Available To Other Defendants Under The Court's Contempt Order on or before 2/13/200 Replies, if any, are due on or before 2/17/2009. (lcrjl1) (Entered: 02/04/2009) |
| 02/13/2009 | 694 | | Memorandum in opposition to re 690 MOTION for Order *Granting Access To OFHEO Documents Made Available To Other Defendants Under The Court's Contempt Order*, 691 MOTION for Order *Granting Acc OFHEO Documents Made Available To Other Defendants Under The Court's Contempt Order* filed by OF OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Adebonojo, Kenneth) (Entered: 02/13/2009) |
| 02/17/2009 | 695 | | NOTICE of Appearance by Joseph J. Aronica on behalf of FEDERAL HOUSING FINANCE AGENCY, OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Aronica, Joseph) (Entered: 02/17/2009) |
| 02/17/2009 | 696 | | REPLY to opposition to motion re 691 MOTION for Order *Granting Access To OFHEO Documents Made Available To Other Defendants Under The Court's Contempt Order* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Certificate of Service)(Sommers, Daniel) (Entered: 02/17/2009) |
| 02/17/2009 | 697 | | REPLY to opposition to motion re 690 MOTION for Order *Granting Access To OFHEO Documents Made Available To Other Defendants Under The Court's Contempt Order* filed by KPMG LLP. (Tulumello, And (Entered: 02/17/2009) |
| 02/23/2009 | | | Set/Reset Hearings: Motions Hearing set for 2/27/2009 02:30 PM in Courtroom 18 before Judge Richard J. re: 690 691 MOTIONS for Order Granting Access To OFHEO Documents Made Available To Other Defe Under The Court's Contempt Order. (lcrjl1) (Entered: 02/23/2009) |
| 02/25/2009 | 698 | | Consent MOTION for Entry of Stipulated Joint Scheduling Order by FEDERAL NATIONAL MORTGAG ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 02/25/2009) |
| 02/26/2009 | 699 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Cory T. Way, :Firm− Zuckerman Spaeder I :Address− 1800 M Street, NW, Washington, DC 20036. Phone No. − (202) 778−1895. Fax No. − (202) 82 by FRANKLIN RAINES (Attachments: # 1 Declaration of Cory T. Way, # 2 Text of Proposed Order)(Ron |

| | | |
|---|---|---|
| | | Alex) (Entered: 02/26/2009) |
| 02/26/2009 | 700 | MOTION to Compel *Production of Documents From the Office of Federal Housing Enterprise Oversight* by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachments: # 1 Memorandum Support, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5 Exhibit 6)(Romain, Alex) (Entered: 02/26/2009) |
| 02/27/2009 | | Set/Reset Hearings: Motion Hearing set for 3/6/2009 03:30 PM in Courtroom 18 before Judge Richard J. L 700 MOTION to Compel Production of Documents From the Office of Federal Housing Enterprise Oversig FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (lcrjl1) (Entered: 02/27/2009) |
| 02/27/2009 | | Set/Reset Deadlines: OFHEO's Response to 700 MOTION to Compel Production of Documents From the O of Federal Housing Enterprise Oversight by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER due 3/4/2009. (lcrjl1) (Entered: 02/27/2009) |
| 02/27/2009 | | Minute Entry for proceedings held before Judge Richard J. Leon. Oral Argument held on 2/27/2009. (Court Reporter Patty Gels.) (kc) (Entered: 03/02/2009) |
| 03/03/2009 | 701 | STATUS REPORT *Concerning Resolution of Discovery Disputes* by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 03/03/2009) |
| 03/04/2009 | 702 | SCHEDULING ORDER: Motions to compel due by 3/13/2009. Oppositions due by 4/3/2009. Replies due 4/17/2009. The cutoff date for depositions of fact witness be deposed for the first time in the above − captio case is 10/2/2009. The cutoff date for fact witness being deposed for additional testimony in the above−cap actions is 11/6/2009. Signed by Judge Richard J. Leon on 3/3/09. (see order.)(kc, ) (Entered: 03/04/2009) |
| 03/04/2009 | 703 | NOTICE *of Joining the Individual Defendants' Motion to Compel the Production of Documents from the O Federal Housing Enterprise Oversight (Dkt. No. 700)* by KPMG LLP re 700 MOTION to Compel *Product Documents From the Office of Federal Housing Enterprise Oversight* (Tulumello, Andrew) (Entered: 03/04 |
| 03/04/2009 | 704 | Memorandum in opposition to re 700 MOTION to Compel *Production of Documents From the Office of Fe Housing Enterprise Oversight* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Affidavit James Jordan Decl)(Truong, John) (Entered: 03/04/2009) |
| 03/05/2009 | | Set/Reset Hearings: Motion Hearing set for 3/6/2009 03:30 PM is RESCHEDULED for 3/6/2009 03:00 PM Courtroom 18 before Judge Richard J. Leon. (lcrjl1) (Entered: 03/05/2009) |
| 03/05/2009 | 705 | MANDATE of USCA (certified copy) as to 583 Notice of Appeal filed by OFFICE OF FEDERAL HOUSI ENTERPRISE OVERSIGHT ; ORDERED and ADJUDGED that the judgment of the District Court appea from in this cause is hereby affirmed. (USCA No. 08−5014) (Attachments: # 1 Opinion)(mmh, ) (Entered: 03/09/2009) |
| 03/06/2009 | | MINUTE ORDER granting 699 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that Co Way shall be admitted pro hac vice in this matter. Signed by Judge Richard J. Leon on 3/6/2009. (lcrjl1) (E 03/06/2009) |
| 03/06/2009 | | Minute Entry for proceedings held before Judge Richard J. Leon. Motion Hearing held 3/6/2009. (Court Re Patty Gels.) (kc) (Entered: 03/09/2009) |
| 03/12/2009 | 706 | ORDER granting KPMG LLP's Motion 690 for Order Granting Access to OFHEO Documents made availa other Defendants, granting Lead Plaintiffs' Motion 691 for Order Granting Access to Documents and granti Fannie Mae's Oral request for Access identical to any access granted KPMG and Lead Plaintiffs'. Signed by Richard J. Leon on 3/11/09. (see order.) (kc) (Entered: 03/12/2009) |
| 03/13/2009 | | Set/Reset Deadlines: Individual Defendants', KPMG's, Lead Plaintiffs', and Fannie Mae's Motions to Comp any) due by 4/17/2009. OFHEO"S Response(s) due by 4/27/2009 (kc) (Entered: 03/13/2009) |

| 03/13/2009 | 707 | | MOTION to Compel *KPMG's Production of Documents Related to the Public Company Accounting Overs* *Board* by FANNIE MAE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhi # 6 Text of Proposed Order)(Epstein, Jerome) (Entered: 03/13/2009) |
| --- | --- | --- | --- |
| 03/13/2009 | 708 | | MOTION to Compel *Fannie Mae and Paul Weiss to Produce Materials from Paul Weiss's Special Investig of Fannie Mae* by KPMG LLP (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Tulumello, Andrew (Entered: 03/13/2009) |
| 03/17/2009 | 709 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Eun Young Choi, :Firm− Williams &Conno LLP, :Address− 725 Twelfth Street, NW, Washington DC 20005. Phone No. − 202−434−5708. Fax No. − 202−434−5029 by FRANKLIN RAINES (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(Romai Alex) (Entered: 03/17/2009) |
| 03/23/2009 | | | MINUTE ORDER granting 709 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that the motion is GRANTED. Eun Young Choi shall be admitted pro hac vice in this matter. Signed by Judge Rich Leon on 3/23/2009. (lcrjl1) (Entered: 03/23/2009) |
| 04/02/2009 | 710 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to LESLIE RAHL. Attorney Lasagne A. Wilhite terminated. (Wilhite, Lasagne) (Entered: 04/02/2009) |
| 04/03/2009 | 711 | | NOTICE of Appearance by Lawrence S. Sher on behalf of LESLIE RAHL (Sher, Lawrence) (Entered: 04/03/2009) |
| 04/03/2009 | 712 | | Memorandum in opposition to re 707 MOTION to Compel *KPMG's Production of Documents Related to t Public Company Accounting Oversight Board* filed by KPMG LLP. (Tulumello, Andrew) (Entered: 04/03/ |
| 04/03/2009 | 713 | | Memorandum in opposition to re 708 MOTION to Compel *Fannie Mae and Paul Weiss to Produce Materi from Paul Weiss's Special Investigation of Fannie Mae* filed by PAUL, WEISS, RIFKIND, WHARTON &GARRISON LLP. (Attachments: # 1 Declaration of Alex Young K. Oh, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order, # 7 Certificate of Service via CM/ECF, # 8 Certifica Service by Mail)(Oh, Alex) (Entered: 04/03/2009) |
| 04/03/2009 | 714 | | Memorandum in opposition to re 708 MOTION to Compel *Fannie Mae and Paul Weiss to Produce Materi from Paul Weiss's Special Investigation of Fannie Mae* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order, # 2 Notice of Filing Under Seal, # 3 Exhibit 7 Exhibit 9)(Walsh, Michael) (Entered: 04/03/2009) |
| 04/03/2009 | 715 | | MOTION for Leave to File Amicus Curiae Brief by CENTER FOR AUDIT QUALITY (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order)(nmw, ) (Entered: 04/06/2009) |
| 04/17/2009 | 716 | | REPLY to opposition to motion re 708 MOTION to Compel *Fannie Mae and Paul Weiss to Produce Mate from Paul Weiss's Special Investigation of Fannie Mae* filed by KPMG LLP. (Attachments: # 1 Exhibit Exh # 2 Exhibit Exhibit 4, # 3 Exhibit Exhibit 6, # 4 Notice of Filing Under Seal)(Tulumello, Andrew) (Entered 04/17/2009) |
| 04/17/2009 | 717 | | NOTICE *of Filing Under Seal Motion to Compel the Office of Federal Housing Enterprise Oversight to Pr Documents from the Court−Ordered Quick Peek Review* by KPMG LLP (Tulumello, Andrew) (Entered: 04/17/2009) |
| 04/17/2009 | 718 | | REPLY to opposition to motion re 707 MOTION to Compel *KPMG's Production of Documents Related to Public Company Accounting Oversight Board* filed by FEDERAL NATIONAL MORTGAGE ASSOCIAT (Epstein, Jerome) (Entered: 04/17/2009) |
| 04/17/2009 | 719 | | Memorandum in opposition to re 715 MOTION for Leave to File *Brief As Amicus Curiae* filed by FEDERA NATIONAL MORTGAGE ASSOCIATION. (Epstein, Jerome) (Entered: 04/17/2009) |
| 04/17/2009 | 720 | | |

| | | |
|---|---|---|
| | | Joint MOTION to Compel *the Federal Housing Finance Agency to Produce Documents After In Camera R* by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachments: #_1_ Memorand Support, #_2_ Text of Proposed Order, #_3_ Exhibit 1, #_4_ Exhibit 2, #_5_ Exhibit 3, #_6_ Exhibit 4, #_7_ Exhibit 5 Exhibit 6)(Romain, Alex) (Entered: 04/17/2009) |
| 04/17/2009 | 721 | Joint MOTION to Compel *the Federal Housing Finance Agency to Produce Documents Due to Waiver of Privilege* by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachments: #_1_ Memorandum in Support, #_2_ Text of Proposed Order, #_3_ Exhibit 1, #_4_ Exhibit 2, #_5_ Exhibit 3, #_6_ Exhibit _7_ Exhibit 5)(Romain, Alex) (Entered: 04/17/2009) |
| 04/17/2009 | 722 | MOTION to Compel the Office of Federal Housing Enterprise Oversight to Produce Documents from the Court−Ordered Quick Peek Review by KPMG LLP. (jf, ) (Entered: 04/20/2009) |
| 04/24/2009 | 723 | OBJECTIONS to Subpoena filed by MILLER, HAMILTON, SNIDER &ODOM. (nmw, ) (Entered: 04/27/ |
| 04/27/2009 | 724 | Memorandum in opposition to re_720_ Joint MOTION to Compel *the Federal Housing Finance Agency to P Documents After In Camera Review*,_722_ MOTION to Compel filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: #_1_ Exhibit Declaration of Alfred M. Pollard, #_2_ Exhibit B, #_ Exhibit C, #_4_ Exhibit D, #_5_ Exhibit E)(Aronica, Joseph) (Additional attachment(s) added on 4/29/2009: #_ of Proposed Order) (jf, ). (Entered: 04/27/2009) |
| 04/28/2009 | 725 | ENTERED IN ERROR.....Memorandum in opposition to re_720_ Joint MOTION to Compel *the Federal Ho Finance Agency to Produce Documents After In Camera Review*,_722_ MOTION to Compel *PROPOSED O* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Aronica, Joseph) Modified on 4/29/2009 (jf, ). (Entered: 04/28/2009) |
| 04/29/2009 | | NOTICE OF CORRECTED DOCKET ENTRY: Document no. re_725_ was entered in error and added to en _724_ . Counsel was instructed not to file Proposed Orders as a opposition.(jf, ) (Entered: 04/29/2009) |
| 05/01/2009 | 726 | Joint MOTION for Leave to File *Reply Memorandum in Further Support of the Individual Defendants' Mo Compel the Federal Housing Finance Agency to Produce Documents After In Camera Review* by FRANKI RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachments: #_1_ Text of Proposed Order, #_ Exhibit A)(Romain, Alex) (Entered: 05/01/2009) |
| 05/01/2009 | 727 | REPLY to opposition to motion re_715_ MOTION for Leave to File *BRIEF AS AMICUS CURIAE IN OPPOSITION TO FANNIE MAES MOTION TO COMPEL* filed by CENTER FOR AUDIT QUALITY. (H Robert) (Entered: 05/01/2009) |
| 05/01/2009 | 728 | Memorandum in opposition to re_721_ Joint MOTION to Compel *the Federal Housing Finance Agency to P Documents Due to Waiver of Privilege* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: #_1_ Exhibit)(Aronica, Joseph) (Entered: 05/01/2009) |
| 05/04/2009 | 729 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FANNIE MAE SECURITIES LITIGATION, FA MAE. Attorney Ian Heath Gershengorn terminated. (Epstein, Jerome) (Entered: 05/04/2009) |
| 05/04/2009 | 730 | MOTION for Leave to File *Reply in Support of Motion to Compel OFHEO to Produce Documents* by KPM LLP (Attachments: #_1_ Text of Proposed Order, #_2_ Exhibit A)(Tulumello, Andrew) (Entered: 05/04/2009) |
| 05/06/2009 | 731 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FANNIE MAE SECURITIES LITIGATION, FA MAE. Attorney Alex Lipman terminated. (Epstein, Jerome) (Entered: 05/06/2009) |
| 05/07/2009 | 732 | REPLY to opposition to motion re_721_ Joint MOTION to Compel *the Federal Housing Finance Agency to Produce Documents Due to Waiver of Privilege* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: #_1_ Exhibit A, #_2_ Exhibit B, #_3_ Exhibit C, #_4_ Exhibit D, #_5_ Exh #_6_ Exhibit F, #_7_ Exhibit G, #_8_ Exhibit H, #_9_ Exhibit I, #_10_ Exhibit J, #_11_ Exhibit K, #_12_ Exhibit L, #_ Exhibit M, #_14_ Exhibit N, #_15_ Exhibit O, #_16_ Exhibit P, #_17_ Exhibit Q)(Romain, Alex) (Entered: 05/07/ |

| 05/07/2009 | 733 | | NOTICE of Appearance by Larry Paul Ellsworth on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION (Ellsworth, Larry) (Entered: 05/07/2009) |
| 05/11/2009 | 734 | | Memorandum in opposition to re 730 MOTION for Leave to File *Reply in Support of Motion to Compel O to Produce Documents*, 726 Joint MOTION for Leave to File *Reply Memorandum in Further Support of the Individual Defendants' Motion to Compel the Federal Housing Finance Agency to Produce Documents Aft Camera Review* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Aronica, Josep (Entered: 05/11/2009) |
| 05/14/2009 | | | Set/Reset Hearings: Status Conference set for 5/27/2009 02:30 PM in Courtroom 18 before Judge Richard Leon. (lcrjl1) (Entered: 05/14/2009) |
| 05/14/2009 | | | Set/Reset Hearings: Motions Hearing set for 5/27/2009 03:00 PM in Courtroom 18 before Judge Richard J. re: 720 Joint MOTION to Compel the Federal Housing Finance Agency to Produce Documents After In Ca Review by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER; 721 Joint MOTION Compel the Federal Housing Finance Agency to Produce Documents Due to Waiver of Privilege by FRAN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER; and 722 MOTION to Compel the Office of F Housing Enterprise Oversight to Produce Documents from the Court−Ordered Quick Peek Review by KPM LLP. (lcrjl1) (Entered: 05/14/2009) |
| 05/15/2009 | 735 | | MOTION for Order re "Sneak Peek" of Exempt Documents by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachments: # 1 Text of Proposed Order for "Sneak Peek" of Exempt Documents)(Aronica, Joseph) (Entered: 05/15/2009) |
| 05/18/2009 | | | Set/Reset Briefing Deadlines: Response(s), if any, to OFHEO's 735 MOTION for Order re "Sneak Peek" o Exempt Documents due by 5/22/2009; OFHEO's reply, if any, due by 5/26/2009. (lcrjl1) (Entered: 05/18/20 |
| 05/18/2009 | 736 | | Memorandum in opposition to re 735 MOTION for Order *re "Sneak Peek" of Exempt Documents* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: # 1 Text of Prop Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Romain, Alex) (Entered: 05/18/2009) |
| 05/22/2009 | 737 | | REPLY to opposition to motion re 735 MOTION for Order *re "Sneak Peek" of Exempt Documents* filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: # 1 Exhibit A, # 2 Exhib B)(Aronica, Joseph) (Entered: 05/22/2009) |
| 05/27/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 5/27/2009. Sta Conference set for 6/25/2009 at 10:30 AM in Courtroom 18 before Judge Richard J. Leon. Motion Hearing 6/25/2009 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon., (Court Reporter Patty Gels.) (kc) (Entered: 05/29/2009) |
| 05/27/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Motion hearing held on 5/27/2009. (Cour Reporter Patty Gels.) (kc) (Entered: 05/29/2009) |
| 06/03/2009 | 738 | | Consent MOTION for Entry of Stipulated Order Setting Forth Procedures Regarding Appointment and Dut Special Master by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Prop Order)(Walsh, Michael) (Entered: 06/03/2009) |
| 06/08/2009 | 739 | | Joint MOTION for Order *Concerning Documents Withheld as "Exempt" Pursuant to the September 27, 200 Stipulated Order* by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER, OFFICE O FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachments: # 1 Text of Proposed Order)(Romain, (Entered: 06/08/2009) |
| 06/08/2009 | | | Set/Reset Hearings: In Chambers Conference with Fannie Mae and KPMG re: 738 Consent MOTION for E Stipulated Order Setting Forth Procedures Regarding Appointment and Duties of Special Master set for 6/1 10:30 AM in Chambers before Judge Richard J. Leon. (lcrjl1) (Entered: 06/08/2009) |

| 06/09/2009 | 740 | | ORDERED that the Individual Defendants' motion 721 to Compel FHFA to produce documents due to wai privilege is GRANTED; and it is further ORDERED that FHFA shall produce the 134 documents listed in 1 of the Individual Defendants' motion forthwith. SO ORDERED. Signed by Judge Richard J. Leon on 6/8/ (see order.) (kc) (Entered: 06/09/2009) |
| 06/09/2009 | 741 | | NOTICE *of Joinder in Joint Motion of Individual Defendants and OFHEO Concerning Documents Withhe "Exempt" Pursuant to Sept. 27, 2007 Stipulated Order* by FEDERAL HOUSING FINANCE AGENCY, OI OF FEDERAL HOUSING ENTERPRISE OVERSIGHT re 739 Joint MOTION for Order *Concerning Doc Withheld as "Exempt" Pursuant to the September 27, 2007 Stipulated Order* (Lyons, Jane) (Entered: 06/09/ |
| 06/11/2009 | 742 | | STIPULATED ORDER. Signed by Judge Richard J. Leon on 6/9/09. (kc) (Entered: 06/11/2009) |
| 06/11/2009 | 743 | | Joint MOTION for Order *Concerning Documents Withheld as "Exempt" Pursuant to the September 27, 200 Stipulated Order* by KPMG LLP, OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT (Attachments: # 1 Text of Proposed Order)(Aronica, Joseph) (Entered: 06/11/2009) |
| 06/16/2009 | 744 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Antony K. Haynes, :Firm− Williams &Con LLP, :Address− 725 12th Street NW, Washington, DC 20005. Phone No. − (202) 434−5000. Fax No. − (20 434−5029 by FRANKLIN RAINES (Terry, Joseph) (Entered: 06/16/2009) |
| 06/16/2009 | 745 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jefferey Dee Bailey, :Firm− Williams &Co LLP, :Address− 725 Twelfth Street, N.W., Washington DC 20005. Phone No. − (202) 434−5778. Fax No. − 434−5029 by FRANKLIN RAINES (Terry, Joseph) (Entered: 06/16/2009) |
| 06/17/2009 | 746 | | STIPULATED ORDER. Signed by Judge Richard J. Leon on 6/16/09. (kc) (Entered: 06/17/2009) |
| 06/19/2009 | 747 | | Consent MOTION Of Fannie Mae And KPMG To Defer Argument On Pending Privilege Motions by FAN MAE SECURITIES LITIGATION, KPMG LLP, FANNIE MAE (Epstein, Jerome) (Entered: 06/19/2009) |
| 06/22/2009 | 748 | | Memorandum in opposition to re 747 Consent MOTION Of Fannie Mae And KPMG To Defer Argument ( Pending Privilege Motions filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit A Transcript)(Corwin, Melar (Entered: 06/22/2009) |
| 06/22/2009 | 749 | | Consent MOTION for Entry of Stipulated Order Setting Forth Procedures Regarding Appointment and Dut Special Master by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Prop Order)(Walsh, Michael) (Entered: 06/22/2009) |
| 06/22/2009 | 750 | | REPLY to opposition to motion re 747 Consent MOTION Of Fannie Mae And KPMG To Defer Argument Pending Privilege Motions filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, KPMG LLP. (Walsh, Michael) (Entered: 06/22/2009) |
| 06/22/2009 | | | MINUTE ORDER granting 747 Consent MOTION of Fannie Mae and KPMG to Defer Argument on Pend Privilege Motions. It is hereby ORDERED that the motion is GRANTED and it is further ORDERED that t Motion Hearing set for 6/25/2009 at 11:00 AM is CONTINUED. Counsel should be prepared to discuss rescheduling at the status conference set for 6/25/2009 at 10:30 AM in Courtroom 18. Signed by Judge Ric Leon on 6/22/2009. (lcrjl1) (Entered: 06/22/2009) |
| 06/24/2009 | | | MINUTE ORDER granting 744 745 Motions for Leave to Appear Pro Hac Vice. It is hereby ORDERED th motions are GRANTED. Jefferey Dee Bailey and Antony K. Haynes shall be admitted pro hac vice in this Signed by Judge Richard J. Leon on 6/24/2009. (lcrjl1) (Entered: 06/24/2009) |
| 06/24/2009 | 751 | | Joint MOTION for Mediation by FEDERAL NATIONAL MORTGAGE ASSOCIATION, KPMG LLP (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Walsh, Michael) (Entered: 06/24 |
| 06/25/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 6/25/2009. Sta Conference set for 7/24/2009 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter |

| | | | |
|---|---|---|---|
| | | | Gels.) (kc) (Entered: 06/25/2009) |
| 06/25/2009 | 752 | | STIPULATED ORDER SETTING FORTH PROCEDURES REGARDING APPOINTMENT AND DUTI SPECIAL MASTER. Signed by Judge Richard J. Leon on 6/25/09. (kc) (Entered: 06/25/2009) |
| 06/26/2009 | 753 | | Consent MOTION for Entry of Stipulated Order by FEDERAL NATIONAL MORTGAGE ASSOCIATIO (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 06/26/2009) |
| 06/29/2009 | 754 | | NOTICE *of Filing Under Seal of Opposition to Motion for Mediation* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 751 Joint MOTIC Mediation (Sommers, Daniel) (Entered: 06/29/2009) |
| 06/29/2009 | 755 | | ENTERED IN ERROR.....MOTION for Leave to File *Under Seal Lead Plaintiffs' Opposition to Motion for Mediation* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREME SYSTEM OF OHIO (Attachments: # 1 Text of Proposed Order)(Sommers, Daniel) Modified on 6/30/2009 (Entered: 06/29/2009) |
| 06/29/2009 | 756 | | MOTION for Leave to File *Under Seal Lead Plaintiffs' Opposition to Motion for Mediation (CORRECTED VERSION)* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMI SYSTEM OF OHIO (Attachments: # 1 Text of Proposed Order)(Sommers, Daniel) (Entered: 06/29/2009) |
| 06/30/2009 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 755 MOTION for Leave to File *Under S Lead Plaintiffs' Opposition to Motion for Mediation* was entered in error and refiled by counsel with a corre version. (see entry 756 to view document)(jf, ) (Entered: 06/30/2009) |
| 06/30/2009 | | | MINUTE ORDER granting 756 MOTION for Leave to File Under Seal Lead Plaintiffs' Opposition to Moti Mediation. It is hereby ORDERED that the motion for leave to file under seal is GRANTED. Signed by Jud Richard J. Leon on 6/30/2009. (lcrjl1) (Entered: 06/30/2009) |
| 06/30/2009 | 760 | | Seal Lead Plaintiffs' Opposition to Motion for Mediation. re 751 Joint MOTION for Mediation filed by OH PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO.(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(zjf, ) (Entered: 07/10/2009) |
| 07/01/2009 | 757 | | STIPULATED ORDER. Signed by Judge Richard J. Leon on 6/30/09. (kc) (Entered: 07/01/2009) |
| 07/07/2009 | 758 | | NOTICE *of filing of Letter to Hon. Richard J. Leon on behalf of ERISA Plaintiffs In Response to the Joint I for Court Ordered Mediation filed in 04cv1639 and 06cv2111 on June 24, 2009* by FANNIE MAE SECUR LITIGATION (Rosen, Samuel) (Entered: 07/07/2009) |
| 07/07/2009 | | | MINUTE ORDER denying 751 Joint MOTION for Mediation by FEDERAL NATIONAL MORTGAGE ASSOCIATION, KPMG LLP. It is hereby ORDERED that the motion for a court order directing Fannie M KPMG, and Lead Plaintiffs to submit to mediation is DENIED. Signed by Judge Richard J. Leon on 7/7/20 (lcrjl1) (Entered: 07/07/2009) |
| 07/09/2009 | 759 | | NOTICE OF WITHDRAWAL OF MOTION by KPMG LLP *and Fannie Mae* (Tulumello, Andrew) (Enter 07/09/2009) |
| 07/16/2009 | 761 | | WITHDRAWN PURSUANT TO MINUTE ORDERED filed 8/17/09.....Joint MOTION to Compel *OFHE Produce Documents* by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER (Attachr # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 E 4, # 7 Exhibit 5)(Romain, Alex) Modified on 8/18/2009 (jf, ). (Entered: 07/16/2009) |
| 07/23/2009 | 762 | | Consent MOTION to Enter Proposed Stipulated Case Management Order No. 6 by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 07/23/2009) |

| | | |
|---|---|---|
| 07/24/2009 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 7/24/2009. Ne[...] Status Conference set for 9/29/2009 @ 11:00 a.m. in Courtroom 18 before Judge Richard J. Leon. (Court R[...] Patty Gels. (mm) (Entered: 07/24/2009) |
| 07/24/2009 | 763 | MOTION to Compel *OFHEO to Produce Documents Withheld as Exempt* by KPMG LLP (Attachments: #[...] Memorandum in Support, #2 Text of Proposed Order, #3 Exhibit, #4 Exhibit)(Tulumello, Andrew) (Enter[...] 07/24/2009) |
| 07/28/2009 | 764 | STIPULATED CASE MANAGEMENT ORDER NO. 6. Signed by Judge Richard J. Leon on 7/26/09. (kc) (Entered: 07/28/2009) |
| 07/31/2009 | 765 | Memorandum in opposition to re 763 MOTION to Compel *OFHEO to Produce Documents Withheld as Ex[...] filed by OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT. (Attachments: #1 Exhibit 1, #2[...] Exhibit 2)(Aronica, Joseph) (Entered: 07/31/2009) |
| 08/04/2009 | 766 | MOTION to Compel *30(b)(6) Testimony from the Securities and Exchange Commission* by FRANKLIN R[...] (Attachments: #1 Memorandum in Support, #2 Text of Proposed Order, #3 Exhibit 1, #4 Exhibit 2, #5 E[...] 3, #6 Exhibit 4, #7 Exhibit 5, #8 Exhibit 6, #9 Exhibit 7)(Romain, Alex) (Entered: 08/04/2009) |
| 08/05/2009 | | MINUTE ORDER denying 715 Motion for Leave to File Brief of Center for Audit Quality as Amicus Curi[...] Opposition to Fannie Mae's Motion to Compel KPMG's Production of Documents Related to the Public Co[...] Accounting Oversight Board. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richar[...] Leon on 8/5/2009. (lcrjl1) (Entered: 08/05/2009) |
| 08/05/2009 | 767 | REPLY to opposition to motion re 763 MOTION to Compel *OFHEO to Produce Documents Withheld as E[...] filed by KPMG LLP. (Attachments: #1 Exhibit)(Tulumello, Andrew) (Entered: 08/05/2009) |
| 08/12/2009 | 768 | Joint MOTION to Withdraw 761 Joint MOTION to Compel *OFHEO to Produce Documents* by FRANKLI[...] RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER (Romain, Alex) (Entered: 08/12/2009) |
| 08/17/2009 | | MINUTE ORDER granting 768 Individual Defendants' Motion to Withdraw Motion to Compel OFHEO to[...] Produce Documents. It is ORDERED that the motion to withdraw is GRANTED and that the motion to co[...] 761 is hereby WITHDRAWN. Signed by Judge Richard J. Leon on 8/17/2009. (lcrjl1) (Entered: 08/17/200[...] |
| 08/17/2009 | 769 | Memorandum in opposition to re 766 MOTION to Compel *30(b)(6) Testimony from the Securities and Exc[...] Commission* MOTION to Compel *30(b)(6) Testimony from the Securities and Exchange Commission* filed [...] SECURITIES AND EXCHANGE COMMISSION. (Attachments: #1 Text of Proposed Order, #2 Exhibit[...] Exhibit, #4 Exhibit, #5 Exhibit)(Cody, Kathleen) (Entered: 08/17/2009) |
| 08/24/2009 | 770 | REPLY to opposition to motion re 766 MOTION to Compel *30(b)(6) Testimony from the Securities and [...] *Exchange Commission* MOTION to Compel *30(b)(6) Testimony from the Securities and Exchange Commis[...] filed by FRANKLIN RAINES. (Attachments: #1 Exhibit Exhibit 1)(Romain, Alex) (Entered: 08/24/2009) |
| 08/25/2009 | 771 | NOTICE of Change of Address by Adam B. Miller (Miller, Adam) (Entered: 08/25/2009) |
| 08/27/2009 | 772 | MOTION to Compel *TESTIMONY FROM DONALD NICOLAISEN* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #1 Memorandum in Support, #2 Exhibit A, #3 Exhibit A−1, #4 Exhibit A−2, #5 Exhibit A−3, #6 Exhibit A[...] Exhibit A−5, #8 Exhibit A−6, #9 Exhibit A−7, #10 Exhibit A−8, #11 Exhibit B, #12 Text of Proposed Order)(Handley, Matthew) (Entered: 08/27/2009) |
| 08/31/2009 | 773 | MOTION to Quash *and for a Protective Order* by FEDERAL HOUSING FINANCE AGENCY (Attachme[...] 1 Exhibit)(Aronica, Joseph) (Entered: 08/31/2009) |
| 08/31/2009 | 774 | MOTION for Protective Order by FEDERAL HOUSING FINANCE AGENCY. (See Docket Entry 773 to[...] document) (jf, ) (Entered: 09/01/2009) |

| | | |
|---|---|---|
| 09/01/2009 | | NOTICE OF ERROR re 773 Motion to Quash; emailed to jjaronica@duanemorris.com, cc'd 117 associated attorneys –– The PDF file you docketed contained errors: 1. Two–part docket entry, 2. DO NO REFILE–Corrections have been done by the Clerk's Office (jf, ) (Entered: 09/01/2009) |
| 09/01/2009 | 775 | MOTION to Stay *or for extension of time* by SECURITIES AND EXCHANGE COMMISSION (Attachme 1 Exhibit, # 2 Exhibit, # 3 Text of Proposed Order, # 4 Text of Proposed Order)(Cody, Kathleen) (Entered: 09/01/2009) |
| 09/01/2009 | 778 | MOTION for Extension of Time by SECURITIES AND EXCHANGE COMMISSION. (See Docket Entry view document. Counsel is reminded to docket all parts of the motion in future). (nmw, ) (Entered: 09/02/2 |
| 09/02/2009 | 776 | MOTION for Joinder *in FHFA's 773 Motion to Quash Deposition Subpoena and For Protective Order* by C PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OI (Corwin, Melanie) Modified to add link on 9/3/2009 (jf, ). (Entered: 09/02/2009) |
| 09/02/2009 | 777 | Memorandum in opposition to re 775 MOTION to Stay *or for extension of time* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Handley, Matthew) (Entered: 09/02/2009) |
| 09/09/2009 | 779 | Memorandum in opposition to re 772 MOTION to Compel *TESTIMONY FROM DONALD NICOLAISEN* KPMG LLP. (Tulumello, Andrew) (Entered: 09/09/2009) |
| 09/14/2009 | 780 | Memorandum in opposition to re 773 MOTION to Quash *and for a Protective Order* filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Romain, Alex) (Entered: 09/14/2009) |
| 09/15/2009 | 781 | MOTION to Compel *the Production of Documents by the Federal Housing Finance Agency* by LEANNE G SPENCER (Attachments: # 1 Certificate of Service, # 2 Memorandum in Support, # 3 Exhibit A, # 4 Exhibit 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Text of Proposed Order)(Miller, Adam) (Entered 09/15/2009) |
| 09/16/2009 | 782 | REPLY to opposition to motion re 772 MOTION to Compel *TESTIMONY FROM DONALD NICOLAISEN* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYST OHIO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Exhibit G)(Handley, Matthew) (Entered: 09/16/2009) |
| 09/18/2009 | 783 | Memorandum in opposition to re 772 MOTION to Compel *TESTIMONY FROM DONALD NICOLAISEN* SECURITIES AND EXCHANGE COMMISSION. (Attachments: # 1 Exhibit)(Cody, Kathleen) (Entered: 09/18/2009) |
| 09/21/2009 | 784 | Third Party MOTION to Compel *Rust Consultion, Inc.* by KPMG LLP (Attachments: # 1 Exhibit, # 2 Text Proposed Order)(Tulumello, Andrew) (Entered: 09/21/2009) |
| 09/23/2009 | 785 | REPLY to opposition to motion re 772 MOTION to Compel *TESTIMONY FROM DONALD NICOLAISEN* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYST OHIO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Handley, Matthew) (Entered: 09/23/2009 |
| 09/24/2009 | 786 | REPLY to opposition to motion re 773 MOTION to Quash *and for a Protective Order*, 774 MOTION for Protective Order filed by FEDERAL HOUSING FINANCE AGENCY. (Aronica, Joseph) (Entered: 09/24/ |
| 09/29/2009 | 787 | MOTION to Compel *OFHEO Chief Accountant and Deposition Witness Wanda DeLeo to Answer Question Related to OFHEOs Public Statements on Expert Disagreement Over FAS 133 Accounting* by KPMG LLP (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Text of Proposed Order)(Tulumello, Andre (Entered: 09/29/2009) |
| 09/29/2009 | 788 | NOTICE *of Intent to Join in Leanne G. Spencer's Motion to Compel the Production of Documents from the Federal Housing Finance Agency* by KPMG LLP re 781 MOTION to Compel *the Production of Document |

| | | | |
|---|---|---|---|
| | | | *the Federal Housing Finance Agency* (Tulumello, Andrew) (Entered: 09/29/2009) |
| 09/29/2009 | <u>789</u> | | NOTICE *of Filing Document Under Seal* by KPMG LLP re <u>787</u> MOTION to Compel *OFHEO Chief Acco... and Deposition Witness Wanda DeLeo to Answer Questions Related to OFHEOs Public Statements on Exp... Disagreement Over FAS 133 Accounting* (Tulumello, Andrew) (Entered: 09/29/2009) |
| 09/29/2009 | <u>790</u> | | SEALED <u>789</u> NOTICE of Filing Document Under Seal as to <u>787</u> MOTION to Compel *OFHEO Chief Acc... and Deposition Witness Wanda DeLeo to Answer Questions Related to OFHEOs Public Statements on Exp... Disagreement Over FAS 133 Accounting* filed by KPMG LLP. (This document is SEALED and only availa... authorized persons.)(zjf, ) (Entered: 09/29/2009) |
| 09/29/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference held on 9/29/2009. Stat... Conference set for 10/30/2009 at 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporte... Gels.) (kc) (Entered: 09/30/2009) |
| 10/02/2009 | <u>791</u> | | SUPPLEMENTAL MEMORANDUM to <u>772</u> *lead plaintiffs motion to compel* filed by SECURITIES AND EXCHANGE COMMISSION. (Attachments: # <u>1</u> Exhibit)(Cody, Kathleen) Modified to add link on 10/5/2... (znmw, ). (Entered: 10/02/2009) |
| 10/02/2009 | <u>792</u> | | Memorandum in opposition to re <u>781</u> MOTION to Compel *the Production of Documents by the Federal H... Finance Agency* filed by FEDERAL HOUSING FINANCE AGENCY. (Aronica, Joseph) (Entered: 10/02/... |
| 10/05/2009 | <u>793</u> | | MOTION to reschedule ERISA October 8, 2009 Status Conference to October 13, 2009 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Cum... James) (Entered: 10/05/2009) |
| 10/05/2009 | <u>797</u> | | MOTION for Leave to File an Opposition to Motion to Compel by RUST CONSULTING, INC. (Attachm... <u>1</u> Memorandum in Opposition to Motion to Compel, # <u>2</u> Exhibits 12−16, # <u>3</u> Text of Proposed Order)(nmw... (Entered: 10/08/2009) |
| 10/06/2009 | <u>794</u> | | RESPONSE *Lead Plaintiffs' Response to Notice of ERISA Plaintiffs' Proposed ERISA Discovery Plan* by O... PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF O... (Attachments: # <u>1</u> Exhibit A)(Cummins, James) Modified event title on 10/7/2009 (znmw, ). (Entered: 10/06/2009) |
| 10/06/2009 | <u>795</u> | | Memorandum in opposition to re <u>793</u> MOTION to reschedule ERISA October 8, 2009 Status Conference t... October 13, 2009 filed by FRANKLIN RAINES, J.TIMOTHY HOWARD, LEANNE G. SPENCER. (Attachments: # <u>1</u> Text of Proposed Order)(Miller, Adam) (Entered: 10/06/2009) |
| 10/06/2009 | <u>796</u> | | Memorandum in opposition to re <u>793</u> MOTION to reschedule ERISA October 8, 2009 Status Conference t... October 13, 2009 filed by JOE PICKETT. (Attachments: # <u>1</u> Text of Proposed Order)(Hamilton, James) (E... 10/06/2009) |
| 10/07/2009 | | | MINUTE ORDER granting <u>793</u> Lead Plaintiffs' Motion to Reschedule ERISA October 8, 2009 Status Con... to October 13, 2009. It is hereby ORDERED that Lead Plaintiffs' motion to reschedule is GRANTED; and ... further ORDERED that an ERISA deposition scheduling conference shall be held with the Court on Octobe... 2009, at 10:30 a.m.; and it is further ORDERED that the attendees shall include two attorneys representing ... Plaintiffs in the securities action, two attorneys representing Fannie Mae, one attorney representing KPMG... attorney for each individual defendant in the ERISA action, one attorney representing the ERISA Plaintiffs... one attorney representing OFHEO/FHFA; and it is further ORDERED that any scheduled depositions of the... individual defendants shall be postponed pending the outcome of the scheduling conference. Signed by Jud... Richard J. Leon on 10/7/2009. (lcrjl1) (Entered: 10/07/2009) |
| 10/13/2009 | | | Set/Reset Deadlines/Hearings: Status Conference originally set for 10/30/2009 at 2:30 PM is RESCHEDUL... for 10/30/2009 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 10/13/2009) |

| 10/13/2009 | 798 | | REPLY to opposition to motion re 781 MOTION to Compel *the Production of Documents by the Federal Housing Finance Agency* filed by LEANNE G. SPENCER. (Attachments: # 1 Text of Proposed Order)(Mil... Adam) (Entered: 10/13/2009) |
| 10/14/2009 | 799 | | NOTICE *of Intent to Join in Leanne G. Spencer's Reply in Support of her Motion to Compel the Production Documents from the Federal Housing Finance Agency* by KPMG LLP re 798 Reply to opposition to Motion (Tulumello, Andrew) (Entered: 10/14/2009) |
| 10/16/2009 | 800 | | Memorandum in opposition to re 787 MOTION to Compel *OFHEO Chief Accountant and Deposition Witn Wanda DeLeo to Answer Questions Related to OFHEOs Public Statements on Expert Disagreement Over 133 Accounting* filed by FEDERAL HOUSING FINANCE AGENCY. (Attachments: # 1 Exhibit)(Aronica Joseph) (Entered: 10/16/2009) |
| 10/16/2009 | 801 | | REPLY to opposition to motion re 784 Third Party MOTION to Compel *Rust Consulting, Inc.* filed by KPN LLP. (Attachments: # 1 Exhibit 17)(Tulumello, Andrew) (Entered: 10/16/2009) |
| 10/20/2009 | | | MINUTE ORDER denying without prejudice 766 Defendant Franklin D. Raines's Motion to Compel 30(b) Testimony from the Securities and Exchange Commission. It is hereby ORDERED that Defendant's motion DENIED without prejudice. Signed by Judge Richard J. Leon on 10/19/2009. (lcrjl1) (Entered: 10/20/2009 |
| 10/20/2009 | | | MINUTE ORDER granting 772 Lead Plaintiffs' Motion to Compel Testimony from Donald Nicolaisen or, Alternatively, to Quash Any Future Deposition Discovery of OFHEO by Defendants. It is hereby ORDERE Lead Plaintiffs' motion to compel is GRANTED; and it is further ORDERED that Donald Nicolaisen shall pursuant to Lead Plaintiffs' June 24, 2008 subpoena. Signed by Judge Richard J. Leon on 10/19/2009. (lcrjl (Entered: 10/20/2009) |
| 10/20/2009 | | | MINUTE ORDER denying 773 FHFA's Motion to Quash the Deposition Subpoena of August 20, 2009, an Protective Order. It is hereby ORDERED that FHFA's motion is DENIED. Signed by Judge Richard J. Leo 10/19/2009. (lcrjl1) (Entered: 10/20/2009) |
| 10/20/2009 | | | MINUTE ORDER denying 775 Motion of Securities and Exchange Commission for Stay or, in the Alterna for an Extension of Time. It is hereby ORDERED that the SEC's motion is DENIED. Signed by Judge Rich Leon on 10/19/2009. (lcrjl1) (Entered: 10/20/2009) |
| 10/20/2009 | | | MINUTE ORDER denying 781 Leanne G. Spencer's Motion to Compel the Production of Documents by th Federal Housing Finance Agency. It is hereby ORDERED that the motion to compel is DENIED. Signed b Judge Richard J. Leon on 10/19/2009. (lcrjl1) (Entered: 10/20/2009) |
| 10/20/2009 | | | MINUTE ORDER granting 797 Rust Consulting, Inc.'s Motion for Leave to File an Opposition to Motion t Compel Production of Documents in Response to KPMG's Third−Party Subpoena. It is hereby ORDERED the motion is GRANTED. Signed by Judge Richard J. Leon on 10/19/2009. (lcrjl1) (Entered: 10/20/2009) |
| 10/20/2009 | | | MINUTE ORDER granting 784 KPMG LLP's Motion to Compel Rust Consulting, Inc., to Produce Docum Response to KPMG LLP's Third−Party Subpoena. It is hereby ORDERED that KPMG LLP's motion is GRANTED to the extent agreed upon by the parties in the proposed Stipulation Regarding Production of Documents in Response to Subpoena, which is set forth at Exhibit 15 to Rust Consulting's opposition to KF motion to compel. Signed by Judge Richard J. Leon on 10/20/2009. (lcrjl1) (Entered: 10/20/2009) |
| 10/20/2009 | 802 | | Memorandum in opposition to re 784 Third Party MOTION to Compel *Rust Consulting, Inc.* filed by RUS CONSULTING, INC.. (Attachments: # 1 Exhibits 12−16)(znmw, ) (Entered: 10/21/2009) |
| 10/30/2009 | 803 | | REPLY to opposition to motion re 787 MOTION to Compel *OFHEO Chief Accountant and Deposition Wi Wanda DeLeo to Answer Questions Related to OFHEOs Public Statements on Expert Disagreement Over 133 Accounting (Redacted for Public Filing)* filed by KPMG LLP. (Tulumello, Andrew) (Entered: 10/30/20 |
| 10/30/2009 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 10/30/2009. St |

|  |  | Conference set for 12/8/2009 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Gels.) (kc) (Entered: 11/02/2009) |
|---|---|---|
| 10/30/2009 | 804 | SEALED REPLY to opposition to motion re #787 MOTION to Compel OFHEO Chief Accountant and Deposition Witness Wanda DeLeo to Answer Questions Related to OFHEOs Public Statements on Expert Disagreement Over FAS 133 Accountingfiled by KPMG LLP. (This document is SEALED and only availa authorized persons.)(zjf) (Entered: 11/02/2009) |
| 11/09/2009 | 805 | ORDER APPOINTING SPECIAL MASTER. Signed by Judge Richard J. Leon on 11/6/09. (see order for details.)(kc) (Entered: 11/09/2009) |
| 11/12/2009 | 806 | MOTION to Compel *the Office of Federal Housing Enterprise Oversight to Produce Three Additional Doc from its Recent Supplement to the Quick−Peek Review (REDACTED)* by KPMG LLP (Attachments: #_1 Memorandum in Support, #_2 Text of Proposed Order, #_3 Exhibit A, #_4 Exhibit B, #_5 Exhibit C, #_6 Exh D)(Tulumello, Andrew) (Entered: 11/12/2009) |
| 11/12/2009 | 807 | SEALED MOTION to Compel the Office of Federal Housing Enterprise Oversight to Produce Three Addit Documents from its Recent Supplement to the Quick−Peek Review filed by KPMG LLP. (This document i SEALED and only available to authorized persons.)(zrdj) (Entered: 11/20/2009) |
| 11/25/2009 | 808 | Memorandum in opposition to re_806 MOTION to Compel *the Office of Federal Housing Enterprise Overs Produce Three Additional Documents from its Recent Supplement to the Quick−Peek Review (REDACTE MOTION to Compel the Office of Federal Housing Enterprise Oversight to Produce Three Additional Doc from its Recent Supplement to the Quick−Peek Review (REDACTED)* filed by FEDERAL HOUSING FIN AGENCY. (Attachments: #_1 Exhibit A)(Aronica, Joseph) (Entered: 11/25/2009) |
| 12/02/2009 | 809 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KPMG LLP. Attorney Edward Hallett Maginnis terminated. (Maginnis, Edward) (Entered: 12/02/2009) |
| 12/04/2009 | 810 | NOTICE *OF FILING UNDER SEAL OF LEAD PLAINTIFFS MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY INDIVIDUAL DEFENDANTS RAINES, HOWARD AND SPENCER* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Son Daniel) (Entered: 12/04/2009) |
| 12/04/2009 | 812 | SEALED MOTION TO COMPEL filed by LEAD PLAINTIFFS. (This document is SEALED and only ava to authorized persons.) (Attachments: #_1 Exhibit 1 − 11, #_2 Exhibit 12 − 18, #_3 Text of Proposed Order)( (Entered: 12/10/2009) |
| 12/07/2009 | 811 | ORDER granting KPMG LLP's Motion_787 to Compel OFHEO Chief Accountant and Deposition Witness Wanda DeLeo to Answer Questions Related to OFHEO's Public Statements on Expert Disagreement Over 133 Accounting. Signed by Judge Richard J. Leon on 12/3/09. (see order.) (kc) (Entered: 12/07/2009) |
| 12/08/2009 |  | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 12/8/2009. Sta Conference set for 1/19/2010 at 02:30 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Gels.) (kc) (Entered: 12/08/2009) |
| 12/28/2009 | 813 | NOTICE *of Filing Under Seal of Individual Defendants' Opposition To Lead Plaintiffs' Motion To Compel Production Of Documents By Individual Defendants Raines, Howard And Spencer* by J.TIMOTHY HOWA FRANKLIN RAINES, LEANNE G. SPENCER re_810 Notice (Other) (Miller, Adam) (Entered: 12/28/200 |
| 12/28/2009 | 819 | SEALED OPPOSITION filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER _812 SEALED MOTION TO COMPEL filed by LEAD PLAINTIFFS. (This document is SEALED and onl available to authorized persons.) filed by LEAD PLAINTIFFS. (This document is SEALED and only availa authorized persons.) (Attachments: #_1 Exhibit)(zjf) (Entered: 01/04/2010) |
| 12/29/2009 |  | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 12/29/2009. (C |

| | | |
|---|---|---|
| | | Reporter Patty Gels.) (rje) (Entered: 12/29/2009) |
| 12/31/2009 | | MINUTE ORDER granting 763 KPMG LLP's Motion to Compel the Office of Federal Housing Enterprise Oversight to Produce Documents Withheld as Exempt. It is hereby ORDERED that OFHEO shall produce eleven documents listed in KPMG's Exhibit 2 entitled "KPMG LLP's Challenge Log" [#763−4]. Signed by Richard J. Leon on 12/30/2009. (lcrjl1) (Entered: 12/31/2009) |
| 12/31/2009 | | MINUTE ORDER granting 806 KPMG LLP's Motion to Compel the Office of Federal Housing Enterprise Oversight to Produce Three Additional Documents from Its Recent Supplement to the Quick−Peek Review hereby ORDERED that KPMG's motion is GRANTED; and it is further ORDERED that OFHEO shall pro the three documents listed in Exhibit D of KPMG's motion. Signed by Judge Richard J. Leon on 12/30/200 (lcrjl1) (Entered: 12/31/2009) |
| 12/31/2009 | 814 | MOTION for Leave to File *Document Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATI J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER (Attachments: # 1 Text of Propo Order)(Davidoff, Samuel) (Entered: 12/31/2009) |
| 12/31/2009 | 815 | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER re 814 MOTION for Leave to File *Document Seal* (Davidoff, Samuel) (Entered: 12/31/2009) |
| 12/31/2009 | | MINUTE ORDER granting 814 Defendants' Motion for Leave to File Under Seal. It is hereby ORDERED the defendants' motion to file under seal is GRANTED. Signed by Judge Richard J. Leon on 12/31/2009. (l (Entered: 12/31/2009) |
| 12/31/2009 | 818 | SEALED MOTION for Protective Order filed by FANNIE MAE SECURITIES LITIGATION, J.TIMOTH HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This document is SEALED and only availab authorized persons.) (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Text of Proposed Order)( (Entered: 01/04/2010) |
| 01/04/2010 | 816 | ORDER, It is hereby ORDERED that the transcripts of the hearings held on December 16 and 22, 2009, ar unsealed for the limited purpose of providing copies to counsel who were present at the hearings. SO ORD Signed by Judge Richard J. Leon on 12/23/09. (see order.)(kc ) (Entered: 01/04/2010) |
| 01/04/2010 | 817 | ORDER granting in part and denying in part the Individual Defendants' Motion 720 to Compel the Federal Housing Agency to Produce Documents After IN CAMERA Reveiw; and granting in part and denying in p KPMG's Motion 722 to Compel the Office of Federal Housing Enterprise Oversight to Produce Documents the Court−Ordered Quick Peek Review; granting Motion 726 for Leave to File Memorandum in Further Su of the Individual Defendants' Motion to Compel the Federal Housing Finance Agency to Produce Documer After IN CAMERA Review and granting Motion 730 for Leave to File Reply in Support of Motion to Com OFHEO to Produce Documents. Signed by Judge Richard J. Leon on 12/31/09. (see order.) (kc) (Entered: 01/04/2010) |
| 01/04/2010 | 820 | REPLY to opposition to motion re 806 MOTION to Compel *the Office of Federal Housing Enterprise Ove to Produce Three Additional Documents from its Recent Supplement to the Quick−Peek Review (REDACTE* MOTION to Compel *the Office of Federal Housing Enterprise Oversight to Produce Three Additional Doc from its Recent Supplement to the Quick−Peek Review (REDACTED)* filed by KPMG LLP. (znmw, ) (Ente 01/05/2010) |
| 01/04/2010 | 821 | REPLY to opposition to motion re 781 MOTION to Compel *the Production of Documents by the Federal Housing Finance Agency* filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCE (znmw, ) (Entered: 01/05/2010) |
| 01/06/2010 | 822 | NOTICE *OF FILING UNDER SEAL OF LEAD PLAINTIFFS REPLY IN FURTHER SUPPORT OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY INDIVIDUAL DEFENDANTS RAINES, HOWARD AND SPENCER* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACH |

| | | | |
|---|---|---|---|
| | | | RETIREMENT SYSTEM OF OHIO re 819 Sealed Document, (Sommers, Daniel) (Entered: 01/06/2010) |
| 01/06/2010 | 823 | | NOTICE *OF FILING UNDER SEAL OF LEAD PLAINTIFFS MEMORANDUM IN OPPOSITION TO MO* *OF DEFENDANTS RAINES, HOWARD, SPENCER, AND FANNIE MAE FOR A PROTECTIVE ORDER* b OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO re 818 SEALED MOTION filed by FANNIE MAE SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This document is SEALED and only availab authorized persons.) SEALED MOTION filed by FANNIE MAE SECURITIES LITIGATION, J.TIMOTH HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This document is SEALED and only availab authorized persons.) (Sommers, Daniel) (Entered: 01/06/2010) |
| 01/06/2010 | 824 | | SEALED REPLY re 812 SEALED MOTION TO COMPEL filed by LEAD PLAINTIFFS. (This document SEALED and only available to authorized persons.) filed by LEAD PLAINTIFFS. (This document is SEAL and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(zjf) (Entered: 01/07/2010) |
| 01/06/2010 | 825 | | SEALED OPPOSITION filed by LEAD PLAINTIFFS. re 818 SEALED MOTION for Protective Order fil FANNIE MAE SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE SPENCER. (This document is SEALED and only available to authorized persons.) SEALED MOTION file FANNIE MAE SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE SPENCER. (This document is SEALED and only available to authorized persons.) filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, FANNIE MAE SECURITIES LITIGATION, LEANNE G. SPENCER document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1)(zjf, ) (Entere 01/07/2010) |
| 01/07/2010 | 826 | | MOTION for Leave to File *Under Seal* by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER (Romain, Alex) (Entered: 01/07/2010) |
| 01/07/2010 | 827 | | NOTICE *of Filing* by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER re 826 MO for Leave to File *Under Seal* (Romain, Alex) (Entered: 01/07/2010) |
| 01/07/2010 | 828 | | Joint MOTION for Leave to File *Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER (Romain, Alex) (Entered: 01/07 |
| 01/07/2010 | 829 | | NOTICE *OF FILING UNDER SEAL* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOT HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER re 818 SEALED MOTION filed by FANNIE SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. ( document is SEALED and only available to authorized persons.) SEALED MOTION filed by FANNIE MA SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. ( document is SEALED and only available to authorized persons.) (Romain, Alex) (Entered: 01/07/2010) |
| 01/07/2010 | 830 | | NOTICE *of Filing Under Seal of KPMG LLP's Memorandum in Support of Defendants' Motion for Protect* *Order* by KPMG LLP re 818 SEALED MOTION filed by FANNIE MAE SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This document is SEALED and available to authorized persons.) SEALED MOTION filed by FANNIE MAE SECURITIES LITIGATION J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This document is SEALED and available to authorized persons.) (Tulumello, Andrew) (Entered: 01/07/2010) |
| 01/07/2010 | 832 | | SEALED MEMORANDUM in support filed by KPMG LLP's re 818 SEALED MOTION for Protective Or filed by FANNIE MAE SECURITIES LITIGATION, J.TIMOTHY HOWARD, FRANKLIN RAINES, LE G. SPENCER. (This document is SEALED and only available to authorized persons.). (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A)(zjf, ) Modified on 1/11/2 (zjf, ). (Entered: 01/11/2010) |
| 01/11/2010 | 831 | | NOTICE of Appearance by Elizabeth G. Taylor on behalf of J.TIMOTHY HOWARD (Taylor, Elizabeth) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/11/2010) |
| 01/11/2010 | 833 | | MOTION for Leave to File *RESPONSE TO MEMORANDUM IN FURTHER SUPPORT OF DEFENDANT MOTION FOR PROTECTIVE ORDER* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit 1 (PROPOSED RESPONSE MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS MOTION FOR PROTECTIVE ORDER Text of Proposed Order)(Sommers, Daniel) (Entered: 01/11/2010) |
| 01/11/2010 | 834 | | NOTICE *OF FILING UNDER SEAL OF EXHIBIT 1 TO LEAD PLAINTIFFS MOTION FOR LEAVE TO F RESPONSE TO MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS MOTION FOR PROTEC ORDER* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMEN SYSTEM OF OHIO re 833 MOTION for Leave to File *RESPONSE TO MEMORANDUM IN FURTHER SUPPORT OF DEFENDANTS MOTION FOR PROTECTIVE ORDER* (Sommers, Daniel) (Entered: 01/11/ |
| 01/12/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Hearing on Protective Order held on 1/12 (Court Reporter Patty Gels.) (kc ) (Entered: 01/13/2010) |
| 01/14/2010 | 835 | | ORDER, It is hereby ORDERED that the hearings held on December 29, 2009, are sealed and that the trans shall be unsealed for the limited purpose of providing copies to counsel who were present. SO ORDERED. Signed by Judge Richard J. Leon on 1/12/10. (kc ) (Entered: 01/14/2010) |
| 01/14/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Discovery Hearing held on 1/14/2010. (C Reporter Patty Gels.) (kc ) (Entered: 01/15/2010) |
| 01/19/2010 | | | MINUTE ORDER granting 826 Individual Defendants' Motion for Leave to File Under Seal. It is hereby ORDERED that the defendants' motion to file under seal is GRANTED. Signed by Judge Richard J. Leon o 1/19/2010. (lcrjl1) (Entered: 01/19/2010) |
| 01/19/2010 | 836 | | NOTICE *OF FILING UNDER SEAL OF LEAD PLAINTIFFS MEMORANDUM IN OPPOSITION TO INDIVIDUAL DEFENDANTS MOTION TO STRIKE OPINION DEPOSITION TESTIMONY OF DONALD NICOLAISEN OR, IN THE ALTERNATIVE, TO COMPEL ADDITIONAL DEPOSITION TESTIMONY* by C PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OI (Sommers, Daniel) (Entered: 01/19/2010) |
| 01/19/2010 | 838 | | SEALED Motion To Strike Opinion Deposition Testimony of Donald T. Nicolaisen or, in the Alternative, T Compel Additional Deposition Testimony, filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEAN SPENCER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Text of Proposed Order)(zjf, ) (Entered: 01/20/2010) |
| 01/19/2010 | 839 | | SEALED Memorandum in Opposition filed by LEAD PLAINTIFFS. re 838 SEALED Motion To Strike Op Deposition Testimony of Donald T. Nicolaisen or, in the Alternative, To Compel Additional Deposition Testimony filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This docum SEALED and only available to authorized persons.) SEALED MOTION filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This document is SEALED and only available to authori persons.) filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This docume SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(zjf, ) (Ente 01/20/2010) |
| 01/20/2010 | 837 | | ORDER, It is hereby ORDERED that the hearings held on January 12, 14, and 19, are sealed and that trans shall be unsealed for the limited purpose of providing copies to counsel who were present. SO ORDERED. Signed by Judge Richard J. Leon on 1/19/10. (kc ) (Entered: 01/20/2010) |
| 01/21/2010 | 840 | | SEALED ORDER (This document is SEALED and only available to authorized persons.)Signed by Judge Richard J. Leon on 1/20/10.(zkc) (Entered: 01/21/2010) |
| 01/29/2010 | 841 | | |

| | | | |
|---|---|---|---|
| | | | Joint MOTION for Leave to File *Under Seal* by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE SPENCER (Romain, Alex) (Entered: 01/29/2010) |
| 01/29/2010 | 842 | | NOTICE *of Filing Under Seal of Reply Memorandum* by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER re 838 SEALED MOTION filed by J.TIMOTHY HOWARD, FRANKLIN RAIN LEANNE G. SPENCER. (This document is SEALED and only available to authorized persons.) SEALED MOTION filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This docum SEALED and only available to authorized persons.) (Romain, Alex) (Entered: 01/29/2010) |
| 02/01/2010 | | | MINUTE ORDER granting 841 Individual Defendants' Motion for Leave to File Under Seal. It is hereby ORDERED that the Individual Defendants' motion is GRANTED. Signed by Judge Richard J. Leon on 1/3 (lcrjl1) (Entered: 02/01/2010) |
| 02/01/2010 | 855 | | SEALED REPLY re 838 SEALED Motion To Strike Opinion Deposition Testimony of Donald T. Nicolais in the Alternative, To Compel Additional Deposition Testimony filed by J.TIMOTHY HOWARD, FRANK RAINES, LEANNE G. SPENCER. (This document is SEALED and only available to authorized persons.) SEALED MOTION filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (T document is SEALED and only available to authorized persons.) filed by J.TIMOTHY HOWARD, FRANI RAINES, LEANNE G. SPENCER. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(zjf, ) (Entered: 03/15/2010) |
| 02/02/2010 | 843 | | MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A W SUBMISSION TO THE SEC, AND (2) KPMG WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTION REGARDING KPMGS RECEIPT OF A WELLS NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OHIO (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 (FILED UNDER SEAL), # 3 Exhibit 2 (F UNDER SEAL), # 4 Exhibit 3 (FILED UNDER SEAL), # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exh # 9 Text of Proposed Order, # 10 Certificate of Service)(Sommers, Daniel) (Entered: 02/02/2010) |
| 02/02/2010 | 844 | | NOTICE *OF FILING UNDER SEAL OF EXHIBITS 1 THROUGH 3* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 843 MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KPMG WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTION REGARDING KPMGS RECEIPT OF A WELLS NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION MOTION to Compel (1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A W SUBMISSION TO THE SEC, AND (2) KPMG WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTION REGARDING KPMGS RECEIPT OF A WELLS NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION MOTION to Compel (1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A W SUBMISSION TO THE SEC, AND (2) KPMG WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTION REGARDING KPMGS RECEIPT OF A WELLS NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* (Sommers, Daniel) (Entered: 02/02/2010) |
| 02/02/2010 | 845 | | NOTICE *OF FILING OF EXHIBIT # 8* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STA TEACHERS RETIREMENT SYSTEM OF OHIO re 843 MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WEL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION MOTION to Compel (1) KPMG TO PRODUC DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WEL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION MOTION to Compel (1) KPMG TO PRODUC DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WEL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* (Attachments: # 1 Exhibit # 8)(Sommers, Danie (Entered: 02/02/2010) |

| 02/02/2010 | 846 | | SEALED EXHIBITS 1 THROUGH 3 re #843 filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYS STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (This document is SEALED and only available authorized persons.)(zrdj) (Entered: 02/03/2010) |
| 02/04/2010 | 847 | | SEALED TRANSCRIPT (This document is SEALED and only available to authorized persons.)(zjf, ) (Ent 02/04/2010) |
| 02/04/2010 | | | Set/Reset Deadlines/Hearings: Discovery Motion Hearing originally set for 2/5/2010 at 2:30 PM is RESCHEDULED for 2/5/2010 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 02/04/2010) |
| 02/05/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Discovery Motion Hearing held on 2/5/20 (Court Reporter Patty Gels.) (kc ) (Entered: 02/12/2010) |
| 02/16/2010 | 848 | | NOTICE *of Filing Under Seal of KPMG LLP's Opposition to Lead Plaintiffs' Motion to Compel Document Testimony Regarding Wells Materials* by KPMG LLP re 843 MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WELL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* MOTION to Compel *(1) KPMG TO PRODUCI DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WELL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* MOTION to Compel *(1) KPMG TO PRODUCI DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WELL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* (Tulumello, Andrew) (Entered: 02/16/2010) |
| 02/16/2010 | 849 | | SEALED OPPOSITION filed by KPMG LLP. re 843 MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WEL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* MOTION to Compel *(1) KPMG TO PRODUCI DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WEL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* MOTION to Compel *(1) KPMG TO PRODUCI DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KP WITNESSES TO ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WEL NOTICE AND ANY SUBSEQUENT WELLS SUBMISSION* filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (This document is SEALE only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 E 12, # 13 Exhibit 13, # 14 Exhibit 14)(zjf, ) (Entered: 02/17/2010) |
| 02/25/2010 | 850 | | REPLY to opposition to motion re 843 MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KPMG WITNESSE ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WELLS NOTICE ANI SUBSEQUENT WELLS SUBMISSION* MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KPMG WITNESSE ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WELLS NOTICE ANI SUBSEQUENT WELLS SUBMISSION* MOTION to Compel *(1) KPMG TO PRODUCE DOCUMENTS REGARDING ITS PRODUCTION OF A WELLS SUBMISSION TO THE SEC, AND (2) KPMG WITNESSE ANSWER LEAD PLAINTIFFS QUESTIONS REGARDING KPMGS RECEIPT OF A WELLS NOTICE ANI SUBSEQUENT WELLS SUBMISSION* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Cummins, James) (Entered: 02/25/2010) |
| 03/01/2010 | | | MINUTE ORDER denying 843 Lead Plaintiffs' Motion to Compel (1) KPMG to Produce Documents Rega |

| | | |
|---|---|---|
| | | Its Production of a Wells Submission to the SEC, and (2) KPMG Witnesses to Answer Lead Plaintiffs' Que Regarding KPMG's Receipt of a Wells Notice and Any Subsequent Wells Submission. It is hereby ORDER that the Lead Plaintiffs' motion to compel is DENIED. Signed by Judge Richard J. Leon on 3/1/2010. (lcrjl (Entered: 03/01/2010) |
| 03/01/2010 | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference held on 3/1/2010. Statu Conference set for 4/12/2010 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Gels.) (kc ) (Entered: 03/01/2010) |
| 03/02/2010 | 851 | NOTICE of Proposed Order *Granting Lead Plaintiffs' Motion to Compel Production of Documents by Indiv Defendants* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREM SYSTEM OF OHIO re 812 SEALED MOTION filed by LEAD PLAINTIFFS. (This document is SEALED only available to authorized persons.) (Cummins, James) (Entered: 03/02/2010) |
| 03/09/2010 | 853 | NOTICE *Notice of Filing Under Seal Of Lead Plaintiffs' Report On The In−Chambers Inquiry And Accompanying Exhibits* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT OF OHIO (Sommers, Daniel) Modified filers on 3/9/2010 (td, ). (Entered: 03/09/2010) |
| 03/09/2010 | 854 | SEALED Lead Plaintiffs' Report On The In−Chambers Inquiry And Accompanying Exhibits filed by LEAI PLAINTIFFS. re 853 Notice filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PU EMPLOYEES RETIREMENT SYSTEM. (This document is SEALED and only available to authorized per (Attachments: # 1 Exhibit 1 − Part 1, # 2 Exhibit 1 − Part 2, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 I 5, # 7 Exhibit 6, # 8 Exhibit 7 − Part 1, # 9 Exhibit 7 − Part 2, # 10 Exhibit 8 − Part 1, # 11 Exhibit 8 − I 12 Exhibit 8 − Part 3, # 13 Exhibit 8 − Part 4, # 14 Exhibit 9 − Part 1, # 15 Exhibit 9 − Part 2, # 16 Exhibit Part 3, # 17 Exhibit 10 − Part 1, # 18 Exhibit 10 − Part 2, # 19 Exhibit 10 − Part 3, # 20 Exhibit 10 − Part 4 Exhibit 10 − Part 5, # 22 Exhibit 10 − Part 6, # 23 Exhibit 10 − Part 7, # 24 Exhibit 11, # 25 Exhibit 12)(zjf (Entered: 03/10/2010) |
| 03/22/2010 | 856 | NOTICE *of Filing Under Seal the Motion for Extension of Time to Respond to Lead Plaintiffs' Requests for in Lead Plaintiffs' Report on the In−Chambers Inquiry 854* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Walsh, Michael) (Entered: 03/22/2010) |
| 03/22/2010 | 857 | SEALED MOTION for extension of time to respond to plaintiffs' requests for relief in lead plaintiffs' repor in−chambers inquiry filed by FANNIE MAE SECURITIES LITIGATION. (This document is SEALED an available to authorized persons.)(zjf, ) (Entered: 03/23/2010) |
| 03/23/2010 | 858 | NOTICE *Notice Of Filing Under Seal Of Lead Plaintiffs' Opposition To Defendant Fannie Mae's Request Extension Of Time* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 03/23/2010) |
| 03/23/2010 | 859 | SEALED OPPOSITION filed by LEAD PLAINTIFFS. re 857 SEALED MOTION for extension of time to respond to plaintiffs' requests for relief in lead plaintiffs' report on the in−chambers inquiry filed by FANNI MAE SECURITIES LITIGATION. (This document is SEALED and only available to authorized persons.) (Entered: 03/24/2010) |
| 04/01/2010 | 860 | Consent MOTION for Order *Entering Stipulated Case Management Order No. 7* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit 1)(Corwin, Melanie) (Entered: 04/01/2010) |
| 04/07/2010 | 861 | STIPULATED CASE MANAGEMENT ORDER NO. 7. Signed by Judge Richard J. Leon on 4/5/10. (see c management order.) (kc ) (Entered: 04/07/2010) |
| 04/07/2010 | 862 | NOTICE *of Filing Under Seal the Motion for Extension of Time to Respond to Lead Plaintiffs' Report on th In−Chambers Inquiry* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Walsh, Michael) (Ente 04/07/2010) |

| 04/07/2010 | 863 | | SEALED MOTION filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order)(zrdj) (Entered 04/08/2010) |
| 04/09/2010 | 864 | | NOTICE *OF Filing Under Seal Opposition to Lead Plaintiffs' Report and Motion for Protective Relief* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Walsh, Michael) (Entered: 04/09/2010) |
| 04/09/2010 | 865 | | SEALED Opposition to Lead Plaintiffs' Report and Motion for Protective Relief filed by FEDERAL NATIO MORTGAGE ASSOCIATION. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Exhibit s, # 6 Text of Proposed Order)(zrdj) (Entered: 04/12/2010) |
| 04/12/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 4/12/2010. Sta Conference set for 4/26/2010 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. Status Conferen for 6/14/2010 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (ko (Entered: 04/13/2010) |
| 04/26/2010 | | | Set/Reset Deadlines/Hearings: Closed Hearing set for 4/26/2010 at 11:00 AM in Courtroom 18 before Judg Richard J. Leon. (kc ) M (Entered: 04/26/2010) |
| 04/26/2010 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Closed Hearing held on 4/26/2010. (Cour Reporter Catherine Jones.) (kc ) (Entered: 04/26/2010) |
| 04/27/2010 | 866 | | NOTICE *Notice Of Filing Under Seal Of Lead Plaintiffs' Opposition To Defendant Fannie Mae's Request Extension Of Time* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 04/27/2010) |
| 04/27/2010 | 868 | | SEALED Declaration of Distinguished Professor of Law GeoffreyC. Hazard, Jr. filed by LEAD PLAINTIF (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Ex B, # 3 Certificate of Service)(zjf, ) (Entered: 04/28/2010) |
| 04/28/2010 | 867 | | NOTICE *of Errata* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 866 Notice (Other) (Sommers, Daniel) (Entered: 04/28/2010) |
| 05/10/2010 | 869 | | Joint MOTION to Dismiss */ Fannie Mae and KPMG's Joint Motion for Dismissal with Prejudice and Prop Order* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Ord Certificate of Service)(Epstein, Jerome) (Entered: 05/10/2010) |
| 05/17/2010 | 870 | | ORDER OF DISMISSAL, Pursuant to Rule 41(a)(2), Fannie Mae's Amended complaint in Civil Action No 1:06−cv−02111 37 filed Feb. 25, 2008, and the cross−claims filed by KPMG against Fannie Mae in Civil A Nos. 1:04−cv−01639 and 1:06−cv−00139(RJL) 39 , filed Apr. 16, 2007 are hereby DISMISSED WITH PREJUDICE. This Court retains jurisdiction over the Settlement Agreement and Release entered into by Fa Mae and KPMG. SO ORDERED. Signed by Judge Richard J. Leon on 5/12/10. (see order.) (kc ) (Entered: 05/17/2010) |
| 06/01/2010 | 871 | | MOTION for Extension of Time to *Serve Expert Witness Disclosures* by FEDERAL NATIONAL MORTG ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 06/01/2010) |
| 06/04/2010 | | | Set/Reset Hearings: Status Conference set for 6/14/2010 at 11:00 AM in Courtroom 18 before Judge Richa Leon. (kc ) (Entered: 06/04/2010) |
| 06/09/2010 | | | MINUTE ORDER granting 871 Fannie Mae's Motion for Extension of Time to Serve Expert Witness Discl It is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that Fannie Mae shall s expert disclosures no later than June 11, 2010. Signed by Judge Richard J. Leon on 6/8/2010. (lcrjl1) (Enter 06/09/2010) |
| 06/09/2010 | | | Set/Reset Deadlines: Fannie Mae's Expert Disclosures due no later than 6/11/2010. (tg, ) (Entered: 06/09/20 |

| 06/14/2010 | | Minute Entry for proceedings held before Judge Richard J. Leon.Status Conference held on 6/14/2010. (Co Reporter Patty Gels.) (kc) (Entered: 06/14/2010) |
|---|---|---|
| 06/17/2010 | | Set/Reset Hearings. Status Conference set for 7/29/2010 at 11:00 AM in Courtroom 18 before Judge Richa Leon. (kc ) (Entered: 06/17/2010) |
| 07/09/2010 | 872 | MOTION for Order *Entry of CMO No. 8* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, ST. TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exh # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Cumm James) (Entered: 07/09/2010) |
| 07/09/2010 | 873 | Joint MOTION for Order *Entering Defendants' CMO #8* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, FRANKLIN RAINES, LEANNE G. SPENCER (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulumello, Andrew) (Entered: 07/09/2010) |
| 07/13/2010 | 874 | NOTICE of Change of Address by David Sidney Krakoff (Krakoff, David) (Entered: 07/13/2010) |
| 07/13/2010 | 875 | NOTICE of Change of Address by Adam B. Miller (Miller, Adam) (Entered: 07/13/2010) |
| 07/13/2010 | 876 | NOTICE of Change of Address by Lauren R. Randell (Randell, Lauren) (Entered: 07/13/2010) |
| 07/13/2010 | 877 | NOTICE of Change of Address by Christopher F. Regan (Regan, Christopher) (Entered: 07/13/2010) |
| 07/20/2010 | 878 | MOTION for Order *Limiting Fannie Mae Defendants' Expert Witnesses* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 T Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 E 7, # 9 Exhibit 8, # 10 Exhibit 9)(Cummins, James) (Entered: 07/20/2010) |
| 07/29/2010 | 879 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRANKLIN RAINES. Attorney John E. Clabby terminated. (Clabby, John) (Entered: 07/29/2010) |
| 07/29/2010 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 7/29/2010. Sta Conference set for 9/29/2010 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Gels.) (kc ) (Entered: 07/30/2010) |
| 08/03/2010 | 880 | CASE MANAGEMENT ORDER NO. 8, Summary Judgment Briefing: Dispositive Motions due by 8/6/20 Opposition papers in response to any dispositive motions due by 10/7/2011. Any reply briefs in support of dispositive motions due by 11/7/2011. Each party reserves the right to seek an adjournment or modification of the dates set forth herein for good cause. SO ORDERED. Signed by Judge Richard J. Leon on 8/2/10. (se management order no. 8) (kc) (Entered: 08/03/2010) |
| 08/06/2010 | 881 | Memorandum in opposition to re 878 MOTION for Order *Limiting Fannie Mae Defendants' Expert Witnes* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Walsh, Michael) (Entered: 08/06/2010) |
| 08/06/2010 | 882 | Memorandum in opposition to re 878 MOTION for Order *Limiting Fannie Mae Defendants' Expert Witnes* filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (Delinsky, Eric) (Enter 08/06/2010) |
| 08/13/2010 | 883 | REPLY to opposition to motion re 878 MOTION for Order *Limiting Fannie Mae Defendants' Expert Witne* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/13/2010) |
| 08/23/2010 | 884 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRANKLIN RAINES. Attorney Laura J. Hildner terminated. (Romain, Alex) (Entered: 08/23/2010) |
| 09/29/2010 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 9/29/2010. Sta |

| | | Conference set for 12/3/2010 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Gels) (jth) (Entered: 09/29/2010) |
|---|---|---|
| 11/24/2010 | 885 | SUPPLEMENTAL MEMORANDUM to re 878 MOTION for Order *Limiting Fannie Mae Defendants' Exp Witnesses* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Sommers, Daniel) (Additional attachment(s) added on 11/30/2010: # Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 16 Exhibit 16) (jf, ). (Entered: 11/24/2010) |
| 11/24/2010 | 886 | NOTICE *of Filing Exhibits Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STAT TEACHERS RETIREMENT SYSTEM OF OHIO re 885 Supplemental Memorandum (Sommers, Daniel) Documents added to entry #885) Modified on 11/30/2010 (jf, ). (Entered: 11/24/2010) |
| 12/02/2010 | 887 | NOTICE of Appearance by Eun Young Choi on behalf of FRANKLIN RAINES (Choi, Eun) (Entered: 12/02/2010) |
| 12/02/2010 | 888 | RESPONSE re 885 Supplemental Memorandum,, filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 12/02/2010) |
| 12/03/2010 | | MINUTE ORDER denying 878 Lead Plaintiffs' Motion to Limit Fannie Mae Defendants' Expert Witnesses hereby ORDERED that Lead Plaintiffs' motion is DENIED. Signed by Judge Richard J. Leon on 12/03/201 (lcrjl1) (Entered: 12/03/2010) |
| 12/03/2010 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 12/3/2010. Sta Conference set for 3/2/2011 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter F Gels) (jth) (Entered: 12/03/2010) |
| 12/28/2010 | 889 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Monica K. Loseman, :Firm− Gibson, Dunn &Crutcher LLP, :Address− 1801 California Street, Suite 4200, Denver, CO 80202. Phone No. − (303) 298- Fax No. − (303) 298−5907 by KPMG LLP (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Tulumello, Andrew) (Entered: 12/28/2010) |
| 01/03/2011 | | MINUTE ORDER granting 889 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the moti GRANTED. Monica K. Loseman shall be admitted pro hac vice in this matter. Signed by Judge Richard J. on 01/03/2011. (lcrjl1) (Entered: 01/03/2011) |
| 02/25/2011 | 890 | MOTION for Protective Order by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Cur James) Modified on 3/3/2011 to add DOCUMENT LODGED UNDER SEAL (zjf, ). (Entered: 02/25/2011) |
| 02/25/2011 | 891 | MOTION to Strike *Expert Report and Award Fees and Costs* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 02/25/2011) |
| 02/25/2011 | 892 | Joint MOTION to Strike *EXPERT WITNESS, OR IN THE ALTERNATIVE, TO COMPEL THE IMMEDIAT CONTINUATION OF HIS DEPOSITION* by J.TIMOTHY HOWARD, KPMG LLP, FRANKLIN RAINES LEANNE G. SPENCER (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Choi, E Young). Added MOTION to Compel on 2/28/2011 (znmw, ). (Entered: 02/25/2011) |
| 02/28/2011 | 893 | Joint MOTION for Leave to File *Unredacted Memorandum with Exhibits Under Seal* by J.TIMOTHY HOWARD, KPMG LLP, FRANKLIN RAINES, LEANNE G. SPENCER (Attachments: # 1 Text of Propo Order, # 2 Notice of Filing)(Romain, Alex) (Entered: 02/28/2011) |
| 02/28/2011 | 894 | MOTION for Leave to File *Unredacted Motion and Memorandum with Exhibits Under Seal* by LEAD PLAINTIFFS (Cummins, James) (Entered: 02/28/2011) |
| 03/01/2011 | 895 | |

| | | | |
|---|---|---|---|
| | | | STATUS REPORT *regarding Lead Plaintiffs' Congressional Testimony* by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (Attachments: # 1 Exhibit)(Delinsky, Eric) (Entered: 03/01/2011) |
| 03/01/2011 | 896 | | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 890 MOTION for Protective Order (Sommers, Daniel (Entered: 03/01/2011) |
| 03/02/2011 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 3/2/2011. Mot Hearing set for 3/4/2011 at 10:30 AM in Courtroom 18 before Judge Richard J. Leon. Status Conference se 5/2/2011 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels.) (kc ) (E 03/02/2011) |
| 03/02/2011 | 897 | | Memorandum in opposition to re 892 Joint MOTION to Strike *EXPERT WITNESS, OR IN THE ALTERNA TO COMPEL THE IMMEDIATE CONTINUATION OF HIS DEPOSITION* MOTION to Compel, 891 MO to Strike *Expert Report and Award Fees and Costs* filed by LEAD PLAINTIFFS. (Cummins, James) (Ente 03/02/2011) |
| 03/03/2011 | | | MINUTE ORDER granting 893 Defendants' Motion for Leave to File Under Seal. It is hereby ORDERED defendants' motion to file, under seal, an unredacted Memorandum in Support of Defendants' Motion to Str Expert Witness, Or in the Alternative, to Compel Immediate Continuation of his Deposition is GRANTED. Signed by Judge Richard J. Leon on 03/03/2011. (lcrjl1) (Entered: 03/03/2011) |
| 03/03/2011 | | | MINUTE ORDER granting 894 Lead Plaintiffs' Motion for Leave to File Under Seal. It is hereby ORDERE lead plaintiffs' motion to seal their Motion for a Protective Order 890 is GRANTED. Signed by Judge Rich Leon on 03/03/2011. (lcrjl1) (Entered: 03/03/2011) |
| 03/03/2011 | 898 | | SEALED MEMORANDUM in support of 892 Joint MOTION to Strike *EXPERT WITNESS, OR IN THE ALTERNATIVE, TO COMPEL THE IMMEDIATE CONTINUATION OF HIS DEPOSITION* MOTION to C filed by KPMG LLP, J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (This doc is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhi C)(zjf, ) (Entered: 03/03/2011) |
| 03/03/2011 | 903 | | SEALED DVD of Harvey L. Pitt re 890 MOTION for Protective Order filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (This doc is SEALED and only available to authorized persons.)(zjf, ) (Entered: 03/09/2011) |
| 03/04/2011 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Motion Hearing held on 3/4/2011. Joint 8 MOTION to Strike EXPERT WITNESS filed by KPMG LLP, J.TIMOTHY HOWARD, FRANKLIN RAI LEANNE G. SPENCER − GRANTED. MOTION 890 for Protective Order filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM − DENIED (Court Reporter Patty Gels.) (kc) (Entered: 03/07/2011) |
| 03/08/2011 | 899 | | MEMORANDUM AND ORDER denying 890 Lead Plaintiffs' Motion for a Protective Order; granting 891 Fannie Mae's Motion to Strike Harvey Pitt's Expert Report; granting 892 the Individual Defendants' Motion Strike Harvey Pitt as an Expert Witness; denying as moot 892 Individual Defendants' alternative Motion to Compel the immediate continuation of Mr. Pitt's deposition. ORDERED that Lead Plaintiffs shall not offer Pitt as an expert on their behalf. Signed by Judge Richard J. Leon on 3/7/2011. (jth) (Entered: 03/08/2011) |
| 03/08/2011 | 900 | | SEALED ORDER (This document is SEALED and only available to authorized persons) Signed by Judge Richard J. Leon on 3/7/2011. (zjth) (Entered: 03/08/2011) |
| 03/08/2011 | 901 | | NOTICE of Appearance by Lissa M. Percopo on behalf of KPMG LLP (Percopo, Lissa) (Entered: 03/08/20 |
| 03/09/2011 | 902 | | MOTION for Admission Pro Hac Vice of Louise Malbin Roselle; Firm Name: WAITE SCHNEIDER, BA &CHESLEY, CO., L.P.A.; Address: 1513 Fourth &Vine Tower, One West Fourth Street, Cincinatti, OH 4 |

| | | |
|---|---|---|
| | | Phone: (513) 621−0267; Fax: (513) 381−2375 by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Certification of Louise Rosel Certificate of Service, # 3 Text of Proposed Order)(Sommers, Daniel) Modified to add firm/address inform on 3/10/2011 (znmw, ). (Entered: 03/09/2011) |
| 03/10/2011 | | MINUTE ORDER granting 902 Motion for Leave to Appear Pro Hac Vice. It is hereby ORDERED that the motion for admission pro hac vice of Louise M. Roselle is GRANTED. Signed by Judge Richard J. Leon o 03/10/2011. (lcrjl1) (Entered: 03/10/2011) |
| 04/20/2011 | | Set/Reset Hearings: Status Conference originally set for 5/2/2011 at 11:00 AM is RESCHEDULED for 5/2 at 02:00 PM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 04/20/2011) |
| 04/29/2011 | 904 | NOTICE *of Proceeding* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Cummins, James) (Entered: 04/29/2011) |
| 05/02/2011 | | Minute Entry for proceedings held before Judge Richard J. Leon. Status Conference held on 5/2/2011. Statu Conference set for 6/7/2011 at 03:00 PM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter P Gels.) (kc ) (Entered: 05/02/2011) |
| 06/01/2011 | | Set/Reset Hearings: Status Conference originally set for 6/7/2011 is RESCHEDULED for 6/13/2011 02:30 Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 06/01/2011) |
| 06/02/2011 | 905 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KPMG. Attorney Bradley Jason Lingo terminated (Lingo, Bradley) (Entered: 06/02/2011) |
| 06/09/2011 | 906 | Consent MOTION to Continue *Reschedule Status Conference on June 13* by OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Cummins, James) Modified event title on 6/10/2011 (znmw, ). (Entered: 06/09/2011) |
| 06/10/2011 | | MINUTE ORDER granting 906 Motion Consent MOTION Reschedule Status Conference on June 13 by C PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF O Directed by Judge Richard J. Leon on 6/10/2011. (kc ) (Entered: 06/10/2011) |
| 06/10/2011 | | Terminate Hearings: The Court hereby vacates the 6/13/2011 Status Conference and reschedules Status Conference to a date to be determined. (kc ) (Entered: 06/10/2011) |
| 06/13/2011 | 907 | NOTICE of Appearance by Logan Daniel Smith on behalf of J.TIMOTHY HOWARD (Smith, Logan) (Ent 06/13/2011) |
| 06/15/2011 | 908 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Joseph T. Deters, :Firm− Waite, Schneider, Bayless &Chesley, :Address− One West Fourth Street, Cincinnati, Ohio 45202. Phone No. − (513) 621−02 Fax No. − (513) 621−0262 by LEAD PLAINTIFFS (Cummins, James) (Entered: 06/15/2011) |
| 06/24/2011 | 909 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Christopher D. Stock, :Firm− Waite, Schne Bayless &Chesley Co., L.P.A., :Address− One West Fourth Street, Cincinnati, Ohio 45202. Phone No. − 513−621−0267. Fax No. − 513−381−2375 by LEAD PLAINTIFFS (Cummins, James) (Entered: 06/24/201 |
| 06/24/2011 | 910 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− W.B. Markovits, :Firm− Waite, Schneider, Bayless &Chesley Co., L.P.A., :Address− One West Fourth Street, Cincinnati, Ohio 45202. Phone No. − 513−621−0267. Fax No. − 513−381−2375 by LEAD PLAINTIFFS (Cummins, James) (Entered: 06/24/201 |
| 06/30/2011 | | MINUTE ORDER granting 908 , 909 and 910 Motions for Leave to Appear Pro Hac Vice. It is hereby ORDERED that the motions for admission pro hac vice of Joseph T. Deters, Christopher D. Stock and W. I Markovits are GRANTED. Signed by Judge Richard J. Leon on 06/30/2011. (lcrjl1) (Entered: 06/30/2011) |
| 07/01/2011 | 911 | NOTICE OF WITHDRAWAL OF APPEARANCE as to OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Attorney Matthew K. Handley term |

| | | |
|---|---|---|
| | | (Sommers, Daniel) (Entered: 07/01/2011) |
| 07/11/2011 | | Set/Reset Hearings: Status Conference set for 7/27/2011 at 11:00 AM in Courtroom 18 before Judge Richa Leon. (kc) (Entered: 07/11/2011) |
| 07/27/2011 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 7/27/2011. Ora Motion to exceed the page limit in Summary Judgment motions/responses, heard and granted. Defendants v allotted 250 total pages to respond to Plaintiffs motion with no single response to exceed 60 pages. The Bri Schedule is adjusted as follows: Dispositive Motions due by 8/8/2011, Responses thereto due by 10/28/201 Reply is due by 12/6/2011. Status Conference set for 10/7/2011 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. (Court Reporter Patty Gels) (jth) (Entered: 07/27/2011) |
| 08/04/2011 | 912 | Consent MOTION for Order *Governing Filing Requirements for Motions for Summary Judgment* by FEDE NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 08/04/2011) |
| 08/05/2011 | 913 | Unopposed MOTION to Set Status Conference by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 08/05/2011) |
| 08/05/2011 | 914 | Unopposed MOTION for Extension of Time to File *Summary Judgment Motions* by FEDERAL NATIONA MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 08/05/2011) |
| 08/08/2011 | | MINUTE ORDER granting 914 Unopposed Motion to Extend the Time to File Summary Judgment Motion hereby ORDERED that the MOTION is GRANTED. Signed by Judge Richard J. Leon on 08/08/2011. (lcr Modified on 8/8/2011 kc, ). (Entered: 08/08/2011) |
| 08/08/2011 | | MINUTE ORDER granting 913 Unopposed Motion to Set Status Conference. It is hereby ORDERED that Motion is GRANTED. Signed by Judge Richard J. Leon on 08/08/2011. (lcrjl1) (Entered: 08/08/2011) |
| 08/09/2011 | 915 | Consent MOTION for Order *Governing Filing Requirments for Motions for Summary Judgment* by FEDE NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 08/09/2011) |
| 08/16/2011 | 916 | MOTION for Summary Judgment *(Partial) on Count I Against Defendant Fannie Mae* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Text of Proposed Order)(Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 917 | ORDER GOVERNING FILING REQUIREMENTS FOR MOTIONS FOR SUMMARY JUDGMENTS. S by Judge Richard J. Leon on 8/10/2011. (see order) (kc ) (Entered: 08/16/2011) |
| 08/16/2011 | 918 | MEMORANDUM re 916 MOTION for Summary Judgment *(Partial) on Count I Against Defendant Fanni* filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHE RETIREMENT SYSTEM OF OHIO. (Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 919 | NOTICE *of Statement of Material Facts as to Which There is No Genuine Issue to be Tried* by OHIO PUB EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 91 MOTION for Summary Judgment *(Partial) on Count I Against Defendant Fannie Mae* (Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 920 | AFFIDAVIT re 916 MOTION for Summary Judgment *(Partial) on Count I Against Defendant Fannie Mae Declaration of W.B. Markovits* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2A, # 3 Exhibi 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6)(Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 921 | |

| | | |
|---|---|---|
| | | LARGE ADDITIONAL ATTACHMENT(S) *to Declaration of W.B. Markovits* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 920 Affidavit, filed STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit 7B, # 2 Exhibit 7C, # 3 Exhibit 7D, # 4 Exhibit 7E, # 5 Exhibit 7F, # Exhibit 7G, # 7 Exhibit 7H)(Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 922 | LARGE ADDITIONAL ATTACHMENT(S) *to Declaration of W.B. Markovits* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 920 Affidavit, filed STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 E 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Exhibit 17, # 10 Exhibit 18, # 11 Exhibit 19, # 12 Exhibit 20)(Cumm James) (Entered: 08/16/2011) |
| 08/16/2011 | 923 | LARGE ADDITIONAL ATTACHMENT(S) *to Declaration of W.B. Markovits* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 920 Affidavit, filed STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit 21B, # 2 Exhibit 21C, # 3 Exhibit 21D, # 4 Exhibit 21E, # 5 Exhibit 2 Exhibit 21G, # 7 Exhibit 21H, # 8 Exhibit 21I)(Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 924 | LARGE ADDITIONAL ATTACHMENT(S) *to Declaration of W.B. Markovits* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 920 Affidavit, filed STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit 23, # 2 Exhibit 24, # 3 Exhibit 25, # 4 Exhibit 26A, # 5 Exhibit 26B, Exhibit 27A, # 7 Exhibit 27B, # 8 Exhibit 27C)(Cummins, James) (Entered: 08/16/2011) |
| 08/16/2011 | 925 | LARGE ADDITIONAL ATTACHMENT(S) *to Declaration of W.B. Markovits* by OHIO PUBLIC EMPLO RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO 920 Affidavit, filed STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM. (Attachments: # 1 Exhibit 28B, # 2 Exhibit 28C, # 3 Exhibit 28D, # 4 Exhibit 29A, # 5 Exhibit 2 6 Exhibit 29C, # 7 Exhibit 29D, # 8 Exhibit 29E, # 9 Exhibit 29F)(Cummins, James) (Entered: 08/16/2011) |
| 08/18/2011 | 926 | NOTICE *of Filing Under Seal re* 940 MOTION for Summary Judgment by FRANKLIN RAINES (Choi, Eur Young) (FILED UNDER SEAL &PLACED IN THE VAULT) (Entered: 08/18/2011) |
| 08/18/2011 | 927 | NOTICE *of Filing Under Seal re* 937 MOTION for Summary Judgment by KPMG (Warin, Francis) (FILE UNDER SEAL &PLACED IN THE VAULT) (Entered: 08/18/2011) |
| 08/18/2011 | 928 | NOTICE *of Filing Under Seal re* 941 Joint MOTION for Partial Summary Judgment On FAS 133 Account Issues by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG, LEANNE SPENCER (Warin, Francis) (FILED UNDER SEAL &PLACED IN THE VAULT). (Entered: 08/18/2011) |
| 08/18/2011 | 929 | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG, LEANNE G. SPENCER (Walsh, Michael) (Entered: 08/18/2011) |
| 08/18/2011 | 930 | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 08/18/2011) |
| 08/18/2011 | 931 | WITHDRAWN PURSUANT TO NOTICE FILED 8/22/2011.....NOTICE *of Filing Under Seal* by STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) Modified on 8/23/2011 (znmw, ). (E 08/18/2011) |
| 08/18/2011 | 932 | NOTICE *of Filing Under Seal re* 938 MOTION for Summary Judgment by J.TIMOTHY HOWARD (Clark, Richard)(FILED UNDER SEAL &PLACED IN THE VAULT). (Entered: 08/18/2011) |
| 08/18/2011 | 933 | NOTICE *of Filing Under Seal re* 942 MOTION for Summary Judgment by LEANNE G. SPENCER (Miller, (FILED UNDER SEAL &PLACED IN THE VAULT) (FILED UNDER SEAL &PLACED IN THE VAULT). |

| | | | |
|---|---|---|---|
| | | | *(Entered: 08/18/2011)* |
| 08/22/2011 | 934 | | NOTICE *OF WITHDRAWAL OF NOTICE OF FILING UNDER SEAL* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 931 Notice (Othe (Cummins, James) (Entered: 08/22/2011) |
| 08/22/2011 | 935 | | LARGE ADDITIONAL ATTACHMENT(S) *Exhibits 30 and 31 to Declaration of W.B. Markovits in Supp Lead Plaintiffs' Motion for Partial Summary Judgment on Count I Against Defendant Fannie Mae* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF O 920 Affidavit, filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLO RETIREMENT SYSTEM. (Attachments: # 1 Exhibit 30B, # 2 Exhibit 31A, # 3 Exhibit 31B)(Cummins, Ja (Entered: 08/22/2011) |
| 08/22/2011 | 936 | | MOTION for Partial Summary Judgment *against Defendant KPMG LLP* by LEAD PLAINTIFFS (Attachm 1 Text of Proposed Order, # 2 Memorandum in Support, # 3 Statement of Facts, # 4 Declaration of W.B. Markovits in Support of Lead Plaintiffs' Motion for Partial Summary Judgment Against KPMG)(Cummins, . Modified event title on 8/23/2011 (znmw, ). (Entered: 08/22/2011) |
| 08/22/2011 | 937 | | MOTION for Summary Judgment by KPMG LLP (Attachments: # 1 Memorandum in Support, # 2 Stateme Facts, # 3 Text of Proposed Order, # 4 Declaration)(Warin, Francis) (Entered: 08/22/2011) |
| 08/22/2011 | 938 | | MOTION for Summary Judgment by J.TIMOTHY HOWARD (Attachments: # 1 Memorandum in Support Statement of Facts, # 3 Declaration, # 4 Text of Proposed Order, # 5 Certificate of Service)(Clark, Richard) (Entered: 08/22/2011) |
| 08/22/2011 | 939 | | Joint MOTION for Summary Judgment *for Failure to Prove Loss Causation* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG, LEANNE G. SPENCER (Attachments: Memorandum in Support, # 2 Statement of Facts, # 3 Declaration, # 4 Text of Proposed Order)(Walsh, Mic (Additional attachment(s) added on 9/12/2011: # 5 Exhibit 1−10 (Sealed), # 6 Exhibit 11−30 (Sealed), # 7 I 31−61 (Sealed), # 8 Exhibit 62−103 (Sealed), # 9 Exhibit 104−111 (Sealed)) (jf, ). (Entered: 08/22/2011) |
| 08/22/2011 | 940 | | MOTION for Summary Judgment by FRANKLIN RAINES (Attachments: # 1 Memorandum in Support, # Statement of Facts, # 3 Declaration of Joseph M. Terry, # 4 Text of Proposed Order)(Choi, Eun Young) (En 08/22/2011) |
| 08/22/2011 | 941 | | Joint MOTION for Partial Summary Judgment *On FAS 133 Accounting Issues* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEANNE G. SPENCER (Attachm 1 Memorandum in Support, # 2 Statement of Facts, # 3 Text of Proposed Order, # 4 Declaration)(Warin, Fr (Entered: 08/22/2011) |
| 08/22/2011 | 942 | | MOTION for Summary Judgment by LEANNE G. SPENCER (Attachments: # 1 Memorandum in Support Statement of Facts, # 3 Declaration, # 4 Text of Proposed Order, # 5 Certificate of Service)(Miller, Adam) (Entered: 08/22/2011) |
| 08/23/2011 | 943 | | MOTION for Partial Summary Judgment *Against KPMG LLP* by OHIO PUBLIC EMPLOYEES RETIREM SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Text of Proposed # 2 Memorandum in Support, # 3 Statement of Facts, # 4 Declaration)(Cummins, James) (Entered: 08/23/20 |
| 10/07/2011 | 944 | | MOTION to Stay by FEDERAL HOUSING FINANCE AGENCY (Attachments: # 1 Exhibit 1, # 2 Exhibi Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibi 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Declaration Edward DeMarco, # 15 Declaration Jeffre Spohn, # 16 Text of Proposed Order)(Aronica, Joseph) (Entered: 10/07/2011) |
| 10/07/2011 | | | ENTERED IN ERROR.....et/Reset Hearings: The Status Conference scheduled for 10/7/2011 is hereby VACATED, new date to be determined. (tg, ) (Entered: 10/07/2011) (tg, ) Modified on 10/7/2011 (ztg, ). (Entered: 10/07/2011) |

| 10/07/2011 | | NOTICE OF CORRECTED DOCKET ENTRY: The Set/Reset Hearing entry canceling the hearing schedul[...] 10/7/2011 was entered in error by the clerk. The parties shall disregard the entry. (tg, ) (Entered: 10/07/201[...] |
| 10/07/2011 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 10/7/2011. (Co[...] Reporter Chantal Geneus.) (tg, ) (Entered: 10/07/2011) |
| 10/07/2011 | | Minute Entry for proceedings held before Judge Richard J. Leon: In Chambers Conference held on 10/7/20[...] ) (Entered: 10/07/2011) |
| 10/07/2011 | <u>945</u> | ERRATA by FEDERAL HOUSING FINANCE AGENCY <u>944</u> MOTION to Stay filed by FEDERAL HOU[...] FINANCE AGENCY. (Attachments: # <u>1</u> Errata Corrected Declaration of Edward DeMarco)(Aronica, Josep[...] (Entered: 10/07/2011) |
| 10/12/2011 | <u>946</u> | ERRATA by KPMG LLP <u>937</u> MOTION for Summary Judgment filed by KPMG LLP. (Attachments: # <u>1</u>[...] Statement of Facts Revised, # <u>2</u> Statement of Facts Revised with changes identified, # <u>3</u> Declaration Amen[...] <u>4</u> Exhibit Corrected)(Loseman−Barwind, Monica) (Entered: 10/12/2011) |
| 10/12/2011 | <u>947</u> | NOTICE *of Filing Under Seal* by KPMG LLP re <u>946</u> Errata, (Loseman−Barwind, Monica) (Additional attachment(s) added on 10/13/2011: # <u>1</u> Attachment A, # <u>2</u> Attachment B, # <u>3</u> Declaration of M Loseman, [...] Exhibit 16 Attachment D) (jf, ). (Entered: 10/12/2011) |
| 10/21/2011 | <u>948</u> | Memorandum in opposition to re <u>944</u> MOTION to Stay filed by OHIO PUBLIC EMPLOYEES RETIREM[...] SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # <u>1</u> Text of Proposed Order)(Cummins, James) (Entered: 10/21/2011) |
| 10/21/2011 | <u>949</u> | AFFIDAVIT re <u>948</u> Memorandum in Opposition *Declaration of W.B. Markovits In Support of Lead Plaint[...] Memorandum of Points and Authorities in Opposition to Motion of the Federal Housing Finance Agency fo[...] Stay of Proceedings* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. (Attachments: # <u>1</u> Exhibit 3)(Cummins, James) (Entered: 10/21/2011[...] |
| 10/21/2011 | <u>950</u> | NOTICE *of Filing Under Seal re <u>949</u> AFFIDAVIT re 948 Memorandum in Opposition Declaration of W.B. Markovits* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Additional attachment(s) added on 10/24/2011: # <u>1</u> Exhibit 1 (SEA[...] # <u>2</u> Exhibit 2 (SEALED)) (jf, ). (Entered: 10/21/2011) |
| 10/21/2011 | <u>951</u> | Memorandum in opposition to re <u>944</u> MOTION to Stay *Individual Defendants' Response to FHFA's Motio[...] Stay of Proceedings* filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (Attachments: # <u>1</u> Text of Proposed Order)(Choi, Eun Young) (Entered: 10/21/2011) |
| 10/24/2011 | <u>952</u> | Memorandum in opposition to re <u>944</u> MOTION to Stay filed by KPMG LLP. (Attachments: # <u>1</u> Text of Pro[...] Order)(Warin, Francis) (Entered: 10/24/2011) |
| 10/25/2011 | <u>953</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>944</u> MOTION to Stay by FEDE[...] HOUSING FINANCE AGENCY (Attachments: # <u>1</u> Text of Proposed Order)(Aronica, Joseph) (Entered: [...] 10/25/2011) |
| 10/25/2011 | | MINUTE ORDER granting <u>953</u> Unopposed Motion of the Federal Housing Finance Agency for One−Wee[...] Extension to File Reply Brief in Support of Motion to Stay. It is hereby ORDERED that the motion is GRA[...] and that the Federal Housing Finance Agency shall have up to and including November 7, 2011 to file its re[...] brief. Signed by Judge Richard J. Leon on 10/25/2011. (lcrjl1) (Entered: 10/25/2011) |
| 10/25/2011 | | Set/Reset Deadlines: Federal Housing Finance Agency Reply due by 11/7/2011. (kc) (Entered: 10/25/2011[...] |
| 11/01/2011 | <u>954</u> | Emergency MOTION for Extension of Time to File *Opposition to Lead Plaintiffs' Motion for Partial Summ[...] Judgment and for Lead Plaintiffs to File Their Reply In Support of Same* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # <u>1</u> Text of Proposed Order)(Walsh, Michael) (Entered: 11/01/2011) |

| | | | |
|---|---|---|---|
| 11/01/2011 | 955 | | RESPONSE re 954 Emergency MOTION for Extension of Time to File *Opposition to Lead Plaintiffs' Mot... Partial Summary Judgment and for Lead Plaintiffs to File Their Reply In Support of Same* filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OL (Cummins, James) (Entered: 11/01/2011) |
| 11/01/2011 | 956 | | NOTICE of Proposed Order *Extending Summary Judgment Pleading Deadlines* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO re 95 Response to Document, (Cummins, James) (Entered: 11/01/2011) |
| 11/01/2011 | 957 | | RESPONSE re 954 Emergency MOTION for Extension of Time to File *Opposition to Lead Plaintiffs' Mot... Partial Summary Judgment and for Lead Plaintiffs to File Their Reply In Support of Same* filed by FEDER NATIONAL MORTGAGE ASSOCIATION by KPMG LLP. (Warin, Francis) Modified event title on 11/2 (znmw, ). (Entered: 11/01/2011) |
| 11/01/2011 | 958 | | RESPONSE re 955 Response to Document, *Individual Defendants' Response to Lead Plaintiffs' Request to the Entire Briefing Schedule* filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPEN (Choi, Eun Young) (Entered: 11/01/2011) |
| 11/02/2011 | 959 | | REPLY to opposition to motion re 954 Emergency MOTION for Extension of Time to File *Opposition to L Plaintiffs' Motion for Partial Summary Judgment and for Lead Plaintiffs to File Their Reply In Support of S* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 11/02/2011) |
| 11/03/2011 | | | MINUTE ORDER granting in part and denying in part 954 Fannie Mae's Emergency Motion to Extend the to File its Opposition to Lead Plaintiffs' Motion for Partial Summary Judgment and for Lead Plaintiffs to Fi Reply in Support of Same. It is hereby ORDERED that (i) the time for the parties to file their oppositions to pending motions for summary judgment is extended by two weeks to November 18, 2011, and (ii) the time parties to file their replies in further support of their motions for summary judgment is also extended by two weeks to December 28, 2011. The parties shall file a revised proposed order regarding the procedures that s govern the filing of summary judgment motions on or before November 7, 2011. Signed by Judge Richard on 11/3/2011. (lcrjl1) (Entered: 11/03/2011) |
| 11/07/2011 | 960 | | Consent MOTION for Scheduling Order *REVISED ORDER GOVERNING FILING REQUIREMENTS FOI MOTIONS FOR SUMMARY JUDGMENT* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, FRANK RAINES, LEANNE G. SPENCER, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachmen Text of Proposed Order)(Choi, Eun Young) (Entered: 11/07/2011) |
| 11/07/2011 | 961 | | REPLY to opposition to motion re 944 MOTION to Stay filed by FEDERAL HOUSING FINANCE AGEN (Attachments: # 1 Exhibit, # 2 Exhibit)(Aronica, Joseph) (Entered: 11/07/2011) |
| 11/14/2011 | | | MINUTE ORDER denying 944 Motion of the Federal Housing Finance Agency, as Conservator of Fannie for a Stay of Proceedings. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. on 11/14/2011. (lcrjl1) (Entered: 11/14/2011) |
| 11/15/2011 | | | Set/Reset Hearings: Status Conference set for 11/23/2011 10:30 AM in Courtroom 18 before Judge Richard Leon. (kc ) (Entered: 11/15/2011) |
| 11/15/2011 | 962 | | REVISED ORDER GOVERNING FILING REQUIREMENTS FOR MOTIONS FOR SUMMARY JUDGMENT. Signed by Judge Richard J. Leon on 11/14/2011. (see order) (kc ) (Entered: 11/15/2011) |
| 11/22/2011 | 963 | | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Walsh, Micha DOCUMENTS FILED IN VAULT (jf). (Entered: 11/22/2011) |
| 11/22/2011 | 964 | | NOTICE *of FILING UNDER SEAL* by KPMG LLP (Warin, Francis) (Entered: 11/22/2011) |
| 11/22/2011 | 965 | | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE |

| | | |
|---|---|---|
| | | TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 11/22/2011) |
| 11/23/2011 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 11/23/2011. (C... Reporter Patty Gels) (jth) (Entered: 11/23/2011) |
| 11/23/2011 | | Minute Entry for proceedings held before Judge Richard J. Leon: In ChambersConference held on 11/23/20... (jth) (Entered: 11/28/2011) |
| 11/29/2011 | 966 | Memorandum in opposition to re 937 MOTION for Summary Judgment *by KPMG LLP* filed by LEAD PLAINTIFFS. (Attachments: # 1 Statement of Facts, # 2 Declaration of W.B. Markovits in Support of Lead Plaintiffs' Memorandum in Opposition to KPMG LLP's Motion for Summary Judgment, # 3 Text of Propos... Order)(Cummins, James) (Entered: 11/29/2011) |
| 11/29/2011 | 967 | Memorandum in opposition to re 940 MOTION for Summary Judgment *by Franklin Raines* filed by LEAD PLAINTIFFS. (Attachments: # 1 Statement of Facts, # 2 Declaration of W.B. Markovits in Support of Lead Plaintiffs' Memorandum in Opposition to Franklin D. Raines's Motion for Summary Judgment, # 3 Text of Proposed Order)(Cummins, James) (Entered: 11/29/2011) |
| 11/29/2011 | 968 | Memorandum in opposition to re 941 Joint MOTION for Partial Summary Judgment *On FAS 133 Accounti... Issues by Federal National Mortgage Association, J. Timothy Howard, KPMG LLP, and Leanne G. Spence...* by LEAD PLAINTIFFS. (Attachments: # 1 Statement of Facts, # 2 Declaration of W.B. Markovits in Supp... Lead Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Partial Summary Judgment Ba... FAS 133 Accounting Issues, # 3 Text of Proposed Order)(Cummins, James) (Entered: 11/29/2011) |
| 11/29/2011 | 969 | Memorandum in opposition to re 938 MOTION for Summary Judgment *by J. Timothy Howard* filed by LE... PLAINTIFFS. (Attachments: # 1 Statement of Facts, # 2 Declaration of W.B. Markovits in Support of Lead... Plaintiffs' Memorandums in Opposition to J. Timothy Howard's and Leanne G. Spencer's Motions for Sum... Judgment, # 3 Text of Proposed Order)(Cummins, James) (Entered: 11/29/2011) |
| 11/29/2011 | 970 | Memorandum in opposition to re 942 MOTION for Summary Judgment *by Leanne G. Spencer* filed by LE... PLAINTIFFS. (Attachments: # 1 Statement of Facts, # 2 Declaration of W.B. Markovits in Support of Lead... Plaintiffs' Memorandums in Opposition to J. Timothy Howard's and Leanne G. Spencer's Motions for Sum... Judgment, # 3 Text of Proposed Order)(Cummins, James) (Entered: 11/29/2011) |
| 11/29/2011 | 971 | Memorandum in opposition to re 939 Joint MOTION for Summary Judgment *for Failure to Prove Loss Causation by Federal National Mortgage Association, J. Timothy Howard, KPMG, and Leanne G. Spencer...* by LEAD PLAINTIFFS. (Attachments: # 1 Statement of Facts, # 2 Declaration of W.B. Markovits in Supp... Lead Plaintiffs' Memorandum in Opposition to Defendants' Joint Motion for Summary Judgment for Failur... Prove Loss Causation, # 3 Text of Proposed Order)(Cummins, James) (Entered: 11/29/2011) |
| 11/29/2011 | 972 | Memorandum in opposition to re 943 MOTION for Partial Summary Judgment *Against KPMG LLP* filed b... KPMG LLP. (Attachments: # 1 Statement of Facts In Response to Plaintiffs' Statement of Facts, # 2 Statem... Facts In Addition to Response to Plaintiffs' Statement of Facts, # 3 Declaration, # 4 Text of Proposed Order... Supplement, # 6 Certificate of Service)(Warin, Francis) (Entered: 11/29/2011) |
| 11/29/2011 | 973 | Memorandum in opposition to re 916 MOTION for Summary Judgment *(Partial) on Count I Against Defe... Fannie Mae* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Statement... # 2 Declaration Ashley, # 3 Declaration Walsh, # 4 Text of Proposed Order, # 5 Certificate of Service)(Walsh, Michael) (Entered: 11/29/2011) |
| 11/30/2011 | 974 | NOTICE of Appearance by Wilbert B. Markovits on behalf of LEAD PLAINTIFFS (Markovits, Wilbert) (Entered: 11/30/2011) |
| 12/01/2011 | 975 | NOTICE of Appearance by Christopher D. Stock on behalf of LEAD PLAINTIFFS (Stock, Christopher) (Entered: 12/01/2011) |

| 01/04/2012 | 976 | | NOTICE *of Filing Under Seal* by KPMG LLP (Warin, Francis) (Entered: 01/04/2012) |
| 01/04/2012 | 977 | | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEANNE G. SPENCER (Warin, Francis) (Entered: 01/04/2012) |
| 01/04/2012 | 978 | | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG, LEANNE G. SPENCER (Walsh, Michael) (Entered: 01/04/2012) |
| 01/04/2012 | 979 | | NOTICE *of Filing Under Seal* by FRANKLIN RAINES (Choi, Eun Young) (Entered: 01/04/2012) |
| 01/04/2012 | 980 | | NOTICE *of Filing Under Seal* by J.TIMOTHY HOWARD re 969 Memorandum in Opposition, 938 MOTI Summary Judgment (Delinsky, Eric) (Entered: 01/04/2012) |
| 01/04/2012 | 981 | | NOTICE *of Filing Under Seal* by LEANNE G. SPENCER (Miller, Adam) (Entered: 01/04/2012) |
| 01/04/2012 | 982 | | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 01/04/2012) |
| 01/04/2012 | 983 | | REPLY re 937 MOTION for Summary Judgment filed by KPMG LLP. (FILED UNDER SEAL) (jf, ) (Ente 01/05/2012) |
| 01/04/2012 | 984 | | REPLY re 941 Joint MOTION for Partial Summary Judgment *On FAS 133 Accounting Issues* filed by FED NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEANNE G. SPENC (jf, ) (FILED UNDER SEAL) (Entered: 01/05/2012) |
| 01/04/2012 | 985 | | REPLY re 938 MOTION for Summary Judgment filed by J.TIMOTHY HOWARD. (FILED UNDER SEAI ) (Entered: 01/05/2012) |
| 01/04/2012 | 986 | | REPLY re 940 MOTION for Summary Judgment filed by FRANKLIN RAINES. (FILED UNDER SEAL) (Entered: 01/05/2012) |
| 01/04/2012 | 987 | | REPLY re 942 MOTION for Summary Judgment filed by LEANNE G. SPENCER. (FILED UNDER SEAI (Entered: 01/05/2012) |
| 01/04/2012 | 988 | | REPLY re 939 Joint MOTION for Summary Judgment *for Failure to Prove Loss Causation* filed by FANN MAE SECURITIES LITIGATION, J.TIMOTHY HOWARD, KPMG LLP, LEANNE G. SPENCER. (FILI UNDER SEAL) (jf, ) (Entered: 01/05/2012) |
| 01/06/2012 | 989 | | REPLY to opposition to motion re 943 MOTION for Partial Summary Judgment *Against KPMG LLP* filed LEAD PLAINTIFFS. (Attachments: # 1 Statement of Facts in Response to KPMG's Statement of Additiona Facts, # 2 Declaration)(Cummins, James) (Entered: 01/06/2012) |
| 01/06/2012 | 990 | | REPLY to opposition to motion re 916 MOTION for Summary Judgment *(Partial) on Count I Against Def Fannie Mae* filed by LEAD PLAINTIFFS. (Attachments: # 1 Statement of Facts in Response to Fannie Ma Statement of Additional Facts, # 2 Declaration)(Cummins, James) (Entered: 01/06/2012) |
| 01/06/2012 | 991 | | REPLY to opposition to motion re 939 Joint MOTION for Summary Judgment *for Failure to Prove Loss Causation* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPI LEANNE G. SPENCER. (Attachments: # 1 Statement of Facts, # 2 Response to Plaintiffs' Statement of Fac Declaration)(Walsh, Michael) (Entered: 01/06/2012) |
| 01/06/2012 | 992 | | REPLY to opposition to motion re 941 Joint MOTION for Partial Summary Judgment *On FAS 133 Accoun Issues* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LEANNE G. SPENCER. (Attachments: # 1 Statement of Facts, # 2 Declaration, # 3 Certificate of Service)( Francis) (Entered: 01/06/2012) |
| 01/06/2012 | 993 | | REPLY to opposition to motion re 940 MOTION for Summary Judgment filed by FRANKLIN RAINES. (Attachments: # 1 Reply and Additional Statement of Facts in Support of Summary Judgment, # 2 Respons |

| | | |
|---|---|---|
| | | Plaintiffs' Statement of Facts, # 3 Declaration of Eun Young Choi)(Choi, Eun Young) (Entered: 01/06/2012 |
| 01/06/2012 | 994 | REPLY to opposition to motion re 937 MOTION for Summary Judgment filed by KPMG LLP. (Attachmen Statement of Facts, # 2 Declaration, # 3 Certificate of Service)(Warin, Francis) (Entered: 01/06/2012) |
| 01/06/2012 | 995 | REPLY to opposition to motion re 938 MOTION for Summary Judgment filed by J.TIMOTHY HOWARD (Attachments: # 1 Reply to Plaintiffs' Statement of Facts, # 2 Declaration of Eric R. Delinsky, # 3 Certifica Service)(Clark, Richard) (Entered: 01/06/2012) |
| 01/06/2012 | 996 | REPLY to opposition to motion re 942 MOTION for Summary Judgment filed by LEANNE G. SPENCER (Attachments: # 1 Reply Statement of Undisputed Facts, # 2 Response to Plaintiffs' Statement of Facts, # 3 Supplemental Declaration of Adam B. Miller, # 4 Certificate of Service)(Miller, Adam) (Entered: 01/06/20 |
| 01/10/2012 | 997 | Consent MOTION for Order *Governing Submission of a Joint Appendix to the Court and the Unsealing of Summary Judgment Exhibits* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, FRANKLIN RAINES, LEANNE G. SPENCER, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: # 1 Tex Proposed Order Governing Submission of a Joint Appendix to the Court and the Unsealing of Summary Jud Exhibits)(Warin, Francis) (Entered: 01/10/2012) |
| 01/20/2012 | 998 | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEAD PLAINTIFFS, FRANKLIN RAINES, LEANNE G. SPENCER (Walsh, Michael) (Entered: 01/20/2012) |
| 01/30/2012 | 999 | NOTICE OF WITHDRAWAL OF APPEARANCE as to OFFICE OF FEDERAL HOUSING ENTERPRIS OVERSIGHT. Attorney Jeremy S. Simon terminated. (Simon, Jeremy) (Entered: 01/30/2012) |
| 02/02/2012 | 1000 | ORDER Governing Submission of a Joint Appendix to the Court and the Unsealing of Summary Judgment Exhibits. (SEE THE ORDER FOR COMPLETE DETAILS). Signed by Judge Richard J. Leon on 1/24/201 (Entered: 02/03/2012) |
| 02/07/2012 | 1001 | Consent MOTION for Extension of Time to File *Motion for Protective Order* by FEDERAL HOUSING FINANCE AGENCY (Attachments: # 1 Text of Proposed Order)(Aronica, Joseph) (Entered: 02/07/2012) |
| 02/07/2012 | 1002 | NOTICE of Appearance by Jane M. Lyons on behalf of OFFICE OF INSPECTOR GENERAL OF THE U DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (Lyons, Jane) (Entered: 02/07/2012) |
| 02/07/2012 | 1003 | RESPONSE TO ORDER OF THE COURT re 1000 Order, Set Deadlines *and Notice of Dispute Regarding Material Remaining Under Seal* filed by OFFICE OF INSPECTOR GENERAL OF THE U.S. DEPARTME OF HOUSING AND URBAN DEVELOPMENT. (Lyons, Jane) (Entered: 02/07/2012) |
| 02/09/2012 | | MINUTE ORDER granting 1001 Consent Motion of the Federal Housing Finance Agency for a Two−Day Extension of Time to File a Motion for Protective Order. It is hereby ORDERED that the motion is GRANT and that the Federal Housing Finance Agency shall have up to and including February 9, 2012 to file its mo for protective order. Signed by Judge Richard J. Leon on 2/9/2012. (lcrjl1) (Entered: 02/09/2012) |
| 02/09/2012 | 1004 | MOTION for Protective Order by FEDERAL HOUSING FINANCE AGENCY (Attachments: # 1 Text of Proposed Order)(Aronica, Joseph) (Entered: 02/09/2012) |
| 02/09/2012 | 1005 | MOTION for Leave to File *Exhibits Under Seal* by FEDERAL HOUSING FINANCE AGENCY (Attachm 1 Text of Proposed Order)(Aronica, Joseph) (Entered: 02/09/2012) |
| 02/13/2012 | 1006 | ENTERED IN ERROR..... MOTION for Protective Order */ Supplemental Mem. in Response to February 2 Order of the Court* by OFFICE OF INSPECTOR GENERAL OF THE U.S. DEPARTMENT OF HOUSIN AND URBAN DEVELOPMENT (Lyons, Jane) Modified on 2/14/2012 (znmw, ). (Entered: 02/13/2012) |
| 02/14/2012 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF ERROR re 1006 Motion for Protective Order; emailed to jane.lyons@usdoj.gov, cc'd 121 asse attorneys — The PDF file you docketed contained errors: 1. Incorrect event used, 2. Please refile documer Entered in error; Refile as a Supplemental Memorandum (under Oppositions and Replies) (znmw, ) (Entere 02/14/2012) |
| 02/14/2012 | 1007 | | SUPPLEMENTAL MEMORANDUM to 1000 *In Response to February 2, 2012 Order of the Court* filed b OFFICE OF INSPECTOR GENERAL OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. (Lyons, Jane) Modified to add link on 2/15/2012 (znmw, ). (Entered: 02/14/2012) |
| 02/14/2012 | 1008 | | SUPPLEMENTAL MEMORANDUM to re 1004 MOTION for Protective Order filed by FEDERAL HOU FINANCE AGENCY. (Aronica, Joseph) (Entered: 02/14/2012) |
| 02/14/2012 | 1009 | | MOTION for Leave to File *Additional Exhibit Under Seal* by FEDERAL HOUSING FINANCE AGENCY (Attachments: # 1 Text of Proposed Order)(Aronica, Joseph) (Entered: 02/14/2012) |
| 02/27/2012 | 1010 | | Memorandum in opposition to re 1006 MOTION for Protective Order */ Supplemental Mem. in Response to February 2, 2012 Order of the Court*, 1004 MOTION for Protective Order filed by J.TIMOTHY HOWARI FRANKLIN RAINES, LEANNE G. SPENCER. (Attachments: # 1 Certificate of Service, # 2 Text of Propc Order)(Miller, Adam) (Entered: 02/27/2012) |
| 02/27/2012 | 1011 | | Memorandum in opposition to re 1006 MOTION for Protective Order */ Supplemental Mem. in Response to February 2, 2012 Order of the Court*, 1004 MOTION for Protective Order filed by KPMG LLP. (Attachme 1 Text of Proposed Order)(Warin, Francis) (Entered: 02/27/2012) |
| 03/01/2012 | 1012 | | NOTICE *of Objections* by KPMG LLP re 989 Reply to opposition to Motion, (Attachments: # 1 Exhibit (C Letter))(Warin, Francis) (Entered: 03/01/2012) |
| 03/01/2012 | 1013 | | NOTICE *of Filing Under Seal* by KPMG LLP re 1012 Notice (Other) (Warin, Francis) (Additional attachm added on 3/1/2012: # 1 Sealed Objections) (jf, ). (Entered: 03/01/2012) |
| 03/08/2012 | 1014 | | REPLY to opposition to motion re 1006 MOTION for Protective Order */ Supplemental Mem. in Response t February 2, 2012 Order of the Court* filed by FEDERAL HOUSING FINANCE AGENCY. (Aronica, Jose (Entered: 03/08/2012) |
| 03/13/2012 | 1015 | | NOTICE *of Objections* by FEDERAL NATIONAL MORTGAGE ASSOCIATION re 990 Reply to opposi Motion, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Declaration)(Walsh, Michael) (Entered: 03/13/20 |
| 03/16/2012 | | | Set/Reset Hearings: Status Conference set for 3/26/2012 at 02:00 PM in Courtroom 18 before Judge Richar Leon. (kc) (Entered: 03/16/2012) |
| 03/23/2012 | 1016 | | Unopposed MOTION for Order *for F. Joseph Warin to Appear by Telephone* by KPMG LLP (Attachments Text of Proposed Order)(Warin, Francis) (Entered: 03/23/2012) |
| 03/23/2012 | | | MINUTE ORDER denying 1016 Unopposed MOTION for Order for F. Joseph Warin to Appear by Teleph KPMG LLP. Directed by Judge Richard J. Leon on 3/23/2012. (kc ) (Entered: 03/23/2012) |
| 03/26/2012 | | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 3/26/2012. He for Summary Judgment Motions will take place 6/5/2012 through 6/8/2012. (scheduling order forthcoming (Court Reporter Chantal Geneus) (tg, ) (Entered: 03/26/2012) |
| 03/30/2012 | | | Set/Reset Hearings: Oral Argument Hearing set for 6/5/2012 at 10:00 AM, 6/6/2012 at 10:00 AM, 6/7/2012 10:00 AM in Courtroom 18 before Judge Richard J. Leon. (kc ) (Entered: 03/30/2012) |
| 05/01/2012 | 1017 | | Consent MOTION for Order *Governing Oral Argument on Summary Judgment Motions and the Exchange Demonstratives* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: # 1 Text of Prop Order)(Walsh, Michael) (Entered: 05/01/2012) |

| 05/09/2012 | 1018 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Paul M. De Marco, :Firm− Waite, Schneide Bayless &Chesley Co. LPA, :Address− 1513 Fourth &Vine Tower, One West Fourth Street, Cincinnati, OI 45202. Phone No. − 513−621−0267. Fax No. − 513−621−0262 by LEAD PLAINTIFFS (Cummins, James) (Entered: 05/09/2012) |
| 05/11/2012 | | | MINUTE ORDER granting 1018 Motion for Admission Pro Hac Vice. It is hereby ORDERED that the mo GRANTED and that Paul M. De Marco be, and hereby is, admitted pro hac vice in this case. Signed by Jud Richard J. Leon on 5/11/2012. (lcrjl1) (Entered: 05/11/2012) |
| 05/14/2012 | | | MINUTE ORDER denying 1004 Motion Of The Federal Housing Finance Agency For a Protective Order. hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 5/14/2012. (lcrjl1) (En 05/14/2012) |
| 05/14/2012 | | | MINUTE ORDER denying 1005 Motion Of The Federal Housing Finance Agency For Leave To File Exhi Under Seal. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 5/14/ (lcrjl1) (Entered: 05/14/2012) |
| 05/14/2012 | | | MINUTE ORDER denying 1009 Motion Of The Federal Housing Finance Agency For Leave To File Addi Exhibit Under Seal. It is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon o 5/14/2012. (lcrjl1) (Entered: 05/14/2012) |
| 05/14/2012 | | | MINUTE ORDER denying 1003 HUD−OIG's Response To February 2, 2012 Order Of The Court and 1006 HUD−OIG's Supplemental Memorandum. To the extent these documents filed by the Office of Inspector G for the U.S. Department of Housing and Urban Development can be construed as a motion for a protective it is hereby ORDERED that the motion is DENIED. Signed by Judge Richard J. Leon on 5/14/2012.(kc) (E 05/14/2012) |
| 05/17/2012 | | | MINUTE ORDER granting 1017 Consent Motion to Enter Order Governing Oral Argument on Summary Judgment Motions and the Exchange of Demonstratives. It is hereby ORDERED that the motion is GRANT and that the proposed order [1017−1] is adopted and entered in full by the Court. Signed by Judge Richard on 5/17/2012. (lcrjl1) (Entered: 05/17/2012) |
| 05/18/2012 | 1019 | | NOTICE of Public Filing of Joint Appendix by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEAD PLAINTIFFS, FRANKLIN RAINES, LEANNE G. SPENC (Walsh, Michael) (Entered: 05/18/2012) |
| 05/22/2012 | 1020 | | NOTICE of Appearance by Paul M. De Marco on behalf of OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (De Marco, Paul) (Entered: 05/22/20 |
| 05/23/2012 | 1021 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. Attorney Jean Marie Geoppinger terminated. (Cummins, James) (Entered: 05/23/2012) |
| 05/25/2012 | 1022 | | NOTICE of Filing Under Seal by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEAD PLAINTIFFS, FRANKLIN RAINES, LEANNE G. SPENCER (Walsh, Michael)(DOCUMENT FILED IN THE VAULT) (Entered: 05/25/2012) |
| 05/25/2012 | 1023 | | NOTICE of Updated Filings to Comply with Court Order by KPMG LLP (Attachments: # 1 Exhibit KPMG Motion for Summary Judgment, # 2 Exhibit KPMG Statement of Facts, # 3 Exhibit KPMG Opposition to L Motion for Summary Judgment, # 4 Exhibit KPMG Opposition Statement of Additional Facts, # 5 Exhibit Reply, # 6 Exhibit KPMG Reply Statement of Facts, # 7 Exhibit KPMG Objections)(Warin, Francis) (Ente 05/25/2012) |
| 05/25/2012 | 1024 | | NOTICE of Updated Filings to Comply with Court Order by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEANNE G. SPENCER (Attachments: # 1 Exhib 133 Motion for Summary Judgment, # 2 Exhibit FAS 133 Statement of Facts, # 3 Exhibit FAS 133 Reply, |

| | | | |
|---|---|---|---|
| | | | Exhibit FAS 133 Reply Statement of Facts)(Warin, Francis) (Entered: 05/25/2012) |
| 05/25/2012 | 1025 | | NOTICE of Updated Filings to Comply with Court Order by LEANNE G. SPENCER re 942 MOTION for Summary Judgment (Attachments: # 1 Exhibit A − Memorandum in Support of Motion for Summary Judgm 2 Exhibit B − Statement of Undisputed Material Facts, # 3 Exhibit C − Reply Statement of Undisputed Mat Facts)(Miller, Adam) (Entered: 05/25/2012) |
| 05/26/2012 | 1026 | | NOTICE of Updated Filing by J.TIMOTHY HOWARD re 938 MOTION for Summary Judgment (Attachm # 1 Reply Memorandum in Support of Defendant J. Timothy Howard's Motion for Summary Judgment)(Cl Richard) (Entered: 05/26/2012) |
| 06/04/2012 | | | Set/Reset Hearings: The Oral Argument Hearing orginally set for 6/5/2012 at 10:00 AM is RESCHEDULE 6/5/2012 at 11:00 AM in Courtroom 18 before Judge Richard J. Leon. The Oral Argument Hearings set for 6/6/2012 and 6/7/2012 are still set for 10:00 AM. (kc) (Entered: 06/04/2012) |
| 06/05/2012 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Oral Argument Hearing Day 1 held on 6/5/2012.Oral Argument Hearing Day 2 set for 6/6/2012 10:00 AM in Courtroom 18 before Judge Richard Leon.). (Court Reporter Patty Gels.) (kc) (Entered: 06/06/2012) |
| 06/06/2012 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Oral Argument Hearing Day 2 begun and suspended Oral Argument Hearing continued to 6/13/2012 at 10:30 AM. (Court Reporter Patty Gels.) (kc) (Entered: 06/06/2012) |
| 06/07/2012 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Oral Argument Hearing Day 3 held befor Judge Richard J. Leon in Courtroom 18. (Court Reporter Patty Gels.) (kc) (Entered: 06/08/2012) |
| 06/12/2012 | | | Set/Reset Hearings: Oral Argument Hearing set for 6/13/2012 at 10:30 AM in Courtroom 18 before Judge Richard J. Leon. (kc) (Entered: 06/12/2012) |
| 06/13/2012 | | | Minute Entry for proceedings held before Judge Richard J. Leon. Oral Argument Hearing held on 6/13/201 From the date of release of all transcripts the parties shall have Three (3) weeks to submit Supplemental Ple of Fifteen pages or less. The pleadings are due the same day. (Court Reporter Patty Gels.) (kc) (Entered: 06/14/2012) |
| 06/21/2012 | 1027 | | NOTICE of Public Filing of Updated Public Joint Appendix by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEAD PLAINTIFFS, FRANKLIN RAINES, LEA G. SPENCER (Warin, Francis) (Entered: 06/21/2012) |
| 06/21/2012 | 1028 | | NOTICE of Filing Under Seal by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD, KPMG LLP, LEAD PLAINTIFFS, FRANKLIN RAINES, LEANNE G. SPENCER (Warin, F (FILED IN VAULT) (Entered: 06/21/2012) |
| 07/02/2012 | 1029 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRANKLIN RAINES. Attorney Matthew L. Fore terminated. (Choi, Eun Young) (Entered: 07/02/2012) |
| 07/03/2012 | 1030 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to FANNIE MAE SECURITIES LITIGATION, FEDERAL NATIONAL MORTGAGE ASSOCIATION. Attorney Craig A. Cowie terminated. (DeBruin, l (Entered: 07/03/2012) |
| 07/20/2012 | 1031 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to LEAD PLAINTIFFS. Attorney Melanie S. Corwi terminated. (Cummins, James) (Entered: 07/20/2012) |
| 08/03/2012 | 1032 | | MEMORANDUM re 940 MOTION for Summary Judgment filed by FRANKLIN RAINES by FRANKLIN RAINES. (Choi, Eun Young) (Entered: 08/03/2012) |
| 08/03/2012 | 1033 | | NOTICE of Filing Under Seal by FRANKLIN RAINES re 1032 Memorandum (Choi, Eun Young) (Additi attachment(s) added on 8/7/2012: # 1 Declaration of Franklin D. Raines (SEALED)) (jf, ). (Entered: 08/03/ |

| 08/03/2012 | 1034 | | SUPPLEMENTAL MEMORANDUM to re 942 MOTION for Summary Judgment filed by LEANNE G. SPENCER. (Attachments: # 1 Declaration, # 2 Exhibit 236, # 3 Exhibit 237, # 4 Exhibit 238, # 5 Exhibit 2... Exhibit 240, # 7 Exhibit 241, # 8 Exhibit 242, # 9 Exhibit 243, # 10 Exhibit 244)(Miller, Adam) (Entered: 08/03/2012) |
| 08/03/2012 | 1035 | | SUPPLEMENTAL MEMORANDUM to re 937 MOTION for Summary Judgment, 943 MOTION for Part... Summary Judgment *Against KPMG LLP* filed by KPMG LLP. (Warin, Francis) (Entered: 08/03/2012) |
| 08/03/2012 | 1036 | | SUPPLEMENTAL MEMORANDUM to re 941 Joint MOTION for Partial Summary Judgment *On FAS 13... Accounting Issues* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWA... KPMG LLP, LEANNE G. SPENCER. (Warin, Francis) (Entered: 08/03/2012) |
| 08/03/2012 | 1037 | | SUPPLEMENTAL MEMORANDUM to re 967 Memorandum in Opposition, *to Franklin D. Raines's Mot... Summary Judgment* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1038 | | SUPPLEMENTAL MEMORANDUM to re 970 Memorandum in Opposition, *to Leanne G. Spencer's Mot... Summary Judgment* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1039 | | SUPPLEMENTAL MEMORANDUM to re 968 Memorandum in Opposition,, *to Joint Motion for Partial Summary Judgment Based on FAS 133 Accounting Issues* filed by LEAD PLAINTIFFS. (Cummins, James... (Entered: 08/03/2012) |
| 08/03/2012 | 1040 | | SUPPLEMENTAL MEMORANDUM to re 943 MOTION for Partial Summary Judgment *Against KPMG ... filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1041 | | SUPPLEMENTAL MEMORANDUM to re 972 Memorandum in Opposition, *to KPMG LLP's Motion for Summary Judgment* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1042 | | SUPPLEMENTAL MEMORANDUM to re 969 Memorandum in Opposition, *to J. Timothy Howard's Mot... Summary Judgment* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1043 | | SUPPLEMENTAL MEMORANDUM to re 971 Memorandum in Opposition,, *to Defendants' Joint Motion Summary Judgment for Failure to Prove Loss Causation* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1044 | | SUPPLEMENTAL MEMORANDUM to re 916 MOTION for Summary Judgment *(Partial) on Count I Ag... Defendant Fannie Mae* filed by LEAD PLAINTIFFS. (Cummins, James) (Entered: 08/03/2012) |
| 08/03/2012 | 1045 | | SUPPLEMENTAL MEMORANDUM to re 938 MOTION for Summary Judgment filed by J.TIMOTHY HOWARD. (Clark, Richard) (Entered: 08/03/2012) |
| 08/03/2012 | 1046 | | SUPPLEMENTAL MEMORANDUM to re 916 MOTION for Summary Judgment *(Partial) on Count I Ag... Defendant Fannie Mae* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Walsh, Michael) (Entered: 08/03/2012) |
| 08/03/2012 | 1047 | | SUPPLEMENTAL MEMORANDUM to re 939 Joint MOTION for Summary Judgment *for Failure to Pro... Loss Causation* filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION, J.TIMOTHY HOWARD... KPMG LLP, LEANNE G. SPENCER. (Walsh, Michael) (Entered: 08/03/2012) |
| 09/04/2012 | 1048 | | TRANSCRIPT OF PROCEEDINGS before Judge Richard J. Leon held on 6/5/12; Date of Issuance:9/4/12... Reporter/Transcriber Patty Gels, Telephone number 202−354−3236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be view... the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, th... transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) m... purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties hav... twenty−one days to file with the court and the court reporter any request to redact personal identifiers from... transcript. If no such requests are filed, the transcript will be made available to the public via PACER witho... |

| | | |
|---|---|---|
| | | redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is loca our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/25/2012. Redacted Transcript Dead for 10/5/2012. Release of Transcript Restriction set for 12/3/2012.(Gels, Patty) (Entered: 09/04/2012) |
| 09/04/2012 | 1049 | TRANSCRIPT OF PROCEEDINGS before Judge Richard J. Leon held on 6/7/12; Date of Issuance:9/4/12 Reporter/Transcriber Patty Gels, Telephone number 202−354−3236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be view the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, th transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) m purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties hav twenty−one days to file with the court and the court reporter any request to redact personal identifiers from transcript. If no such requests are filed, the transcript will be made available to the public via PACER witho redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is loca our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/25/2012. Redacted Transcript Dead for 10/5/2012. Release of Transcript Restriction set for 12/3/2012.(Gels, Patty) (Entered: 09/04/2012) |
| 09/04/2012 | 1050 | TRANSCRIPT OF PROCEEDINGS before Judge Richard J. Leon held on 6/13/12; Date of Issuance:9/4/1 Court Reporter/Transcriber Patty Gels, Telephone number 202−354−3236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be view the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, th transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) m purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties hav twenty−one days to file with the court and the court reporter any request to redact personal identifiers from transcript. If no such requests are filed, the transcript will be made available to the public via PACER witho redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is loca our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/25/2012. Redacted Transcript Dead for 10/5/2012. Release of Transcript Restriction set for 12/3/2012.(Gels, Patty) (Entered: 09/04/2012) |
| 09/04/2012 | 1051 | TRANSCRIPT OF PROCEEDINGS before Judge Richard J. Leon held on 6/6/12; Date of Issuance:9/4/12 Reporter/Transcriber Patty Gels, Telephone number 202−354−3236, Court Reporter Email Address : Patty_Gels@dcd.uscourts.gov.<P></P>For the first 90 days after this filing date, the transcript may be view the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, th transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) m purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties hav twenty−one days to file with the court and the court reporter any request to redact personal identifiers from transcript. If no such requests are filed, the transcript will be made available to the public via PACER witho redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is loca our website at ww.dcd.uscourts.gov.<P></P> Redaction Request due 9/25/2012. Redacted Transcript Dead for 10/5/2012. Release of Transcript Restriction set for 12/3/2012.(Gels, Patty) (Entered: 09/04/2012) |
| 09/14/2012 | 1052 | MOTION to Modify *Order Approving Lead Plaintiffs' Counsel* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #1 T Proposed Order)(Sommers, Daniel) (Entered: 09/14/2012) |
| 09/20/2012 | 1053 | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 9/20/2012. (kc ) (Entered: 09/20/2012) |
| 09/20/2012 | 1054 | ORDER, For the reasons set forth in the Memorandum Opinion entered this 20th, day of September 2012, i hereby ORDERED that defendant Franklin D. Raine's Motion for Summary Judgment 940 is GRANTED; a is further ORDERED that judgment be entered for defendant Raines on all counts against him and that defe Raines is dismissed from this suit. SO ORDERED. Signed by Judge Richard J. Leon on 9/20/2012. (see ord (kc) (Entered: 09/20/2012) |
| 09/20/2012 | | MINUTE ORDER granting 1052 MOTION to Modify Order Approving Lead Plaintiffs' Counsel. It is here ORDERED that the motion is GRANTED. Signed by Judge Richard J. Leon on 9/20/12. (lcrjl1) (Entered: |

| | | |
|---|---|---|
| | | 09/20/2012) |
| 10/01/2012 | 1055 | CLERK'S JUDGMENT in favor of Franklin D. Raines. (kc ) (Entered: 10/01/2012) |
| 10/16/2012 | 1056 | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 10/16/2012. (kc ) (Entered: 10/16/2012 |
| 10/16/2012 | 1057 | ORDER, For the reasons set forth in the Memorandum Opinion entered this 16th, day of October, 2012, it i hereby ORDERED that defendant J. Timothy Howard's Motion for Summary Judgment 938 is GRANTED is further ORDERED that judgment is entered for defendant Howard on all counts against him and that def Howard is dismissed from this suit. SO ORDERED. Signed by Judge Richard J. Leon on 10/16/2012. (see (kc) (Entered: 10/16/2012) |
| 10/16/2012 | 1058 | CLERK'S JUDGMENT in favor of J. Timothy Howard. (kc ) (Entered: 10/16/2012) |
| 10/24/2012 | 1059 | MOTION for Leave to File *Lead Plaintiffs' Motion to File Documents Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Son Daniel) (Entered: 10/24/2012) |
| 10/24/2012 | 1060 | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 10/24/2012) |
| 11/01/2012 | 1061 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FRANKLIN RAINES. Attorney Eun Young Cho terminated. (Choi, Eun Young) (Entered: 11/01/2012) |
| 11/06/2012 | 1062 | MOTION for Leave to File *Lead Plaintiffs' Motion to File Documents Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Son Daniel) (Entered: 11/06/2012) |
| 11/06/2012 | 1063 | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Entered: 11/06/2012) |
| 11/06/2012 | 1064 | LODGED SEALED DOCUMENT re 1062 MOTION for Leave to File *Lead Plaintiffs' Motion to File Doc Under Seal* filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOY RETIREMENT SYSTEM. (This document is SEALED and only available to authorized persons.)(zjf, ) (En 11/08/2012) |
| 11/15/2012 | 1065 | ORDER: Upon consideration of the lead plaintiff's 1062 Motion for Leave to File Documents Under Seal; i hereby ordered that the motion is GRANTED. Signed by Judge Richard J. Leon on 11/15/12. (tb, ) (Entered 11/16/2012) |
| 11/16/2012 | 1066 | ORDER granting 1059 Lead Plaintiffs' Motion to File Documents Under Seal. Documents 1, 2, and 4 dated 10/24/2012 and Document 3 dated 10/22/2012 are sealed. (SEE THE ORDER FOR COMPLETE DETAIL Signed by Judge Richard J. Leon on 11/8/2012. (jth) (Entered: 11/16/2012) |
| 11/16/2012 | 1067 | SEALED MOTION for Miscellaneous Relief, filed by LEAD PLAINTIFFS. (Attachments: # 1 Supplemen Declaration of W.B. Markovits) (This document is SEALED and only available to authorized persons.) (zjf Modified on 11/19/2012 (zjf, ). (Entered: 11/19/2012) |
| 11/20/2012 | 1068 | MEMORANDUM AND OPINION. Signed by Judge Richard J. Leon on 11/20/12. (tb, ) (Entered: 11/20/20 |
| 11/20/2012 | 1069 | ORDER: For reasons set forth in the Memorandum Opinion entered on 11/20/12; it is hereby ordered that defendant LEANNE SPENCER's 942 Motion for Summary Judgment is hereby GRANTED and that judgm entered for defendant SPENCER on all counts against her and that defendant SPENCER is dismissed from suit. Signed by Judge Richard J. Leon on 11/20/12. (tb, ) (Entered: 11/20/2012) |
| 11/20/2012 | | VACATED PURSUANT TO MINUTE ORDER FILED ON 11/29/12.....MINUTE ORDER: Setting a Stat Conference set for 11/29/2012 03:00 PM in Courtroom 18 before Judge Richard J. Leon. SO ORDERED. ( |

| | | |
|---|---|---|
| | | Modified on 11/29/2012 (tb, ). (Entered: 11/20/2012) |
| 11/21/2012 | | MINUTE ORDER (Text Only) vacating the Minute Order setting a Status Conference for 11/29/2012 03:0( in Courtroom 18 before Judge Richard J. Leon.. Aproved by Judge Richard J. Leon on 11/21/12. (jeb, ) (En 11/21/2012) |
| 11/26/2012 | 1070 | MOTION for Leave to File *Documents Under Seal* by KPMG LLP (Attachments: # 1 Text of Proposed Order)(Warin, Francis) (Entered: 11/26/2012) |
| 11/26/2012 | 1071 | NOTICE *of Filing Under Seal* by KPMG LLP (Warin, Francis) (Entered: 11/26/2012) |
| 11/26/2012 | 1072 | MOTION for Leave to File *Document Under Seal* by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEA G. SPENCER (Attachments: # 1 Text of Proposed Order)(Miller, Adam) (Entered: 11/26/2012) |
| 11/26/2012 | 1073 | MOTION for Leave to File *Document Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATI( (Attachments: # 1 Text of Proposed Order)(Walsh, Michael) (Entered: 11/26/2012) |
| 11/26/2012 | 1074 | NOTICE *of Filing Under Seal* by FRANKLIN RAINES (Miller, Adam) (Entered: 11/26/2012) |
| 11/26/2012 | 1075 | NOTICE *of Filing Under Seal* by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Walsh, Michae (Entered: 11/26/2012) |
| 11/26/2012 | 1076 | MOTION for Leave to File *Documents Under Seal* by FEDERAL HOUSING FINANCE AGENCY (Attachments: # 1 Text of Proposed Order)(Aronica, Joseph) (Entered: 11/26/2012) |
| 11/26/2012 | 1077 | NOTICE *of Filing Under Seal* by FEDERAL HOUSING FINANCE AGENCY re 1076 MOTION for Leav File *Documents Under Seal* (Aronica, Joseph) (Entered: 11/26/2012) |
| 11/27/2012 | | MINUTE ORDER granting 1070 Motion for Leave to File Under Seal. It is hereby ORDERED that the mo GRANTED. Signed by Judge Richard J. Leon on 11/27/12. (lcrjl1) (Entered: 11/27/2012) |
| 11/27/2012 | | MINUTE ORDER granting 1072 Motion for Leave to File Under Seal. It is hereby ORDERED that the mo GRANTED. Signed by Judge Richard J. Leon on 11/27/12. (lcrjl1) (Entered: 11/27/2012) |
| 11/27/2012 | | MINUTE ORDER granting 1073 Motion for Leave to File Under Seal. It is hereby ORDERED that the mo GRANTED. Signed by Judge Richard J. Leon on 11/27/12. (lcrjl1) (Entered: 11/27/2012) |
| 11/27/2012 | | MINUTE ORDER granting 1076 Motion for Leave to File Under Seal. It is hereby ORDERED that the mo GRANTED. Signed by Judge Richard J. Leon on 11/27/12. (lcrjl1) (Entered: 11/27/2012) |
| 11/27/2012 | 1078 | (Sealed) Joint Memorandum in opposition to re 1067 SEALED MOTION for Miscellaneous Relief filed by LEAD PLAINTIFFS. (This document is SEALED and only available to authorized persons.) filed by J.TIMOTHY HOWARD, FRANKLIN RAINES, LEANNE G. SPENCER. (jf, ) (jf, ). (Entered: 11/29/201: |
| 11/27/2012 | 1079 | (Sealed) RESPONSE re 1067 SEALED MOTION for Miscellaneous Relief filed by LEAD PLAINTIFFS. document is SEALED and only available to authorized persons.) filed by KPMG LLP. (jf, ) (jf, ). (Entered: 11/29/2012) |
| 11/27/2012 | 1080 | (Sealed) Memorandum in opposition to re 1067 SEALED MOTION for Miscellaneous Relief filed by LEAI PLAINTIFFS. (This document is SEALED and only available to authorized persons.) filed by FEDERAL HOUSING FINANCE AGENCY. (jf, ) (jf, ). (Entered: 11/29/2012) |
| 11/27/2012 | 1081 | (Sealed) Memorandum in opposition to re 1067 SEALED MOTION for Miscellaneous Relieffiled by LEAI PLAINTIFFS. (This document is SEALED and only available to authorized persons.) filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION. (jf, ) (Additional attachment(s) added on 11/29/2012: # 1 Tex Proposed Order) (jf, ). (Entered: 11/29/2012) |
| 12/06/2012 | 1082 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File *Lead Plaintiffs' Motion to File Documents Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Son Daniel) (Entered: 12/06/2012) |
| 12/06/2012 | 1083 | NOTICE *of Filing Under Seal* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Sommers, Daniel) (Additional attachment(s) added on 12/7/2012: #_1 Exhibit Reply (LODGED UNDER SEAL), #_2 Exhibit Supplement (LODGED UNDER SE (jf, ). (Entered: 12/06/2012) |
| 12/07/2012 | 1084 | CLERK'S JUDGMENT in favor of Leanne G. Spencer. (kc ) (Entered: 12/07/2012) |
| 02/07/2013 | 1085 | NOTICE of Change of Address by James R. Cummins (Cummins, James) (Entered: 02/07/2013) |
| 04/15/2013 | | MINUTE ORDER granting _1082 Motion for Leave to File Under Seal. It is hereby ORDERED that the mo GRANTED and that the following documents, dated December 6, 2012, are hereby sealed: Lead Plaintiffs' to Defendants' Opposition to Motion for Miscellaneous Relief; and Second Supplemental Declaration of W Markovits in Support of Lead Plaintiffs' Motion for Miscellaneous Relief. Signed by Judge Richard J. Leon 4/15/13. (lcrjl1, ) (Entered: 04/15/2013) |
| 04/15/2013 | 1086 | SEALED REPLY filed by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO. re _1067 SEALE MOTION for Miscellaneous Relief filed by LEAD PLAINTIFFS. (This document is SEALED and only available to authorized persons.) filed by LEAD PLAINTIFFS. (This document is SEALED and only available to authorized persons.) (Attachments: #_1 Declaration Second Supplemental Declaration of W.B. Markovits)(zjf, ) (Entered: 04/19/2013) |
| 05/07/2013 | 1087 | ENTERED IN ERROR.....NOTICE *of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Cla Action Settlement, etc.* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #_1 Exhibit 1: Stipulation of Settlement of Securities Action)(Sommers, Daniel) Modified on 5/8/2013 (znmw, ). (Entered: 05/07/2013) |
| 05/07/2013 | 1088 | ENTERED IN ERROR.....MEMORANDUM re _1087 Notice (Other), filed by STATE TEACHERS RETIREMENT SYSTEM OF OHIO, OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OF (Sommers, Daniel) Modified on 5/8/2013 (znmw, ). (Entered: 05/07/2013) |
| 05/08/2013 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entries _1087 Notice (Other) (incorrect event) and_ Memorandum (separate docket entry) were entered in error and counsel is instructed to refile said pleading MOTION with the memorandum in support attached to the same docket entry. (znmw, ) (Entered: 05/08/20 |
| 05/08/2013 | 1089 | MOTION for Settlement *Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Sett etc.* by OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM, STATE TEACHERS RETIREMENT SYSTEM OF OHIO (Attachments: #_1 Memorandum in Support of Unopposed Motion for Preliminary Ap #_2 Exhibit 1: Stipulation of Settlement of Securities Action)(Sommers, Daniel). Added MOTION for Hear MOTION to Stay on 5/9/2013 (znmw, ). (Entered: 05/08/2013) |
| 05/14/2013 | | Set/Reset Hearings: Status Conference set for 4/29/2013 03:00 PM in Courtroom 18 before Judge Richard J Leon. (kc) (Entered: 05/14/2013) |
| 05/14/2013 | | Set/Reset Hearings: Status Conference set in error for 4/29/2013 is set for 5/29/2013 03:00 PM in Courtroo before Judge Richard J. Leon. (kc ) (Entered: 05/14/2013) |
| 05/29/2013 | | Minute Entry for proceedings held before Judge Richard J. Leon: Status Conference held on 5/29/2013. (Co Reporter Patty Gels.) (kc ) (Entered: 05/29/2013) |
| 06/07/2013 | 1090 | ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVING FORM AND MANNER OF NOTICE, SETTING DATE FOR HEARING ON FINAL APPROVAL OF |

| | | |
|---|---|---|
| | | SETTLEMENT, AND STAYING NON−SETTLEMENT RELATED PROCEEDINGS. SETTLEMENT FAIRNESS HEARING set for 10/31/2013 AT 11:00 AM in Courtroom 18 before Judge Richard J. Leon. S by Judge Richard J. Leon on 6/7/2013. (kc ) (Main Document 1090 replaced on 6/18/2013) (zad, ). (Entere 06/07/2013) |
| 08/16/2013 | 1091 | NOTICE *Notice of Supplemental Filing in Connection with Fees and Expenses Application Submiitted by Plaintiffs' Lead Counsel* by Statman, Harris &Eyrich, LLC (Attachments: #1 Exhibit Exhibit A, #2 Exhibi Exhibit B, #3 Exhibit Exhibit C)(Statman, Alan) (Entered: 08/16/2013) |
| 08/16/2013 | 1092 | MOTION for Final Approval of Class Action Settlement and Approval of Plan of Allocation by LEAD PLAINTIFFS (Attachments: #1 Declaration of W.B. Markovits and Joseph T. Deters in Support, #2 Exhib Markovits Stock &DeMarco Declaration, #3 Exhibit 1B Bernstein Liebhard Declaration, #4 Exhibit 1C W Schneider Declaration, #5 Exhibit 1D Berman DeValerio Declaration, #6 Exhibit 1E Cohen Milstein Declaration, #7 Exhibit 1F Statman Harris Declaration, #8 Exhibit 1G Karam Declaration, #9 Exhibit 1H Eisenhofer Declaration, #10 Exhibit 1I WeissLaw Declaration, #11 Exhibit 1J Bernstein Litowitz Declara 12 Exhibit 1K Strauss Troy Declaration, #13 Exhibit 1L Spector Roseman Declaration, #14 Exhibit 1M Lockridge Declaration, #15 Exhibit 1N Kohn Swift Declaration, #16 Exhibit 1O Heins Mills Declaration, Exhibit 1P Neuwelt Declaration, #18 Exhibit 1Q Climaco Declaration, #19 Exhibit 1R Frankovitch Decla #20 Exhibit 1S DataNav Declaration, #21 Exhibit 1T Cummins Brown Declaration, #22 Exhibit 1U Low Declaration, #23 Exhibit 1V Barrett Weber Declaration, #24 Exhibit 1W Federman Sherwood Declaration Exhibit 2 Jose C. Fraga Declaration, #26 Exhibit 3 SCAS Top 100 Settlements, #27 Exhibit 4 NERA Tren Year, #28 Exhibit 5 Brian T. Fitzpatrick Declaration, #29 Exhibit 6 Time and Lodestar Report, #30 Exhib Hearing Transcript, #31 Exhibit 8 NERA Trends Mid Year, #32 Exhibit 9 Cost and Expense Report, #33 Exhibit 10 Damages Summary, #34 Text of Proposed Order)(Sommers, Daniel) (Entered: 08/16/2013) |
| 08/16/2013 | 1093 | MOTION for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses by LEAD PLAINTI (Attachments: #1 Exhibit re Declaration of W.B. Markovits and Joseph T. Deters in Support, #2 Text of Proposed Order)(Sommers, Daniel) (Entered: 08/16/2013) |
| 09/20/2013 | 1094 | NOTICE of Appearance by Barry E. Cohen on behalf of BERNSTEIN LIEBHARD LLP (Cohen, Barry) (Entered: 09/20/2013) |
| 09/20/2013 | 1095 | NOTICE of Appearance by Philip Thomas Inglima on behalf of BERNSTEIN LIEBHARD LLP (Inglima, (Entered: 09/20/2013) |
| 09/20/2013 | 1096 | SUPPLEMENTAL MEMORANDUM to re 1093 MOTION for an Award of Attorneys' Fees and Reimburs of Litigation Expenses filed by BERNSTEIN LIEBHARD LLP. (Attachments: #1 Exhibit A, #2 Exhibit B)(Cohen, Barry) (Entered: 09/20/2013) |
| 09/20/2013 | 1097 | NOTICE of Filing *Intent to Appear and Be Heard* filed by JEFF PECHAN, CAFCO−LARGE CAP FUND (Smith, Patrick) Modified event title on 9/23/2013 (znmw, ). (Entered: 09/20/2013) |
| 09/20/2013 | 1098 | ENTERED IN ERROR.....NOTICE of Appearance by Patrick Charles Smith on behalf of CAFCO−LARGI FUNDS, L.P. (Smith, Patrick) Modified on 9/23/2013 (znmw, ). (Entered: 09/20/2013) |
| 09/20/2013 | 1099 | MEMORANDUM by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (Smith, Patrick) (Entered: 09/20/2013) |
| 09/20/2013 | 1100 | ADDITIONAL ATTACHMENT(S) by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN 1099 Memorandum filed by JEFF PECHAN, CAFCO−LARGE CAP FUNDS, L.P.. (Attachments: #1 Exhibit Declaration &Exhibit (Pechan))(Smith, Patrick) Modified event title on 9/23/2013 (znmw, ). (Entered: 09/20/2013) |
| 09/20/2013 | 1101 | ADDITIONAL ATTACHMENT(S) by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN 1099 Memorandum filed by JEFF PECHAN, CAFCO−LARGE CAP FUNDS, L.P.. (Attachments: #1 Exhibit Declaration &Exhibit (Cafco))(Smith, Patrick) Modified event title on 9/23/2013 (znmw, ). (Entered: 09/20 |

| 09/20/2013 | 1102 | ADDITIONAL ATTACHMENT(S) by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN 1099 Memorandum filed by JEFF PECHAN, CAFCO−LARGE CAP FUNDS, L.P.. (Attachments: #1 Exhibit Declaration &Exhibit A (Brauer), #2 Exhibit B (Brauer), #3 Exhibit C (Brauer), #4 Exhibit D (Brauer), #... Exhibit E (Brauer), #6 Exhibit F (Brauer))(Smith, Patrick) Modified event title on 9/23/2013 (znmw, ). (Er... 09/20/2013) |
| 09/23/2013 | | NOTICE OF ERROR re 1100 Large Additional Attachment(s); emailed to psmith@dehay.com, cc'd 129 associated attorneys — The PDF file you docketed contained errors: 1. Attachments small enough to inclu... memorandum; do not file separately unless larger than 10MB. (znmw, ) (Entered: 09/23/2013) |
| 09/23/2013 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 1098 Notice of Appearance was entered in c... a duplicate of Docket Entry 1097 Notice of Appearance. In addition, Docket Entry 1097 Notice of Appeara... was filed using the wrong event and has been modified to correctly reflect the title of the document being fi... (znmw, ) (Entered: 09/23/2013) |
| 09/24/2013 | 1103 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Stephen J. Oddo, :Firm− Robbins Arroyo L... :Address− 600 B Street, Suite 1900, San Diego, CA 92101. Phone No. − 619−525−3990. Fax No. − 619−525−3991 by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN (Attachments: #1 Declaration of Stephen J. Oddo, #2 Text of Proposed Order)(Smith, Patrick) (Entered: 09/24/2013) |
| 09/27/2013 | 1104 | ORDERED that Stephen J. Oddo is admitted pro hac vice for the purpose of appearing and pariticipating as... counsel for JEFF PECHAN and CAFCO LARGE CAP FUND L.P.. Signed by Judge Richard J. Leon on 09/26/13. (tb, ) (Entered: 09/27/2013) |
| 10/02/2013 | 1105 | NOTICE of CAFA Compliance by FEDERAL NATIONAL MORTGAGE ASSOCIATION (Attachments: Declaration, #2 Exhibit A, #3 Exhibit B)(Walsh, Michael) (Entered: 10/02/2013) |
| 10/08/2013 | 1106 | NOTICE of CAFA Compliance by KPMG LLP (Attachments: #1 Declaration, #2 Exhibit A, #3 Exhibit B Exhibit C)(Warin, Francis) (Entered: 10/08/2013) |
| 10/11/2013 | 1107 | RESPONSE re 1099 to Objection and Supplemental Memoranda in Further Support of Motion for Final A... of Class Action Settlement and Approval of Plan of Allocation filed by LEAD PLAINTIFFS. (Attachments Declaration of W.B. Markovits, #2 Declaration of Kenneth N. Kotz and Frank C. Torchio, #3 Declaration C. Fraga, #4 Declaration of Daniel S. Sommers)(Sommers, Daniel) Modified to add link on 10/15/2013 (zn (Entered: 10/11/2013) |
| 10/25/2013 | 1108 | SUPPLEMENTAL MEMORANDUM to Class Members Jeff Pechan and Cafco−Gold Equity Fund, L.P.'... Objection to the Plan of Allocation filed by CAFCO−LARGE CAP FUNDS, L.P., JEFF PECHAN. (Oddo, Stephen) (Entered: 10/25/2013) |
| 10/25/2013 | 1109 | AFFIDAVIT re 1108 Supplemental Memorandum of Greggory A. Brauer, Ph.D. in Support of Class Memb... Jeff Pechan and Cafco−Gold Equity Fund, L.P.'s Objection to the Plan of Allocation by CAFCO−LARGE FUNDS, L.P., JEFF PECHAN. (Attachments: #1 Exhibit A, #2 Exhibit B)(Oddo, Stephen) (Entered: 10/25/2013) |
| 10/28/2013 | 1110 | MOTION to Strike 1108 Supplemental Memorandum of Jeff Pechan and Cafco−Gold Equity Fund, LP's Objection to the Plan of Allocation by LEAD PLAINTIFFS (Attachments: #1 Text of Proposed Order)(So... Daniel) (Entered: 10/28/2013) |
| 10/28/2013 | 1111 | MOTION to Strike Undocketed Objection of Rinis Travel Service, Inc. Profit Sharing Trust U.A. 6−1−198... LEAD PLAINTIFFS (Attachments: #1 Exhibit 1 − Settlement Notice, #2 Exhibit 2 − Markovits Declarati... Exhibit 3 − Kilduff Declaration, #4 Exhibit 4 − Warin Declaration, #5 Exhibit 5 − Rinis BOA Objection, ... Text of Proposed Order)(Sommers, Daniel) (Entered: 10/28/2013) |
| 10/29/2013 | 1112 | Memorandum in opposition to re 1110 MOTION to Strike 1108 Supplemental Memorandum of Jeff Pecha... Cafco−Gold Equity Fund, LP's Objection to the Plan of Allocation filed by CAFCO−LARGE CAP FUND... |

| | | | |
|---|---|---|---|
| | | | JEFF PECHAN. (Attachments: # 1 Text of Proposed Order [Proposed] Order Denying Lead Plaintiffs' Mot Strike)(Oddo, Stephen) (Entered: 10/29/2013) |
| 10/29/2013 | 1113 | | REPLY to opposition to motion re 1110 MOTION to Strike 1108 Supplemental Memorandum *of Jeff Pech Cafco−Gold Equity Fund, LP's Objection to the Plan of Allocation* filed by LEAD PLAINTIFFS. (Sommer Daniel) (Entered: 10/29/2013) |
| 10/29/2013 | 1114 | | MOTION to Intervene by KHADIJA DUMA (jf, ) (Entered: 10/30/2013) |
| 10/31/2013 | 1115 | | NOTICE of Appearance by Danny C. Onorato on behalf of SCHERTLER &ONORATO (Onorato, Danny) Document 1115 replaced on 11/1/2013) (znmw, ). (Entered: 10/31/2013) |
| 10/31/2013 | 1116 | | NOTICE of Appearance by Robert James Spagnoletti on behalf of SCHERTLER &ONORATO (Spagnolet Robert) (Main Document 1116 replaced on 11/1/2013) (znmw, ). (Entered: 10/31/2013) |
| 10/31/2013 | 1117 | | NOTICE of Appearance by Kathleen Hall Warin on behalf of Marks Paneth &Shron LLP (Warin, Kathleen (Entered: 10/31/2013) |
| 10/31/2013 | | | Minute Entry: Fairness Hearing held on 10/31/2013 before Judge Richard J. Leon:. (Court Reporter Patty C (tb, ) (Entered: 11/01/2013) |
| 12/06/2013 | 1118 | 189 | MEMORANDUM AND OPINION. Signed by Judge Richard J. Leon on 12/05/13. (tb, ) (Entered: 12/06/20 |
| 12/06/2013 | 1119 | 181 | ORDER AND FINAL JUDGMENT: Granting 1092 Motion for Final Approval of Class Action Settlement Approval of Plan of Allocation by LEAD PLAINTIFFS ; and granting 1093 Motion for an Award of Attor Fees and Reimbursement of Litigation Expenses by LEAD PLAINTIFFS. This Judgment and Order is a Ju in the Consolidated Action as to all claims asserted. The Courts find, for purposes of Fed. R. Civ. P. 54(b), there is no just reason for delay and expressly directs entry of judgment as set forth herein. Signed by Judge Richard J. Leon on 12/05/13. (tb, ) (Entered: 12/06/2013) |
| 01/09/2014 | 1120 | 179 | NOTICE OF APPEAL as to 1118 Memorandum &Opinion, 1119 Order on Motion for Miscellaneous Relie RINIS TRAVEL SERVICE, INC. PROFIT SHARING TRUST U.A. 6−1−1989. Filing fee $ 0.00. Fee Stat Fee Paid. Parties have been notified. (rdj) "Leave to file granted". by Judge Richard J. Leon (Entered: 01/09 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| In Re Fannie Mae Securities Litigation | Consolidated Civil Action No.: 1:04-cv-01639<br><br>Judge Richard J. Leon |

## NOTICE OF APPEAL

Class member/objector  RINIS TRAVEL SERVICE, INC. PROFIT SHARING TRUST

U.A. 61-1989 hereby appeals to the United States Court of Appeals for the District of Columbia

Circuit from the Memorandum Opinion, order of the trial court, dated December 5, 2013, filed

December 6, 2013 (Document 1118).

Dated this 3rd day of January, 2014.

Respectfully submitted,

N. Albert Bacharach, Jr.
N. Albert Bacharach, Jr., P.A.
Attorney for Appellant
Florida Bar Number: 209783
4128 NW 13th Street
Gainesville, Florida 32609

RECEIVED
JAN 0 8 2014
JUDGE RICHARD LEON



RECEIVED
Mail Room
JAN - 6 2014
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## NOTICE OF COMPLIANCE WITH RULE 3(a)(1)
## FEDERAL RULE OF APPELLATE PROCEDURE

In compliance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure the

foregoing Notice of Appeal and 3 copies were served on the Clerk of the Court to enable the

clerk to comply with Rule 3(d); copies will also be served on all counsel of record by the Clerk

of the Court through the CM/ECF system

N. Albert Bacharach, Jr.

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**DEC 0 6 2013**

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | **MDL No. 1668** |
| In re Fannie Mae Securities Litigation | **Consolidated Civil Action No. 04-1639 (RJL)** |

## ORDER AND FINAL JUDGMENT
December **5**, 2013 [## 1092, 1093]

This matter came before the Court for hearing pursuant to this Court's June 7,

2013 Order Granting Preliminary Approval of Class Action Settlement, Approving Form

and Manner of Notice, Setting Date for Hearing on Final Approval of Settlement, and

Staying Non-Settlement Related Proceedings ("Preliminary Approval Order") [Dkt. #

1090], on the application of the Settling Parties for approval of the settlement

("Settlement") set forth in the Stipulation of Settlement of Securities Action

("Stipulation"), dated May 7, 2013. The Court held a hearing to consider the applications

of the Settling Parties ("Fairness Hearing") on October 31, 2013. Having considered all

papers filed and proceedings held herein, and having received declarations attesting to the

mailing of the Notice and the publication of the Summary Notice in accordance with the

Preliminary Approval Order, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1.     This Judgment incorporates by reference the definitions in the Stipulation,

and all terms used herein shall have the same meaning as set forth in the Stipulation

unless set forth differently herein.  The terms of the Stipulation are fully incorporated in

this Judgment as if set forth fully herein.

2.      The Court has jurisdiction over the subject matter of the Consolidated

Action and all parties to the Consolidated Action, including all Settlement Class

Members.

3.      The Court finds that due and adequate notice was given in 2008 to potential

class members of their right to opt out of the Class.  The Court further finds that because

all potential class members previously received Court-approved notice over several

months in 2008 and were previously afforded the opportunity to opt out of the Class, the

parties need not provide potential class members another opportunity to opt out of the

Class.

4.      The Court finds that due and adequate notice was given of the Settlement,

the Plan of Allocation of the Settlement proceeds, and the Fee and Expense Application,

as directed by this Court's Preliminary Approval Order, and that the forms and methods

for providing such notice to Settlement Class Members:

a.      constituted the best notice practicable under the circumstances,

including individual notice to all Settlement Class Members who could be identified

through reasonable effort;

b.      was reasonably calculated, under the circumstances, to apprise

Settlement Class Members of: (i) their right to object to any aspect of the proposed

Settlement, including the terms of the Stipulation and the Plan of Allocation; (ii) their

right to appear at the Settlement Fairness Hearing, either on their own or through counsel

hired at their own expense, if they were not excluded from the Settlement Class; (iii) their

right to opt back into the Settlement Class if they had previously elected to opt out; and

(iv) the binding effect of the proceedings, rulings, orders and judgment in this

Consolidated Action, whether favorable or unfavorable, on all persons who are not

excluded from the Settlement Class;

   c.  was reasonable and constituted due, adequate, and sufficient notice

to all persons entitled to be provided with notice; and

   d.  fully satisfied all the applicable requirements of Fed. R. Civ. P. 23,

due process, and all other applicable laws.

   5.  The Settlement Class excludes those persons who timely and validly filed

requests for exclusion from the Class pursuant to Court-approved notice sent to class

members in 2008.  These persons who previously opted out have had the opportunity to

opt back into the Settlement.  Persons who filed timely, completed and valid requests for

exclusion from the Class and who have not availed themselves of the opportunity to opt

back into the Settlement are not bound by this Judgment or the terms of the Stipulation,

and may pursue their own individual remedies against Settling Defendants, the

Individuals and the other Released Parties.  Such persons are not entitled to any rights or

benefits provided to Settlement Class Members by the terms of the Stipulation.

   6.  Pursuant to Fed. R. Civ. P. 23(e), and for the reasons stated in the

accompanying Memorandum Opinion, this Court hereby approves the Settlement set

forth in the Stipulation and finds that the Settlement is, in all respects, fair, reasonable,

and adequate to, and is in the best interests of, Lead Plaintiffs and all Settlement Class

Members.  Accordingly, the Settlement embodied in the Stipulation is hereby approved in

all respects and shall be consummated in accordance with its terms and conditions.  The

Settling Parties are hereby directed to perform the terms of the Stipulation, and the Clerk

of the Court is directed to enter and docket this Judgment in this Consolidated Action.

       7.     This Court hereby approves the Plan of Allocation as set forth in the Notice

as fair and equitable for the reasons stated in the accompanying Memorandum Opinion.

The Court directs Lead Counsel to proceed with the processing of Proofs of Claim and

the administration of the Settlement pursuant to the terms of the Plan of Allocation and,

upon completion of the claims processing procedure, to present to this Court a proposed

final distribution order for the distribution of the Net Settlement Fund to eligible

Settlement Class Members, as provided in the Stipulation and Plan of Allocation.

       8.     This Court, having considered the Fee and Expense Application, hereby

awards Plaintiffs' Counsel attorneys' fees equal to 22% of the Settlement Fund (including

interest accrued thereon) after other expenses have been deducted, and reimbursement of

their out-of-pocket expenses in the amount of $15,294,860.78, with interest to accrue

thereon at the same rate and for the same periods as has accrued by the Settlement Fund

from the date of this Judgment to the date of actual payment of said attorneys' fees and

expenses to Plaintiffs' Counsel as provided in the Stipulation.  The Court finds, for the

reasons stated in the accompanying Memorandum Opinion, that the amount of attorneys'

fees awarded herein is fair and reasonable.  The Court also finds that the amount of

expense reimbursement awarded herein is fair and reasonable as the expenses incurred by

4

Plaintiffs' Counsel, including the costs of experts, were reasonable and necessary in the prosecution of the Consolidated Action on behalf of Settlement Class Members. The attorneys' fees awarded and expenses reimbursed above shall be paid to Lead Counsel as provided in the Stipulation, for allocation to Plaintiffs' Counsel.

9.     Lead Counsel may apply, from time to time, for any fees and/or expenses incurred by them solely in connection with the administration of the Settlement and distribution of the Net Settlement Fund to Settlement Class Members.

10.     All payments of attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel in the Consolidated Action shall be made from the Settlement Fund, and the Released Parties shall have no liability or responsibility for the payment of any of Lead Plaintiffs' or Plaintiffs' Counsel's attorneys' fees or expenses except as expressly provided in the Stipulation with respect to the cost of Notice, administration of the Settlement, and payment of Lead Plaintiffs' mediation expenses.

11.     Pursuant to Fed. R. Civ. P. 23(c)(3), all Class Members who have not filed timely, completed and valid requests for exclusion from the Class are thus Settlement Class Members who are bound by this Judgment and by the terms of the Stipulation.

12.     The Released Parties are hereby released and forever discharged from any and all of the Settled Class Claims and Parties' Released Claims. All Settlement Class Members are hereby forever barred and enjoined from asserting, instituting or prosecuting, directly or indirectly, any of the Settled Class Claims in any court or other forum against any of the Released Parties, regardless of whether or not such Settlement Class Member executes a Proof of Claim form. All Settlement Class Members are bound

by paragraph 3 of the Stipulation and are hereby forever barred and enjoined from taking any action in violation of that provision.

13.     In accordance with 15 U.S.C. § 78u-4(f)(7)(A), any and all claims for contribution arising out of the claims or allegations of the Consolidated Action or any of the Settled Class Claims or Parties' Released Claims (a) by any person or entity against any of the Released Parties, and (b) by any of the Released Parties against any other person or entity, are hereby permanently barred, extinguished, discharged, satisfied, and unenforceable ("Reform Act Bar Order").

14.     If appellate review of the Reform Act Bar Order is sought and on such review the Reform Act Bar Order is vacated, modified or reversed, then the Settling Defendants shall have the right to terminate the Settlement.

15.     The Court hereby dismisses with prejudice the Consolidated Action and all of the Settled Class Claims and Parties' Released Claims against each and all Released Parties and Lead Plaintiffs and without costs to any of the Settling Parties as against the others.

16.     Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed or may be used as an admission of, or evidence of, the validity of any of the Settled Class Claims, or of any wrongdoing or liability of the Settling Defendants or Individuals; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Settling Defendants or Individuals in any civil, criminal, or administrative proceeding in any court,

administrative agency, or other tribunal; or (c) is admissible in any proceeding except an action to enforce or interpret the terms of the Stipulation, the Settlement contained therein, and any other documents executed in connection with the performance of the agreement embodied therein. Released Parties may file the Stipulation and/or this Judgment and Order in any action that may be brought against them in order to support a defense or counterclaim based on the principles of res judicata, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

17.    The Court finds that during the course of the Consolidated Action, the Settling Parties and their respective counsel at all times complied with the requirements of Fed. R. Civ. P. 11.

18.    Without affecting the finality of this Judgment in any way, this Court hereby reserves and retains continuing jurisdiction over: (a) implementation and enforcement of any award or distribution from the Settlement Fund or Net Settlement Fund; (b) disposition of the Settlement Fund or Net Settlement Fund; (c) determining application for payment of attorneys' fees and/or expenses incurred by Plaintiffs' Counsel in connection with administration and distribution of the Net Settlement Fund; (d) payment of taxes by the Settlement Fund; (e) all Parties to the Stipulation for the purposes of construing, enforcing, and administering the Stipulation; and (f) any other matters related to finalizing the Settlement and distribution of the proceeds of the Settlement.

19.    Neither appellate review nor modification of the Plan of Allocation set

7

forth in the Notice, nor any action in regard to the Fee and Expense Application, shall affect the finality of any other portion of this Judgment, nor delay the Effective Date of the Stipulation, and each shall be considered separate for the purposes of appellate review of this Judgment.

20.    In the event that the Settlement does not become Final in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Settling Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

21.    This Judgment and Order is a Judgment in the Consolidated Action as to all claims asserted.  This Court finds, for purposes of Fed. R. Civ. P. 54(b), that there is no just reason for delay and expressly directs entry of judgment as set forth herein.


RICHARD J. LEON
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

|  |  |
|---|---|
| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | **MDL No. 1668** |

**DEC 0 6 2013**

Clerk, U.S. District and Bankruptcy Courts

|  |  |
|---|---|
| In re Fannie Mae Securities Litigation | Consolidated Civil Action No. 04-1639 (RJL) |

## MEMORANDUM OPINION
December **5**, 2013 [## 1092, 1093]

This is a class action securities fraud suit against Federal National Mortgage

Association ("Fannie Mae") and its former accountant, KPMG, LLP,[1] brought by a class

of parties represented by lead plaintiffs the Ohio Public Employees Retirement System

("OPERS") and the State Teachers Retirement System of Ohio ("STRS") (collectively,

"Lead Plaintiffs"). After nearly a decade of litigation—including more than five years of

extensive discovery, multiple rounds of briefing on dispositive motions, several appeals

to our Circuit Court, a constitutional challenge to a regulation in a related proceeding,[2]

and more than two years of mediation—the parties now seek final approval of a

---

[1] Three of Fannie Mae's former senior executives—Franklin D. Raines (Fannie Mae's Chief Executive Officer and Chairman of the Board), J. Timothy Howard (Fannie Mae's Chief Financial Officer and Vice Chairman), and Leanne G. Spencer (Fannie Mae's Controller and Senior Vice President)—were defendants in this suit until this Court granted their summary judgment motions and dismissed them from the case during the past year. *See In re Fannie Mae Sec. Litig.*, 892 F. Supp. 2d 59 (D.D.C. 2012) (Franklin D. Raines); *In re Fannie Mae Sec. Litig.*, 898 F. Supp. 2d 176 (D.D.C. 2012) (J. Timothy Howard); *In re Fannie Mae Sec. Litig.*, 905 F. Supp. 2d 63 (D.D.C. 2012) (Leanne G. Spencer).

[2] *Ohio Pub. Emps. Ret. Sys. v. FHFA*, Civil Case No. 11-01543 (D.D.C.).

stipulated settlement agreement that would resolve this action as to the Settlement Class[3] and constitute the largest securities class action settlement in the history of our Circuit (since the Private Securities Litigation Reform Act ("PSLRA") went into effect in 1996). On October 31, 2013, the Court held a fairness hearing related to the settlement, as required by Federal Rule of Civil Procedure 23(e) ("Fairness Hearing"). The arguments and representations made on the record during the Fairness Hearing are hereby expressly incorporated and made part of this Memorandum Opinion. Upon consideration of the parties' pleadings, the arguments and representations made at the Fairness Hearing, the relevant statutes and case law, and the entire record herein, the Court GRANTS Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Memorandum of Law in Support ("Pls.' Mot. Final Approval") [Dkt. # 1092], and hereby approves the $153 million settlement and the Plan of Allocation. The Court also GRANTS Lead Counsel's[4] Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and Memorandum of Law in Support ("Mot. Attorneys' Fees") [Dkt. # 1093], and hereby awards plaintiffs' counsel attorneys' fees equal to 22% of the Settlement Fund (including interest and after other expenses have been deducted) and $15,294,860.78 in reimbursement of litigation expenses.

---

[3] Unless otherwise indicated herein, capitalized terms shall have those meanings contained in the Stipulation of Settlement of Securities Action [Dkt. # 1089-2].

[4] Lead Counsel is the law firm Markovits, Stock & DeMarco, LLC. The Court initially appointed the law firm Waite, Schneider, Bayless & Chesley Co., LPA as lead counsel in 2005, *see In re Fannie Mae Sec. Litig.*, 355 F. Supp. 2d 261, 265 (D.D.C. 2005), but subsequently approved the substitution of Markovits, Stock & DeMarco, LLC for that firm as lead counsel, *see* Minute Order, Sept. 20, 2012.

## BACKGROUND[5]

In September 2004, several Fannie Mae shareholders filed class action suits alleging that the company and its executives had violated the federal securities laws and committed securities fraud. Compl. [Dkt. # 1]. After other separately-filed cases were consolidated into this multi-district litigation action, I appointed OPERS and STRS as Lead Plaintiffs on January 13, 2005. *In re Fannie Mae Sec. Litig.*, 355 F. Supp. 2d 261, 263-64 (D.D.C. 2005).[6] Plaintiffs alleged that Fannie Mae, its auditor KPMG, and three of Fannie Mae's former senior executives violated § 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j, and SEC Rule 10b-5, 17 C.F.R. § 240.10b-5, by intentionally manipulating earnings and violating Generally Accepted Accounting Principles ("GAAP"), causing losses to investors.[7] Specifically, plaintiffs alleged that the defendants publicly issued materially false and misleading financial reports and other statements that artificially inflated the price of Fannie Mae's securities. *See* Stipulation of Settlement of Securities Action ("Stipulation") [Dkt. # 1089-2] at 2.

On January 7, 2008, this Court certified a class composed of approximately one

---

[5] For a detailed history of this litigation and additional background information, see the Court's Memorandum Opinions in *In re Fannie Mae Sec. Litig.*, 503 F. Supp. 2d 25, 29-30 (D.D.C. 2007), and *In re Fannie Mae Sec. Litig.*, 247 F.R.D. 32, 34-36 (D.D.C. 2008), as well as the Joint Declaration of W.B. Markovits and Joseph T. Deters in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, and (B) Lead Plaintiffs' Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses [Dkt. # 1092-1] ¶¶ 4-82.

[6] In March 2005, plaintiffs filed a Consolidated Class Action Complaint for Violations of Federal Securities Laws [Dkt. # 64]; I denied Fannie Mae's motion to dismiss [Dkt. # 77] in February 2006. *See* Order, Feb. 10, 2006 [Dkt. # 115]. In August 2006, plaintiffs filed a Second Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws [Dkt. # 204]; I denied KPMG's motion to dismiss [Dkt. # 240] in January 2007. *See* Minute Order, Jan. 24, 2007.

[7] Plaintiffs also alleged that the individual defendants violated § 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t(a) (2006).

3

million purchasers of Fannie Mae common stock and call options, and sellers of Fannie

Mae put options, during the period from April 17, 2001 through December 22, 2004 (the

"Class Period"). *In re Fannie Mae Sec. Litig.*, 247 F.R.D. 32 (D.D.C. 2008). On that

date, the Court also designated Lead Plaintiffs as class representatives, and appointed

lead class counsel. *Id.* Thereafter, the parties engaged in extensive discovery, with fact

discovery concluding on April 29, 2010, and expert discovery concluding on May 26,

2011. And discovery was indeed extensive: together, the parties produced nearly 67

million pages of documents, deposed 123 fact witnesses, and engaged 35 expert

witnesses. *See* Joint Declaration of W.B. Markovits and Joseph T. Deters in Support of

(A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval

of Plan of Allocation, and (B) Lead Plaintiffs' Counsel's Motion for an Award of

Attorneys' Fees and Reimbursement of Litigation Expenses ("Markovits & Deters Joint

Decl.") [Dkt. # 1092-1] ¶¶ 26, 37-49.[8]

Meanwhile, in September 2008, while discovery was ongoing, the Federal

Housing Finance Agency ("FHFA") placed Fannie Mae into conservatorship, essentially

converting plaintiffs' case from one against a private company into a case against the

U.S. government. *See id.* ¶¶ 50-51. Then, in July 2009, FHFA proposed a rule that (1)

subordinated securities litigation claims to the lowest level of the statutory priority for

unsecured claims in receivership, and (2) prohibited a regulated entity in conservatorship,

---

[8] The discovery process was prolonged by the Office of Federal Housing Enterprise Oversight's
("OFHEO") assertion of privileges, which was litigated up to our Circuit Court. *See* Order, Jan. 22, 2008
[Dkt. # 580], *aff'd*, 552 F.3d 814 (D.C. Cir. 2009). (Amidst the financial crisis of 2008, Congress
established FHFA to replace OFHEO as Fannie Mae's independent regulator.)

such as Fannie Mae, from paying securities litigation claims or making capital

distributions (redefined to include securities litigation claims) without the FHFA

Director's approval. *See Conservatorship and Receivership*, 75 Fed. Reg. 39,462

(proposed July 9, 2010); Markovits & Deters Joint Decl. ¶ 52. Concerned that the rule

might effectively block any recovery for their securities fraud claims, plaintiffs filed a

separate action in this Court challenging the final rule, *Conservatorship and*

*Receivership*, 76 Fed. Reg. 35,724 (June 20, 2011), on constitutional and other grounds.

*See* Compl., Aug. 26, 2011, *Ohio Pub. Emps. Ret. Sys. v. FHFA*, Civil Case No. 11-

01543 [Dkt. # 1].[9]  Cross motions for summary judgment in that related case are currently

pending before this Court.

　　Notwithstanding the parallel proceeding regarding the FHFA rule, the parties filed

eight summary judgment motions in this litigation in August 2011—two by Lead

Plaintiffs, and six by the defendants. Markovits & Deters Joint Decl. ¶ 64-75. After

hearing oral argument on the motions over four days in June 2012, this Court granted the

summary judgment motions of the three individual defendants and dismissed them from

the case. *See In re Fannie Mae Sec. Litig.*, 892 F. Supp. 2d 59 (D.D.C. 2012) (Franklin

D. Raines); *In re Fannie Mae Sec. Litig.*, 898 F. Supp. 2d 176 (D.D.C. 2012) (J. Timothy

Howard); *In re Fannie Mae Sec. Litig.*, 905 F. Supp. 2d 63 (D.D.C. 2012) (Leanne G.

Spencer). With the remaining five summary judgment motions still pending, the parties

---

[9] In October 2011, in support of FHFA's motion to stay this class action litigation [Dkt. # 944], the Acting
Director of FHFA submitted a declaration invoking the new rule and stating that he would not approve
payment of any of plaintiffs' claims under his discretionary authority. *See* Decl. of Edward J. DeMarco
[Dkt. # 944-14] ¶¶ 4, 6. I denied FHFA's motion for a stay in November 2011. *See* Minute Order, Nov.
14, 2011; *see also* Markovits & Deters Joint Decl. ¶¶ 57-59.

agreed to enter formal mediation in 2011 and appointed Morgan, Lewis & Bockius LLP

partner Fred Fielding as their mediator.  Markovits & Deters Joint Decl. ¶ 76.  After more

than two years of mediation, the parties reached an agreement in principle on March 20,

2013.  *Id.* ¶ 80.  The parties then finalized the terms of the $153 million agreement, and

on May 7, 2013, Lead Plaintiffs filed an Unopposed Motion for Preliminary Approval of

Class Action Settlement, Approving Form and Manner of Notice, Setting Date for

Hearing on Final Approval of Settlement, and Staying Non-Settlement Related

Proceedings and Memorandum in Support [Dkt. ## 1089, 1089-1], along with a

Stipulation of Settlement of Securities Action [Dkt. # 1089-2].

On June 7, 2013, this Court issued an Order (1) granting preliminary approval of

the settlement; (2) approving the form and manner of notice to the Class; (3) setting a

date for the Fairness Hearing and a procedure for Class Members to make objections to

the settlement; (4) setting a deadline for plaintiffs' counsel to submit a motion for

attorneys' fees and expenses; and (5) staying all non-settlement related proceedings. *See*

Preliminary Approval Order, June 7, 2013 [Dkt. # 1090].  Thereafter, the Claims

Administrator mailed notices to more than 1.1 million potential class members and

nominees.  Markovits & Deters Joint Decl. ¶ 87.  Pursuant to Federal Rule of Civil

Procedure 23(e), the Court held a Fairness Hearing on October 31, 2013 to consider

whether the settlement is fair, reasonable, and adequate, and to hear any objections.

## ANALYSIS

A certified class action may not be settled without the Court's approval.  Fed. R.

Civ. P. 23(e).  "Before giving its approval, the Court must direct the provision of

adequate notice to all members of the class, conduct a 'fairness hearing,' and find, after

notice and a hearing, that the 'settlement is fair, adequate and reasonable and is not the

product of collusion between the parties.'" *In re Black Farmers Discrim. Litig.*, 856 F.

Supp. 2d 1, 26 (D.D.C. 2011) (internal citations omitted).  For the reasons explained

below, the Court finds the $153 million settlement, as well as the Plan of Allocation for

distributing those funds to the Class Members, to be fair, reasonable, and adequate.  The

Court also approves Lead Counsel's request for attorneys' fees and reimbursement of

expenses.

### I.    Notice

As a preliminary matter, the Court finds that notice was adequate.  Under Rule 23,

"the court must direct to class members the best notice that is practicable under the

circumstances, including individual notice to all members who can be identified through

reasonable effort."  Fed. R. Civ. P. 23(c)(2)(B).  Lead Counsel retained The Garden City

Group, Inc. ("GCG"), a firm specializing in class action settlements and claims

processing, to act as both Notice Administrator and Claims Administrator.  Decl. of Jose

C. Fraga ("Fraga Decl.") [Dkt. # 1092-25] ¶ 2.  Following this Court's preliminary

approval of the settlement in June 2013, GCG mailed 1,149,771 copies of the Notice and

Proof of Claim form to potential class members or their nominees.  *See* Supplemental

Declaration of Jose C. Fraga ("Fraga Suppl. Decl.") [Dkt. # 1107-3] ¶ 2.  GCG also

published notice in the Wall Street Journal and PR Newswire, as well as set up a

dedicated website, email address, and telephone helpline.  *See* Markovits & Deters Joint

Decl. ¶¶ 88-90; Fraga Decl. ¶¶ 10-14.

The Notice advised Class Members of the essential terms of the Settlement Agreement, the Plan of Allocation, how to make a claim, how to object to the settlement, and the date, time, and location of the Fairness Hearing. *See* Markovits & Deters Joint Decl. ¶ 84; *see also* Fraga Decl. Ex. A (Notice; Proof of Claim form). It also informed potential Class Members of Lead Counsel's intention to apply to the Court for an award of attorneys' fees of no more than 22% of the Settlement Fund (after deducting costs and expenses, and adding interest), and reimbursement of expenses of no more than $17 million (plus the costs of settlement administration, plus interest). *See* Fraga Decl. Ex. A ¶ 5 (Notice; Proof of Claim form). Having examined the Notice and Proof of Claim form, I find that notice was adequate.[10]

## II.   The Settlement

Final approval of a proposed class action settlement agreement lies within this Court's discretion. *Vista Healthplan v. Warner Holdings Co. III, Ltd.*, 246 F.R.D. 349, 357 (D.D.C. 2007). "In considering whether to approve a proposed class action settlement, the Court must strike a balance between a rubber stamp approval and 'the detailed and thorough investigation that it would undertake if it were actually trying the case.'" *Id.* (quoting *United States v. District of Columbia*, 933 F. Supp. 42, 47 (D.D.C. 1996)). The Court's role is to act as a fiduciary for class members and determine whether the proposed settlement is "fair, reasonable, and adequate." *See* Fed. R. Civ. P. 23(e)(2);

---

[10] The Court received one objection to the adequacy of the Notice, from purported class member Rinis Travel Service, Inc. Profit Sharing Trust U.A. 6-1-1989 ("Rinis"). Since Rinis is not, in fact, a class member and thus lacks standing to object, *see* Lead Pls.' Mot. Strike Objection of Rinis Travel Service, Inc. Profit Sharing Trust U.A. 6-1-1989 and Mem. Supp. ("Pls.' Mot. Strike Rinis Objection") [Dkt. # 1111] at 2-3, I need not formally overrule this purported objection.

*Grunin v. Int'l House of Pancakes*, 513 F.2d 114, 123 (8th Cir. 1975) ("the district court

acts as a fiduciary who must serve as a guardian of the rights of absent class members").

Nonetheless, "there is a long-standing judicial attitude favoring class action settlements,"

*Vista Healthplan*, 246 F.R.D. at 357, and "the discretion of the Court to reject a

settlement is restrained by the 'principle of preference' that encourages settlements," *In

re Black Farmers Discrim. Litig.*, 856 F. Supp. 2d at 30.  *See also Osher v. SCA Realty I,

Inc.*, 945 F. Supp. 298, 304 (D.D.C. 1996) ("It is well-established that courts assume a

limited role when reviewing a proposed class action settlement.  They should not

substitute their judgment for that of counsel who negotiated the settlement.  Rather,

courts . . . strongly encourage settlements [and] [i]n the context of class actions,

settlement is particularly appropriate given the litigation expenses and judicial resources

required in many such suits." (internal citations omitted)).

There is no single test in our Circuit for evaluating a proposed class action

settlement under Rule 23(e).  *Trombley v. Nat'l City Bank*, 826 F. Supp. 2d 179, 194

(D.D.C. 2011).  The Court must consider the particular facts and circumstances of the

case, but generally courts in our Circuit have considered the following factors in making

this determination: "(a) whether the settlement is the result of arms-length negotiations;

(b) the terms of the settlement in relation to the strength of [plaintiffs'] case; (c) the stage

of the litigation proceedings at the time of settlement; (d) the reaction of the class; and (e)

the opinion of experienced counsel."  *Id.*; *see also Vista Healthplan*, 246 F.R.D. at 360;

*In re Lorazepam & Clorazepate Antitrust Litig.*, No. MDL 1290, 2003 WL 22037741, *2

(D.D.C. June 16, 2003) (citing numerous cases).  Having carefully considered these

9

factors and all of the characteristics of this case, I easily find this settlement to be fair, adequate, and reasonable.

## A. Arm's-Length Negotiations

A "presumption of fairness, adequacy, and reasonableness may attach to a class settlement reached in arm's length negotiations between experienced, capable counsel after meaningful discovery." *In re Vitamins Antitrust Litig.*, 305 F. Supp. 2d 100, 104 (D.D.C. 2004) (quoting Manual for Complex Litigation (Third), § 30.42 (1995)).  Lead Counsel has described the negotiations process and submits that the settlement reached "is the product of extensive and vigorous arm's-length bargaining, undertaken in good faith with full knowledge of the case and its attendant risks." Pls.' Mot. Final Approval at 7-8; *see also* Markovits & Deters Joint Decl. ¶¶ 76-80, 91.  I agree.

In 2011, nearly seven years into this litigation and after five years of fact and expert discovery, the parties agreed to formal mediation and engaged the services of Fred Fielding, a highly experienced mediator whose distinguished career includes service as White House Counsel to two U.S. Presidents.  Over the span of two years, the parties conducted eleven joint negotiation sessions in addition to numerous other meetings and telephone conferences between the mediator and the individual parties.  *See* Pls.' Mot. Final Approval at 7-8; Markovits & Deters Joint Decl. ¶¶ 76-80; Letter from F. Fielding (Oct. 21, 2013).  Accordingly, the settlement was reached only after the parties had conducted years of discovery and legal analysis and two years of mediated negotiations. Moreover, Mr. Fielding submitted a letter to the Court attesting that, "in [his] professional opinion, the negotiations leading to this proposed settlement were very

10

concentrated and conducted at arms' length," and "[a]ll of the Parties' counsel were not only professionals, but also clearly possessed the sufficient discovery and research materials to make informed decisions." Letter from F. Fielding (Oct. 21, 2013). Accordingly, I have no trouble concluding that this settlement is the product of arm's-length negotiations, and there is no evidence of unfairness or collusion. This factor therefore weighs in favor of approval.

### B. Terms of the Settlement in Relation to the Strength of Plaintiffs' Case

Next, the Court compares the terms of the settlement with the likely recovery plaintiffs would attain if the case proceeded to trial, an exercise which necessarily involves evaluating the strengths and weaknesses of plaintiffs' case. Our Circuit Court has stated that "[t]he court's primary task [when considering a settlement under Rule 23(e)] is to evaluate the terms of the settlement in relation to the strength of the plaintiffs' case." *Thomas v. Albright*, 139 F.3d 227, 231 (D.C. Cir. 1998). Accordingly, some courts in our Circuit have deemed this the most important factor. *See In re Black Farmers Discrim. Litig.*, 856 F. Supp. 2d at 26 ("By far the most important factor is a comparison of the terms of the compromise or settlement with the likely recovery that plaintiffs would realize if the case went to trial"); *Blackman v. District of Columbia*, 454 F. Supp. 2d 1, 8 (D.D.C. 2006). In this particular case, I find this factor is indeed the most important. In view of the size of the recovery in relation to the facts and circumstances of this complex case—including the current posture of the litigation and the relative strength of plaintiffs' legal claims—the Court finds that the settlement is a very positive outcome for plaintiffs and thus weighs in favor of approval.

11

As an initial matter, the $153 million settlement amount[11] in this case is the largest

securities class action settlement in our Circuit since the PSLRA went into effect in 1996.

Markovits & Deters Joint Decl. ¶ 101, Ex. 3 (Institutional Shareholder Services Inc.,

Securities Class Action Services, Top 100 Settlements Semi-Annual Report (Jan. 18,

2013)).  This remarkable statistic in itself tends to indicate the favorability of this

recovery for plaintiffs.  Moreover, plaintiffs' recovery in relation to potential damages is

reasonable.  Lead Plaintiffs calculate that the $153 million settlement amounts to 4-8% of

the "best case scenario" potential recovery (of $2-4 billion) had they prevailed at trial, as

estimated by their damages expert, *see* Markovits & Deters Joint Decl. ¶ 127, a

percentage which compares favorably with other cases approving securities class action

settlements.  *See In re Baan Co. Sec. Litig.*, 288 F. Supp. 2d 14, 17 (D.D.C. 2003) (noting

the median settlement "in similar [securities fraud] class actions brought under the

PSLRA" is 3.6% of estimated damages); *In re Newbridge Networks Sec. Litig.*, No. 94-

1678, 1998 WL 765724, at *2, (D.D.C. Oct. 23, 1998) (finding "an agreement that

secures roughly six to twelve percent of a *potential* trial recovery, while preventing

further expenditures and delays and eliminating the risk that no recovery at all will be

won, seems to be within the targeted range of reasonableness"); *In re Rite Aid Corp. Sec.*

*Litig.*, 146 F. Supp. 2d 706, 715 (E.D. Pa. 2001) (noting study showing that securities

---

[11] Lead Plaintiffs' damages expert has estimated that "approximately 767 million shares of Fannie Mae common stock were purchased during the Class Period and held through a corrective disclosure and therefore were damaged," and as a result "estimates that, if valid claims for all damaged shares are submitted, the average recovery per damaged share of Fannie Mae common stock will be approximately $0.20 per share before deduction of attorneys' fees, costs and expenses awarded by the Court and the costs of providing notice and administering the Settlement." Fraga Decl. Ex. A, ¶ 3 (Notice; Proof of Claim form).  A Class Member's actual recovery, however, will depend on many factors, including how many claims are ultimately filed. *Id.*

class action settlements since 1995 (when the PSLRA was enacted) have recovered

between 5.5% and 6.2% of class members' estimated losses).

But while comparisons to other cases offer helpful reference points, the touchstone

of the inquiry under this factor must be an evaluation of the terms of the settlement in

relation to the strength of the plaintiffs' claims in *this* particular case. And in view of the

uncertainties and very significant risks to plaintiffs' case posed by defendants' legal

defenses and the FHFA rule, and the concomitant risk of securing no recovery at all for

the class members, I find that this factor weighs heavily in favor of approving the

settlement.

Losing at trial is always a risk, of course, but as Lead Counsel concedes, there

were unique complexities and challenges for plaintiffs in this case that would have made

proceeding to trial costly, and prevailing once there highly uncertain. In particular, Lead

Counsel considered:

> . . . (b) the difficulties and risks involved in proving the operative
> allegations—especially given the fact that the Court has already granted
> summary judgment motions filed by the three individual defendants on the
> basis that Lead Plaintiffs had offered no evidence to create a genuine issue
> of material fact that any of the individual defendants acted with the
> requisite level of scienter; (c) the legal uncertainties associated with
> proving corporate scienter absent any showing of individual defendant
> scienter; (d) the difficulties and risks of demonstrating corporate scienter
> with respect to Fannie Mae's implementation of FAS 133; (e) the
> difficulties and risks of demonstrating auditor scienter (a heightened
> standard) with respect to KPMG's participation in Fannie Mae's
> development and implementation of FAS 133; (f) the difficulties and risks
> of proving that the alleged fraud caused the Class's losses; (g) the
> probability that Lead Plaintiffs would be barred from introducing into
> evidence the findings and/or conclusions of the Rudman Report, the
> OFHEO Report, the 2006 OFHEO Report, and the Restatement, among
> other things; (h) the potential for adverse opinions on the outstanding

13

summary judgment motions; (i) the attendant risks of litigation, especially in a complex action such as this, including the ability to maintain class status through to judgment; (j) the uncertainty in Lead Plaintiffs' theory of damages, even assuming that Lead Plaintiffs could establish liability as to the remaining Defendants; (k) the delays and uncertainties inherent in such litigation, including appeals; (l) the risk that Fannie Mae would be placed into receivership or liquidated entirely; and (m) the risk that the FHFA Rule would be upheld, denying the Class any damages to which it would otherwise be entitled.

Pls.' Mot. Final Approval at 3-4.  Lead Counsel also noted the "distinct risk that the Court might find no scienter respecting defendant Fannie Mae under the 'corporate scienter' theory" because I had already granted summary judgment motions by the three individual defendants and dismissed them from the case in 2012.  *Id.* at 4 n.4.  Moreover, even if plaintiffs had succeeded at trial—which likely would have involved a costly "battle of the experts"—an appeal likely would have followed, further delaying any recovery for the class members.  *See Vista Healthplan*, 246 F.R.D. at 362 (noting a likely appeal of any successful trial verdict for plaintiffs would have delayed final resolution of the case, whereas settlement provided for relatively prompt recovery).

In short, plaintiffs faced significant challenges in first surviving summary judgment and then proving liability and damages at trial.  But compounding these typical litigation risks was the atypical circumstance of potentially winning at trial and *still* not securing any recovery as a result of the FHFA rule.  For were that rule to be upheld (either by this Court, or by our Circuit Court on an appeal), the FHFA Director would be able to use his discretionary authority to prohibit Fannie Mae from paying any securities fraud claims in conservatorship, including those of plaintiffs if they succeeded at trial.  I find that this unusual circumstance tilts this factor further in support of approval here.  *Cf.*

14

*Trombley*, 826 F. Supp. 2d at 195-196, 199 (finding this factor weighed in favor of settlement approval, in part because "the legal landscape for [bank overdraft fee litigation] remains challenging and riddled with uncertainty" where a federal law preemption issue had not yet been decided by any federal appeals court).

In light of the significant litigation risks plaintiffs faced in establishing liability and damages at trial, the risk of no recovery notwithstanding success at trial, and the benefit to Class Members of securing recovery now, I find that the terms of the settlement in relation to the strength of plaintiffs' case support approval.

### C. Stage of the Litigation at the Time of Settlement

Based on the history of this case, the Court also has little trouble finding that the status of this litigation at the time of settlement favors approval. This factor guides courts to assess "whether counsel had sufficient information, through adequate discovery, to reasonably assess the risks of litigation vis-à-vis the probability of success and range of recovery." *Vista Healthplan*, 246 F.R.D. at 362 (quoting *In re Lorazepam*, 2003 WL 22037741, at *4). Here, after nearly nine years of litigation—including extensive fact and expert discovery, motions practice, several appeals to our Circuit Court, and two years of mediation—there is no question that counsel for both sides had ample information and sufficient understanding of the strengths and weaknesses of their respective positions to assess the merits of this settlement. Thus, the settlement certainly "do[es] not come too early to be suspicious." *In re Vitamins*, 305 F. Supp. 2d at 105. Nor does it come "too late to be a waste of resources," *id.*, because significant outstanding issues loomed in the path even before reaching trial, including the five

15

pending summary judgment motions and plaintiffs' challenge to the FHFA rule.

Accordingly, I find that this factor also weighs in favor of approving the settlement.

### D. Reaction of the Class

The Class Members' reaction to the settlement has been positive and also supports approval. The Claims Administrator, GCG, mailed 1,149,771 copies of the Notice and Proof of Claim form to potential class members or their nominees following this Court's preliminary approval of the settlement in June 2013. *See* Fraga Suppl. Decl. ¶ 2. Prior to the October 31, 2013 Fairness Hearing, the Claims Administrator received 24,158 Proof of Claim forms from potential class members (as of October 10, 2013), as well as nearly 4,000 calls to its dedicated telephone helpline and more than 200 emails to its settlement-specific email address. *Id.* ¶¶ 16, 9, 8. These contacts with potential class members have indicated that the settlement has been "favorably received." Pls.' Mot. Final Approval at 9; *see also* Fairness Hr'g Tr. 30, Oct. 31, 2013 (plaintiffs' counsel W.B. Markovits stating there have been "over 4,000 calls, about 3,700 I believe website visits and e-mails" and noting "[w]e fielded hundreds of calls ourselves, and I might note that all of these calls from what I hear from the Garden City Group, and from what I know of the calls to us have been supportive of the settlement"). In fact, only four objections (or purported objections) were submitted, which is remarkable for a class as large as this one. *See Bynum v. District of Columbia*, 412 F. Supp. 2d 73, 77 (D.D.C. 2006) ("The low number of opt outs and objectors (or purported objectors) supports the conclusion that the terms of the settlement were viewed favorably by the overwhelming majority of class members."). Moreover, of those four submissions, only one objected to the substance of

the settlement itself,[12] and it is a meritless objection by a purported class member who, as it turns out, lacks standing.[13]

## E. Opinion of Experienced Counsel

Finally, the Court considers the opinion of counsel that this settlement is reasonable and should be approved. The opinion of experienced counsel "'should be afforded substantial consideration by a court in evaluating the reasonableness of a proposed settlement.'" *Vista Healthplan*, 246 F.R.D. at 363 (quoting *In re Lorazepam*, 2003 WL 22037741, at *6). Class counsel obviously believes that the settlement is fair,

---

[12] Three objections (or purported objections) concerned other aspects of the settlement. Class members Jeff Pechan and Cafco-Gold Equity Fund, L.P objected to the Plan of Allocation. *See infra* Part III. Purported class member Rinis objected to the adequacy of the notice and the requested attorneys' fees. *See supra* note 10; *infra* note 19. And purported class member Jeffrey M. Jacobson submitted a letter to the Court objecting that the requirements to submit a claim under the Proof of Claim form are too onerous because class members must submit records going back several years in order to prove their membership. (Mr. Jacobson's letter did not comply with the procedures for filing objections set forth in the Notice, *see* Fraga Decl. Ex. A, ¶¶ 72-73 (Notice; Proof of Claim form), and in any event I find his objection meritless.)

[13] Ms. Khadija Duma filed a Motion to Intervene [Dkt. # 1114] the day before the Fairness Hearing, asserting that she is a class member and should have received notice of the settlement, but did not. Ms. Duma then appeared in person at the Fairness Hearing, stated she was a former Fannie Mae employee, and, upon questioning by this Court, raised concerns about the merits of settlement itself. *See* Fairness Hr'g Tr. 17-26, 24-25 (Ms. Duma stating "I know they manipulated the balances on the books. I know they manipulated the way that the products were . . . I know a lot about that so how do you decide what the stock was really worth when the accounting was so far off base . . . [?]" and "how do you get to a value that's fair?"). At the Court's direction, Lead Counsel contacted Ms. Duma after the hearing and investigated her claim of being a class member. Lead Counsel has since concluded that Ms. Duma is not a class member according to their records, that she has failed to produce any records sufficient to prove her class membership, as required by the Notice, and that therefore she lacks standing to object. *See* Letter from W.B. Markovits (Nov. 12, 2013) ("Fannie Mae records show that any shares purchased by Ms. Duma through Fannie Mae's Employee Stock Purchase Plan were liquidated as part of a cashless exercise when they were awarded [and therefore she could not have suffered damages necessary to render her a Class Member] because she could not have held purchased stock until the date of a corrective disclosure made by defendants. . . . Moreover, to the extent Ms. Duma owned shares in the Employee Stock Ownership Plan, the plan would receive the notice and have the claim, not her."). Though the Court need not formally overrule Ms. Duma's objection given her lack of standing, I note that I have already found that notice was adequate, and her vague allegations regarding the veracity of certain filings by certain defendants, and her questioning of the facts underlying this litigation, *see* Fairness Hr'g Tr. 20, 22, do not give me pause after the parties engaged in such extensive discovery.

adequate and reasonable, *see generally* Pls.' Mot. Final Approval, and among those multiple plaintiffs' firms there is a large amount of experience in complex securities and class action litigation, *id.* at 10; Markovits & Deters Joint Decl. Ex. 1a – 1w (counsel biographies). Moreover, the settlement was reached after two years of arm's-length negotiations with defendants' counsel, who have a wealth of experience in their own right, which further indicates the reasonableness of the settlement. But there are two additional circumstances in this case that point to the reasonableness of the settlement: the Ohio Attorney General supported the settlement agreement, and the boards of Lead Plaintiffs OPERS and STRS, both sophisticated institutional investors, approved the settlement. Pls.' Mot. Final Approval at 10, 10 n.7; *see In re Veeco Instruments Inc. Sec. Litig.*, No. 05 MDL 0165, 2007 WL 4115809, at *5 (S.D.N.Y. Nov. 7, 2007) ("under the PSLRA, a settlement reached . . . under the supervision and with the endorsement of a sophisticated institutional investor . . . is 'entitled to an even greater presumption of reasonableness'" (citation omitted)). Accordingly, this factor also militates in favor of approval of the settlement.

Thus, after due consideration of the terms of the Settlement Agreement, all papers filed in connection therewith, the oral presentations of counsel at the Fairness Hearing, and the factors discussed above, I find that the settlement is in the best interests of the class and is fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e).

## III. The Plan of Allocation

Having found the settlement to be fair, reasonable, and adequate, the Court next turns to Lead Counsel's proposed Plan of Allocation ("POA") for distributing the

18

monetary recovery to class members. "As with settlement agreements, courts consider

whether distribution plans are fair, reasonable, and adequate." *In re Lorazepam*, 2003

WL 22037741, at *7 (citing *In re Lorazepam & Clorazepate Antitrust Litig.*, 205 F.R.D.

369, 381 (D.D.C. 2002)); *In re Vitamins Antitrust Litig.*, No. 99-197, 2000 WL 1737867,

at *6 (D.D.C. Mar. 31, 2000).

Under the proposed POA in this case, settlement funds will be distributed

according to the relative amount of damage suffered by each class member. *See* Fraga

Decl. Ex. A, ¶¶ 41-45 (Notice; Proof of Claim form). Based on relevant case law

regarding loss causation and market analyses by Lead Plaintiffs' damages experts, the

POA is designed to distribute the settlement funds to class members who suffered

economic losses resulting from defendants' alleged violations of securities laws, rather

than from market or other factors. *See* Markovits & Deters Joint Decl. ¶ 108. To do this,

> . . . Lead Plaintiffs' damage expert calculated the amount of estimated
> artificial inflation in the per share closing prices of Fannie Mae common
> stock and call options throughout the Class Period, as well as the artificial
> deflation in Fannie Mae put options, that allegedly was proximately caused
> by Defendants' alleged misrepresentations and material omissions. The
> damage expert's analysis entailed studying the price declines in Fannie Mae
> common stock in reaction to certain public announcements regarding
> Fannie Mae in which alleged misrepresentations and material omissions
> were alleged to have been revealed to the market (*i.e.*, "corrective
> disclosures"), adjusted to eliminate the effects attributable to general
> market and/or industry conditions. In this respect, artificial inflation tables
> were created and presented as part of the Settlement Notice for every
> trading day of the Class Period for both Fannie Mae common stock and call
> options, as well as an artificial deflation table for Fannie Mae put options.
> These tables will be utilized in calculating each claimant's Net Inflation
> Losses and/or Gains, and ultimately a claimant's overall Recognized Claim.

*Id.* ¶ 109. Based on the computations of class members' Recognized Claims, the

19

settlement funds will be proportionately allocated. *Id.* ¶ 110; *see also* Fraga Decl. Ex. A,

¶ 41 (Notice; Proof of Claim form).

The sole valid[14] Class Member objection filed with the Court takes issue with the

POA.  Objectors Jeff Pechan and Cafco-Gold Equity Fund, L.P. (collectively, "Pechan

and Cafco") contend, based on the analysis of their expert, Greggory A. Brauer, that the

POA "unfairly and improperly rewards option investors at the expense of stock

purchasers."  Class Members Jeff Pechan and Cafco-Gold Equity Fund, L.P.'s Objection

to the Plan of Allocation and Mem. Supp. ("Pechan & Cafco Objection") [Dkt. # 1099] at

1.  Specifically, Pechan and Cafco dispute how the POA calculates options values: they

argue that the POA overvalues the call options and undervalues the put options, which, in

a *pro rata* allocation, will have the effect of decreasing the amount of settlement funds

that common stock holder class members receive.  *See* Pechan & Cafco Objection at 3.

To be clear, the objectors do not quarrel with the POA's employment of the commonly-

used Black-Scholes methodology for valuing options.  Instead, they focus their criticism

on the input used for one of the six variables in that pricing model—the measure of

volatility.  *Id.* at 4-5.  They claim that the POA's use of implied volatility was error, and

that plaintiffs' experts should have used historical volatility instead.  *Id.*

To address this objection, the Court need not wade into the depths of options

valuation or join in the skirmish between the parties' experts.[15]  After all, a plan of

---

[14] *See supra* notes 12-13.

[15] Lead Plaintiffs, marshaling their own experts to respond to the objection, argue that Pechan's and Cafco's expert's analysis is "rife with error" and assert that, "even if the historical volatility calculation suggested in the objection were used, the effect would be both the opposite of that asserted [by the

allocation "need not be perfect." *In re Giant Interactive Grp., Inc. Sec. Litig.*, 279 F.R.D.

151, 163 (S.D.N.Y. 2011). Rather, it suffices if the plan has "a reasonable, rational basis,

particularly if recommended by experienced and competent class counsel." *Id.* (citation

omitted); s*ee also In re Initial Public Offering Sec. Litig.*, 671 F. Supp. 2d 467, 497

(S.D.N.Y. 2009); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. MDL 3:07-1827, 2011

WL 7575004, at *4 (N.D. Cal. Dec. 27, 2011) (overruling objection to plan of allocation

where class counsel "provided a rational basis for the proposed plan of allocation").

Here, I am persuaded that the POA has a reasonable, rational basis because the use

of implied volatility rather than historical volatility to value options is a commonly

accepted method for calculating options damages in securities cases. *See* Lead Pls.'

Response to Objection and Suppl. Mem. in Further Supp. of Pls.' Mot. Final Approval

("Pls.' Response to Objection") [Dkt. # 1107] at 7. In fact, while Lead Plaintiffs cite a

litany of cases in which implied volatility was used to value options for securities

settlements, *see* Declaration of Kenneth N. Kotz and Frank C. Torchio [Dkt. # 1107-2] ¶

5, at 3 n.6 (collecting cases), the objectors do *not* cite a single case, or any other

authority, in their Objection to support the opinion of their expert that historical volatility

is a more appropriate measure, *see* Pls.' Response to Objection at 7; Fairness Hr'g Tr. 12.

Moreover, the one case the objectors brought to the Court's attention at the Fairness

Hearing—an unpublished Delaware Court of Chancery opinion in which the court elected

to use historical volatility—actually *confirms* the reasonableness of the POA here. In that

---

objectors] and *de minimis*—effecting a change in allocation of far less than 1% of total estimated
damages." Lead Pls.' Response to Objection and Suppl. Mem. in Further Supp. of Pls.' Mot. Final
Approval [Dkt. # 1107] at 1, 2.

case, *Lillis v. AT&T Corp.*, the court expressly noted that "implied volatility is the generally preferred method of valuing options" and "implied volatility is the more pure economic means to calculate volatility." *Lillis v. AT&T Corp.*, No. 717-N, 2007 WL 2110587, at *21 (Del. Ch. July 20, 2007). That court went on to use historical rather than implied volatility in that particular case (which is not a securities fraud case) due to unique circumstances that are not present in this case.[16]

Finally, the Court notes that the POA here is based on the work of several qualified experts, including Professor Gregg A. Jarrell, the former chief economist of the SEC, whose work was repeatedly tested by defendants' experts during the course of this litigation without their use of implied volatility ever being questioned. *See* Fairness Hr'g Tr. 12-13. In sum, plans of allocation, like this one, "that apportion[] funds according to the relative amount of damages suffered by class members have repeatedly been deemed fair and reasonable," *In re Vitamins*, 2000 WL 1737867, at *6, and I find that Pechan's and Cafco's largely unsupported critique of one variable underlying the *pro rata* distribution calculations here provides no basis to question the reasonableness of this POA. Accordingly, I overrule the Pechan & Cafco Objection and approve of the POA.

## IV.   Attorneys' Fees and Expenses

Finally, the Court turns to the attorneys' fees and expense reimbursement

---

[16] The Delaware court concluded that, "[w]hile implied volatility is the generally preferred method of valuing options, here historical volatility is the more appropriate measure of volatility for calculating damages" because (1) implied volatility reflected the market's short-term view of the company, which was problematic for valuing employee stock options at issue in the case because they were of a longer duration, and (2) implied volatility underpriced the value of plaintiffs' options in the case because it accounted for take-out risk priced into publicly traded options resulting from merger speculation. *See Lillis*, 2007 WL 2110587, at *21-22.

requested by Lead Counsel.  In accordance with Fed. R. Civ. P. 23(h)(1), Lead Counsel

gave notice to the Class Members that they would apply to the Court for attorneys' fees

of no more than 22% of the Settlement Fund (after deducting costs and expenses, and

adding interest), and expenses of no more than $17 million (plus the costs of settlement

administration, plus interest).  *See* Fraga Decl. Ex. A ¶ 5 (Notice; Proof of Claim form).[17]

Consistent with that Notice, and pursuant to this Court's June 7, 2013 Preliminary

Approval Order, Lead Counsel submitted its application on August 16, 2013, requesting

attorneys' fees in the amount of 22% of the settlement amount and expense

reimbursement of $15,296,349.17 (subsequently revised down to $15,294,860.78).  *See*

Mot. Attorneys' Fees; Pls.' Response to Objection at 6 n.10 (revising expense

calculation).  Lead Counsel estimates that the requested 22% fee amounts to

$29,152,612.27 (without interest).  *See* Mot. Attorneys' Fees at 8.  The defendants take

no position regarding Lead Plaintiffs' application.  *See* Stipulation at 20.[18]

---

[17] Pursuant to the retention agreement between Lead Counsel and the Ohio Attorney General, Lead Counsel may apply and seek an award of attorneys' fees and costs in connection with this matter, and that agreement set a base minimum fee of 7.5%-8.5% of the total recovery amount, after costs and expenses. Lead Counsel has explained that they are now seeking fees above that base minimum "[b]ased on a number of factors not specifically set forth in the retention agreement—including the unusual length of this litigation (more than eight years), its difficulty, the extraordinary amount of time expended by the Plaintiffs' Counsel (the fees sought are far less than the lodestar, which is the amount of time expended multiplied by the hourly rates), and a comparison with fee awards in comparable cases." *See* Fraga Decl. Ex. A ¶ 5 (Notice; Proof of Claim form).

[18] Following any award of attorneys' fees by this Court, "Lead Counsel shall allocate the attorneys' fees among the Plaintiffs' Counsel authorized to assist in the prosecution of the Consolidated Action in a manner in which they in good faith believe reflects the contributions of such counsel to the prosecution and settlement of the Consolidated Action." *See* Stipulation at 20-21.  Prior to the Fairness Hearing, two plaintiffs' firms—Statman, Harris & Eyrich, LLC and Bernstein Liebhard LLP—submitted supplemental briefs [Dkt. ## 1091, 1096] asserting that they are owed specific amounts from any attorneys' fee award pursuant to letter agreements with former lead counsel Waite, Schneider, Bayless & Chesley Co., LPA. Subsequently, however, both firms agreed with current Lead Counsel that any dispute over fee allocation is premature and agreed to defer the issue until after the settlement has been approved.  *See* Pls.' Response to Objection at 2; Fairness Hr'g Tr. 31-34.

## A. Attorneys' Fees

In a class action suit, "the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). "Courts have a duty to ensure that claims for attorneys' fees are reasonable." *In re Black Farmers Discrim. Litig.*, --- F. Supp. 2d ---, 2013 WL 3480346, at *4 (D.D.C. 2013) (quoting *Trombley*, 826 F. Supp. 2d at 204 (internal quotations omitted); *see also Swedish Hosp. Corp. v. Shalala*, 1 F.3d 1261, 1265 (D.C. Cir. 1993). And for federal securities class actions, the PSLRA reiterates this mandate. *See* 15 U.S.C. § 78u-4(a)(6) ("Total attorneys' fees and expenses awarded by the court to counsel for the plaintiff class shall not exceed a *reasonable* percentage of the amount of any damages and prejudgment interest actually paid to the class." (emphasis added)).

In a common fund case, such as this one, our Circuit has joined other circuits in concluding that "a percentage-of-the-fund method is the appropriate mechanism for determining the attorney fees award." *See Swedish Hosp. Corp.*, 1 F.3d at 1271. While our Circuit "has not yet developed a formal list of factors to be considered in evaluating fee requests under the percentage-of-recovery method," *In re Lorazepam*, 2003 WL 22037741, at *8, courts in this District have often considered the following seven factors: "(1) the size of the fund created and the number of persons benefited, (2) the presence or absence of substantial objections by class members to the settlement terms or fees requested by counsel, (3) the skill and efficiency of the attorneys involved, (4) the complexity and duration of litigation, (5) the risk of nonpayment, (6) the time devoted to the case by plaintiffs' counsel, and (7) awards in similar cases." *In re Black Farmers*

*Discrim. Litig.*, 2013 WL 3480346, at *5 (quoting *Trombley*, 826 F. Supp. 2d at 204); *see also In re Lorazepam*, 2003 WL 22037741, at *8.

      In applying these factors here, I find that the most significant are the complexity and duration of the litigation, the amount of time devoted by plaintiffs' counsel, the risk of nonpayment, and the skill and performance of the attorneys.  In order to first place plaintiff's request in context, however, the Court will begin with awards in similar cases in order to benchmark the 22% fee requested.

      Both nationally and in our Circuit, "a majority of common fund class action fee awards fall between twenty and thirty percent." *In re Black Farmers Discrim. Litig.*, 2013 WL 3480346, at *14 (citations omitted) (collecting cases); *Swedish Hosp. Corp.*, 1 F.3d at 1272; *see also* 4 William B. Rubenstein, Alba Conte & Herbert B. Newberg, Newberg On Class Actions § 14:6 (4th ed. 2002) ("In the normal range of common fund recoveries in securities and antitrust suits, common fee awards fall in the 20 to 33 per cent range.").  Lead Counsel have identified a number of cases in our Circuit in which courts adhered to this range, and they contend that, if anything, their 22% fee request is at "the low end of the spectrum" for common fund cases. *See* Mot. Attorneys' Fees at 5-6. Further, according to law professor Brian Fitzpatrick, who submitted a declaration in support of Lead Counsel's fee request and who conducted an empirical study of federal class action settlements and attorneys' fee awards for the two-year period 2006-2007, "nearly two-thirds of awards using the percentage-of-the-fund method fell between 25% and 35%," and he "found the mean award to be 25.4% and the median 25%." Declaration of Brian T. Fitzpatrick ("Fitzpatrick Decl.") [Dkt. # 1092-28] ¶ 11 (citing

Brian T. Fitzpatrick, *An Empirical Study of Class Action Settlements and Their Fee Awards*, 7 J. Empirical L. Stud. 811, 833-34, 838 (2010) ("Fitzpatrick Empirical Study")). Accordingly, the requested award falls well within the range of reasonableness established by other cases.

The Court is nonetheless mindful of the size of the settlement fund in this case because "[l]arger common funds are typically associated with smaller percentage awards . . . because even a small percentage of a very large fund yields 'a very large fee award.'" *In re Black Farmers Discrim. Litig.*, 856 F. Supp. 2d at 39 (quoting *Wal–Mart Stores, Inc. v. Visa U.S.A., Inc.*, 396 F.3d 96, 122 (2d Cir. 2005)). Indeed, "[w]here the common fund is worth many millions or even billions of dollars—in so-called 'megafund' cases— an appropriate fee may be considerably less than twenty percent of the fund." *Id.*; *see also In re Lorazepam*, 2003 WL 22037741, at *7. According to Mr. Fitzpatrick's own study of 2006-2007 cases, in settlements involving common funds of $100 million to $250 million, the mean award was 17.9% and the median was 16.9%. Fitzpatrick Decl. ¶ 13 (citing Fitzpatrick Empirical Study at 839). In comparing plaintiffs' fee request here to other cases, however, it may be appropriate to view it as lower than 22% because that percentage applies to the fund *after* expenses have been deducted. By contrast, all of the fee percentages in Mr. Fitzpatrick's study of 2006-2007 settlements were calculated *before* expenses were deducted from the settlement. *See* Fitzpatrick Decl. ¶ 11. When calculated in that manner. Lead Counsel are requesting only 19% in fees here, *id.*, which is "only slightly above the mean" for settlements of comparable size, *id.* ¶ 13. The Court is satisfied, therefore, that the 22% fee request is reasonable at even the preliminary stage

of comparing it to awards in other cases.

The flaw with comparisons to fees in other cases, of course, is that they inevitably tend to focus on averages and medians and ranges. This case, however, was anything but average. First, there is no question that this litigation was lengthy, highly complex, and vigorously contested. As discussed in greater detail in Part II above, this case lasted nearly a decade, involved extensive discovery and motions practice, necessitated numerous experts on both sides, and concerned numerous challenging, and at times *sui generis*, legal issues. Plaintiffs' counsel wrestled with highly complex accounting issues and Fannie Mae's placement into conservatorship, as well as initiated a parallel proceeding challenging an FHFA rule that compounded their risks by potentially cutting off any recovery even in the event they succeeded at trial—all while facing off against skilled defense lawyers. In the Court's view, this case was extraordinary in many respects and merits a substantial fee award. *See* Fairness Hr'g Tr. 34 (the Court stating "This was indeed one of the most hard fought, hotly contested and I might add fairly fought pieces of major litigation certainly that I have seen; and I don't think it would be an exaggeration to say that's ever been litigated in this courthouse. Certainly in the 12 years I have been here, I can't think of a major piece of litigation of this magnitude where the stakes were as high . . .").

Second, the time devoted by plaintiffs' counsel and their high risk of nonpayment—both of which stemmed from the complexity and duration of the case—also militate in favor of a substantial award here. Over nine years of litigation, plaintiffs' counsel billed nearly 300,000 uncompensated hours and incurred more than $15 million

in litigation expenses, all of which were at risk in the event of an unsuccessful result. *See* Mot. Attorneys' Fees at 16.  And again, as discussed in Part II above, plaintiffs faced significant challenges in defeating defendants' pending summary judgment motions, establishing liability and damages at trial, and, even if successful there, securing any recovery in the face of the FHFA rule.  In the Court's view, the amount of work plaintiffs' counsel performed in litigating this case was staggering, the hours billed were proportionate to the legal complexity of the case, and the risk of nonpayment for those hours and expenses incurred was very high.

Third, the skill and performance of the attorneys also justifies approval of a substantial fee in this case.  Plaintiffs' counsel included firms and attorneys with a great deal of experience in complex class action and securities litigation. *See* Mot. Attorneys' Fees at 11; Markovits & Deters Joint Decl. Ex. 1a – 1w (counsel biographies).  But the best testament to their effectiveness was their ability to successfully resolve this exceedingly complex case and secure the largest securities class action settlement in our Circuit (since the PSLRA went into effect) while battling opposing counsel at the very top of the defense bar.  In the Court's view, and as I stated on the record at the Fairness Hearing, the lawyering in this case has been, by any standard, exceptional. *See* Fairness Hr'g Tr. 35 (the Court noting the "really outstanding lawyering on both sides of the aisle" and that "the quality of lawyering . . . has been extraordinary and frankly I think a credit to the profession").

Finally, the Court notes that there were no class member objections to the fee

request,[19] and a "lodestar cross-check" confirms the reasonableness of the fee request here.[20] In sum, the facts and circumstances of this case warrant a substantial fee award, and, in any event, Lead Counsel's request falls comfortably within the range that has been established in other cases both in and outside our Circuit. Accordingly, I have concluded that class counsel is entitled to an attorneys' fee award of 22% of the Settlement Fund (after deducting costs and expenses, and adding interest).

### B. Expenses

"In addition to being entitled to reasonable attorneys' fees, class counsel in common fund cases are also entitled to reasonable litigation expenses from that fund." *In re Lorazepam*, 2003 WL 22037741, at *10 (quotations and citations omitted). Here, Lead Counsel seek reimbursement for $15,294,860.78 in expenses incurred during the litigation. *See* Mot. Attorneys' Fees; Pls.' Response to Objection at 6 n.10 (revising expense calculation). This amount is comprised of expenses incurred by twenty-four

---

[19] The Court received one objection to the attorneys' fees request, from purported class member Rinis. Since Rinis is not, in fact, a class member and thus lacks standing to object, *see* Pls.' Mot. Strike Rinis Objection at 2-3, I need not formally overrule this purported objection.

[20] The "lodestar" is calculated by multiplying the hours reasonably expended in the litigation by a reasonable hourly fee. "Some circuits that employ the percentage of the fund method to calculate attorneys' fees in common fund class actions have suggested that district courts cross-check the percentage award at which they arrive against the results of the lodestar award method, to determine whether the percentage award roughly reflects the time and expertise the attorneys invested in the case." *In re Black Farmers Discrim. Litig.*, 2013 WL 3480346, at *17 (quotations and citations omitted). While our Circuit does not require such a lodestar cross-check, *id.*, performing one in this case confirms the reasonableness of a 22% award. Here, plaintiffs' counsel's lodestar (calculated using historical rates) is $94,132,246.27. *See* Declaration of W.B. Markovits [Dkt. # 1107-1] Ex. 10 (Fannie Mae Lead Plaintiffs' Counsel Cumulative Time and Lodestar Report; Cost and Expense Report). Comparing the requested fee of 22% (approximately $29 million) to this lodestar produces a multiplier of only 0.31. *See* Mot. Attorneys' Fees at 8. By contrast, "multiples ranging up to 'four are frequently awarded in common fund cases when the lodestar method is applied.'" *In re Lorazepam*, 2003 WL 22037741, at *9 (quoting *In re Prudential Ins. Co. of Am. Sales Practice Litig.*, 148 F.3d 283, 341 (3d Cir.1998)); *see also* 4 Newberg On Class Actions § 14:7 (4th ed. 2002) ("Generally, multipliers from 1-3 are the norm").

different law firms that represented plaintiffs in this wide-ranging litigation. *See* Declaration of W.B. Markovits ("Markovits Decl.") [Dkt. # 1107-1] Ex. 10 (Fannie Mae Lead Plaintiffs' Counsel Cumulative Time and Lodestar Report; Cost and Expense Report).

The most significant expense category relates to plaintiffs' experts and consultants. Of the total reimbursement sought, $10,027,188.94, or nearly 66%, is for expert and consultant fees and expenses. *See* Markovits Decl. Ex. 10 (Fannie Mae Lead Plaintiffs' Counsel Cumulative Time and Lodestar Report; Cost and Expense Report); Decl. of Waite, Schneider, Bayless & Chesley Co., LPA [Dkt. # 1092-4] Ex. B (Fannie Mae Class Action Litigation – Litigation Fund Expense Report).  While large, the Court finds this expense appropriate in the context of a case, such as this one, of extraordinary complexity and duration, where experts were necessary to assist counsel in addressing highly complex securities and accounting issues, testing the opposing parties' numerous experts, challenging a federal regulation (the FHFA rule) in a parallel legal proceeding, and preparing the Plan of Allocation. *See* Mot. Attorneys' Fees at 20.

In addition, the long duration and magnitude of the case inevitably led to significant expenditures in categories like document production and management ($3,183,695.82, or 20.8%) and travel ($972,395.92, or 6.4%), all of which were accumulating over nine years.  In view of Lead Counsel's representations about the steps they have taken to reduce, standardize, and audit costs across all plaintiffs' counsel firms, *see* Mot. Attorneys' Fees at 19-22, as well as the inherent incentive in contingency-fee litigation to minimize expenses due to the risk of failing to secure any recovery, the Court

is quite satisfied that these expenses are reasonable.

Moreover, the Court notes that plaintiffs' counsel secured a bargain in at least one expense category: mediation fees. Indeed, I have noted in a very different class action case that a large mediation fee "might be appropriate . . . in a highly complex case between two (or at least one) highly financed corporations, where there is a very large common fund for the settlement." *Hubbard v. Donahoe*, --- F. Supp. 2d ---, 2013 WL 3943495, at *9 (D.D.C. 2013). This is just such a case! And yet the parties managed to secure the services of a highly esteemed lawyer and mediator, Fred Fielding, whose services proved successful in resolving this hard-fought litigation, for just $71,776.86. *See* Markovits & Deters Joint Decl. ¶¶ 76, 155. Considering the length and complexity of the litigation, the size of the settlement fund, and the magnitude of the other litigation expenses incurred, it is hard not to see this particular expense as a bargain for plaintiffs.

As such, the Court is easily satisfied that class counsel reasonably expended the costs claimed in the course of their work on behalf of the class members, and no class member has objected to the award of expenses. Accordingly, the Court will award the requested $15,294,860.78 in expenses to class counsel.

## CONCLUSION

For all of the foregoing reasons, the Court grants final approval of the class action settlement under Federal Rule of Civil Procedure 23(e), approves the Plan of Allocation, and grants Lead Counsel's request for attorneys' fees and reimbursement of expenses. An Order consistent with this decision accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge